# DECLARATION OF SANTANA PHILLIPS

Santana Phillips, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Santana Phillips. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.

2. I worked for about a year as a housekeeper at the Super 8 located at 4979 Old National Highway, College Park, Georgia 30349 from roughly 2021–2022. I lived at the Super 8 when I worked there, so I was at the motel practically 24 hours a day.

3. When I worked at the Super 8, drugs are prostitution were all over the property. There were always girls dressed in skimpy clothes and there were lots of men coming in and out of the rooms for short times. A lot of the girls being sold there were very young, looking like they were in middle school or high school. They were always walking around the motel looking for men to buy them for sex at the motel.

4. When I cleaned the rooms, I would find all sorts of weird things in the room. I found multiple AIDS tests, condoms, lube, and other sex items.

5. When I worked there, there was a woman who lived at the motel everyone called the "Candy Lady." She lived at the motel and would buy snacks, candy, and condoms and bring them back to the Super 8 to sell to the girls at the motel. She also sold drugs at the Super 8.

6. There was prostitution around the clock at the Super 8. There were also pimps at the motel. I would see these guys hanging out outside the rooms when the girls were having sex with someone inside the room.

7. The front desk at the motel used to rent out rooms for sex by the hour or the half hour.

8. The motel's policy was to not call the police for the drugs or prostitution at the motel. They would only call the police for things like fighting, breaking property, or if it really got violent, like a shootout.

9. Some of the guys who were pimps were real friendly with the front desk staff. Some of the pimps at the Super 8 paid employees in the front office to be lookouts for them. I saw employees call the pimps when the police were there to warn them. Some of the front desk employees also bought sex from the girls at the motel.

10. I have seen the girl pictured in Exhibit A and knew she was being sold for sex at the Super 8.

11. The other employees and the owner of the motel would have seen all the same things I saw at the Super 8 because it was very obvious.

12. I have read this Declaration consisting of 11 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on February 27, 2024.

Signed by: *Santana P.* (A788819ESD55406...)

Santana Phillips

# Exhibit A

