## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:25-CV-04629-JPB

Plaintiff:
J.R.,

vs.

Defendant:
LINCOLN BANCORP, LLC

Received by Kimberly Greenway Services, Inc. on the 16th day of August, 2025 at 1:01 pm to be served on LINCOLN BANCORP, LLC c/o Registered Agents, Inc., 8735 DUNWOODY PLACE STE R, ATLANTA, GA 30350.

I, Richard Dalton Benito, being duly sworn, depose and say that on the **18th day of August, 2025 at 10:43 am, I:**

served **LINCOLN BANCORP, LLC c/o Registered Agents, Inc.** by personally serving **Jennifer Hume, Intake Specialist, a person authorized to accept service on behalf of the company,** located at **8735 DUNWOODY PLACE STE R, ATLANTA, GA 30350 with: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; DECLARATION OF SANTANA PHILLIPS; EXHIBIT.**

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 150, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 18th day of August, 2025 by the affiant who is personally known to me.

/s/ NOTARY PUBLIC

Richard Dalton Benito
GA CPS #447

Kimberly Greenway Services, Inc.
505 Lakeland Plaza
Suite 308
Cumming, GA 30040
(404) 487-6085

Our Job Serial Number: KGS-2025013583

Copyright © 1992-2025 DreamBuilt Software, LLC - Process Server's Toolbox V9.0e