## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

J.R.,

    **Plaintiff**

vs.

**LINCOLN BANCORP, LLC,**

    **Defendant**

**CIVIL ACTION FILE NO.**

**1:25-CV-04629-JPB**

## ANSWER ON BEHALF OF LINCOLN BANCORP, LLC

NOW COMES, Lincoln Bancorp, LLC ("Defendant"), by and through the undersigned attorney, and presents its Answer to Plaintiff's Complaint as follows:

### EXTENSION OF TIME TO RESPOND

On October 08, 2025, counsel for Plaintiff, Jonathan Tonge, Esq., granted an extension to file Defendant's Answer through October 10, 2025. This Answer is, therefore, timely by stipulation.

### FIRST DEFENSE

Plaintiff's injuries and damages were caused by a third-party intervenor or actor, and Defendant is not liable to Plaintiff for the acts of a third-party.

### SECOND DEFENSE

Responding specifically to the allegations contained in the Plaintiff's Complaint, Lincoln Bancorp, LLC responds as follows:

1

**1.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of an allegation regarding trafficking. Defendant cannot respond to the remaining allegations regarding J.R.'s legal name and Protective Order, as neither are factual assertions; however, Defendant raises no objection to the Protective Order.

**2.**

Defendant denies the allegations of paragraph 2 of Plaintiff's Complaint.

**3**.

Defendant admits the allegations of paragraph 3 of Plaintiff's Complaint.

**4.**

Defendant admits the allegations of paragraph 4 of Plaintiff's Complaint.

**5.**

Defendant denies the allegations of paragraph 5 of Plaintiff's Complaint.

**6.**

Defendant admits to the correct recitation of Georgia and federal law in paragraph 6 of Plaintiff's Complaint.

**7.**

Defendant denies the allegations of paragraph 7 of Plaintiff's Complaint.

**8**.

Defendant accepts the "definition" in paragraph 8 of Plaintiff's Complaint, and denies any implications therein.

**I.    J.R.'s trafficking at the Super 8**

**9**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 9 of Plaintiff's Complaint.

**10**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 10 of Plaintiff's Complaint.

**11**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 11 of Plaintiff's Complaint.

**12**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 12 of Plaintiff's Complaint.

**13**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 13 of Plaintiff's Complaint.

**14**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 14 of Plaintiff's Complaint.

**15**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 15 of Plaintiff's Complaint.

**16**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 16 of Plaintiff's Complaint.

**17**.

Defendant denies the allegations of paragraph 17 of Plaintiff's Complaint.

**18**.

Defendant denies the allegations of paragraph 18 of Plaintiff's Complaint.

**19**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 19 of Plaintiff's Complaint.

**20**.

Defendant denies the allegations of paragraph 20 of Plaintiff's Complaint.

**21**.

Defendant denies the allegations of paragraph 21 of Plaintiff's Complaint.

**22**.

Defendant denies the allegations of paragraph 22 of Plaintiff's Complaint.

**23**.

Defendant denies the allegations of paragraph 23 of Plaintiff's Complaint.

**24**.

Defendant denies the allegations of paragraph 24 of Plaintiff's Complaint.

**25**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 25 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**26**.

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 26 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**27**.

Defendant denies the allegations of paragraph 27 of Plaintiff's Complaint.

**28**.

Defendant denies the allegations of paragraph 28 of Plaintiff's Complaint.

**29**.

Defendant denies the allegations of paragraph 29 of Plaintiff's Complaint.

**30**.

Defendant denies the allegations of paragraph 30 of Plaintiff's Complaint.

**31.**

Defendant denies the allegations of paragraph 31 of Plaintiff's Complaint.

**32.**

Defendant denies the allegations of paragraph 32 of Plaintiff's Complaint.

**33.**

Defendant denies the allegations of paragraph 33 of Plaintiff's Complaint.

**34.**

Defendant denies the allegations of paragraph 34 of Plaintiff's Complaint.

**35.**

Defendant denies the allegations of paragraph 35 of Plaintiff's Complaint.

**36.**

Defendant denies the allegations of paragraph 36 of Plaintiff's Complaint.

**37.**

Defendant denies the allegations of paragraph 37 of Plaintiff's Complaint.

**38.**

Defendant denies the allegations of paragraph 38 of Plaintiff's Complaint.

**39.**

Defendant denies the allegations of paragraph 39 of Plaintiff's Complaint.

**40.**

Defendant denies the allegations of paragraph 40 of Plaintiff's Complaint.

**41.**

Defendant denies the allegations of paragraph 41 of Plaintiff's Complaint.

**42.**

Defendant denies the allegations of paragraph 42 of Plaintiff's Complaint.

**II.     Defendant's knowledge of crime at the Super 8.**

**43.**

Defendant denies the allegations of paragraph 43 of Plaintiff's Complaint.

**44.**

Defendant denies the allegations of paragraph 44 of Plaintiff's Complaint.

**45.**

Defendant denies the allegations of paragraph 45 of Plaintiff's Complaint.

**46.**

Defendant denies the allegations of paragraph 46 of Plaintiff's Complaint.

**47.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 47 of Plaintiff's Complaint and denies any implications therein.

**48.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 48 of Plaintiff's Complaint and denies any implications therein.

**49.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 49 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**50.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 50 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**51.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 51 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**52.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 52 of Plaintiff's Complaint. Defendant denies the allegations made by Ms. Phillips.

**53.**

Defendant denies the allegations of paragraph 53 of Plaintiff's Complaint.

**54.**

Defendant denies the allegations of paragraph 54 of Plaintiff's Complaint.

**55.**

Defendant denies the allegations of paragraph 55 of Plaintiff's Complaint.

**56.**

Defendant denies the allegations of paragraph 56 of Plaintiff's Complaint.

**57.**

Defendant denies the allegations of paragraph 57 of Plaintiff's Complaint.

### III.    Defendant's Knowledge of Sex Trafficking Generally

**58.**

Defendant admits that it knows about the existence of sex trafficking, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 58 of Plaintiff's Complaint.

**59.**

Defendant admits that it knows about the existence of sex trafficking, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 59 of Plaintiff's Complaint.

**60.**

Defendant admits that it knows about the existence of sex trafficking, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 60 of Plaintiff's Complaint.

**61.**

Defendant denies the allegations of paragraph 61 of Plaintiff's Complaint.

**62.**

Defendant denies the allegations of paragraph 62 of Plaintiff's Complaint.

**63.**

Defendant denies the allegations of paragraph 63 of Plaintiff's Complaint.

**64.**

Defendant denies the allegations of paragraph 64 of Plaintiff's Complaint.

**65.**

Defendant denies the allegations of paragraph 65 of Plaintiff's Complaint.

**66.**

Defendant denies the allegations of paragraph 66 of Plaintiff's Complaint.

**67.**

Defendant denies the allegations of paragraph 67 of Plaintiff's Complaint.

**COUNT I**
**STATUTORY LIABILITY: SEX TRAFFICKING**
**18 U.S.C. § 1595**

**68.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**69.**

Defendant denies the allegations of paragraph 69 of Plaintiff's Complaint.

**70.**

Defendant denies the allegations of paragraph 70 of Plaintiff's Complaint.

**71.**

Defendant denies the allegations of paragraph 71 of Plaintiff's Complaint.

**72.**

Defendant denies the allegations of paragraph 72 of Plaintiff's Complaint.

**73.**

Defendant denies the allegations of paragraph 73 of Plaintiff's Complaint.

**74.**

Defendant denies the allegations of paragraph 74 of Plaintiff's Complaint.

**75.**

Defendant denies the allegations of paragraph 75 of Plaintiff's Complaint.

**76.**

Defendant denies the allegations of paragraph 76 of Plaintiff's Complaint.

**77.**

Defendant denies the allegations of paragraph 77 of Plaintiff's Complaint.

**78.**

Defendant denies the allegations of paragraph 78 of Plaintiff's Complaint.

**79.**

Defendant denies the allegations of paragraph 79 of Plaintiff's Complaint.

## COUNT II: NEGLIGENCE

**80.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**81.**

Defendant admits that it did, at one time, control the operation and management at the Super 8, but lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 81 as pled, due to the term "all relevant times."

**82.**

Defendant admits to its obligations to invitees, and denies the remaining allegations of paragraph 82 of Plaintiff's Complaint.

**83.**

Defendant admits to its obligations to licensees, and denies the remaining allegations of paragraph 83 of Plaintiff's Complaint.

**84.**

Defendant denies the allegations of paragraph 84 of Plaintiff's Complaint.

**85.**

Defendant denies the allegations of paragraph 85 of Plaintiff's Complaint.

**86.**

Defendant denies the allegations of paragraph 86 of Plaintiff's Complaint.

**87.**

Defendant denies the allegations of paragraph 87 of Plaintiff's Complaint.

**88.**

Defendant denies the allegations of paragraph 88 of Plaintiff's Complaint.

**89.**

Defendant denies the allegations of paragraph 89 of Plaintiff's Complaint.

**90.**

Defendant denies the allegations of paragraph 90 of Plaintiff's Complaint.

**91.**

Defendant denies the allegations of paragraph 91 of Plaintiff's Complaint.

**92.**

Defendant denies the allegations of paragraph 92 of Plaintiff's Complaint.

**93.**

Defendant denies the allegations of paragraph 93 of Plaintiff's Complaint.

**94.**

Defendant denies the allegations of paragraph 94 of Plaintiff's Complaint.

**95.**

Defendant denies the allegations of paragraph 95 of Plaintiff's Complaint.

**96.**

Defendant denies the allegations of paragraph 96 of Plaintiff's Complaint.

**97.**

Defendant denies the allegations of paragraph 97 of Plaintiff's Complaint.

**98.**

Defendant denies the allegations of paragraph 98 of Plaintiff's Complaint.

**99.**

Defendant denies the allegations of paragraph 99 of Plaintiff's Complaint.

**100.**

Defendant denies the allegations of paragraph 100 of Plaintiff's Complaint.

**101.**

Defendant denies the allegations of paragraph 101 of Plaintiff's Complaint.

**102.**

Defendant denies the allegations of paragraph 102 of Plaintiff's Complaint.

**103.**

Defendant denies the allegations of paragraph 103 of Plaintiff's Complaint.

**104.**

Defendant denies the allegations of paragraph 104 of Plaintiff's Complaint.

**105.**

Defendant denies the allegations of paragraph 105 of Plaintiff's Complaint.

**106.**

Defendant denies the allegations of paragraph 106 of Plaintiff's Complaint.

**107.**

Defendant denies the allegations of paragraph 107 of Plaintiff's Complaint.

**108.**

Defendant denies the allegations of paragraph 108 of Plaintiff's Complaint.

**109.**

Defendant denies the allegations of paragraph 109 of Plaintiff's Complaint.

**COUNT III: FALSE IMPRISONMENT**

**110.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**111.**

Defendant denies the allegations of paragraph 111 of Plaintiff's Complaint.

**112.**

Defendant denies the allegations of paragraph 112 of Plaintiff's Complaint.

**113.**

Defendant denies the allegations of paragraph 113 of Plaintiff's Complaint.

**COUNT IV**
**STATUTORY LIABILITY: MASHA'S LAW 18 U.S.C. § 2255**

**114.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**115.**

Defendant denies the allegations of paragraph 115 of Plaintiff's Complaint.

**116.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 116 of Plaintiff's Complaint.

**117.**

Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 117 of Plaintiff's Complaint.

**118.**

Defendant denies the allegations of paragraph 118 of Plaintiff's Complaint.

**119.**

Defendant denies the allegations of paragraph 119 of Plaintiff's Complaint.

**120.**

Defendant denies the allegations of paragraph 120 of Plaintiff's Complaint.

**121.**

Defendant denies the allegations of paragraph 121 of Plaintiff's Complaint.

**122.**

Defendant denies the allegations of paragraph 122 of Plaintiff's Complaint.

## COUNT V - NUISANCE

**123.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**124.**

Defendant admits the recitation of Georgia law alleged in paragraph 124 of Plaintiff's Complaint. Defendant denies any implications of liability therein.

**125.**

Defendant admits the recitation of Georgia law alleged in paragraph 125 of Plaintiff's Complaint. Defendant denies any implications of liability therein.

**126**.

Defendant admits the recitation of Georgia law alleged in paragraph 126 of Plaintiff's Complaint. Defendant denies any implications of liability therein.

## Public Nuisance

**127.**

Defendant denies the allegations of paragraph 127 of Plaintiff's Complaint.

**128.**

Defendant denies the allegations of paragraph 128 of Plaintiff's Complaint.

**129.**

Defendant denies the allegations of paragraph 129 of Plaintiff's Complaint.

**130.**

Defendant denies the allegations of paragraph 130 of Plaintiff's Complaint.

**131.**

Defendant denies the allegations of paragraph 131 of Plaintiff's Complaint.

## Public Nuisance Per Se

**132.**

Defendant denies the allegations of paragraph 132 of Plaintiff's Complaint.

**133.**

Defendant denies the allegations of paragraph 133 of Plaintiff's Complaint.

**134.**

Defendant denies the allegations of paragraph 134 of Plaintiff's Complaint.

**135.**

Defendant denies the allegations of paragraph 135 of Plaintiff's Complaint.

**136.**

Defendant denies the allegations of paragraph 136 of Plaintiff's Complaint.

**DAMAGES**

**137.**

Defendant hereby incorporates the responses to the paragraphs above as if fully set out herein.

**138.**

Defendant denies the allegations of paragraph 138 of Plaintiff's Complaint.

**139.**

Defendant denies the allegations of paragraph 139 of Plaintiff's Complaint.

**140.**

Defendant denies the allegations of paragraph 140 of Plaintiff's Complaint.

**141.**

Defendant denies all other allegations contained in Plaintiff's Complaint not specifically addressed herein, whether numbered or unnumbered and including but not limited to the paragraph beginning "WHEREFORE," and all subparts thereof.

WHEREFORE, Defendant Lincoln Bancorp, LLC prays:

a)      For six months to complete discovery;

b)      Defendant be discharged with all costs cast against Plaintiff(s); and

c)      For such other and further relief that the Court deems just and proper.


This 9th day of October, 2025.


                                                  /s/ Ankur P. Trivedi
                                                  Ankur P. Trivedi
                                                  GA Bar No. 859811
                                                  Attorney for Defendant

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing Lincoln

Bancorp, LLC's Answer via the Court's CM/ECF system, as follows:

Patrick J. McDonough, Esq.
Jennifer M. Webster, Esq.
Jonathan Tonge, Esq.
Andersen, Tate & Carr, P.C.
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jwebster@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

This 9th day of October, 2025.

/s/ Ankur P. Trivedi
Ankur P. Trivedi
GA Bar No. 859811
Attorney for Defendant

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law