UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>　　　Plaintiff,<br><br>　v.<br><br>LINCOLN BANCORP, LLC,<br><br>　　　Defendant. | CIVIL ACTION NO.:<br>1:25-CV-04629-JPB |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 15], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. This case is assigned to a six-month discovery track.[1]  Discovery is open and shall close on May 11, 2026.  The Court expects the parties to complete both fact and expert discovery during this time period.

---

[1] The Court recognizes that the parties requested an eight-month discovery period.  After review, the Court believes that discovery can be completed in six months.

2. Dispositive motions shall be filed no later than June 10, 2026.

**SO ORDERED** this 1st day of December, 2025.

_____
J. P. BOULEE
United States District Judge