UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R., <br><br> Plaintiff, <br><br> v. <br><br> LINCOLN BANCORP, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-cv-04629-JPB |

## CERTIFICATE OF SERVICE

This is to certify that on January 9, 2026, undersigned counsel for Plaintiff served a true and correct copy of Plaintiff's First Requests for Admission to Defendant Lincoln Bancorp, LLC, Plaintiff's First Continuing Interrogatories to Defendant Lincoln Bancorp, LLC, and Plaintiff's First Requests for Production of Documents to Defendant Lincoln Bancorp, LLC upon all counsel of record via electronic mail.

Respectfully submitted on January 12, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                              ANDERSEN, TATE & CARR, P.C.

                                              */s/ Jennifer M. Webster*
                                              PATRICK J. MCDONOUGH
                                              Georgia Bar No. 489855
                                              pmcdonough@atclawfirm.com
                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile