UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>　　　Plaintiff,<br><br>　v.<br><br>LINCOLN BANCORP, LLC,<br><br>　　　Defendant. | CIVIL ACTION NO.<br>1:25-CV-04629-JPB |

## ORDER

This matter is before the Court on the parties' Joint Motion for Protective Order [Doc. 19]. The motion is **GRANTED** and **IT IS HEREBY ORDERED** that the terms outlined in the proposed Protective Order, [Doc. 19-1], are approved and incorporated by reference as if fully set forth herein.

**SO ORDERED** this 5th day of February, 2026.

_____
J. P. BOULEE
United States District Judge