

ONE SUGARLOAF CENTRE
1960 SATELLITE BOULEVARD, SUITE 2000
DULUTH, GA 30097
770-904-3590  GMKE.LAW

Ankur P. Trivedi  D : (678) 730-7512
Partner  E : at@gmke.law

February 17, 2026

**VIA CM/ECF:**
The Honorable J.P. Boulee
1967 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

    Re:    ***J.R. v. Lincoln Bancorp, LLC***
                **In the U.S. District Court for the Northern District of Georgia, Atlanta Division**
                **Civil Action File No.: 1:25-CV-04629-JPB**

Dear Judge Boulee:

    Pursuant to Local Rule 83.1E(3), I request that hearings not be scheduled or this case otherwise calendared during the following time periods as I will be away from the practice of law for the purpose of vacation, time with family, continuing legal education, and personal reasons:

        **March 19, 2026 through March 20, 2026;**
        **April 3, 2026;**
        **May 26, 2026 through May 29, 2026;**
        **June 18, 2026 through June 19, 2026;**
        **July 29, 2026 through July 31, 2026;**
        **November 23, 2026 through November 25, 2026; and**
        **December 21, 2026 through December 23, 2026.**

    Thank you in advance for your cooperation. Please direct any communications or inquiries that you may have regarding this request to my e-mail address and/or telephone number listed above.

                                        Sincerely,

                                        Ankur P. Trivedi
                                        GROTH, MAKARENKO, KAISER & EIDEX

APT:tw
cc: All Counsel of Records (via CM/ECF)