IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>    Plaintiff<br><br>vs.<br><br>LINCOLN BANCORP, LLC,<br><br>    Defendant | CIVIL ACTION FILE NO.<br><br>1:25-CV-04629-JPB |

## RULE 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), this is to certify that on February 18, 2026, undersigned counsel for Defendant served a true and correct copy of *Defendant Lincoln Bancorp, LLC's 1st Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff J.R.* upon all counsel of record via electronic mail.

Respectfully submitted on 18th day of February, 2026.

/s/ Ankur P. Trivedi
Ankur P. Trivedi
GA Bar No. 859811
Attorney for Defendant

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law