**Patrick J. McDonough**                          Telephone:  770.822.0900
Email:  pmcdonough@atclawfirm.com                 Direct Dial:  678.518.6859
                                                   Direct Fax:   770.236.9795

March 31, 2026

**VIA CM/ECF**

Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

> Re:  *J.R. v. Lincoln Bancorp, LLC*
>       United States District Court for the Northern District of Georgia
>       Civil Action File No.: 1:25-cv-04629-JPB

Dear Judge Boulee:

I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- May 28, 2026 – June 9, 2026, for vacation.

For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates.  I appreciate your consideration in this matter.

Very truly yours,

*/s/ Patrick J. McDonough*

Patrick J. McDonough

PJM: mnw
cc:  All counsel of record via CM/ECF