# ANDERSEN | TATE | CARR

**Jonathan Tonge**                                                           Telephone:  770.822.0900
Email:  jtonge@atclawfirm.com

April 3, 2026

**VIA CM/ECF**

Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

      Re:    *J.R. v. Lincoln Bancorp, LLC*
              United States District Court for the Northern District of Georgia
              Civil Action File No.: 1:25-cv-04629-JPB

Dear Judge Boulee:

I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- April 4, 2026 – April 11, 2026, for vacation.
- May 31, 2026 – June 10, 2026, for vacation.

For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

          Sincerely,

          ANDERSEN, TATE & CARR, P.C.

          */s/ Jonathan Tonge*

          Jonathan Tonge, Esq.