# ANDERSEN | TATE | CARR

**Patrick J. McDonough**
Email: pmcdonough@atclawfirm.com

Telephone: 770.822.0900
Direct Dial: 678.518.6859
Direct Fax: 770.236.9795

June 10, 2026

**<u>VIA CM/ECF</u>**

Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

   Re: *J.R. v. Lincoln Bancorp, LLC*
     United States District Court for the Northern District of Georgia
     Civil Action File No.: 1:25-cv-04629-JPB

Dear Judge Boulee:

   I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- November 23, 2026 – December 4, 2026, for vacation.
- December 21, 2026 – January 13, 2027, for vacation.

   For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

       Very truly yours,

       */s/ Patrick J. McDonough*

       Patrick J. McDonough

PJM: mnw
cc: All counsel of record via CM/ECF