# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

     Plaintiff,

v.

LINCOLN BANCORP, LLC,

     Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04629-JPB

**PLAINTIFF J.R.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT LINCOLN BANCORP, LLC'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF J.R.**

Plaintiff J.R. responds to Lincoln Bancorp, LLC's Requests for Production of Documents to Plaintiff J.R. as follows:

17.

Please produce all documents related to any expert in this case, including the documents reviewed or relied upon by such expert and the expert's report of findings and conclusions.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents protected by the attorney-client privilege, subject to the work-product doctrine, or information obtained in anticipation of litigation. Notwithstanding this objection, Plaintiff is not withholding any responsive**

1

information or documents based on the assertion of attorney-client privilege or the work product doctrine.

Subject to and without waiving the foregoing, at this time, Plaintiff has not determined whether she will call any specially retained experts at trial. Plaintiff will disclose such information at the appropriate time and to the extent required under the Federal Rules, this Court's local Rules, and any scheduling orders of this Court. Thus, Plaintiff has no documents in her possession, custody, or control that are responsive to this Request.

2026-05-11 PLAINTIFF'S SUPPLEMENTAL RESPONSE: Plaintiff objects to this Request to the extent it seeks documents protected by the attorney-client privilege, subject to the work-product doctrine, or information obtained in anticipation of litigation. Notwithstanding this objection, Plaintiff is not withholding any responsive information or documents based on the assertion of attorney-client privilege or the work product doctrine.

Subject to and without waiving the foregoing, at this time, Plaintiff directs Defendant to the Bates-labeled documents produced herewith.

Respectfully submitted on May 11, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855

2

3

pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com


One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

3