UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

      Plaintiff,

  v.

LINCOLN BANCORP, LLC,

      Defendant.

CIVIL ACTION NO.
1:25-CV-04629-JPB

## **ORDER**

Discovery in this case closed on May 11, 2026, and dispositive motions were due on June 10, 2026 [Doc. 17].  To date, no dispositive motions have been filed.  The parties are **HEREBY ORDERED** to file the consolidated pretrial order required by Local Rule 16.4 no later than July 2, 2026.  The parties are notified that a failure to comply with this Order may result in sanctions, including dismissal of the case or entry of default judgment.  In the event a consolidated pretrial order is not filed, the Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period.

**SO ORDERED** this 25th day of June, 2026.

J. P. BOULEE
United States District Judge