

3344 Peachtree Road, NE    404.876.2700 Office
Suite 2400    404.875.9433 Fax
Atlanta, GA 30326

**Christopher T. Byrd**
CByrd@wwhgd.com
Direct 404.832.9546

June 26, 2026

**VIA CM/ECF**
Honorable J.P. Boulee
1988 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

RE:    *J.R. v. Lincoln Bancorp, LLC*
United States District Court for the Northern District of Georgia
Civil Action File No.: 1:25-cv-04629-JPB

Dear Judge Boulee:

I represent the Defendant in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing requesting a leave of absence for the following days and reasons:

- July 7 -10, 2026 for vacation, and

- July 20-21, 2026 for vacation.

I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

Sincerely,

*/s/ Christopher T. Byrd*


Christopher T. Byrd

ATLANTA ▪ BIRMINGHAM ▪ HOUSTON ▪ LAS VEGAS ▪ MIAMI ▪ ORLANDO ▪ PHOENIX            W W H G D . C O M