## Jennifer M. Webster

| | |
|---|---|
| **From:** | Ankur P. Trivedi <at@gmke.law> |
| **Sent:** | Monday, April 6, 2026 9:34 AM |
| **To:** | Tori Watkins; Jennifer M. Webster |
| **Cc:** | Pat McDonough; Jonathan S. Tonge; Alexis O. Rivera |
| **Subject:** | Re: JR, NN, TH v. Super 8 / Plaintiff Depo Dates |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We will go ahead and do them videotaped, but we'll still do it via Zoom. Videographer will be on Zoom, I believe.

Sincerely,



Ankur P. Trivedi, Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D:  (678) 730-7512 | P:  (770) 904-3590 | F:  (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Tori Watkins <tw@gmke.law>
**Sent:** Monday, April 6, 2026 9:30:16 AM
**To:** Jennifer M. Webster <jwebster@atclawfirm.com>; Ankur P. Trivedi <at@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Good Morning Ms. Webster,

I have those dates on hold for both Plaintiffs and am happy to get those notices filed today.

Please let me know if anything changes. Thank you.



Tori Watkins, Paralegal to Ankur Trivedi and Caitlyn Scofield

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D:  678-730-7535 | P:  770-904-3590 | F:  678-730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Monday, April 6, 2026 9:18 AM
**To:** Ankur P. Trivedi <at@gmke.law>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>; Christian Shaheen <cshaheen@gmke.law>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Ankur,

Is it possible to go ahead and file notices for NN and TH depositions? NN has very limited availability, so we want to get that locked in.

We have NN scheduled for April 30 and TH for May 14.

All the best,
Jennifer Webster

---

**Jennifer Webster**
**Attorney at Law**

Tel:     770-822-0900
Email: jwebster@atclawfirm.com
Web:  www.atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Jennifer M. Webster
**Sent:** Tuesday, March 17, 2026 6:52 PM
**To:** 'Ankur P. Trivedi' <at@gmke.law>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera

<arivera@atclawfirm.com>; Christian Shaheen <cshaheen@gmke.law>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Ankur,

Thanks for the heads up! Either works for us. Just so you know, we'll be with the client during the deposition. For TH and JR, we'll all be together at ATC. For NN, we'll be with her in Covington.

Let us know what is easiest for you!

All the best,
Jennifer

**From:** Ankur P. Trivedi <at@gmke.law>
**Sent:** Monday, March 16, 2026 3:43 PM
**To:** Jennifer M. Webster <jwebster@atclawfirm.com>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>; Christian Shaheen <cshaheen@gmke.law>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

All:

I am happy deposing the Plaintiffs via Zoom by the way. I did not mean to convey that I wanted their depositions in-person. I'm sure they would feel better about it, as well. Please let me know if we should adjust.

Thanks,



Ankur P. Trivedi, Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D:  (678) 730-7512 | P:  (770) 904-3590 | F:  (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Monday, March 16, 2026 12:46 PM
**To:** Ankur P. Trivedi <at@gmke.law>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Ankur,

TH's deposition can be scheduled for in person at ATC on May 14. NN's deposition will need to be scheduled to take place in Covington, Georgia.

All the best,
Jennifer Webster

---

**Jennifer Webster**
**Attorney at Law**

Tel:    770-822-0900
Email: jwebster@atclawfirm.com
Web:  www.atclawfirm.com

 

ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Jennifer M. Webster
**Sent:** Friday, March 6, 2026 1:09 PM
**To:** Ankur P. Trivedi <at@gmke.law>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Ankur,

Apologies for the delay – as far as location goes, we're still working out the logistics. I'll plan to circle back about this early next week. We appreciate your patience.

All the best,
Jennifer Webster

---

**From:** Ankur P. Trivedi <at@gmke.law>
**Sent:** Wednesday, March 4, 2026 11:19 AM
**To:** Jennifer M. Webster <jwebster@atclawfirm.com>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** Re: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jennifer:

I am available for April 30 for NN's deposition. In person at ATC?

We will try to issue notices for NN and TH on Friday or Monday.

Sincerely,



Ankur P. Trivedi, Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D:  (678) 730-7512 | P:  (770) 904-3590 | F:  (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Tuesday, March 3, 2026 6:54:44 PM
**To:** Ankur P. Trivedi <at@gmke.law>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** Re: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Ankur/Tori,

Following up on scheduled NN and TH depositions. Let me know if the proposed dates work for you.

| **Jennifer Webster** | Tel:    770-822-0900 |
| **Attorney at Law** | Email: jwebster@atclawfirm.com |
| | Web:  www.atclawfirm.com |
| |  |
| ANDERSEN \| TATE \| CARR | Andersen, Tate & Carr, P.C. |
| A FULL SERVICE GEORGIA LAW FIRM | 1960 Satellite Boulevard |
| | Suite 4000 |
| | Duluth, Georgia   30097 |
| | Map and Directions |

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Wednesday, February 25, 2026 12:07 PM
**To:** Ankur P. Trivedi <at@gmke.law>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Ankur/Tori,

Are you available to take NN's deposition on April 30?

**Jennifer Webster**
**Attorney at Law**

Tel:    770-822-0900
Email: jwebster@atclawfirm.com

ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

---

**From:** Jennifer M. Webster
**Sent:** Monday, February 23, 2026 2:50 PM
**To:** Ankur P. Trivedi <at@gmke.law>; Tori Watkins <tw@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Thanks, Ankur.

Tori, is Ankur available for TH's deposition May 14th?

**Jennifer Webster**
**Attorney at Law**

Tel:    770-822-0900
Email: jwebster@atclawfirm.com

ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

---

**From:** Ankur P. Trivedi <at@gmke.law>
**Sent:** Saturday, February 21, 2026 4:22 PM
**To:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>; Tori Watkins <tw@gmke.law>
**Subject:** RE: JR, NN, TH v. Super 8 / Plaintiff Depo Dates

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jennifer:

I have placed a calendar hold for April 2 for J.R..

I have a conflict on May 7, as I will be out of town. I will also be out of town the last week of May, but Tori can work with you on any of the days in between.

Thanks,



Ankur P. Trivedi, Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D:  (678) 730-7512 | P:  (770) 904-3590 | F:  (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Friday, February 20, 2026 11:41 AM
**To:** Ankur P. Trivedi <at@gmke.law>
**Cc:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>; Tori Watkins <tw@gmke.law>
**Subject:** JR, NN, TH v. Super 8 / Plaintiff Depo Dates

Ankur,

To stay ahead of scheduling, we wanted to check your availability to take J.R.'s deposition on April 2 and T.H.'s deposition on May 7. Please note that T.H. is currently located out of state, so there may be additional logistical coordination required.

We are also working with N.N. and will provide her availability shortly.

All the best,
Jennifer Webster

| **Jennifer Webster** | Tel:   770-822-0900 |
| --- | --- |
| **Attorney at Law** | Email: jwebster@atclawfirm.com |
| | Web:  www.atclawfirm.com |



**ANDERSEN | TATE | CARR**
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions