Q.   Should I say prostitution at the hotel? Earlier.  Earlier today?

**A.   Yes.**

Q.   And so, does this change your mind about that?

MR. TRIVEDI:  Do you understand the question?

MR. TRAN:  Do what now?

MR. TRIVEDI:  Do you understand his question?

MR. TRAN:   I understand the question.

MR. TONGE:  (Resuming)

**A.   I tried to get my answer to the bottom of my knowledge.**

Q.   Your fine.  Take your time.

**A.   What's the definition of prostitution?  I don't know.  Because the guest come in, all the guest, they call it the ghetto hotel, the trap hotel.  Because the area, I mean, okay.  But, prostitution, I don't know.  I don't know what the definition of prostitution is.  Because, they see people smoke, they call it cup dua. (Ph)  They see people wear, you now, like, sexy, or go late at night.  They should call this prostitution? I don't know that definition.**

Q.   Okay.

**A.   But me, I don't.  To be honest with you, I don't know.  Maybe yes, maybe no.  I don't know.**

Q.   Okay.  And, we kind of went over this, and so,