T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 52

you have to know that rule first because that's a part of the training.

Q.  Okay.

A.  And they c- -- come all the time to -- to give us the -- how you call? -- the flier for human trafficking number.  In case we need it we can call, yeah.

Q.  Okay.

A.  Because we next to the cop, you know, station.

Q.  Uh-huh.

A.  The hotel.

Q.  You're next to the what station?

A.  The -- the police station.  Very close to the Fulton police station, very close.

Q.  Yeah.

Did you ever call that hotline number from the hotel?

A.  No.

Q.  Okay.  And do you know what prostitution is?

A.  Yeah.

Q.  How is that -- well, what is prostitution?

A.  People sell their body.

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 89

A.  Yes, sir.

Q.  -- to that question?

A.  I don't want to answer any more question.

Q.  And is it your testimony that the hotel did not -- did not know -- or, you as an employee, did not know that there was sex trafficking or prostitution at the Super 8 --

A.  I don't answer the question, sir.

Q.  Are you taking the Fifth Amendment?

A.  Yes, sir.

Q.  Okay.  This is -- so this is different, this next part, I think, but this is just about you personally, not the Super 8.

Have you ever been arrested?

A.  No, sir.

Q.  Okay.  Not for anything, ever?

A.  Before, yes, but it been expunged 20 years ago.

Q.  In 2006?

A.  Yeah.

Q.  Can you tell me what happened in 2006?

A.  Me and my wife argue, domestic violence. That's it but it been expunged already.

Q.  Okay.

A.  Yeah, expunged.