## Psychological Associates of Buckhead

### Expert Witness Fee Schedule

## Anique S. Whitmore LPC

Pursuant to our agreement, I will provide services to you as an independent expert. Payment to me for the services I provide is not dependent upon my findings, nor on the outcome of any legal action, mediation, arbitration, or the amount or terms of any settlement of the underlying legal cause, nor on any contractual arrangement between you and any other person or party.

| | |
|---|---|
| Case Review | $400/hour |
| Written Report | $400/hour |
| Phone Consultation | $400/hour |
| Expert Testimony | $3250/Half day [Local] |
| Expert Testimony | $3750/full day [outside metro Atlanta] |
| Full Child Custody Evaluations | $400/hour [+ retainer fee ] |
| Forensic Child Assessments | $400/hour [+ retainer fee ] |
| Deposition Fee | $5000 First 4 hours from the start of the deposition. Each additional hour is an additional $400/hour |
| Court Arrival + Testimony | $400/hour |
| Retainer Fee | $5000/case |
| Travel Fee + mileage | $400/hour + mileage .557/mile |
| Clinical Assessments | $400/hour |

*Billing:*
Services are billed at the completion of work product and payment is due upon receipt of invoice; all unpaid balances after 30 days will be billed a 2% interest fee/month.

*Payments can be made to:*
Psychological Associates of Buckhead
Anique S. Whitmore LPC
99 West Paces Ferry NW
Suite 1220
Atlanta, GA 30305

*Cancellation Policy:*
*If court testimony/deposition is scheduled/confirmed for a specific day and cancelled within 72 hours an additional fee of $500 fee will be billed. When travel and multiple days are reserved and canceled within 2 weeks - two full days will be billed. Outside of the USA five days will be billed.*

Please sign below and return a signed copy.

Signed by:
2FCC7AC129AB4B0...

5/1/2026

_____
Patrick McDonough

_____
Attorney or Client Name

_____
Signature

_____
Date

J.R. v. Lincoln Bancorp, LLC, Case No. 1:25-cv-04629

Plaintiff J.R. 1713