UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04629-JPB

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion for Leave to File Under Seal.

Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| 4 | Email Lincoln Bancorp Cases | Redacted |
| 8 | Email Lincoln Bancorp and Pltfs | Redacted |

For good cause shown, this motion is GRANTED. Plaintiff is authorized to file under seal the documents identified in Plaintiff's motion.

SO ORDERED this _____ day of _____, 2026.

                                                     _____
                                                     J.P. BOULEE
                                                     United States District Judge