**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| J.R., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION FILE NO. |
| LINCOLN BANCORP, LLC, | ) | 1:25-cv-04629-JPB |
| | ) | |
| Defendant. | ) | |
| | / | |

**DEFENDANT LINCOLN BANCORP, LLC'S NOTICE OF**
**INTENTION TO ARGUE FAULT OF NON-PARTY**
**PURSUANT TO O.C.G.A. § 51-12-33(C) AND (D)**

COMES NOW Lincoln Bancorp, LLC, Defendant in the above-captioned matter ("Defendant"), and hereby file this Notice Pursuant to O.C.G.A. § 51-12-33 (c) and (d), showing the Court as follows:

Plaintiff J.R. claims to have been trafficked at the Super 8 located at 4979 Old National Highway, College Park, Georgia 30349, and has filed the present lawsuit, claiming that Defendant is liable for physical, emotional, and mental harm that she suffered as a result of being trafficked. Defendant denies Plaintiff's allegations; however, if Plaintiff's allegations are accepted as true by the trier of fact, then the jury "shall consider the fault of all persons or entities who contributed to the alleged injury or damages, regardless of whether the person or entity was, or could have been, named as a party to the suit." O.C.G.A. § 51-12-33. As such, Defendant

hereby provides notice of the following individuals and entities who are or may be wholly or partially at fault for causing or contributing to the Plaintiff's injuries:

- "Scar", "Goose" and Jane Doe (legal names and current address unknown) – Plaintiff's Traffickers.  According to Plaintiff, she was trafficked by Scar, Goose and an undefined older woman at the Super 8 hotel in 2020 and 2021.  Plaintiff contends these three individuals sold her for sex, "kept her under the continual influence of drugs", verbally assaulted and intimidated her, and made her have sex with roughly 10-15 men each day.  Per Plaintiff's own allegations, her Traffickers trafficked her, in violation of the TVPRA and Masha's Law , committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment, and, thus, caused or contributed to her damages, in whole or in part.

Pursuant to this Notice, Plaintiff, as well as all identified non-parties, should be considered by the trier of fact in assessing percentages of fault of all persons and entities who contributed to Plaintiff's alleged damages, regardless of whether the person was, or could have been, named as a party to this lawsuit.  *See* O.C.G.A. § 51-12-33(c); *Couch v. Red Roof Inns, Inc.*, 291 Ga. 359 (2012).

Respectfully submitted, this 14th day of July, 2026.

2

3

**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*

Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com


*Counsel for Defendant Lincoln*
*Bancorp, LLC*

3

## RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

/s/ Christoher T. Byrd
Christoper T. Byrd

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com

*Counsel for Defendant*
*Lincoln Bancorp, LLC*

5