# EXHIBIT B

In The Matter Of:
## *JR vs. Lincoln Bancorp*

Deposition Of:
## *30(b)(6) Tony Tran*

Taken On:
### *4/1/2026*

Pope Reporting & Video, LLC
4355 Cobb Pkwy SE
Suite J207
404-856-0966

www.popereporting.com



A.    So what's your question for me?

Q.    Okay.  Well one, I wanted to make sure we understood each other.  What's the hotel's definition of prostitution?

A.    What the hotel definition?

Q.    Can you tell me what you understand the word prostitution to mean?

A.    It's bad, it's illegal.

Q.    Okay, but what is it?

A.    It's prostitution.

Q.    Yeah, I just want to make sure that we're understanding each other.  Do you understand that prostitution is when someone sells themselves for sex?

A.    Yes.

Q.    Okay.  Can you tell me your understanding of what sex trafficking means?

A.    Sex trafficking doesn't mean people get kidnapped, people selling other girls for sex.

Q.    Okay, when other people do it.

A.    Other people, yeah.

Q.    Okay.  So, what should a hotel do in response to suspected prostitution?

A.    What the hotel do?

Q.    What should they do?

A.    Mostly I call the police or I kick them out.

Q.    Okay.  Have you ever called the police for prostitution?

**A.    I don't see it in my hotel, to be honest with you.**

Q.    Okay.

**A.    I see a gangbang here and there, but I don't see prostitution in my hotel.**

Q.    So, you said you see gangbang sometimes?

**A.    Yeah, gangbang.  You know.  They come in like gangbang youngster, come smoke weed, things like that. Drive car turn, turn on the music very loud, things like that.**

Q.    Okay.  And so, you said you had never seen it, so have you never seen, you've never once suspected prostitution of happening at the Super 8?

**A.    Not to my knowledge, yes.**

Q.    Okay.  And, have you ever once suspected sex trafficking to be happening at the Super 8?

**A.    Repeat the question again?**

Q.    Sure.  Have you ever once suspected sex trafficking happening at the Super 8?

**A.    So your question, do I want the sex trafficking happen at Super 8?**

Q.    No, no, that's not my question.  So, I asked, had you ever suspected prostitution?  And you said no.

A.    Right.

Q.    And so, now I'm changing that question to say, have you ever suspected sex trafficking happening at the Super 8?

**A.    I don t know.  Can I put Google for clear translation to understand exactly what you did?**

MR. TRIVEDI:  He s asking if you thought it was happening.

MR. TONGE:  Okay.

MR. TONGE:  (Resuming)

Q.    Okay.  Have you ever thought that sex trafficking was happening at the Super 8?

**A.    To be honest with you, I don't know.**

Q.    Okay.  Sitting here today, can you recall any instance where you thought sex trafficking was happening?

**A.    To be honest with you, 100%, I don't know.  I don't know, I don't think so.  I don't see them, but this is something very shocked me.  But I don't know, I don't see them, I don't see things like that.  I have a girl myself, if something happens, I will protect them to the best of my heart.**

Q.    Okay.

**A.    But I don't see, I don't know.**

Q.    Did you carry a gun when you worked at the

**A.    No.**

Q.    Okay.  I'll just tell you, these are questions that we asked and these have our questions and Lincoln's responses to the questions.  Okay.  Is what this is.  If you turn to page five at the bottom.

**A.    Okay.**

Q.    And if you just look at number five there.

**A.    Okay.**

Q.    And so, the question that we asked here was if Lincoln had any, if Lincoln knew of any incidents of, quote, violent crime, sexual assaults, rapes, commercial sex, prostitution, pimping, indecent exposure, sex trafficking or other sex crimes at the Super 8 from 2017 to December 6, 2021.  And you can read that.  Is that, that's correct.  That's the question we asked there.  Is that what that says?

**A.    This the question, right?**

Q.    Yes.  I'm asking, did I summarize the question correctly?

**A.    Okay.**

Q.    Okay.  And then your response was, there's some objections, including that, you know, you guys didn't own the hotel until 2019.  And then, flip to the next page.  And then that, that second paragraph there, it says subject to and without waiving said objections,

defendant discloses the case of Charlie Rocker Jr.
versus Lincoln Band Corp. LLC.  It gives the Fulton
County and the case number arising out of an assault and
battery on or about August 13th, 2021.  And that the
claim settled for $150,000.  And so, we ask if Lincoln
was aware of several crimes; violent crimes, sexual
assaults, rapes, commercial sex, prostitution, pimping,
indecent exposure, sex trafficking or other sex crimes.
And you disclosed this one assault.  And so, does
Lincoln know about any of those other crimes?  Are you
aware of any of those other crimes ever occurring at the
Super 8 while Lincoln owned the hotel?

**A.    I'm confused with the question.**

Q.    Okay.  That's fair.  All right.  So, I'll do
it a little bit differently and just go one by one.
When Lincoln owned the hotel, are you aware of any
incident of violent crime?

**A.    Yes, I do aware of some violent crime.**

Q.    Okay.  What are the ones you're thinking of?

**A.    Like, girlfriend and boyfriend, they fight in
the room.  Fight in the room with a guy.  Guy fight,
until we call the police.**

Q.    Like fights outside?

**A.    Huh?**

Q.    Like fights outside like you were talking

about earlier with the guys?

A.    **Yeah, yeah, yeah, yeah.**

Q.    Okay.

A.    **Yeah, know, know, know, something like that happened.**

Q.    Okay.  All right, so, is Lincoln, and so I'm just going to go down this list of the kinds of crimes that we ask about.

A.    **Okay.**

Q.    Is Lincoln aware of any sexual assaults at the Super 8 while you owned it?

A.    **No, I don't aware of that.**

Q.    Okay.  Is Lincoln aware of any rapes that happened at the Super 8 while you owned it?

A.    **I not aware of that.**

Q.    Is Lincoln aware of any prostitution at the Super 8?

A.    **I not aware of that.**

Q.    Is Lincoln aware of any pimping that occurred at the Super 8?

A.    **I not aware of that.**

Q.    Okay.  Is Lincoln aware of any indecent exposure case at the Super 8?

A.    **What do you mean exposure?**

Q.    When people are naked or taking their clothes

something suspicious, right?  But other than that, I cannot tell.

Q.  So, basically the same thing as the prostitution, if you saw the men coming in and...

A.  Right, right, right.

Q.  -- out and that sort of thing.  Okay.  What should a hotel do if it thinks someone is prostituting at the hotel?

A.  I either kick them out, knock them out of the room, or I call the police.

Q.  Okay.

A.  Yes.  I call the police a lot in that hotel.

Q.  Okay.

A.  Yeah.

Q.  But you don't recall ever calling the police about prostitution or sex...

A.  I don't remember nothing like that.

MR. TRIVEDI:  Just let it finish, okay?

MR. TRAN:  Oh, I'm sorry.  I'm sorry.

MR. TONGE:  (Resuming)

Q.  It's okay.  But yes, we need to try to make a record, yeah.

A.  Yeah, that's my personality, so.

Q.  No, no.  I talk a lot too.  I think I'm just as bad as anyone else.  When did the hotel first learn

came from a large Excel spreadsheet that Wyndham

produced.  And it's pretty hard to read that spreadsheet

that way.  Oh, shoot.  Do you guys need me to go back

and identify the numbers or is that okay?

(Not all exhibits have been identified by number.)

Q.   Okay.  I'm good without.  It's written on
them.  Sorry about that.  This is exhibit number 17.
And so, these are two complaints that would have been
collected by Wyndham in their system or somebody called
and Wyndham wrote it up.  And I pulled these two out of
that to put them on here so we could just talk about
these two.  The first one was from September 26, 2020 by
Jocelyn Smitherman.  Room wasn't properly cleaned.
Found sex toys under the bed.  No hot water.

Q.   I complained to a lady that night who was at
front desk but she had an attitude.  Yeah.  And so, just
that first one, this complaint.

**A.   I see it.**

Q.   Do you recall getting that information from
Wyndham?

**A.   I don't recall it generally but this type of
language, it might, I probably ran through it.  I
probably see it somewhere, somehow.**

Q.   If Wyndham got a report like this, they would
have sent that to you?

A.    They do.

Q.    Okay.  Do you recall doing anything in response to that report?

A.    That's what my job, I do every day.  I make sure the room is clean.  I make sure I kick out the people because that's what the bad area and the bad people might probably get in and play, party.  So, I overwatch it and that's how it happened.  Yes.  No party, no smoking, no go crazy stuff on my property.  I try to keep control on that best as I can

Q.    And, then if you look at the second one there right below that one, this is from July 16, 2020.  From a Tracy Brown and it says stop giving out keys to rooms that were already occupied, and then later she says too many prostitutes and drug dealers on the property, never have I ever been so disgusted and pissed off.  Do you recall getting that complaint from Wyndham?

A.    I don't recall.  I don't recall.

Q.    Do you recall doing anything in response to that complaint or either of these complaints?

A.    I don't recall.

Q.    Okay.  Now do you have any, does this refresh your recollection that you received complaints about prostitution at the hotel?

A.    Say that again.

Q.   Should I say prostitution at the hotel? Earlier.  Earlier today?

**A.   Yes.**

Q.   And so, does this change your mind about that?

MR. TRIVEDI:  Do you understand the question?

MR. TRAN:  Do what now?

MR. TRIVEDI:  Do you understand his question?

MR. TRAN:   I understand the question.

MR. TONGE:  (Resuming)

**A.   I tried to get my answer to the bottom of my knowledge.**

Q.   Your fine.  Take your time.

**A.   What s the definition of prostitution?  I don t know.  Because the guest come in, all the guest, they call it the ghetto hotel, the trap hotel.  Because the area, I mean, okay.  But, prostitution, I don t know.  I don t know what the definition of prostitution is.  Because, they see people smoke, they call it cup dua. (Ph)  They see people wear, you now, like, sexy, or go late at night.  They should call this prostitution? I don t know that definition.**

Q.   Okay.

**A.   But me, I don t.  To be honest with you, I don t know.  Maybe yes, maybe no.  I don t know.**

Q.   Okay.  And, we kind of went over this, and so,

that the manager was rude.  He stated that there were prostitution and drug going on in the hotel.  This is about ten days after the last one.  Do you recall getting this complaint?

A.   I don't recall.

Q.   And then, it looks like Star Harris replied again, is that right?

A.   That's what the letter says, yes.

Q.   And so, Star Harris' response is, unfortunately we will not be processing a refund for an issue that isn't significant enough to cause the guest to not use their reservation or at a minimum cause for an early checkout.  So, she did not think this was a significant enough complaint, right?

A.   Yes, we have a lot of different complaints.  I don't know.

Q.   Do you think that a complaint about prostitution and drugs at the hotel is significant?

A.   To be honest right now, it's been a long time.  I don't know.  I don't recall.  I don't remember.

Q.   I m sorry.  Do you remember doing anything in response to that complaint?

A.   This the stuff I do every day.  People mess up, people abandon, bad people come in, come out.

Q.   How often do you think you got complaints

about prostitution?

A.    I hardly hear that to the best of my memory. Probably a few, probably drugs more often, and probably some prostitution maybe a couple of times.  But that's what I'm there and that's what I try to manage.  And then have all the security and look out for suspicious things and try to do the best that we could.  But I don't know.  To be honest with you, I don't know.

Q.    This is exhibit 21.  This one if you go to page 2, it looks like this guest sent pictures.  Can you look at page 2?  This is the guest's complaint in the list of pictures.  And, at the bottom of that paragraph the guest says drug deals in broad daylight, etc.  And it looks like Star Harris responded again, is that right?

A.    Okay.

Q.    Is that right?

A.    I don't recall this one.  I don't recall all these things.

Q.    Is that Star Harris?

A.    It looks like that, that's what her name was when she responded.  The person, yeah.

Q.    And, you don't recall doing anything in response to this?

A.    I don't recall.

**A.   Okay.**

Q.   And just...

MR. TRIVEDI:  Hold on, hold on, hold on.

MR. TONGE:  Oh, sorry.

MR. TRIVEDI:  Let me just help you here.

MR. TRAN:  Okay.

MR. TONGE:  (Resuming)

Q.   Oh, yeah, it's okay.  And read that first paragraph, if you don't mind, and let me know.  Not out loud, just to yourself, and let me know when you're done.

**A.   Okay.**

Q.   Okay.  Oh, yeah, I was just...

**A.   Go to the...**

Q.   Yeah, I'm sorry.

**A.   Okay.**

Q.   So, in that first paragraph, it says that the police told Louis Vu about suspicious activity involving young girls at the Super 8, correct?

**A.   Yeah.**

Q.   Did Louis Vu report to you that the police told him about suspicious activity involving young girls?

**A.   No, I don't know.**

Q.   Should he have reported that to you?

A.    Yes, he should.

Q.    Did that violate the hotel's policy by him not reporting that to you?

A.    It depends on circumstances.  I don't know. But where the police take him go and come back, and then he talk to everybody that they have no problem.  They come, they take him, and then they ask questions, and then they release him.  And what time they did, like, 2 a.m.  I don't know.  They didn't tell me.

Q.    Okay.

A.    I think.

Q.    And it says that Mr. Vu told the police that he saw some younger girls at the location, but didn't pay close attention, right?

A.    Yes.

Q.    Did Louis ever report to you that he had seen younger girls around the hotel?

A.    He seen a younger girl in the hotel?  Yeah, a lot of people go there, they come with the family.  So the family, they have the children with them.  You know, maybe some of them, they stay like six people, eight people.  And they got, like, younger children.  So, I have no idea what kind of girl coming in, coming out. But that, if that's the girl, that kind of girl I see. But other than that, I have no idea.

Q. And so, my question was, should Louis have reported that to you?

**A. No, he have not report on this case. This particular case, I just see it right now.**

Q. Okay.

**A. And I never see or hear nothing like it before.**

Q. Okay. And you saw that Louis said that he did not know a man who went by E, right?

**A. He didn't know what?**

Q. The police asked Mr. Vu if he knew a man by the name of E at the hotel. At the bottom of that paragraph, Mr. Vu said he did not know.

**A. That is their conversation. I don't know.**

Q. Okay. Did Louis report to you that the police were investigating a man in room 229 that was suspected of having young females in that room?

**A. I have not remember.**

Q. Okay. All right. So, let's go backwards a little bit to 496.

**A. 496?**

Q. Uh-huh.

**A. 47. 46. Okay.**

Q. So, I want to focus on the last paragraph. If you could read that and just read it to the... It ends