# EXHIBIT C

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.H, N.N., J.R. and D.B.,          )
                                   )
       Plaintiff(s),               )
                                   )
-vs-                               )
                                   ) NO. 1:25-cv-4310
LINCOLN BANCORP LLC                )      1:25-cv-4313
d/b/a SUPER 8 BY WYNDHAM;          )      1:25-cv-4629
AND LINCOLN PROPERTY               )      1:25-cv-05391
MANAGEMENT LLC,                    )
                                   )
       Defendant(s).               )


VIDEOTAPED DEPOSITION OF LOUIS VU

TAKEN ON BEHALF OF

THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON APRIL 1, 2026

_____


REPORTED BY:  SHELLEY MARBURGER, CSR

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 52

you have to know that rule first because that's a part of the training.

Q.   Okay.

A.   And they c- -- come all the time to -- to give us the -- how you call? -- the flier for human trafficking number.  In case we need it we can call, yeah.

Q.   Okay.

A.   Because we next to the cop, you know, station.

Q.   Uh-huh.

A.   The hotel.

Q.   You're next to the what station?

A.   The -- the police station.  Very close to the Fulton police station, very close.

Q.   Yeah.

Did you ever call that hotline number from the hotel?

A.   No.

Q.   Okay.  And do you know what prostitution is?

A.   Yeah.

Q.   How is that -- well, what is prostitution?

A.   People sell their body.

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 53

Q.   And how is that different than sex trafficking?

A.   That's, honestly, I don't pay attention. Okay.  Sex trafficking is people being forced to -- to sell their body, and prostitution -- prostitution is people, you know, do it with their -- their own will.

Q.   Uh-huh.  When you worked at the Super 8 did you ever have any suspicions that sex trafficking may have been happening at the hotel?

A.   No, sir.

Q.   Okay.

A.   Because I only stay, you know, at the front desk and the lobby, yeah.  Doing the paperwork, you know, checking people.

Q.   And so you're saying you didn't see anything around the hotel that would make you think there was sex trafficking?

A.   No, sir.

Q.   When you worked at the Super 8 were you ever concerned that prostitution was happening at the hotel?

A.   Yes.  But it's not my job for that because I only -- my job is only checking people in, check out people, do -- you know, grab the

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 54

housekeeping list thing.  And busy for -- for -- for that.  In the morning it's very busy, you know, time.  And evening sometime when I work people have a second shift to work from 4:00 p.m. to midnight or depending, yeah.

Q.  Okay.  So are you saying it wasn't your job to report prostitution at the hotel?

A.  No.  I don't know anything so how do I report?

Q.  Oh, okay.  So you -- okay.  I think I misunderstood that.

A.  Yeah.

Q.  So you're saying that never once when you worked at the Super 8 did you see anything --

A.  No.

Q.  -- that looked like prostitution?

A.  No, sir.

Q.  Okay.  And then never once when you worked at the Super 8 did you see anything that looked like sex trafficking?

A.  No, sir.

Q.  Okay.  Are you aware of any other kind of sex crimes that happened at the Super 8 when you guys -- when you were working there?

A.  No, sir.

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 69

Q.  Okay.  Did you -- was part of your job -- any part of your job looking at complaints that people made to Wyndham or online guest reviews?

A.  No, sir, not my -- my job.

Q.  Did you ever look at them, anyway, out of curiosity or anything?

A.  Yeah.  Sometime I do.

Q.  Okay.  What was your impression of the reviews?

A.  Sometime people lie, yeah.  They can put whatever they -- they want on the review.

Q.  And so do you think the negative reviews were not true?

A.  Some of them, some no.

Q.  Okay.

A.  Yeah.

Q.  Did you see guest reviews where people complained about prostitution at the hotel?

A.  That, I'm not aware of.

Q.  Okay.  Did you see guest reviews where people said they felt unsafe at the hotel?

A.  Like I say, it's not a part of my job to look into the review.

Q.  Yeah.  And I'm -- and I'm -- you had said that you looked at some, and so --

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 70

A.   Yeah.

Q.   -- I'm just asking, did you --

A.   Yeah.  Just once, one or a couple of times.  That's it.

Q.   Okay.

A.   Yeah.

Q.   Did any of the other staff that worked at the hotel, did they talk to you about feeling unsafe at the hotel?

A.   No.

Q.   Okay.  Do you think there was a lot of drug dealing going on at the Super 8?

A.   I have no clue.

Q.   Okay.  Did you think there was a lot of prostitution happening at the Super 8?

A.   I don't know, sir.  I have no --

Q.   Okay.

A.   -- clue on that part.  Like I say, I just work at the front desk.  Whatever's -- you know, from the outside.  I know from the inside, I don't know if inside of a guest room.  I'm not allowed to know.  Don't know.

Q.   Okay.  Were they -- did a lot of people loiter around the Super 8?

And I don't mean up by the road, I mean,

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 75

A.   Uh-huh.

Q.   Do you see that?

I'm going to kind of refer to that number so that the court reporter knows where I'm at in this document.

THE REPORTER:  Are you marking this one as an exhibit?

MR. TONGE:  Yes.  This is Exhibit 2.

(Plaintiffs' Exhibit No. 2 marked for identification purposes and made a part of the record.)

Q.   (By Mr. Tonge) So I'm going to start at Page 498.

So if you would, look at this first paragraph and then tell me when you're done, where -- the one starting on May 6th.

Can you see that okay?

A.   Yeah.

Yes, I have read it.

Q.   Okay.  And so this says that the police, Detective King, told you about suspicious activity involving young girls at the Super 8.  Is that right?

A.   Yeah.  That one day they came and asked me, yeah.  They brought me to the station and

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 76

asked me some question for this one.

Q.  So that's true, they came -- what's in here is true.  They came and asked you about some suspicious activity involving young girls?

A.  Yeah.  But I say I don't know because inside of room and also was the -- how do you call? -- it was rented by different people.

Q.  Okay.

A.  I'm not aware of this because whoever, you know, provide valid ID and pay the -- the rent, I just check them in.

Q.  Yeah.  And you're not --

A.  And if they are guests -- how can I get, you know, know anything happen inside, sir?

Q.  Sure.

A.  It's not part of my job.  My job's only like I told you, I only check in people and whoever pay and I get the ID and then check them in.

Q.  Okay.

A.  Like I told the detective I don't know anything.  I don't pay attention because my job is only checking people in, checking people out, and who rent -- whoever rent it with a valid ID and pay the rent I check them in.

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 77

Q.   Okay.   And so it's true that you told the police that you saw some younger girls but didn't pay close attention?

A.   Yeah.

Q.   Is that --

A.   They look like regular guests, you know. Every day you 100 -- 100 people walk into the hotel, walk into the lobby.   How can you know, you know, who's the -- who -- you just don't know, whoever, you know, want to check in the room or check out, pay the -- the room.   That is part of my job, yeah.

Q.   Okay.   And then where it said that, in that paragraph, that you said that you didn't know if there was a young female in Room 229 and you did not know a man who went by the name of "E" at the hotel.   Correct?

A.   That's correct.

Q.   Okay.   All right.   So now I'm going to go to Page 496.   And I would ask you to read this last paragraph that says "On May 2nd, 2020," and let me know when you're done with that.

A.   Yes.   I read it.

Q.   Okay.   And so Ms. Holmes there is talking about Mr. McCrary raping her and selling her for

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 80

And so are you aware of girls at the Super 8 who had men come to the hotel to meet them for sex?

A. I'm not, sir. I'm not aware.

Q. Okay.

A. Every day we have 100, 100 people come to the hotel. I don't recall every single one, yeah.

Q. Do you think some of those 100 people were selling sex at the Super 8?

A. I don't know, sir.

Q. Okay. And then I'm going to scroll down here. And if you could, this is the end of that paragraph you just read. If you could just read the first four lines on the page, "provided a room number of 229"?

A. Yeah. I read it but nothing to do with my job, yeah.

Q. Okay. So it says "Ms. Holmes also said to ask the manager at the front desk because he was being given drugs by Mr. McCrary."
Were you being given drugs by Mr. McCrary?

A. No, sir.

Q. Okay. And then it says "Ms. Holmes described Mr. McCrary as a light skin male with

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 85

thing that you talked with the police about was who rented the Room 229?

A. They asking me who rented the room for -- for -- for -- for room 229, who rent that room. And I had to pull out all the paperwork to show them who rented that room.

Q. And did they ask you about getting drugs from Quasim Cherry?

A. Yes. But I said "no." I didn't admit that.

Q. Okay. Did many employees get drugs from guests at the Super 8?

A. I don't know, sir.

Q. And you said here when the police came that you did see a lot of young girls around. Right?

A. I didn't say that. I didn't recall.

Q. Let's go up here. Up here on Page 498 it says "Mr. Vu claimed he saw some younger girls staying at the location but he did not pay close attention."

So do you remember telling the police that you saw some young girls at the Super 8 that day?

A. Yes. They asking me about the people

T.H., N.N., J.R. and D.B. v. Lincoln Bancorp, LLC, et. al.
Deposition of Louis Vu

Page 86

staying.  Every day you will see a lot of people there, the guests.  I don't know who -- who -- who was that, yeah.

Q.  Was it common to see young girls at the Super 8?

A.  No.  Sometime they -- they come with different guests, you know, a group of three or four people.  How do I know, you know, they a family or they related to each other?

Okay.  I will take my Fifth.  I'm tired.

Q.  I'm sorry, what was the last thing you said?

A.  I will take Fifth, sir.  I'm very tired, sir.

Q.  Are you saying you're -- you're going to plead the Fifth Amendment?

A.  Yes, sir.  I'm so tired.  I need to rest because I work all night already.

Q.  So -- okay.  Well, I mean, I don't represent you and as far as I know nobody on this call represents you.

A.  Yeah.

MR. TONGE:  Ankur --

I'll just tell you that you have to -- my understanding is that you -- you would