# EXHIBIT F

| Anique Whitmore MA LPC<br>Consultation Cases & Expert Testimony | | |
|---|---|---|
| **Jurisdiction/Firm** | **Case** | |
| Athens DA | State v Byrd | |
| Dekalb DA | State v Lester | |
| Dekalb DA | State v Macky/Williams | |
| Fulton County PD | State v Christopher Reynolds | |
| Fulton County DA | State v McManus | |
| Fulton County DA | State v Ethan Barrett | |
| Fulton County DA | State v Ethan Barrett | |
| Fulton County DA | State v Corron Johnson | |
| Fulton County DA | State v Darden | |
| Fulton County DA | State v John Dries | |
| Fulton County DA | State v Havin Martin | |
| Fulton County DA | State v Liggons | |
| Fulton County DA | State v Weaver | |
| Fulton County DA | State v Hillman | |
| Fulton County DA | State v John Dries | |
| Fulton County DA | State v David Ramsey | |
| Fulton County DA | State v Rudolph Anthony Cash | |
| Fulton County DA | State v Rudolph Anthony Cash | |
| United States | State v Miller | |
| Dekalb DA | State v Henry Thomas | |
| Dekalb DA | State v Russell Cook | |
| Bibb County DA | State v Journey | |
| United States - Germany | US v SGT Gaddy | |
| Dekalb DA | State v Eric Lewis | |
| Dekalb DA | State v Grier | |
| Bibb County DA | State v Shelley | |
| Fulton County DA | State v James Bailey | |
| United States | State v Barnes | |
| Dekalb DA | State v C. King & D. Edwards | |
| Dekalb DA | State v Eric Lewis | |
| Fulton County DA | State v  Mathis | |
| Fulton County DA | State v David Ramsey | |
| Fulton County DA | State v DeAndre Hardy | |
| Fulton County DA | State v Dwayne Shaw | |
| Dekalb DA | State v Nixon | |
| Dekalb DA | State v Benjamin & Means | |
| TKST Law firm | MARTA | |
| Dekalb DA | State v Rivera | |
| Fulton County DA | State v Pavlov | |
| Dekalb DA | State v Stinson | |
| TKST | MARTA | |
| Fulton County DA | State v Hunnicutt | |
| Fulton County DA | State v Dunman | |
| Fulton County DA | State v Antoine Thomas | |
| Fulton County DA | Statea v Plascencia | |
| Mincey Law Firm | King v King | |
| Fulton County DA | State v Sergio Hernandez | |
| Fulton County DA | State v Roython Hickson | |
| Fulton County DA | State v Benton | |
| Fulton County DA | State v Zachery | |
| Fulton County DA | State v Berry | |
| Dekalb DA | State v Westerman & Lindsey | |
| Cobb County DA | State v McMickens | |

1

Plaintiff J.R. 1674

| Anique Whitmore MA LPC Consultation Cases & Expert Testimony | | |
|---|---|---|
| **Jurisdiction/Firm** | **Case** | |
| Fulton County DA | State v DeAndre Hardy | |
| Bibb County DA | State v Willis | |
| Fulton County DA | State v Shrosphire | |
| Fulton County DA | State v Hunnicutt | |
| Fulton County DA | State v Acosta-Michel | |
| Dekalb DA | State v Andre Tyrone Taylor | |
| Dekalb DA | State v. Allen & Frazier | |
| Fulton County DA | State v DiPietro | |
| Fulton County DA | State v Samuel Reynolds | |
| USA | US v Mills | |
| Dekalb DA | State v Charles Mackey | |
| Fulton County DA | State v Prescott | |
| Fulton County DA | State v Scheren | |
| Fulton County DA | State v Lorenzo Nino | |
| Fulton County DA | Stephen Vaughn | |
| Fulton County DA | State v Garibey | |
| Fulton County DA | State v Hernandez Rimirez | |
| Fulton County DA | State v Gomez | |
| Dekalb DA | State David Hayes | |
| Dekalb DA | State v Hood/Cook | |
| Gwinnett | State v Jose Pena | |
| Dekalb DA | State v Bralin Perry | |
| | Bartlett v Brown | |
| USA JAG_ Fort Bliss | US v Wood | |
| Fulton County DA | State v Salvador | |
| Dekalb County DA | State v Westerman & Lindsey | |
| Fulton County DA | State v Grier | |
| Gwinnett County DA | State v Blackwell | |
| USA | US v Jimmy Barlow | |
| Duong v Perry | Duong v Perry | |
| Dekalb County DA | State v Robert Tate | |
| Fulton County DA | State v Stone | |
| Fulton County DA | State v Nathan Foster | |
| Fulton County DA | State David Berry | |
| Fulton County DA | State v Robert Spalding Ferrell | |
| Fulton County DA | State v Salazar | |
| Fulton County DA | State v Vickers | |
| Gwinnett County DA | State v Sewell | |
| Cobb County DA | State v Lewis | |
| Fulton County DA | State v Garibey | |
| Fulton County DA | State v Mathis | |
| Fulton County DA | State v Carter & Patterson | |
| Dekalb County DA | State v Lofton | |
| Dekalb County DA | State v Brice | |
| Dekalb County DA | State v Lucas | |
| Fulton County DA | State v Scheren | |
| Fulton County DA | State v Head | |
| United States _Fort Sill | US v Serbia | |
| Fulton County DA | State v Stephen Vaughn | |
| United States_Fort Bliss | US v Walker | |
| United States _ JBLM | US v Rossner | |
| Fulton County DA | State v Lorenzo Nino | |
| Fulton County DA | State v. Rigoberto Casco-Oyuela | |

2

Plaintiff J.R. 1675

| Anique Whitmore MA LPC Consultation Cases & Expert Testimony | | |
|---|---|---|
| **Jurisdiction/Firm** | **Case** | |
| Fulton County DA | State v Lavell Farrar & Trantavious Grier | |
| Fulton County DA | State v Hardy | |
| Dekalb County DA | State v Boyd | |
| Dekalb County DA | State v Mitchell | |
| Dekalb County DA | State v Alejandro -Mendoza | |
| Dekalb County DA | State v Vasquez | |
| Fulton County DA | State v Kishel | |
| Fulton County DA | State v Derrick Nichols | |
| Fulton County DA | State v Donald Carson | |
| Fulton County DA | State v Vickers | |
| Gwinnett County DA | State v Kwabena Higgins | |
| Dekalb County DA | State v Pitts | |
| Fulton County DA | State v Wheeler | |
| Fulton County DA | State v Arnold | |
| United States _Fort Carson | US v Melgarjo | |
| United States _Fort Carson | US v Melgarjo | |
| United States _ Fort Bliss | US v Thompson | |
| Dekalb County DA | State v Saggus | |
| United States_ Fort Bragg | US v Fox | |
| Dekalb County DA | State v Andre Brown | |
| TKST Law firm | N. Taylor v DJJ | |
| Dekalb County DA | State v Ross | |
| Fulton County DA | Victor Guzman-Hugo | |
| Gwinnett County DA | State v Zenteno-Cruz | |
| Fulton County DA | State v Demetrius Williams | |
| Bibb County DA | State v. Robert Wayne Davis | |
| Dekalb County DA | Brigido Garcia- Chavez | |
| Henry County DA | State v Freedman | |
| Dekalb County DA | State v Blake | |
| Fulton County DA | State v Munford | |
| Fulton County DA | State v Kirkland | |
| Gwinnett County DA | State v Googe | |
| Baldwin County DA | State v Lawrencew | |
| Gwinnett County DA | State v Arsenault | |
| Fulton County DA | State v Aitken | |
| Fulton County DA | State v Craig | |
| Fulton County DA | State v Kelley | |
| Fulton County DA | State v Dupree | |
| Fulton County DA | State v Galan | |
| Fulton County DA | State v Trotter | |
| Fulton County DA | State v Connell | |
| Fulton County DA | State v Arnold | |
| USA JAG _ Fort Lewis McChord | US v Sanchez | |
| Dekalb County DA | State v. Audelio Rodas Lopez | |
| Dekalb County DA | State v Russell Cook | |
| USA JAG_ Fort Wainright | USA v Amalong | |
| Dekalb County DA | State v Deauntre Burnette | |
| Fulton County DA | State v. Kenthrol Price | |
| Fulton County DA | State v. Charles Pinckney | |
| Fulton County DA | State v Richard Connell | |
| Gwinnett County DA | State v Jackson | |
| Gwinnett County DA | State v Leekomon | |
| Colom & Brant | State v Leslie Everett | |

3

Plaintiff J.R. 1676

| Anique Whitmore MA LPC<br>Consultation Cases & Expert Testimony | | |
| --- | --- | --- |
| **Jurisdiction/Firm** | **Case** | |
| Clayton County DA | State v Corey Ashe | |
| Fulton County PD | State v Jovany Garcia | |
| Dekalb County DA | State v Herbert Brown | |
| Fulton County DA | State v Robert Cornelious | |
| Fulton County DA | State v Juan Solis | |
| Fulton County DA | State v Gregory Morris | |
| Fulton County DA | State v Jocqual Burkes | |
| Fulton County DA | State v Saudi Wells | |
| Fulton County DA | State v Ricky Jacobs | |
| Fulton County DA | State v Jerry Lindley | |
| Fulton County DA | State v Cedric Bradley | |
| Fulton County DA | State v Hancock | |
| Fort Bragg | US v Mikolaczyk | |
| Fulton County DA | State v Gibson | |
| Fulton County DA | State v DeJesus | |
| Dekalb County DA | State v Sellers | |
| Dekalb County DA | State v Hammond | |
| Fulton County DA | State v Epps | |
| Fulton County DA | State v Perry | |
| Gwinnett County DA | State v Valez | |
| Fulton County DA | State v Norman | |
| Fulton County DA | State v Shakir Cole | |
| Fulton County DA | State v Woodward | |
| Dekalb County DA | State v Watson | |
| Fulton County DA | State v Solis | |
| Dekalb County DA | State v Rankins | |
| Gwinnett County DA | State v Aldana | |
| Bibb County DA | State v Tatum | |
| Fort Benning | US v SPC Smith | |
| Fulton County DA | State v Richard Office | |
| Fulton County DA | State v Joshua Harris | |
| Fulton County DA | State v Joshua Dorsett | |
| Fulton County DA | State v Saudi Wells | |
| Fulton County DA | State v Andra Clark | |
| Fort Bragg | US v Cunningham | |
| Scott AFB | US v Pennington | |
| Fort JBFLM | US v Sanchez | |
| Fulton County DA | State v Rodriquez | |
| Fulton County DA | State v Rodney Brown | |
| Fulton County DA | State v Hayes | |
| Fulton County DA | State v William Gaddy | |
| Fulton County DA | State v Christian Kahf | |
| Fulton County DA | State v Keith Zachary | |
| USA_ JBLM | US v Sanchez | |
| USA_ JBLM | US v Sanchez | |
| Fulton County DA | State v Shakir Cole | |
| Fulton County DA | State v Saudi Wells | |
| Dekalb County DA | State v Julius Young | |
| Fulton County DA | State v Keith Zachary | |
| Fulton County DA | State v Jamar Girley | |
| Fulton County DA | State v Andra Clark | |
| Fulton County DA | State v Jalen Pierson | |
| Dekalb County DA | State v Goux | |

4

Plaintiff J.R. 1677

| Anique Whitmore MA LPC Consultation Cases & Expert Testimony | | |
|---|---|---|
| **Jurisdiction/Firm** | **Case** | |
| USA_ JBLM | US v Gonzalez | |
| Fulton County DA | Us v Joseph Perry | |
| Robert Beckwith Firm | Zoe Davis | |
| Fulton County DA | State v Don Martin | |
| Fulton County DA | State v Joshua Harris | |
| Fulton County DA | State v Kentavious Carr | |
| Fulton County DA | State v Munford | |
| Fulton County DA | State v Hancock | |
| Fulton County DA | State v Licona | |
| Dekalb County DA | State v Smith | |
| Dekalb County DA | State v Littles | |
| Fulton County DA | State v Richard Tard | |
| Fulton County DA | State v George Reid | |
| Fulton County DA | State v Terrance Pullins | |
| Hawkins, Spizman, Kilgo | Silva v Wonders | |
| USA_ JBLM | US v Gonzalez | |
| USA_ Wheeler AFB | US v Vega | |
| USA_ Fort Lee | US v Megaw | |
| USA_ Fort Lee | US v Buckley | |
| Fulton County DA | State v Robert Cornelius | |
| Dekalb County DA | State v Dominic Lawton | |
| Fulton County DA | State v Saudi Wells | |
| Fulton County DA | State v Demarcus Character | |
| Fulton County DA | State v Shakir Cole | |
| Cobb County DA | State v Booze | |
| Clayton County DA | State v James Moore | |
| Law Office of Robert Kenner | State v Cobea Zachary | |
| Fulton County DA | State v Jomandi Wright | |
| Kelsey Geary Law Firm | State v St. Germain | |
| USA_ JBLM | US v Addesso | |
| Fulton County DA | State v Jamar Girley | |
| Fulton County DA | State v Dionne Dorner | |
| Fulton County DA | State v Robert Lindamood | |
| Fulton County DA | State v Richard Tard | |
| Fulton County DA | State v Marty Allen | |
| Fulton County DA | State v Clarence Taylor | |
| Cobb County DA | State v Harris | |
| Dekalb County DA | State v Therien Longpre | |
| Fulton County DA | State v Harim Hicks | |
| MooreIngram Johnson & Steele | Rogers v Brindle | |
| Dekalb County DA | State v Johnathan Walker | |
| Dekalb County DA | State v Timothy Everson | |
| Fulton County DA | State v David Gibson | |
| Summerville Firm | Rogers v Brindle | |
| Fulton County DA | State v Bryon Osario | |
| Fulton County DA | State v Curtis Blunt | |
| Fulton County DA | State v Saudi Wells | |
| Dekalb County DA | State v Jennifer & Joe Rosenbaum | |
| Fulton County DA | State v Saudi Wells | |
| USA JAG_ Fort Wainright | US v Martinez | |
| Dekalb County DA | State v Holland | |
| USA JAG Fort Campbell | US v Hotaling | |
| Fulton County DA | State v Rodericus Hayes | |

5

Plaintiff J.R. 1678

| Anique Whitmore MA LPC<br>Consultation Cases & Expert Testimony | | |
| --- | --- | --- |
| **Jurisdiction/Firm** | **Case** | |
| Fulton County DA | State v Morris | |
| Dekalb County DA | State v. Aric Holt | |
| Fulton County DA | State v Justin Jackson | |
| Fulton County DA | State v Kelsey Johnson | |
| Fulton County DA | State v Calvin Hood | |
| Dekalb County DA | State v Michael Varner | |
| Dekalb County DA | State v Telly Grooms | |
| Dekalb County DA | State v Deangelo Minor | |
| Dekalb County DA | State v Ronald Whitfield | |
| Fort JBLM | US v Perez | |
| Fort Campbell | US v Plott | |
| Fulton County DA | State v McCants | |
| Fulton County DA | State v Elijah Brice | |
| Dekalb County DA | State v. Douglas Licona-Galind | |
| Fulton County DA | State v Shabazz | |
| USA Fort Drum | US v Navarro | |
| Fort Wainwright | US v Martinez | |
| Fulton County DA | State v Donte Hale | |
| Fort Benning | US v Ervin | |
| Fort Drum | US v Aikenoff | |
| Dekalb County DA | State v Do | |
| US Fort Campbell | US v Bensinger | |
| USA Fort Campbell | US v SPC Forrester | |
| US Fort Campbell | US v Bensinger | |
| Camp Humphreys | US v Gabse | |
| Brian Steele | State v Eddie King | |
| Brian Steele | State v Asjah Coleman | |
| Pat McDonough | Trafficking Cases | |
| Katherine Burmeister | Dentistry Case | |
| The Block Firm LLC | Jane Doe v Gwinnett School District | |
| Camp Humphreys | US v Dowdell | |
| Dekalb County DA | State v John Ruey | |
| Fulton County DA | State v Brandon Terrell | |
| Dekalb County DA | State v Zachery Myers | |
| Dekalb County DA | State v Leroy Patrick | |
| Gwinnett County DA | State v Ruiz | |
| Gwinnett County DA | State v Bell | |
| Fulton County DA | State v Coleman | |
| Dekalb County DA | State v Angelo Jones | |
| Andersen, Tate & Carr, P.C | Jane Doe v Suresh & Durga, Inc | |
| Krevolin & Horst, LLC | State of Georgia v Tiffany Simpson | |
| Bondurant Mixson & Elmore | Federal Trafficking Cases | |
| Garland Samuel & Loeb | State v Kirvonte Benson | |
| Dwayne Singleton, LLC | State v Arianna Murphy | |
| Dekalb County DA | State v Godfrey Hubbard | |
| Dekalb County DA | State v Dmante Anderson | |
| Dwayne C. Singleton, LLC | State v Ariana Murphy | |
| USA Fort Jackson | US v Gutierrez | |
| Anderson, Tate & Carr, P.C. | Jane Doe v Suresh & Durga, Inc | |
| Butler Law Firm | Toccara Davis v BOJ of WNC, LLC | |
| Camp Humphreys _ NY | US v Diaz | |
| Dekalb County Solicitors | State v Makayla Gill | |
| Dekalb County DA | State v Fernandez | |

6

Plaintiff J.R. 1679

| Anique Whitmore MA LPC Consultation Cases & Expert Testimony | | |
|---|---|---|
| **Jurisdiction/Firm** | **Case** | |
| Dekalb County DA | State v Fauntleroy | |
| Dekalb County DA | State v Todd Robinson | |
| Gwinnett County DA | State v Donaldo Urisul-Mososo | |
| Dekalb County DA | State v Stevenson | |
| Dekalb County DA | State v King | |
| Fulton County DA | State v Cleophus Ward | |
| Fort Belvoir/McNair | US v Paredes | |
| Fort Belvoir/McNair | US v Gallegos | |
| Towaliga Judicial Circuit | State v Dawley | |
| The Block Firm LLC | DIAZ and CACERES v. THE PARTNERSHIP, INC | |
| Butler Kahn Law Firm | Barton v Peachstate Hospitality | |
| Ted Corvey Law Firm | Jane Doe v Enterprise | |
| Dekalb County DA | State v Copeland | |
| Dekalb County DA | State v Theodore Brown | |
| Gwinnett County DA | State v Lightfoot | |
| Hall County Public Defender's Office | State v Larry Leamond Witt | |
| Dekalb County DA | State v Carillo Aparicio, Jose Luis | |
| Dekalb County DA | State v Quarles  & Paris | |
| Cuyahoga County Public Defender | State v Ronald Vanderhorst | |
| Fulton County DA | State v Keion McGhee | |
| Dekalb County DA | State v Jeffrey Copeland | |
| JAG_ Korea | US v Diaz | |
| Dekalb County DA | State v. Douglas Licona-Galind | |
| Fulton County DA | State v Dominique Williams | |
| Fulton County DA | State v Brian Baker | |
| Butler Kahn Law Firm | Barton v. PeachState Hospitality | |
| Riti, Inc d/b/a American Inn & Suites | CivilAction No. 1:22-cv-0848 | |
| Rockdale County District Attorney's Office | State v Reuben Phillips | |
| Anderson, Tate & Carr, P.C. | D.H. v. Tucker Inn | |
| The Stoddard Firm | I.R. v. Riti, Inc. | |
| Fulton County DA | State of GA v. Quaneesha Johnson | |
| Barrow County DA | State v Burnett | |
| Fulton County DA | State v Jaquan Barnes | |
| Corvey Law Firm | A.Kuhn v Enterprise LLC | |
| Law Brian H. Cathey | Harrill v State of Georgia | |
| Dekalb County DA | State v Tranquilino Aldar Elvir | |
| Fulton County DA | State vs. Torres Drain | |
| C. Thomas Brown & Tina Harris at Law | State of Maryland v Keegan | |
| Wheeler Air Force/Fort Shafter | United States v. CPT Timothy J. Lukacz | |
| Dekalb County DA | State v Antonio Banks | |
| Dekalb County DA | State v Dereck Gladney | |
| Fulton County DA | State v Lewis/King | |
| Dekalb County DA | State v George Nesbitt | |
| Dekalb County DA | State v Malik McClenton | |
| Fulton County DA | State v Tranell Simms | |
| Dekalb County DA | State v Tommy Moore | |
| Dekalb County DA | State v Mykal Jett | |
| Fulton County Solicitors Office | State v Garrick Hinton | |
| Fulton County DA | State v Antawayne Almond | |
| Alston & Bird LLP | Private | |
| Fulton County DA | State v Richard Chen | |
| Fulton County DA | State v Roland Thomas | |
| Anderson, Tate & Carr | WK v RRI | |

7

Plaintiff J.R. 1680

| Jurisdiction/Firm | Case | |
|---|---|---|
| **Anique Whitmore MA LPC** **Consultation Cases & Expert Testimony** | | |
| Fulton County DA | State v Curtis Patrick | |
| Fulton County DA | State v Gregory Edwards | |
| Fulton County DA | State v Kian Wright | |
| The Stoddard Firm | J.K. v Main Street Lodging Inc. | |
| Stewart Miller Simmons Trial Attorneys | Heechan Jeon v Rock Evangelical Presbyterian Church | |
| Dondra Bass O'Neal, Esq. | John Doe v. Boy Scouts of America et al | |
| USA _ Fort McNair | US v. COL Diamond | |
| Stoddard Firm | T. Moore v Wise Staffing | |
| Harris Lowry Manton LLP | Carver v Mountain Corp | |
| Browning Browning and Gilkinson, LLC | Champaigne v Idaho School District | |
| Morgan and Morgan | Heinz v. Wellstar Health System | |
| Fulton County DA | State v Dequon Norman | |
| Dekalb County DA | State v Dmante Dontrell Anderson | |
| Stoddard Firm | H.G. and S.S. v. Neelakanth Enterprises Inc. d/b/a, MOTEL 6 | |
| Karen West Law, LLC | State v Jae Yu | |
| Delmon D. Smith, JD, PHR | D. Smith v. Ciara Armstrong | |
| The Law Office of Chelsea Sadler Esq. | Gentry vs Keegan | |
| Stoddard Firm | TM v HZG Properties, Wise Staffing | |
| Dekalb County DA | State v Leonard Boone | |
| Fulton County DA | State v Jovan Burton | |
| Fulton County DA | State v Leonard Boone | |
| USAG Fort Belvoir | US v Winogard | |
| Calvin Smith Law | L. Landrum v. Insurance | |
| Calvin Smith Law | Leah and Andrew Burton v. Wellstar Health Systems, Inc et al | |
| Beasley Allen Law | Jeanette Smith Legal Guardian of NG v. West End Family Life et al. | |
| Fulton County DA | State v Jeffvon Gill | |
| Stoddard Firm | E.J. v. Olympia Hotel Management, LLC et al. | |
| Stoddard Firm | JK v. Sundown Suites | |
| Butler Kahn Law Firm | Jane Doe v. Jeff McCoy and Emilyn Espiritu | |
| Fulton County DA | State v Damion Terry | |
| Platt Family Law | Acosta v Thompson | |
| Stoddard Firm | HG v. Neelakanth Enterprises Inc. | |
| Max Schardt Law | State v Tamika Clark | |
| Fulton County DA | State v Burton | |
| Max Schardt Law | State v J. Williams | |
| Stoddard Firm | B.L. v. A2C Budget Hotel & Stablgold Hospitality | |
| Calvin Smith Law | J. Silvers v. Premier Neurological Care, LLC and Saima Khurram, M.D. | |
| Morgan and Morgan | J. Washington v Highlands Atlanta et al | |
| Fulton County DA | State v. Bibson, Linda Smith, Tyrone Taylor -C$sh Out | |
| USA Wheeler Air Force Base | US v Rendleman | |
| Anderson, Tate & Carr | H.M. and I.B v RADHESHVAR, LLC | |
| The Stoddard Firm | E.J. v. Olympia Hotel Management, LLC et al. | |
| Rossman Law Group, PLLC | Hummel v. Boise School District | |
| Steele Law, LLC | G. Rushin | |
| Anderson, Tate & Carr | T.O. v Janki Motel, Inc | |
| Anderson, Tate & Carr | S.D. v. Janki Motel, Inc | |
| Anderson, Tate & Carr | K.W. v Janki Motel, Inc | |
| Fulton County DA | State v Brantley & Jones | |
| Andersen, Tate & Carr, P.C | T.O. v Janki Hotels | |
| Andersen, Tate & Carr, P.C | K.W. v Janki Hotels | |
| Anderson, Tate & Carr, P.C. | S.D. v Janki Hotels | |
| Fulton County DA | State v R. Chen | |
| Fulton County DA | State v Raymone Jones | |

8

Plaintiff J.R. 1681

| Anique Whitmore MA LPC Consultation Cases & Expert Testimony | | |
|---|---|---|
| **Jurisdiction/Firm** | **Case** | |
| Andersen, Tate & Carr, P.C | Heidi Brand and J.S. v. Suresh & Durga Inc | |
| The Law Office of Chelsea Sadler Esq. | David Gentry v Shannon Keegan | |
| Joint Base Lewis-McChord | United States v. MS SGT Adam P. Misner | |
| Law Office of W. Calvin Smith II, P.C. | R. Lightfoot | |
| Andersen, Tate & Carr, P.C | H.M. & I.B. v. Radheshvar | |
| Dekalb County DA | State v Deshawn Jean | |
| Morgan and Morgan | v. DoorDash | |
| Fulton County DA | State v. Zavaladraga Rich | |
| The Law Offices of Jeffery C. Talley | State v Esteban Panuco | |
| Fulton County DA | State v Corey Barkley | |
| Fulton County DA | State v Jose Figueroa | |
| Fulton County DA | State v Derrius Johnson | |
| Fulton County DA | State v Robert Rice | |
| Joint Base Lewis-McChord | United States v MSgt Misner | |

9

Plaintiff J.R. 1682