UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

      Plaintiff,

    v.

LINCOLN BANCORP, LLC,

      Defendant.

CIVIL ACTION NO.
1:25-CV-04629-JPB

## **ORDER**

This matter comes before the Court on Plaintiff's Motion for Leave to File Under Seal [Doc. 47]. Defendant has not filed a response to the motion. See LR 7.1(B), NDGa ("Failure to file a response [to a motion] shall indicate that there is no opposition to the motion."). For good cause shown, the unopposed motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in the motion. See [Doc. 47].

**SO ORDERED** this 24th day of July, 2026.

J. P. BOULEE
United States District Judge