**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.R., <br><br>    Plaintiff, <br><br> v. <br><br> LINCOLN BANCORP, LLC, <br><br>    Defendant. | CIVIL ACTION FILE <br> NO. 1:25-cv-04629-JPB |

## <u>DEFENDANT LINCOLN BANCORP, LLC'S NOTICE OF INTENT TO SERVE SUBPOENA</u>

Defendant hereby provides notice of intent to serve the following subpoenas:

- Subpoena *Duces Tecum* and Notice of Deposition of Santana Phillips; and
- Subpoena *Duces Tecum* and Notice of Deposition of Winkeisha Vanterpool

This 13th day of August, 2026.

             **WEINBERG, WHEELER,**
             **HUDGINS, GUNN & DIAL, LLC**

             */s/ Christopher T. Byrd*
             Christopher T. Byrd
             GA Bar No. 100854
             Shubhra R. Mashelkar
             GA Bar No. 475388
             3344 Peachtree Road, N.E.
             Suite 2400
             Atlanta, Georgia 30326
             (404) 876-2700
             cbyrd@wwhgd.com
             smashelkar@wwhgd.com

*Counsel for Defendant Lincoln
Bancorp, LLC*

## RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Christoher T. Byrd*
Christoper T. Byrd

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2026, a true and correct copy of the

foregoing was filed with the Clerk of the Court using the CM/ECF system which

will send notification of such filing by electronic mail to all counsel or parties of

record:

Jonathan Tonge, Esq.
Patrick J. Mcdonough, Esq.
Jennifer Webster, Esq.
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Ste. 4000
Duluth, GA  30097
jwebster@atclawfirm.com
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854