UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04629-JPB |

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW, PATRICK B. MOORE, the undersigned attorney, and hereby enters an appearance as counsel on behalf of the Defendant Lincoln Bancorp, LLC ("Defendant") in the above-styled civil action. All future correspondence and pleadings for Defendant should be directed to the following:

Patrick B. Moore
Christopher T. Byrd
Shubhra R. Mashelkar
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
(Fax) 404-875-9433
smashelkar@wwhgd.com
cbyrd@wwhgd.com
pmoore@wwhgd.com

Respectfully submitted, this 21st day of August, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/* Patrick B. Moore

Patrick B. Moore
GA Bar No. 520390
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E., Ste 2400
Atlanta, Georgia 30326
(404) 876-2700
cbryd@wwhgd.com
smashelkar@wwhgd.com
pmoore@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

/s/ *Patrick B. Moore*

Patrick B. Moore

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record.

**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**

/s/ *Patrick B. Moore*
Patrick B. Moore
GA Bar No. 520390