# EXHIBIT B

# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| Field | Value |
|---|---|
| Agency Name | *College Park Police Department* |
| ORI | *GA 0600100* |
| Case# | *21-00701* |
| Date / Time Reported | *01/21/2021 10:15 Thu* |
| Last Known Secure | *01/21/2021 10:15 Thu* |
| At Found | *01/21/2021 10:15 Thu* |
| Location of Incident | *4979 OLD NATIONAL HWY, College Park GA* |
| Gang Relat | NO |
| Premise Type | *Hotel/motel/etc.* |
| District/Beat | D2, 33 |

| # | Crime Incident | ( ) | Weapon / Tools | Activity | Entry | Exit | Security |
|---|---|---|---|---|---|---|---|
| #1 | *Information For Officer 108* | (Com) | *None* | | | | |
| #2 | | ( ) | | | | | |
| #3 | | ( ) | | | | | |

MO:

**VICTIM**

| # of Victims | Type | Injury | Domestic |
|---|---|---|---|
| *0* | | | NO |

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | | | | | | | | |

Home Address: | Email: | Home Phone:

Employer Name/Address: | Business Phone: | Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: INDIVIDUAL (NOT A LE OFFICER) Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| *IO* | *WASHINGTON, TONY QUENTIN XAVIER* | | [redacted] | *32* | *B* | *M* | | *Resident* | |

Home Address: [redacted] | Email: | Home Phone: [redacted]

Employer Name/Address: *UNEMPLOYED (UNEMPLOYED)* | Business Phone: | Mobile Phone:

Type: INDIVIDUAL (NOT A LE OFFICER) Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| *RP* | *EDWARDS, DOROTHY* | | [redacted] | *29* | *B* | *F* | | *Non-Resident* | |

Home Address: [redacted] | Email: | Home Phone:

Employer Name/Address: *HOMELESS* | Business Phone: | Mobile Phone:

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: *SMITH, C. E. (3046)*

Invest ID#: *(0)* | Supervisor: *DEAK, J. (2332)*

Status: Complainant Signature: | Case Status: *Inactive* *01/21/2021* | Case Disposition: | Page 1

# INCIDENT/INVESTIGATION REPORT

*College Park Police Department*

Case # *21-00701*

Status Codes 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

| DRUGS | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*ANDO, J.T. (2934)*

Suspect Hate / Bias Motivated: *NONE (NO BIAS)*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 21-00701 *College Park Police Department*

N A R R A T I V E

Information for Officer

# REPORTING OFFICER NARRATIVE

*College Park Police Department*

| Victim | Offense | Date / Time Reported |
|---|---|---|
| | *INFORMATION FOR OFFICER* | *Thu 01/21/2021 10:15* |

OCA *21-00701*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 01/21/2021 approximately 10:15 hours I, Officer Smith was dispatched to 4979 Old National Hwy (Super 8 Hotel) in reference for information for Officer.

Upon arrival dispatch advised that the caller was running away from a male wearing all black and she was wearing a grey sweater.

Dispatch was able to obtain the females locatation and advised she was at the intersection of Sullivan and Old National Hwy. The female was transported out of the roadway and into the parking lot of Central Statin 4855 Old National Hwy. The female did not want to give her name at first. The female stated that they told her not to give names or they would kill her. I asked the female who they were and she advised the people in the circle, she is part of a human trafficking ring and she was being passed around the circle. She is originally from Chicago and she just needs to call her uncle to come get her because she doesn`t have any money. The female advised that the male in the room is part of the circle. She advised that the male came in room #331 while she was sleeping, he woke her up by yelling about some money that was missing. The female advised he had a gun but never pointed it at her. The female advised she left on her own free will out of the Hotel room but felt in fear for her life. The female advised the male did not force her out. The female advised the male began to chase her and she fled the scene on fear. The female wanted to talk at the station because she didn`t feel safe.
I transported the female to the station contact radio and gave me starting mileage when I arrive I gave my ending mileage.

The female was transported to interview room #323 where she added to her story that she heard on the Police radio about guest being in room #230 with 6 kids and advised that the Cartel was after her as well and she was going to be in trouble if she talked. The female then stated she rather go to Jail then face them and then identified herself as Dorothy Edwards REDACTED. Edwards then advised the reason she didn`t want to identify herself was due to having warrants in Michigan and Cobb County. Edwards wrote a witness statement form advised she did not want to press charges. Edwards advised she just wanted to voluntarily go to the Hospital. Edwards advised she has a medical condition and was feeling dizzy.

EMS was notified and arrived on scene to attended to her medical concerns.
Edwards was transported to Grady Hospital by Grady Ambulance.

Sgt. Fields and Officer Paniagua detained a male matching the description of all black clothing at the Valero later identified as Tony Washington REDACTED Washington was released due to Edwards not wanting to press charges.

I ran Washington through NCIC/GCIC no wants returned.
I ran Edwards through NCIC/GCIC returned wanted out of Cobb County for Cocaine Possession.
Cobb does not want to extradite due to Covid-19.

BWC N11604 approximately 11:09 duration of 32:36 (marked as evidence).