# EXHIBIT C

# 2/10 Terrible

**Irene**
Traveled with family
Jul 30, 2021

Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

## Don't stay here!

Upon arrival the property was not appealing at all. There was loud music and an obvious drug problem going on. We actually witnessed a man smoking something out of a glass pipe. We never even checked in and immediately canceled our reservation.

Stayed 1 night in Jul 2021

0

**Response from Hotel Management on Aug 29, 2021**

Dear Guest. Thank you for taking the time to share your feedback with us. We are taking steps to upgrade our rooms and improved our property within a couple of months and all the issues are being resolved. We hope that you would be willing to give us a chance to turn your experience around. It would be a pleasure to welcome you back to our new and improved hotel once it's completed. Kind Regards, Hotel Management

EXHIBIT 14

tabbies