# EXHIBIT D

## 2/10 Terrible

**Don**

Aug 21, 2021

Liked: Staff & service

Disliked: Cleanliness, property conditions & facilities, room comfort

### Worst ever

Worst hotel when it comes to cleanliness . Parking lot and walkways full of loose trash , every can was full of trash. My first room hadnt been cleaned from the last tenants. So i had to go back to office. Next room i turned the bathroom light on and roaches ran everywhere.. people were partying in the parking lot and we were propositioned on our way to the room while the security guy was leaning on the railing..

Stayed 1 night in Aug 2021

0

**Response from Hotel Management on Aug 28, 2021**

Dear Guest, Thank you for taking the time to share your feedback with us. We're really sorry for the inconvenience you had. We have addressed this to our staff and escalated to the management for immediate action. We will be implementing many upgrades to the property within the next couple of months and all the issues are being resolved. We hope your next stay will be a pleasant journey and looking forward to welcoming you back again. Kind Regards, Hotel Management

EXHIBIT 11