# EXHIBIT E

# 2/10 Terrible

**Tobias**
Business traveler
Aug 10, 2021

Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

Horrible place, condoms and fresh stains on bed spread

Stayed 1 night in Jun 2021

0

**Response from Hotel Management on Aug 28, 2021**

Dear Guest, Thank you for taking the time to share your feedback with us. We're really sorry for the inconvenience you had. We have addressed this to our staff and management for immediate action. We are taking steps to upgrade our rooms and improved our property within a couple of months. We hope your next stay will be a pleasant journey and looking forward to welcoming you back again. Kind Regards, Hotel Management

EXHIBIT 12
tabbies