# EXHIBIT F

## 2/10 Terrible

**Andrew**
Traveled with family
Aug 5, 2021

Disliked: Cleanliness, staff & service, property conditions & facilities, room comfort

### Unless you buying drugs this is not for you/family

This location is not as it appears to be in the picture. I was there with my grandkids and upon driving up there were homeless people near the driveway entrance along with all their belongings. the location had a lot of young men and women hanging around the bannisters and entrance and the lot was dirty and the room smelled really bad once I walked in I knew I could not stay there because this location was not of quality. and Wyndham should be ashamed for allowing this location to use their brand name. Just to be clear this location looks like a trap house (drug location)

See less

Stayed 1 night in Jul 2021

0

**Response from Hotel Management on Aug 29, 2021**

Dear Guest, Thank you for bringing this issue to our attention. The safety and security of our guest is always our top priority. We would like to express our apologies that you had a negative experience in our hotel. We are taking steps to upgrade our rooms and improved our property within a couple of months. We hope you will give us a chance to turn your experience around. Kind Regards, Hotel Management

EXHIBIT 13