# EXHIBIT G




https://www.yelp.com/biz/super-8-by-wyndham-college-park-atlanta-airport-west-college-park?hrid=zmutV0OQraGKBDXuzi4V2g&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)