# EXHIBIT H



SUPER 8 BY WYNDHAM COLLEGE PARK/ATLANTA AIRPORT WEST - Updated November 2025 - 72 Photos & 36 Reviews - 4979 Old National Hwy, College Park, Georgia - Hotels - Phone Number - Yelp

https://www.yelp.com/biz/super-8-by-wyndham-college-park-atlanta-airport-west-college-park?hrid=CZAsMYepLZ4DajZjshS0OQ&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)

Back to Search

yelp

**Teniqua K.**
Brooklyn, NY
58 94 279

Jul 13, 2016

3 photos

This place needs to give you stars for walking into it!!!!! UNBELIEVABLE!!!!! I cannot believe establishments that run at this level still exist in 2016. The deplorable conditions.... Just nasty!
I was in Atlanta stranded on 7/12/16 due to me not following my regular script and making reservations. I waited until I was like an hour away from ATL to call hotels for a room. I did not think I would have a problem finding a room on a Tuesday but to my dismay Atlanta was SHUT DOWN! Shut Down due to the AKA, Gospel and other multiple conferences in town. Every hotel I called was sold out. From the Holiday Inn to the Ritz Carlton was completely sold out!
My Employer offers a discounted program with Orbitz so I was finally able to reserve what seem like the only room available in Atlanta. (The next available was 70 miles away) I have never stayed in a Super 8, Motor Inn, or any temp stay Hotel/ Motels or whatever you want to call it but desperate times called for desperate measures I guess you can say.
Well first off when I got there I should have known something was up when all the truck drivers was sleeping sitting up in their trucks in front of this establishment rather then inside sleeping on a bed.!!?!%? Second warning, I walk in said "Good Evening" No kind of acknowledgement from the front desk attendant who I now know to be Ahmed. Once he finally got around to doing his job which was register me he had an attitude as if I was bothering him. I had to ask him where the room was located. The only thing he made sure to do was get a copy of my license and tell me checkout was at 11:00am. He gave me a key for room 334.
Okay ... Now to the Nitty Gritty. My husband pulled up in front of a room on the lower level near our room which was located on the 2nd floor. I am not going to lie the first thing cross my mind was that show "The First 48"... Well I guess the lights from our vehicle meant something to the occupants on the first floor because two females came out their rooms doors apart from each other looking nasty scoping the scene. So we climbed the stairs to our room and we were in disbelief... Yes I agreed to the smoking room because there was nothing else available but the stench that came from this room almost knocked me out. Pure funk! Dingy and it looked as if a crime was committed here. Holes in the wall and it look like it was dusted for fingerprints ( i am not a expert but are those bullet holes) I immediately returned to the front desk in request of a FULL REFUND. Ahmed and now Carmen stated I would have to contact Orbitz in order to get a refund. (1st lie)
Then they told me I would have to call Orbitz around 8am or 9am in the morning when they open. (2nd lie). I called Orbitz right there in the lobby (open 24 hrs.) and informed them of the situation, requested a refund and what I was told by Ahmed and Carmen. I was told by the operator that a refund can be granted due to what I just described but its to the property manager's discretion. I was put on hold while she called the front desk in which I was standing at and listened to Ahmed tell

**Reach out to other businesses**

This provider has not enabled messaging on Yelp, but you can still request information from other businesses like them.

Start request

wyndhamhotels.com/super-8

(800) 536-9326

Get Directions
4979 Old National Hwy College Park, GA 30349

Suggest an edit

**You Might Also Consider**
Sponsored

DoubleTree by Hilton Hotel Atlanta Airport
4.1 miles
"I'm a big fan of Doubletree everywhere I go, and with the exception of what I..." read more

Budget Inn

https://www.yelp.com/biz/super-8-by-wyndham-college-park-atlanta-airport-west-college-park?hrid=CZAsMYepLZ4DajZjshS0OQ&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)




https://www.yelp.com/biz/super-8-by-wyndham-college-park-atlanta-airport-west-college-park?hrid=CZAsMYepLZ4DajZjshS0OQ&utm_campaign=www_review_share_popup&utm_medium=copy_link&utm_source=(direct)