# EXHIBIT I




https://www.tripadvisor.com/ShowUserReviews-g34856-d217054-r503644735-Super_8_by_Wyndham_Atlanta_Hartsfield_Jackson_Airport-College_Park_Georgia.html