# EXHIBIT J

**quranq1** wrote a review Feb 2022
1 contribution

●○○○○

**Worst experience ever**

There was mold on the walls holes in the walls roaches everywhere people congregating all over the property selling drugs and being extremely loud staff didn't wear mask none of the appliances in rooms were clean

Read more ⌄

Review collected in partnership with this hotel ⓘ

**Date of stay:** February 2022

*This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews as part of our industry-leading trust & safety standards. Read our transparency report to learn more.*

[redacted]

There was mold on the walls holes in the walls roaches everywhere people congregating all over the property selling drugs and being extremely loud staff didn't wear mask none of the appliances in rooms were clean

**mthoma691947** wrote a review Feb 2022
Vicksburg, Mississippi • 1 contribution

●○○○○

**Don't go there 🗣**

Property is rundown have roaches with a bunch of youngsters running around with guns it stink the room is dirty I woke up with roaches on my pizza don't visit here no cap I've never visited anything of this sort def a waste of money

Read more ⌄

Review collected in partnership with this hotel ⓘ

**Date of stay:** February 2022

*This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews as part of our industry-leading trust & safety standards. Read our transparency report to learn more.*