# EXHIBIT K



Jeanine_RR
Leitchfield, Kentucky
146 101

## When someone tells you from the balcony not to stay here... listen

Review of **Super 8 by Wyndham Atlanta/Hartsfield Jackson Airport**

Reviewed Aug 6, 2021

I didn't listen. So sorry to the young lady that was just trying to warn us. In 100% fairness the nice gentleman at the front desk did allow us to inspect the rooms, and we chose to stay here.

Mainly because we were on the tail end of a long trip and we didn't know where else to stay. We needed to be at the passport office first thing in the morning and I thought "this place is as good as any".

I travel a lot. I have stayed in some sketchy, scary, filthy places and this.... this place is definitely in the top 3 for worst. I would never, ever, ever stay here again, nor recommend that anyone stay there.

This was just WOW.... BAD. The first room, I couldn't even stay in because it reeked I thought was skunk or cat, turns out.... that's what marijuana smells like. There was also a disgusting couch in that room.

Both rooms we rented had STICKY CARPET..... STICKY. We try not to think about that.

They were having some sort of memorial out back with loud music and a BBQ, which they seemed like nice folks and all, and I'm sorry for their loss, but as travelers new to the area... it was a little disconcerting that many of them seemed to have weapons— and the weed smell was overwhelming, all over. Is that even legal in GA???

Our young (19) year old travel companion had a knock on his door at 5 a.m. and it was a scantily dressed woman who was looking for another guest (wearing fishnets)....

No breakfast at all. Not even coffee or an attempt. We went to the Waffle House next door and that was pretty much in the same condition. Not a great memory of Atlanta. That's for sure.

I booked this through Wyndham Rewards and they should be 100% ashamed to have this sh-thole in their chain, it's a bad reflection on them.

Given the overall situation we didn't even really feel that safe, the place should legit probably be demolished.
More

**Date of stay:** August 2021

[redacted]

**When someone tells you from the balcony not to stay here... listen**

I didn't listen. So sorry to the young lady that was just trying to warn us. In 100% fairness the nice gentleman at the front desk did allow us to inspect the rooms, and we chose to stay here.
Mainly because we were on the tail end of a long trip and we didn't know where else to stay. We needed to be at the passport office first thing in the morning and I thought "this place is as good as any".
I travel a lot. I have stayed in some sketchy, scary, filthy places and this.... this place is definitely in the top 3 for worst. I would never, ever, ever stay here again, nor recommend that anyone stay there.