# EXHIBIT M

## 2/10 Terrible

**Verified traveler**
Traveled with partner
Mar 9, 2020

Disliked: Cleanliness, property conditions & facilities

There were gunshots that woke us up at 1 AM. Our non smoking room still smelled of smoke.

Stayed 1 night in Mar 2020

0

**Response from star on Mar 11, 2020**

Thank you for your feedback we are in the process of retraining and hiring new staff because guest experience matter to us

EXHIBIT 15