# EXHIBIT N

**In The Matter Of:**

*T.H. vs.*

*LINCOLN BANCORP, LLC*

---

*The video deposition of T.H.*

*May 14, 2026*

---

*Ansley Court Reporting*

*1579 Monroe Drive, Suite F-342*

*Atlanta, Georgia 30324*

*(404) 210-6977*

*www.ansleycourtreporting.com*

Original File TH-(kw)-5-14-2026.prn

**Min-U-Script® with Word Index**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.H., )
Plaintiff, ) CIVIL ACTION FILE NO.: 1:25-cv-04310-AT
v. )
LINCOLN BANCORP, LLC, )
Defendant. )

The video deposition of T.H., taken for the purposes stated herein; all formalities waived, excluding the reading and signing of the deposition, before Jennifer K. Wilkin, Court Reporter in and for the State of Georgia, commencing at 10:21 a.m., Thursday, May 14, 2026. This deposition is being taken by remote means via Zoom video and audio software.

ANSLEY COURT REPORTING, LLC
Certified Court Reporters
Jennifer K. Wilkin, CCR
1579 Monroe Drive
Suite F-342
Atlanta, Georgia 30324
(404) 210-6977
www.ansleycourtreporting.com



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

ANDERSEN TATE & CARR, P.C.
BY: JONATHAN S. TONGE, ATTORNEY AT LAW
NATALEA HILL, ASSOCIATE
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
P: (770) 822-0900
E: jtonge@atclawfirm.com

ON BEHALF OF THE DEFENDANT:

GROTH, MAKARENKO, KAISER & EIDEX, LLC
BY: ANKUR P. TRIVEDI, ATTORNEY AT LAW
GINA MACKEY, ATTORNEY AT LAW
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, Georgia 30097
P: (770) 904-3590
E: at@gmke.law

ALSO PRESENT:

George Bush, Videographer
Atlanta Legal Media
3355 Lenox Road
Suite 750
Atlanta, Georgia 30326
P: (404) 803-9290
E: video@atlantalegalmedia.com



I N D E X


| | Page |
|---|---|
| Examination by Mr. Trivedi . . . . . . . . . . . | 6 |
| Examination by Mr. Tonge . . . . . . . . . . . . | 52 |
| Re-examination by Mr. Trivedi . . . . . . . . . | 54 |


E X H I B I T S

| Exhibit | Description | Page Marked/ Identified |
|---|---|---|
| P-1* | Photograph | --/52 |

(*Whereupon, Plaintiff's Exhibit Number 1 was marked following the proceedings.)

TRANSCRIPT CODES:

-- denotes interruption/change in thought
... denotes incomplete thought
(sic) denotes word/phrase that may seem strange or incorrect has been written verbatim
(ph) denotes word is phonetically spelled
(inaudible) denotes that speaker's voice was not audibly conveyed by the videoconferencing audio feed
(pixelated audio) denotes that videoconferencing audio feed was momentarily disrupted or degraded



P R O C E E D I N G S

10:21 a.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. §9-11-28(c).)

(Whereupon, it was stipulated by and between counsel that any mention of the Witness' legal name would be changed to T.H. for the purposes of this deposition.)

**THE VIDEOGRAPHER:** We are on the record at 10:21 a.m. Today's date is Thursday, May 14, 2026. Would the court reporter please swear in the Witness.

**COURT REPORTER:** Before I swear in the Witness, will Counsel please stipulate, on the record, that there are no objections to the court reporter swearing in the Witness from a remote location, since we are not in the physical presence of the Deponent?

**MR. TRIVEDI:** No objection.

**MR. TONGE:** No objection.

(Witness sworn.)

**MR. TRIVEDI:** This will be the

videotaped deposition -- We'll get to this in a minute, Jonathan. This will be the videotaped deposition of T.H., taken by the Defense for the purposes of discovery, cross-examination, and all other purposes that are allowed under the Federal Rules -- Rules of Civil Procedure. This deposition is being taken pursuant to Notice and agreement of Counsel. An Amended Deposition Notice reflecting the videotaped portion of it will be filed shortly. Is there any objection to it not having been filed before the deposition?

**MR. TONGE:** No, no objection.

**MR. TRIVEDI:** Does Counsel agree to reserve all objections, except those that go to the form of the question or responsiveness of the answer, until the first use of the deposition or until the time of trial?

**MR. TONGE:** Yes.

**MR. TRIVEDI:** Okay. All right. And how do you want to handle the protective order and redactions of her name?



**MR. TONGE:** What did -- What have we done in the others? I'm fine if we just use her name, if that's easier, and then we can redact it if we use the transcript, or if the court reporter wants to put in T.H. where we use her name, that's fine with me also, whatever's easier.

**MR. TRIVEDI:** I mean, I sort of liked it the way I did it with the previous one, which was if we need to use it, we can redact it.

**MR. TONGE:** Yeah, let's do that. That's fine.

**MR. TRIVEDI:** Okay.

**MR. TONGE:** Yeah.

**MR. TRIVEDI:** All right.

Whereupon,

T.H.

was called as a witness herein and, having been first duly sworn, was examined and deposed as follows:

EXAMINATION

BY MR. TRIVEDI:

**Q. Hi, Ms. T.H. Could you -- Could you just go ahead and say your name for me, your full name?**



A. My name is T.H.

**Q. Okay. Can you spell your middle name?**

A. XXXXX (middle name redacted.)

**Q. How old are you today?**

A. I'm 22 years old.

**Q. When is your date of birth?**

A. REDACTED

**COURT REPORTER:** Mr. Trivedi, I'm sorry to interrupt.

**MR. TRIVEDI:** Yeah.

**COURT REPORTER:** If I could just have her speak -- If you could just speak a little bit louder for me?

**MR. TONGE:** Let me see --

**THE WITNESS:** Okay.

**MR. TONGE:** Let's go off the record one second. Let me see if I can turn the mic up in her's, just a second.

**THE VIDEOGRAPHER:** Off the record at 10:24 a.m.

(Whereupon, a brief recess was held.)

**THE VIDEOGRAPHER:** Back on the record at 10:25 a.m.

**BY MR. TRIVEDI:** (Resuming)



**Q. Ms. T.H., can you just go ahead and spell your first name for me, just so we're all on the same page?**

A. XXXXX (first name redacted.)

**Q. Okay. And then (last name redacted) XXXXXX?**

A. Yes.

**Q. Have you ever given a deposition before?**

A. No, I haven't.

**Q. Okay. So it's -- The deposition itself is relatively straightforward. You know, there's no judge, there's no jury, there's just us. We're in -- We're over Zoom, right, but the caveat is there is a court reporter, so it does make it an official proceeding, just not a public official proceeding. What I'm going to be doing is asking you questions. Just given the nature of the case, some of the questions will be difficult. It is -- It is not my intention to make you feel bad or to retraumatize you in any way, but I do have to ask some questions because, unfortunately, that -- that is just my job. As I go through this deposition, you know, please let me know if you don't understand the questions that I'm asking you. It can, of course, happen that I make -- you know, I ask a question that just follows an answer that you gave and it may not make sense, so please, by all means, let me know if it -- if you want me to rephrase it. If you need a break at any point during the deposition, please don't hesitate to ask. I'm**

**happy to take as many breaks as you need. You know, all I ask is that you answer the last question that was on the table, and then we can take a break from there.**
A. (Nods head affirmatively.)
**Q. Are you currently taking any medication that would affect your ability to testify or that would otherwise affect your ability to think clearly?**
A. No, I'm not.
**Q. Okay. Have you reviewed any documents in preparation for today's deposition?**
A. Yes, I have.
**Q. Can you tell me what those -- Okay. So why don't I tell you, don't tell me -- I don't want to know the substance of any conversation you had with your lawyers or any of their staff. But with respect to the documents that you reviewed, could you tell me what those documents were?**
A. I reviewed the lawsuit and ...
**Q. Was it --**
A. I can't remember what the other document was.
**Q. Was it that really long document with your responses?**
A. Uh-huh (affirmative).
**Q. Okay. With the -- Maybe they were called interrogatories?**
A. Yeah, the interrogatory.



**Q. Okay. And when you say lawsuit, I'm assuming you mean the complaint?**
A. Yes.
**Q. Okay. Did you review any of the police reports or investigators' reports for the criminal case that was associated --**
A. Yes. We went over that, too.
**Q. Okay. Did you review any photographs -- photographs of the Super 8 Motel?**
A. Yes.
**Q. Okay. Did you review any deposition testimony of any people that have been taken prior to your deposition?**
A. No.
**Q. All right. So I'm going to just sort of get into it. But let me just ask you preliminary, where do you currently reside? What's your current address?**
A. REDACTED
**Q. Saint Paul. What was the zip code?**
A. 55119.
**Q. How long have you lived at that address?**
A. I've been there for, I would say, six months.
**Q. Okay. Who do you live with there?**
A. Well, that's my mailing address. I get my mail there, but I was -- I am kind of homeless, trying to get stable.



**Q. Okay. Well, I'm sorry to hear that. All right. So the allegations in the complaint with respect to your case, it details a, I believe, time period with the Super 8 between -- I guess shortly after the May of 2020; is that correct?**
A. Yes.
**Q. Okay.**
A. Well, it was like late April through early May.
**Q. Okay. Prior to -- Prior to arriving at Super 8, where were you living?**
A. I had -- prior to -- Well, I was in foster care, but before I got to Super 8, I was trafficked by other traffickers.
**Q. Was that -- Was that Semi --**
A. Yes.
**Q. -- whatever his name is?**
A. And Loco.
**Q. Okay. Now, was that in an apartment complex?**
A. Yes, and at a hotel.
**Q. And which hotel was that?**
A. Motel 6.
**Q. Do you know the name of that apartment complex?**
A. I'm not all the way sure, but I think it's called Hampton Estates.
**Q. Okay. So was Hampton Estates just a regular**



**apartment complex?**
A. Yes.
**Q. Like, it wasn't fancy like the name suggests?**
A. No, not at all.
**Q. All right. In early 2020, because your birthday is in January, how old were you at that time?**
A. I was 16.
**Q. Sixteen years old, okay. Were you actively in high school at that time?**
A. Yes. I -- Well, they had put me back in foster care, so schooling was kind of complicated. I was trying to get in school through foster care, so that was kind of a long process.
**Q. Okay. What -- What was the last grade that you attended where you were regularly in school?**
A. Ninth grade.
**Q. Since that time, have you obtained your GED?**
A. I've obtained my high school diploma.
**Q. Oh. Oh, you obtained a high school diploma. Okay. What high school did you graduate from?**
A. I graduated from a homeschool called Tiers Free Academy.
**Q. Tiers Free?**
A. Yes.
**Q. Good for you. Where is that located?**

Page 13

A. Conyers, Georgia.
**Q. Okay. This area where the Super 8 is on Old National Highway, were you familiar with that area --**
A. No.
**Q. -- at all? Okay. At the time, did you have a cell phone or access to a cell phone?**
A. No. I did use E's phone one time.
**Q. Okay. I understand that you may have had some social media accounts at the time, you know, whether it was Instagram or Snapchat. How did you access those social media apps?**
A. If I got a hold of an electronic -- I wasn't -- I didn't own an electronic because I was in foster care. You really can't have a phone like that, and I was kind of sneaking to get on the computers at the group home and, like, talk to my friends.
**Q. So the -- before -- before you ran -- before you -- Before Semi and Loco, the foster care where you were living, where was that located?**
A. That was located in Columbus, Georgia.
**Q. Okay. How did you make your way to Atlanta?**
A. I ended up befriending a girl while I was in RYDC before I got to the group home. And when I got to the group home, I didn't want to be there, so I texted her and I asked her to come get me or send somebody, and she sent somebody to

Page 14

come get me from Atlanta to Columbus.
**Q. You're talking about the RYDC, like the Regional Youth Detention Center?**
A. Yes.
**Q. Okay. Was that No-No, the --**
A. Yes.
**Q. -- girl that you met? Okay. So you had met No-No at the YDC, and then after you were released from the YDC, you went to a group home and that's when you texted No-No to come --**
A. Yes.
**Q. -- get you? Okay. And who -- Did someone come to the group home to get you or did you sneak out and meet them somewhere?**
A. Somebody pulled up to the group home to get me.
**Q. Okay. Who was that?**
A. It was, like, two of No-No's friends. I didn't know them.
**Q. Okay. Where did they take you?**
A. They took me to some apartments where No-No was at.
**Q. Was that the Hampton Estates?**
A. No. It was a different apartments. I don't remember the name of them.
**Q. So the -- the group home, that was in Columbus, you said?**

Page 15

A. Yes.
**Q. Okay. Where -- And so, No-No was up in Atlanta?**
A. Yes.
**Q. Okay. So they came up, brought her to Atlanta. Did you stay with No-No at that apartment?**
A. We were there for a couple of hours, and then we went to a park and then she called Semi to come get us.
**Q. How did No-No know Semi?**
A. I'm not sure.
**Q. At the time -- At that time, that point in time when you were with No-No, did you -- Well, let me ask you first, was No-No herself trafficked?**
A. Yes.
**Q. How old was she?**
A. Thirteen.
**Q. All right. So she called Semi, and then Semi came and got you?**
A. Yes.
**Q. Okay.**
A. Both of us.
**Q. Okay. How long -- and then -- And then when Semi came and got you, that's when he took you to Hampton -- the Hampton Estates or did he take you to a Motel 6?**
A. He took me to the Hampton Estates.
**Q. Okay. And Semi, is he -- is he a white guy?**

Page 16

A. No.
**Q. Oh, he's -- Is his name John Banks?**
A. No. I think it's Quasim Cherry.
**Q. Oh, he's Quasim Cherry. All right. How long were you -- I'm going to say, with. I mean, I -- this is the only word I know. But how long were you with Semi and Loco at the apartments?**
A. Well, I met Loco after Semi.
**Q. Okay.**
A. But I was at the apartment for, I would say, a couple of days and then he took me to the motel, where I stayed about a -- about a week.
**Q. Okay. So you said Semi took you to the Motel 6?**
A. Uh-huh (affirmative).
**Q. Okay. When did you meet Loco?**
A. I met Loco at the Motel 6 after trying to get help with my situation.
**Q. Was Loco a trafficker or a pimp?**
A. Yes.
**Q. Okay. How was that interaction with him? I mean, how did you -- how did you meet him or -- or --**
A. I was sleeping in the Motel 6 lobby, and he walked up and told me I was pretty and asked me was I hungry and stuff and took me with him and his girlfriend, who was also a pimp, too, and took us to a hotel and made me sell my body

for sex.
**Q. What was his girlfriend's name?**
A. His girlfriend's name was Angel.
**Q. Angel, okay. Do you know her last name?**
A. No.
**Q. I want to back up just a second, at the Hampton Estates. Were you -- Were you forced to go on dates at the Hampton Estates?**
A. Yes. I was making out calls.
**Q. Who was facilitating the out calls?**
A. Semi.
**Q. Okay. What sorts of threats did Semi make to you?**
A. What sorts of drugs, what?
**Q. Well, what sort of -- did -- Did Semi threaten you in any way?**
A. Yes. He put his hands on me almost every day. He put guns to my head and my chest and stuff and he verbally threatened me, too.
**Q. All right. So I -- I guess at some point at the Motel 6, Semi -- Semi had left? Is that why --**
A. Yes.
**Q. -- you were in the lobby?**
A. I -- Yes. I tried to get help from somebody who he tried to sell me to, but the dude didn't want to help me, so he just dropped me back off at the hotel, and Semi had us,



like, prior to me getting dropped off.
**Q. Okay. And how long were you at the Motel 6?**
A. About a week.
**Q. Okay. How did you get away from the Motel 6?**
A. I went with Loco.
**Q. Where did -- where did Loco -- Where did you go with him?**
A. I went to a hotel called Express Inn.
**Q. Okay. How long were you at the Express Inn?**
A. A day.
**Q. One day?**
A. Uh-huh (affirmative).
**Q. Okay. And just to clarify, so Loco had forced you to go on dates at the Motel 6, as well?**
A. Yes.
**Q. Okay. And then at the Express --**
A. Wait, wait. At the Motel 6?
**Q. Yeah.**
A. No.
**Q. Oh.**
A. I just met him and he took me to the -- straight to the Express Inn.
**Q. Okay. And so, you were with Loco at the Express Inn for one day. Did he force you to go on dates at the Express Inn?**



A. Yes.
**Q. How did you -- How or when did you leave the Express Inn? I guess it was one day, but how did you leave?**
A. I -- I'm assuming that he didn't have the money for the room, so he took me to Best America's Inn (sic).
**Q. Okay. So let me back up. When you went to Express Inn, there -- there was no room?**
A. No. We had a room, but --
**Q. Okay.**
A. -- I think he checked out or he didn't have the money for it, so we went to another hotel.
**Q. Okay, went to Best America Inn (sic). How long were you at Best America Inn (sic)?**
A. I was there for a day.
**Q. And that was with Loco?**
A. Yes.
**Q. Okay. And were you forced to go on dates at Best America Inn (sic)?**
A. Yes.
**Q. Were those in calls or out calls?**
A. In calls.
**Q. So you, of course -- And I'm sure you know that there are -- there are three other plaintiffs involved with Lincoln Bancorp, LLC, and, you know, at least some of the other girls have indicated that they had to go on dates in**



**cars. I want to clarify, like, when we're talking about in call, do you mean exclusively in the hotel room or does that also included the car and the parking lot?**
A. I mean in the hotel room.
**Q. Okay. You were at Best America Inn (sic) with Loco for a day. How did you get away from Best America Inn (sic)?**
A. I was waiting outside for Loco to get back to the hotel and E had walked up, and Loco pulled up at the same time that E did, so they were kind of arguing about who was going to -- well, who I was going to go with. Eventually, they made me make the decision, and I chose E because he told me that I was going to be able to keep some of my money, because Loco and Semi was taking everything, barely feeding me and stuff. So Loco said -- I meant E said he was going to take care of me, and I chose to go with him because he told me I could keep my money and he was better looking to me.
**Q. Okay. Where did -- Did E stay at the Best American Inn or did you -- did you leave at that point?**
A. E stayed at Super 8, which was right next to the Best American Inn.
**Q. When you say right next to, do you mean just on Old National or was it literally, like, right next to it?**
A. Literally, like, right next -- Like, we walked up to Super 8 within like a minute.
**Q. Okay. The first day you arrived at the Super 8, do**

**you remember around what time that was?**
A. I would say it was around checkout, so probably 10:30 to 12:00.
**Q. Okay. What made you think of checkout?**
A. Because they were knocking on the door. I was sitting outside the Best American Inn with all my stuff, waiting on Loco to get there and pick me up.
**Q. Oh, I see what you're saying. Okay. At the Super 8, did you have a -- Well, I've -- I've jumped ahead of myself. I'm just trying to get a time line of things, but I'm already asking and so -- Well, first, how long did you stay at the Super 8?**
A. I was there about a week.
**Q. Was that the only time that you stayed at the Super 8?**
A. Yes.
**Q. Did you stay in one room?**
A. Yes.
**Q. What room was that?**
A. I can't remember.
**Q. I believe -- I believe the incident report notes a room 229. If the -- The room number that's indicated in the incident report, would you have any reason to dispute it?**
A. Um ...
**Q. Like, as in, like, if the police report says a**



**specific number, like a room number, is there any reason you think that it would be wrong?**
A. Yes.
**Q. You think it would be wrong?**
A. Yes.
**Q. Okay. Why might it be wrong?**
A. Because when I was getting questioned about E, I thought that I was in love with him, so I was trying to, like, kind of throw them off about the whole situation, and I was lying a lot when it came to E because I didn't want him to get arrested.
**Q. During your week at the Super 8, did you stay in the same room or were you stay -- did you stay in multiple rooms?**
A. I stayed in the same room.
**Q. In what area -- On what area of the hotel was it located?**
A. It was on the first floor in the front.
**Q. I'm sorry. Just give me a moment because I sort of got ahead of myself. All right. So on May of 2020, you know, I think March of 2020 is when we all think of COVID, so what was -- what was, like, occupancy like at the hotel around that time?**
A. It was packed there. Like, I would say almost every room was filled. Like, it was very busy.



**Q. Okay. Do you remember -- Well, I guess -- I guess you wouldn't know. Withdraw it. In that week that you were at the Super 8, how many -- well, first let me ask you, how many people were in the room with you?**
A. It was just me and E.
**Q. Okay.**
A. So just us two.
**Q. About how many dates were you having a day?**
A. About two to three.
**Q. Were those two to three dates always in calls?**
A. Yes.
**Q. Was E, Eron -- was he also selling drugs?**
A. Not that I know of.
**Q. Okay. Was -- Was Eron the only guy -- How do I put this? While you were at the Super 8, was Eron the only trafficker that -- that you had associated with?**
A. Yes.
**Q. Did -- I mean, did -- Were drugs ever sold out of the room that you were staying in?**
A. Not that I saw. I know that he used drugs, but I don't know if he sold them.
**Q. Okay. What drugs did he use?**
A. Cocaine.
**Q. Did E force you to use drugs?**
A. No.



**Q. Did you voluntarily use drugs?**
A. No.
**Q. Did -- Well, first, who -- who set up the dates?**
A. E did.
**Q. E did, okay. Were you using, like, websites or apps? How did he set up the dates?**
A. I'm pretty sure he was using apps or websites, because he was taking pictures of me.
**Q. I know you said that E told you he would let you keep the money. Did that -- that, in fact, happen?**
A. No.
**Q. What -- What did he do with the money? Well, I'm going to withdraw --**
A. (Inaudible).
**Q. I'm going to withdraw that question. Did he -- Did he buy you anything at all?**
A. Yes. When I first got there, the first day, we had walked down the -- down the street to a -- a discount mall or a sex shop and he bought me a stripper outfit, I was -- I was wearing the whole time I was there.
**Q. Just that one outfit?**
A. Yes.
**Q. So when -- when a date would come to the room, what -- how did the transaction occur between the -- the John and Eron?**

Page 25

A. Um ...
**Q. As in like -- I guess a better question is like: Would a John come to the door and they would just give Eron the money, and would he stay in the room? Would he walk out? How would it work?**
A. E would walk out and then I would collect the money. And then when I was done with the John, E would come back in the room and collect the money.
**Q. Did Eron ever physically harm you? Withdraw, withdraw. Did he -- did he -- Did he ever hit you?**
A. No.
**Q. At any point during that week, did you -- as in was that week continuous? Like, had you run away or leave at any point and then come back?**
A. No.
**Q. So if it's late April to early May, I mean -- you mean like -- I know this -- I'm just going to use an example, but it would be like April 28th to like May 6th or something, right? Like, we're just talking about a -- something like that?**
A. Yes.
**Q. As an example, again. How did you -- How did you end up leaving or how did you end up getting away from Super 8 and E?**
A. I think I built E's trust up enough to where he let

Page 26

me use his phone for the first time, so I got on my social media and contacted No-No and told her that I didn't want to be with E anymore. And she told me that Semi -- Semi was no longer with her, so I believed it and I told her, come get me, and I went with No-No.
**Q. Where did you go with No-No?**
A. We went back to the Hampton Estates.
**Q. When you went back to the Hampton Estates, were you forced to go on dates again?**
A. No.
**Q. Okay. How long did you stay at the Hampton Estates?**
A. I was there for about an hour. Semi was putting his hands on me and kept putting a gun to my head, so I ran around the back and tried to ask for help, came across two guys and they took me to an abandoned house, where the police found me the next day.
**Q. Those two guys that you were with, did they -- did they hurt you any way?**
A. No.
**Q. And that's -- that's when the police found you at the abandoned house?**
A. Yes.
**Q. So regarding the -- well, I guess Eron and the Super 8 -- and this is -- I know this -- This question is**

Page 27

**just going to be to your understanding. Was Eron -- was he already running an operation or staying at the Super 8 before you arrived?**
A. I'm not sure.
**Q. When you arrived at the Super 8 with Eron, did he have to check in at that time or did he already have a room?**
A. He already had a room.
**Q. During that week -- approximate week at Super 8, did you -- did you ever go to the front desk for anything?**
A. Yes. E would go pay for the room every day, so I would go to the front desk with him while he paid for the room.
**Q. When you went to the room, were you wearing that outfit that he bought you?**
A. Yes. I never took it off.
**Q. Am I understanding that -- that you were not -- you were not allowed to bathe?**
A. Yeah.
**Q. At the front desk during that week, was it -- was it always the same person at the front desk?**
A. I don't want to say yes because it was a long time ago, so I don't really remember.
**Q. Okay. Are you picturing a certain individual?**
A. Yes.
**Q. Can you describe that individual?**

Page 28

A. A short Asian man. He had black hair. It was kind of, you know, spiky.
**Q. Do you know his name?**
A. No.
**Q. Okay. Did you see him interacting with Eron?**
A. All the time.
**Q. What do you mean by "all the time"?**
A. I would see him, like -- E would have, like, lengthy conversations with him when we went up to the front desk, or I would sometimes walk around the hotel with E and he would talk to him.
**Q. Did -- To your knowledge, did that Asian employee, an Asian male, did he -- was he using drugs? Like, did you ever see him using drugs or talk about drugs?**
A. No.
**Q. Did you interact with any other hotel employees?**
A. No.
**Q. Did housekeeping come to your room?**
A. Yes, every day.
**Q. Okay. Was it -- Was it unusual to you that housekeeping was coming every day?**
A. No. Because I had never really been in a hotel around that time, so I didn't know the -- like, you know, what was going on.
**Q. Since -- Since this episode in your life, have you**

Page 29

-- have you stayed at a hotel for whatever -- any reason for a number of days?
A. Yes.
Q. Does housekeeping come to the room every day?
A. No.
Q. Do you put the sign out on the door that says do not disturb?
A. No.
Q. Is it your -- Is it your belief that housekeeping was coming to the room to help Eron?
A. I don't know.
Q. Did Eron -- In your presence, did Eron make special requests to housekeeping to come clean the room or provide additional supplies?
A. Not that I know of.
Q. And you said that you didn't have any conversations with any hotel staff?
A. No.
Q. Apart from -- I guess -- Well, I guess you said you were taking walks around the hotel sometimes and sometimes you went to the front desk. Did you ever make eye contact with any hotel staff?
A. (No verbal response.)
Q. And I guess the better question is: I mean, did you -- did you recognize that one of the staff saw you?

Page 30

A. Yeah. I know they for sure saw me.
Q. Okay. The -- The Asian guy that Eron would chat up with, did he -- did he ever say anything to you, like even hello?
A. He might have. It's been so long that I don't -- I really don't remember.
Q. Did he ever otherwise -- Did you ever otherwise have any conversation with him about anything?
A. No, not that I remember.
Q. I think -- I'm going to ask you this question and then I'm -- at some point, I'm going to check and make sure, but I thought that you had indicated that you saw a hotel manager receive drugs from Eron. Do you -- Do you remember saying something like that?
A. I don't remember saying that.
Q. So if Eron's not selling drugs and you have about two to three dates a day, so is it fair to say that in the week that you were there, there were two to three men that came to the room throughout the day?
A. Yes. And also, E was raping me every day, as well, multiple times a day.
Q. That part, I know, Ms. T.H. I'm sorry about that, too. So I want to go back to your interview with the South Fulton Police Department. You know, I'm generally familiar with the psychology of this, but can you -- I know you said

Page 31

you -- you know, you mislead the police about the room. I mean, what -- Was there anything else that you can recall that you -- you didn't tell the police truthfully? Like, are there other facts -- Because you said you reviewed the report. So are there other facts in there which may not have been accurate?
A. Well, I probably said I was seeing like one to two people a day. It was probably more than that. And then I did tell them that he wasn't -- like, it was consensual. The sex between us, I did say that it was consensual because I thought I was at the age of consent. I think that's it, though.
Q. So -- Okay. What is your understanding of the age of consent?
A. The age of consent is 16.
Q. What has changed in your mind between that point and today's testimony?
A. I kind of matured. And back then, I didn't -- I didn't -- I wasn't in relationships and I didn't have relationships with people outside of my family, so I didn't know no better back then. But like now looking back then, like, I was 16 years old and this man was, like, in his thirties, you know, trafficking me and telling me that he loves me every day, but he's not showing, you know, that he loves me, making me sell my body and then he's raping me

Page 32

multiple times a day. And most of the time, I didn't want to have sex with him, and he was just like, I love you so much, like, you know, just manipulating the situation, so it definitely wasn't love.
Q. What -- what was -- Because I know you said you were in, you know, group homes and foster care. I mean, did you have a relationship with your family at that time?
A. No.
Q. When -- When did your relationship with your parents first dissolve? When did it -- When did things go really bad?
A. The end of January 2020, I had went to court and kind of, like, just expressed my feelings and everything that was going on. And they didn't like the fact that I was expressing myself, so that just made them cut me off.
Q. What were you in court for?
A. I was in court because I had -- my dad had pulled a gun on me and I threatened -- threatened him after he pulled the gun on me, so they took me to Metro RYDC for terroristic threats, and I was also on probation at that time, so I went for violation of probation, too. And so, I went to court for that and also to see if my parents wanted to put me in foster care or not.
Q. Did you have any siblings in that household at the time?

A. Yes. I have five siblings.
**Q. Do you keep in touch with them?**
A. I keep in touch with two of them.
**Q. Are they sisters or brothers?**
A. Yeah, a sister and a brother.
**Q. Okay. All right. Are they older or younger?**
A. I have a twin sister and then an older brother.
**Q. Okay. Does your twin know about what happened with you?**
A. Yes.
**Q. Does your -- Does your brother know?**
A. Yes.
**Q. Is there a reason that you're not staying with them?**
A. Well, right now, my twin is in the Navy. And then my brother, he literally just got out the Air Force, so he's trying to figure out his way through life, too.
**Q. All right. So what I want to do at this point -- Well, actually, Ms. -- let me ask you this one question. You know, this -- this -- there are some -- there's legal nuisances and I guess some pretty in-depth legal analysis behind the claims that you're making. But what is your understanding of why the hotel should be responsible?**
**MR. TONGE:** Objection, but -- but you can answer.



**BY THE WITNESS:** (Resuming)
A. Because I was walking around all day and night. I also had an in call, but I made that in call right next to a dumpster, so it was outside the hotel, and I'm pretty sure there's cameras around the hotel. And there's always people walking around, so somebody would've seen me having to sell my body to somebody by the dumpster. I was also walking around every day in a stripper outfit. Yeah. So they would've known that I was -- They would've had some type of idea that I was getting trafficked.
**Q. Well, what -- what might you have liked the hotel to do had they acted on what they saw?**
A. I would've liked them to call the police because I was on -- Well, I wouldn't say I was on the news, but somebody did show me that they seen that I was missing. My picture was up, and I would've liked them to call the police. I think that's the least they could do is call the police if they see that somebody -- a minor is in danger or being forced to sell her body.
**Q. All right. Ms. T.H., why don't we do this, if you can give me -- if you can give me about a ten-/fifteen-minute break. I mean, I -- I ended up jumping around a little bit. I sort of have an outline that I was supposed to follow and then went all over the place, so if you can give me ten to fifteen minutes to collect my thoughts and -- well, why don't**



**we call it ten minutes, but if I need more, I'll let you know, so ten minutes and then we'll hop back on and we can continue. Okay?**
A. Okay.
**THE VIDEOGRAPHER:** Off the record at 11:12 a.m.
(Whereupon, a brief recess was held.)
**THE VIDEOGRAPHER:** Back on the record at 11:25 a.m.
**BY MR. TRIVEDI:** (Resuming)
**Q. All right. I want to go back to some of the things that we talked about. I want to talk about housekeeping for a moment. You said housekeeping came to the room every day?**
A. Yes.
**Q. Were you in the room when they came?**
A. Yes.
**Q. What -- What did housekeeping do? Can you tell me all the chores that they did in the room?**
A. They would exchange the dirty towels for the clean ones, and they would take the trash out.
**Q. If you were not bathing, who was -- who was bathing?**
A. E was.
**Q. The trash can, did it have -- like, were there**



**condoms in the trash can?**
A. Yes. There were used condoms in the trash can, like ripped-open condom boxes and there was, like, condom -- open condom boxes. There was, like, tables in between the beds, so they would be on the table.
**Q. Apart from there being condoms in the -- the trash can, from your perspective, were there any other indications that -- any overt indications that trafficking was occurring in that room?**
A. Well, like I said, I never took off the stripper outfit, so I was always in it 24/7. There wasn't really nothing else in the room to tell -- It was -- It was cocaine in the room and also a gun, but that's it.
**Q. So this is going to be -- So you're referring to this outfit as a stripper outfit. I think those come in many -- many different forms. Can you describe this outfit, please?**
A. It was a bodysuit, so it's like a tank top and it had -- I really don't -- Well, the bodysuit's like a -- it goes in between, like, your butt and stuff, so like, it's -- I don't know if you know what I'm talking about, but it's a bodysuit. And then you put the -- you put the fishnets on first and then put the bodysuit on, so basically I was naked. You could see my butt and everything.
**Q. So it's like -- what you're -- It was like a --**

**like a thong bodysuit? Like, it's thin?**
A. Yeah.
**Q. Straps are thin? Okay. When you arrived at the Super 8, you had a -- What kind of clothes did you have at that time when you first arrived at the Super 8?**
A. Most likely, regular clothes. I didn't -- I didn't get any lingerie until I got with E, so I wasn't wearing lingerie with Semi or Loco.
**Q. What happened to those clothes? Did you still have them?**
A. I don't think so. It's been so long, I can't remember.
**Q. At any point, did you indicate to Eron that you wanted different clothing or that you wanted to take a bath?**
A. Yeah, but he didn't care.
**Q. Did you -- Well, I'm trying to understand, so what -- if you tried to take a shower, what would he do?**
A. I mean, I never tried because I was -- I was a kid at the time, so I was scared. He was a big man, so I was definitely scared of him.
**Q. Okay.**
A. Like, if he told me I couldn't do nothing, I wasn't going to try to go against that because I didn't know what he was capable of.
**Q. And so, Eron, I know you said he -- he took**



**photographs of you. I mean, just -- just because we're talking about it, these are fully unclothed or were they in the outfit?**
A. Both.
**Q. And you're saying that he -- he posted them online?**
A. Yes.
**Q. Do you know where online he posted them, like what sites or apps?**
A. No.
**Q. But he -- he exclusively handled the advertising?**
A. Yes.
**Q. I want to talk -- I want to first talk about physical injuries that you may have sustained. After -- After the police intervened when you were at that abandoned house, were you -- were you, I guess, treated by a physician or an EMS or anybody?**
A. Yes. They took me to Children's Hospital, where I got a rape kit done, and I don't know the testing involves, like, a rape kit, but I think I got STD testing, as well.
**Q. Did you have, to your recollection -- I know this was some time ago. But to your recollection, were there physical bruising, cuts, abrasions, anything like that?**
A. Not that I remember.
**Q. Since that time, have you -- I'm not asking for your conversations with them, but have you -- have you**



**undergone and received counseling or therapy?**
A. Yes.
**Q. When did that start?**
A. Immediately after I got rescued. Foster care put me in, like, facilities for sex trafficking victims where I didn't have a choice but to do therapy, and I was also on medication at the time.
**Q. Was that For Sarah?**
A. No. I was in DFCS.
**Q. Okay. Did you ever go to For Sarah?**
A. Yes. I did after I was discharged from DFCS.
**Q. Okay. How long were you with DFCS?**
A. I was with them for two years.
**Q. Where do you stay when you're with DFCS?**
A. Wherever they place me, so it might be, like, a group home or a foster home or a residential facility.
**Q. What is the --**
A. Or if I decide to run away, jail, of course.
**Q. What is the difference between a group home and a foster home?**
A. A group home has multiple kids in it and multiple staff members. A foster home is just you have foster parents or maybe just one foster parent and possibly other kids. But yeah, a group home is usually like a building for foster kids, but like, a foster home is just somebody's house that



you go to stay in and, you know, they're like your parents.
**Q. Well, I guess I have to ask this. Since that -- I know you had -- it was sort of a -- There was a stretch there and I think it all culminated and ended at the Super 8; is that fair that there was -- there was the stretch beginning with Semi and then it ended at the -- with the Super 8?**
A. Yes.
**Q. Okay. How long was that in total?**
A. I would say about two weeks.
**Q. Have you been diagnosed with PTSD, depression, anxiety as a result of those two weeks?**
A. Yes. I've been diagnosed with depression and anxiety and also reactive attachment disorder.
**Q. Had you ever received any of those diagnoses prior to those two weeks?**
A. No.
**Q. Had you ever been seen by a therapist prior to those two weeks?**
A. Yes.
**Q. Okay. In what capacity or for what reason?**
A. I was diagnosed with bipolar disorder with manic episodes.
**Q. What was that thing you said before, reactive something?**

A. Reactive attachment disorder.
**Q. I'm probably going to google it anyway. But what -- what is that?**
A. It's like when you, like, build relationships with people and then you purposely mess the relationship up because you don't want to get hurt first. Like, you feel like the other person is going to do something to hurt you and end the relationship, so you kind of try to do it first so you don't have to end up feeling hurt or anything.
**Q. What happened with your bipolar disorder?**
A. Nothing happened. I -- I still have it.
**Q. Okay. What -- Just to your recollection, what was the effect on bipolar? Like, what was the effect of bipolar disorder on you that you remember prior to those two weeks?**
A. Well, I feel like the diagnosis wasn't accurate because the psychiatrist was basically going off of what my adopted parents were saying, because I -- I did -- It was a lot going on in my adopted parents' house, so I -- I did attempt suicide with them a couple of times, so they sent me to the -- well, the facility to try to get treatment and stuff like that, so then they diagnosed me with bipolar disorder. But I've got seen like recently, like two years ago, and they said that that diagnosis wasn't accurate, so -- but I do feel like I have manic episodes, because sometimes I do have moments where I just cry and it's just, like,



reliving trauma, so it's like an emotional breakdown, basically.
**Q. Okay. You said that there was a lot going on in the group home or -- the foster home when that diagnosis of bipolar was issued. What was going on?**
A. Do I have to answer that?
**MR. TONGE:** Yeah. Yeah, and --
Yes, you need to answer that. Yeah.
**THE WITNESS:** Okay.
**BY THE WITNESS:** (Resuming)
A. They were abusing me, and my adopted brother was molesting me, as well.
**Q. Did the police ever intervene on that front?**
A. My school had called CPS a few times, but my adopted parents just sent them off.
**Q. Okay. Sent them off? They -- Like, they didn't have any authority to --**
A. They didn't -- Like, I wasn't able to talk to CPS without my parents. And I -- I was scared of my parents because they were abusing me, so I kind of told the police that it wasn't true, even though it was, and my parents told them the same thing, so they just left.
**Q. And so --**
A. That's part of the reason I went to foster care, as well, because I -- I told the judge that I was getting



molested and my parents didn't like that.
**Q. Okay. That's what it was. Okay. So I -- I need to get a -- I need to get some kind of understanding of the impact of this on your life. You know, I deal with mostly car accidents. I'm coming up in the world, but I -- mostly car accidents. It's a little bit easier on that front, but I mean what -- If you were to be asked this question, you know, what -- how has -- How was your life affected from your one week at the Super 8?**
A. Well, while I was there, it was like -- it was becoming, like, very overwhelming for me, and I just felt like I wasn't -- I didn't want to live anymore. So while I was staying at Super 8, I did -- Semi did leave his gun in the room and I did put it to my head and I thought about committing suicide, but I didn't go through with it, obviously. I had my first child when I was 18, and I have two kids now. I'm very, very overprotective of my kids because of what I've been through. I -- I don't want them -- I don't even want there being a chance that they could, you know, be touched on or, you know, in the future possibly be -- like, that just -- it wouldn't be a thing with me, but I am very cautious. And I do not trust men around my kids at all, neither one of them, because it happens to boys and girls. I don't -- I don't trust men at all. I'm actually -- I wouldn't say I'm terrified of men, but I do have a strong



fear of men. I don't -- I don't really do relationships because I feel like men just use me for my body. When I was -- When I was getting sex trafficked it was like I was having sex so many times a day that I was just continuously bleeding. Like, it just would not stop. And it's like ever since then, I just feel like my body hasn't been the same. I -- I -- This might be a little too graphic, but ...
**Q. It's --**
A. And I do smile when I'm nervous. I'm sorry. I'm very nervous right now, but ...
**Q. Don't -- Don't worry about that, any of that.**
A. I did get raped in -- in my butt on one occasion, so that is very traumatizing. Like, that's something that you have nightmares about every so often, and it has took a toll on my mental. I am open to therapy. But while I was in DFCS, I just felt like the therapist didn't really help with the trauma that I went through, so hopefully, I can find somebody in the future who can help me get through what I've been through.
**Q. The aggravated sodomy you're referring to, did that happen at the Super 8?**
A. No.
**Q. Where did that happen?**
A. At the Motel 6.
**Q. Did -- You may have said it. I'm so sorry if I --**

**if I -- if I didn't catch it. Was -- Was Eron hitting you?**
A. No, he wasn't.
**Q. Was he -- I know he was a big guy and there was sort of a -- like, a fear factor there, but did he -- did he point his gun at you?**
A. No.
**Q. Did he make comments like I'm going to hurt you or anything like that?**
A. No.
**Q. I just want to clarify, when -- as you were -- You know, when I first asked this question you were talking about the Super 8. You said that -- Oh, God, I've done forgot everybody's name. One second, one second. You said that Semi had his gun out, but did -- did you mean Eron? I think you said, he had his gun out, I was thinking about suicide?**
A. Oh, yeah. I -- I -- I meant Eron.
**Q. Okay. I just wanted to clarify. So was -- was Semi then -- was -- Like, there's Semi, Loco, and Eron. Was Semi the worst? Like, he was --**
A. Yes.
**Q. -- the most -- he was the most violent?**
A. Well, I feel like it was an equal -- Like, I didn't want to -- I didn't want to do it at all, so it was kind of like -- They were all really bad, but Semi was the only one who put his hands on me, that was abusive.



**Q. So Loco didn't put his hands on you?**
A. No.
**Q. Okay. And there was -- there was another thing of questions. I'm sorry. I lost it. One moment, one moment. So this case -- you know, I'll just -- I'm going to be up-front about it. I mean, it's largely based on this idea of trauma and pain and suffering by and large. Is it -- You know, you sort of went through foster home and then the -- you know, the traffickers and the hotels, it became the Super 8. I mean, are you able to differentiate the trauma that you experienced and that you are experiencing now between those, I guess, four separate factors, the stepbrother, there was Semi, Loco, and then Eron?**
A. Oh, yes.
**Q. Okay. So -- And so, is it your position that that -- that trauma has not become cumulative? Like, it has not just all flowed in together to -- to -- like, to where you are now? As in, you're saying that you can identify and separate each subpart of your trauma from a specific event?**
A. Yes.
**MR. TONGE:** Objection, but you can answer. Okay.
**BY MR. TRIVEDI:** (Resuming)
**Q. So can you -- can you tell me then from -- Can you separate it out for me then for -- you know, from the**



**stepbrother -- or the foster brother to -- for Semi and then Loco? Can you tell me how each of them impacted you and how it -- how it's different?**
A. I have to answer that?
**Q. I'm sorry, what?**
**MR. TONGE:** Yes.
**THE WITNESS:** Yeah?
**MR. TONGE:** Yeah.
**BY THE WITNESS:** (Resuming)
A. I feel like with my stepbrother, that was more, like, family trauma, like me expecting my family to, like, be there and love on me and stuff like that and the whole time, my brother is just molesting me and my parents are letting it happen. And I -- I was in therapy for that. I told my therapist about it before the sex trafficking happened. I was already in therapy, trying to get therapy for that, and I was on medication for that, as well, so I was already trying to deal with that trauma. With Semi, I had -- he -- the trauma more comes from the abuse, him putting his hands on me. It was, like, an everyday thing. Like, I would do exactly what he told me to do and he would still beat me across my head and, like, pull guns on me and I never got -- I -- Well, I never had a gun pointed at me. My adopted dad did pull a gun, but he didn't point it at me. He just, like, pulled it out and just said he was going to use it. He



didn't point it at my head or anything. Semi was doing that like every day, so that is very traumatizing, have somebody put a gun to your head and threatening to kill you. So with Loco, I'm not going to lie, I was with him for two days, so that whole little experience is kind of vague. Like, I -- I don't really remember it because I wasn't with him that long. E, it was more so -- of course it was the trafficking, but him telling me -- Like, I was kind of, like, seeking for help through him a little bit and then I was trying to, like -- He said that he loved me and I kind of believed it, and it took -- I'm not going to lie, it took me a couple of years to get over E. Like, even after the case and stuff like that, I was still saying that I loved him and, you know, he didn't mean to do it and stuff like that and the whole time -- It took me a real -- a while to realize that he did not love me. And so, now, I kind of think that everybody -- Ever since then, I just think that all the men are just using me for my body like E did. They don't really love me or nothing like that, so that's kind of where the reactive attachment factors in, because I try to ruin relationships with men. If I do get in a relationship with a man, I try to ruin it because I think that he's using me for my body or he might try to sell me.
**Q. I know that was very hard for you, and I appreciate you giving me that response. And there was one -- I think**

**just one more question I need to ask you. Oh. Well, actually, I did want to ask you: There are number of witnesses that are -- well, they're witnesses but in the form of affidavits that are in your case, as well as J.R. and N.N. There's -- There's Santana Phillips, who was a housekeeper at -- at the Super 8, reportedly. Do you know Santana Phillips?**

A. No, I don't.

**Q. There was a lady at the Super 8 who people referred to as Candy Lady. Were you aware of anybody named Candy Lady while you were there?**

A. Yes. I -- Well, E had bought some chips from her for me, and I did have a brief conversation with her in her hotel room.

**Q. Okay. What is -- What is your understanding of who Candy Lady is? Like, as in what's her story?**

A. I didn't -- I didn't talk to her for that long, so I didn't really try to get to know her.

**Q. Okay.**

A. I'm not the type to really try to get to know anybody, so it was just like, thank you for the snacks and we probably, like, talked about something on TV, because I do remember sitting on her bed in my outfit and she was, like, in the corner. We were watching TV, so I didn't really get an understanding as to who she was.

**Q. Would you be able to approximate her age?**



A. I would say she's, like, in her thirties or forties.

**Q. What race?**

A. Black.

**Q. Can you describe her build, her body type?**

A. No, because we were both sitting down. She was in the corner chair and I was on the bed, so I can't describe.

**Q. There is another affiant, someone who issued an affidavit, by the name of Winkeisha Vanterpool. I always get her name wrong. But are you aware of an individual with that name?**

A. No.

**Q. Okay. There is a gentleman -- Oh, I can't recall his name. It was -- I believe he was -- I think he was like a -- He was a male prostitute, but I think he was -- he was on his own. Like, I don't think he was being trafficked. Are -- Did you ever meet anyone like that?**

A. No.

**Q. Terrel Evans?**

A. No.

**Q. Okay.**

**MR. TONGE:** Ankur, I would just say, Terrel is a female, actually.

**MR. TRIVEDI:** Oh, very sorry.

**MR. TONGE:** No, no, it's okay.



**BY MR. TRIVEDI:** (Resuming)

**Q. Did you ever meet a female named Terrel Evans?**

A. (Shakes head negatively.)

**Q. Okay.**

A. No.

**Q. Did you know someone named Jaquita Cummings?**

A. No.

**Q. I might be confusing cases, so I'm just asking. Are there -- Is there anything -- Is there anything that I've asked you about that -- that you either want to explain more or that you wanted to just tell me more about?**

A. No.

**Q. Is there -- do you agree with the statement that -- Well, do you agree with the following statements: Did Eron control your advertising?**

A. Yes.

**Q. Did Eron control your movement around the hotel?**

A. Yes.

**Q. Did Eron rent the room?**

A. Yes.

**Q. Did Eron rent the room in his name?**

A. Yes.

**MR. TRIVEDI:** I have no further questions for you, Ms. T.H. Thank you very much. I'll turn it over to your attorney.



**MR. TONGE:** Yes. I've got just a few, but it shouldn't take very long. Let me see. Let me see if I can do this first. I'm going to try to do it without revealing anything I don't want to. Here we go. I'm going to share my screen real quick, and I'll just make this Plaintiff's Exhibit 1.

(Whereupon, Plaintiff's Exhibit Number 1 was presented for identification.)

**MR. TONGE:** Can you guys see that picture?

**MR. TRIVEDI:** Not -- There it is, yeah.

**MR. TONGE:** Yeah, there we go.

**EXAMINATION**

**BY MR. TONGE:**

**Q. T.H., have you ever seen this man?**

A. Yes.

**Q. Can you tell me what you know about this guy?**

A. I would go up to the lobby to -- with E while he paid for the room and I would see him up at the lobby.

**Q. Is this the Asian man that you were describing**

**earlier?**
A. Yes.
**Q. Okay. Okay. I'm going to stop that (stops screen sharing). Did E have any other girls that he was selling?**
A. Yes, but I didn't know at the time. I knew when I got rescued.
**Q. Oh, okay. How did you learn that?**
A. The detective was telling me about it, because I didn't want to tell on E. I told them that I loved him, that I didn't want to tell on him. And they were basically describing, like, the girls that he was trafficking and their ages.
**Q. Okay. So back to the Super 8, while you were there, from -- from what you saw, did you think there were other people there selling sex?**
A. Yeah. Like, I would walk around with E sometimes and it was almost every -- everybody there that I had seen outside was half naked or they were, you know, very exposed.
**Q. Uh-huh (affirmative). They were -- Were they dressed in a way that -- that you thought looked like they were selling sex?**
A. Yes.
**Q. Like, how many people are we talking about or --**
A. That hotel is busy, so it's always, like, a lot of people walking around.



**Q. Okay.**
A. Especially in the back is, like, a gang of people just hanging out back there, music playing, everybody's loud, stuff like that.
**Q. Were there other people that you thought were also pimps or traffickers at the Super 8?**
A. No.
**Q. Okay. Like, how much of the hotel do you think was -- was taken up with people selling sex?**
A. If I had to put a percentage, I would say at least 80 percent.
**Q. Okay. And did you ever see the police at the Super 8?**
A. No.
**MR. TONGE:** Just look right here -- I think that's all I've got. Ankur, do you have anything else?
**MR. TRIVEDI:** Yeah. John, I have one question that I meant to ask in the beginning. Do you have any objection to that?
**MR. TONGE:** No, not to you asking --
**MR. TRIVEDI:** Okay.
**MR. TONGE:** No.

RE-EXAMINATION



**BY MR. TRIVEDI:**
**Q. Just the -- the housekeeping that came to your room, was it the same housekeeper every day?**
A. I don't really remember because I never talked to them and it was so long ago. I just know they was always coming in.
**Q. Well, always coming in or was it once a day?**
A. It was once a day, every day.
**Q. Was it always a female or were there males?**
A. Females.
**Q. All right.**
**MR. TRIVEDI:** I have no further questions. Thank you.
**MR. TONGE:** I'm good.
**MR. TRIVEDI:** All right. We can go off the record and --
**THE VIDEOGRAPHER:** Off the record at 11:57 a.m.

(Whereupon, the above-entitled matter was concluded at 11:57 a.m.)

o0o



CERTIFICATE OF COURT REPORTER

STATE OF GEORGIA )
COUNTY OF WALTON )

I, Jennifer K. Wilkin, Certified Court Reporter, 5934-7272-0155-4432, hereby certify that the foregoing transcript of deposition as stated in the caption consisting of page 4 through 55, was taken down by me and then transcribed under my supervision, and that the same is a true, correct, and complete transcript of the evidence given by the witness, who was first duly sworn by me.

I further certify that I am a disinterested party to this action and that I am neither of kin nor counsel to any of the parties hereto.

This certification is expressly withdrawn and denied upon the disassembly or photocopying of the foregoing transcript, unless said disassembly or photocopying is done by the undersigned certified court reporter and original signature and seal is attached thereto.

IN WITNESS WHEREOF, I hereby affix my hand on this the 25th day of May, 2026.



Jennifer K. Wilkin
Certified Court Reporter, 5934-7272-0155-4432

DISCLOSURE

STATE OF GEORGIA Deposition of T.H.

COUNTY OF WALTON

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as an independent contractor.

I was contacted by the offices of the taking attorney to provide court reporting services for this deposition. I will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C.

I have no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. I will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

Jennifer K. Wilkin

Jennifer K. Wilkin
Certified Court Reporter, 5934-7272-0155-4432



5/14/26/T.H./JKW/ADH

E R R A T A S H E E T

I hereby certify that I have read the foregoing and within pages 4 through 55 and no changes are required:

______________________________
T.H.

Sworn to and subscribed before me this ___ day of ______________________________, 2026.

______________________________
NOTARY PUBLIC

My commission expires ______________________________.

************

I hereby certify that I have read the foregoing and within pages 4 through 55 and I wish to make the following changes:

Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________
Page: ______ Line: ______________________________

______________________________
T.H.

Sworn to and subscribed before me this ____ day of __________________________, 2026.

______________________________
NOTARY PUBLIC

My commission expires ______________________________.

§

§9-11-28c (1) 4:5

A

abandoned (3) 26:16,22;38:14
ability (2) 9:6,7
able (4) 20:12;42:18;46:10; 49:25
above-entitled (1) 55:20
abrasions (1) 38:22
abuse (1) 47:19
abusing (2) 42:11,20
abusive (1) 45:25
Academy (1) 12:22
access (2) 13:6,10
accidents (2) 43:5,6
accounts (1) 13:9
accurate (3) 31:6;41:15,23
across (2) 26:15;47:22
acted (1) 34:12
actively (1) 12:8
actually (4) 33:19;43:24;49:2; 50:23
additional (1) 29:14
address (3) 10:16,20,23
adopted (5) 41:17,18;42:11,15; 47:23
advertising (2) 38:10;51:15
affect (2) 9:6,6
affected (1) 43:8
affiant (1) 50:8
affidavit (1) 50:9
affidavits (1) 49:4
affirmative (4) 9:22;16:14;18:12; 53:19
affirmatively (1) 9:4
again (2) 25:22;26:9
against (1) 37:23
age (4) 31:11,13,15;49:25
ages (1) 53:12
aggravated (1) 44:20
ago (4) 27:22;38:21;41:23; 55:5
agree (3) 5:16;51:13,14
agreement (1) 5:9
ahead (4) 6:24;8:1;21:9; 22:20
Air (1) 33:16
allegations (1) 11:2
allowed (2) 5:6;27:17
almost (3) 17:16;22:24;53:17
always (9) 23:10;27:20;34:5; 36:11;50:9;53:24; 55:5,7,9
Amended (1) 5:10
America (5) 19:12,13,18;20:5,6
American (3) 20:18,20;21:6
America's (1) 19:5
analysis (1) 33:21
Angel (2) 17:3,4
Ankur (2) 50:22;54:16
anxiety (2) 40:12,14
anymore (2) 26:3;43:12
Apart (2) 29:19;36:6
apartment (5) 11:18,22;12:1;15:5; 16:10
apartments (3) 14:20,22;16:7
appreciate (1) 48:24
approximate (2) 27:8;49:25
apps (4) 13:11;24:6,7;38:8
April (3) 11:8;25:16,18
area (4) 13:2,3;22:16,16
arguing (1) 20:9
around (16) 21:1,2;22:23;26:15; 28:10,23;29:20;34:2, 5,6,8,22;43:22;51:17; 53:16,25
arrested (1) 22:11
arrived (5) 20:25;27:3,5;37:3,5
arriving (1) 11:9
Asian (5) 28:1,12,13;30:2; 52:25
associated (2) 10:6;23:16
assuming (2) 10:1;19:4
Atlanta (4) 13:21;14:1;15:2,4
attachment (3) 40:14;41:1;48:20
attempt (1) 41:19
attended (1) 12:15
attorney (1) 52:1
authority (1) 42:17
Avenue (1) 10:17
aware (2) 49:9;50:10
away (5) 18:4;20:6;25:13,23; 39:18

B

Back (21) 7:23;12:10;17:6,25; 19:6;20:7;25:8,14; 26:7,8,15;30:23; 31:18,21,21;35:2,9, 12;53:13;54:2,3
bad (3) 8:16;32:11;45:24
Bancorp (1) 19:24
Banks (1) 16:2
barely (1) 20:13
based (1) 46:6
basically (4) 36:23;41:16;42:2; 53:10
bath (1) 37:14
bathe (1) 27:17
bathing (2) 35:22,23
beat (1) 47:21
became (1) 46:9
become (1) 46:16
becoming (1) 43:11
bed (2) 49:22;50:7
beds (1) 36:5
befriending (1) 13:22
beginning (2) 40:6;54:20
behind (1) 33:22
belief (1) 29:9
Best (9) 19:5,12,13,17;20:5, 6,17,20;21:6
better (4) 20:16;25:2;29:24; 31:21
big (2) 37:19;45:3
bipolar (6) 40:22;41:10,13,13, 21;42:5
birth (1) 7:6
birthday (1) 12:5
bit (4) 7:13;34:22;43:6; 48:9
black (2) 28:1;50:4
bleeding (1) 44:5
body (9) 16:25;31:25;34:7, 19;44:2,6;48:18,22; 50:5
bodysuit (4) 36:18,22,23;37:1
bodysuit's (1) 36:19
Both (3) 15:20;38:4;50:6
bought (3) 24:19;27:14;49:11
boxes (2) 36:3,4
boys (1) 43:23
break (3) 8:24;9:3;34:22
breakdown (1) 42:1
breaks (1) 9:1
brief (3) 7:21;35:7;49:12
brother (7) 33:5,7,11,16;42:11; 47:1,13
brothers (1) 33:4
brought (1) 15:4
bruising (1) 38:22
build (2) 41:4;50:5
building (1) 39:24
built (1) 25:25
busy (2) 22:25;53:24
butt (3) 36:20,24;44:12
buy (1) 24:16

C

call (7) 20:2;34:3,3,13,16, 17;35:1
called (8) 6:20;9:23;11:23; 12:21;15:7,16;18:8; 42:14
calls (6) 17:9,10;19:20,20, 21;23:10
came (9) 15:4,16,22;22:10; 26:15;30:19;35:14, 16;55:2
cameras (1) 34:5
can (35) 6:4,12;7:2,17;8:1, 20;9:3,12;27:25; 30:25;31:2;33:25; 34:21,21,24;35:2,18, 25;36:1,2,7,16;44:17, 18;46:18,21,24,24,24;

47:2;50:5;52:4,13,22;
55:15
**Candy (3)**
49:9,9,15
**capable (1)**
37:24
**capacity (1)**
40:21
**car (3)**
20:3;43:5,6
**care (11)**
11:11;12:11,12;
13:13,18;20:15;32:6,
23;37:15;39:4;42:24
**cars (1)**
20:1
**case (6)**
8:14;10:5;11:3;
46:5;48:12;49:4
**cases (1)**
51:8
**catch (1)**
45:1
**cautious (1)**
43:22
**caveat (1)**
8:11
**cell (2)**
13:5,6
**Center (1)**
14:3
**certain (1)**
27:23
**chair (1)**
50:7
**chance (1)**
43:19
**changed (2)**
4:8;31:16
**chat (1)**
30:2
**check (2)**
27:6;30:11
**checked (1)**
19:10
**checkout (2)**
21:2,4
**Cherry (2)**
16:3,4
**chest (1)**
17:17
**child (1)**
43:16
**Children's (1)**
38:17
**chips (1)**
49:11
**choice (1)**
39:6
**chores (1)**
35:19
**chose (2)**
20:11,15
**Civil (1)**
5:7
**claims (1)**
33:22
**clarify (4)**
18:13;20:1;45:10,
17
**clean (2)**
29:13;35:20
**clearly (1)**
9:7
**clothes (3)**
37:4,6,9
**clothing (1)**
37:14
**Cocaine (2)**
23:23;36:12
**code (1)**
10:18
**collect (3)**
25:6,8;34:25
**Columbus (3)**
13:20;14:1,24
**coming (5)**
28:21;29:10;43:5;
55:6,7
**comments (1)**
45:7
**committing (1)**
43:15
**complaint (2)**
10:2;11:2
**complex (3)**
11:18,22;12:1
**complicated (1)**
12:11
**complied (1)**
4:4
**computers (1)**
13:15
**concluded (1)**
55:21
**condom (3)**
36:3,3,4
**condoms (3)**
36:1,2,6
**confusing (1)**
51:8
**consensual (2)**
31:9,10
**consent (3)**
31:11,14,15
**contact (1)**
29:22
**contacted (1)**
26:2
**continue (1)**
35:3
**continuous (1)**
25:13
**continuously (1)**
44:4
**control (2)**
51:15,17
**conversation (3)**
9:14;30:8;49:12
**conversations (3)**
28:9;29:16;38:25
**Conyers (1)**
13:1
**corner (2)**
49:23;50:7
**counsel (4)**
4:7,16;5:10,16
**counseling (1)**
39:1
**couple (4)**
15:6;16:11;41:19;
48:11
**course (4)**
8:21;19:22;39:18;
48:7
**court (12)**
4:3,13,15,18;6:5;
7:8,11;8:11;32:12,16,
17,21
**COVID (1)**
22:21
**CPS (2)**
42:14,18
**criminal (1)**
10:5
**cross-examination (1)**
5:5
**cry (1)**
41:25
**culminated (1)**
40:4
**Cummings (1)**
51:6
**cumulative (1)**
46:16
**current (1)**
10:16
**currently (2)**
9:5;10:16
**cut (1)**
32:15
**cuts (1)**
38:22

**D**

**dad (2)**
32:17;47:23
**danger (1)**
34:18
**date (3)**
4:12;7:6;24:23
**dates (11)**
17:7;18:14,24;
19:17,25;23:8,10;
24:3,6;26:9;30:17
**day (31)**
17:16;18:10,11,24;
19:3,14;20:6,25;23:8;
24:17;26:17;27:10;
28:19,21;29:4;30:17,
19,20,21;31:8,24;
32:1;34:2,8;35:14;
44:4;48:2;55:3,7,8,8
**days (3)**
16:11;29:2;48:4
**deal (2)**
43:4;47:18
**decide (1)**
39:18
**decision (1)**
20:11
**Defense (1)**
5:4
**definitely (2)**
32:4;37:20
**Department (1)**
30:24
**Deponent (1)**
4:21
**deposed (1)**
6:21
**deposition (14)**
4:10;5:1,3,8,10,14,
20;8:6,8,19,25;9:10;
10:11,12
**depression (2)**
40:11,13
**describe (4)**
27:25;36:16;50:5,7
**describing (2)**
52:25;53:11
**desk (6)**
27:9,11,19,20;
28:10;29:21
**details (1)**
11:3
**detective (1)**
53:8
**Detention (1)**
14:3
**DFCS (5)**
39:9,11,12,14;
44:16
**diagnosed (4)**
40:11,13,22;41:21
**diagnoses (1)**
40:15
**diagnosis (3)**
41:15,23;42:4
**difference (1)**
39:19
**different (4)**
14:22;36:16;37:14;
47:3
**differentiate (1)**
46:10
**difficult (1)**
8:15
**diploma (2)**
12:18,19
**dirty (1)**
35:20
**discharged (1)**
39:11
**discount (1)**
24:18
**discovery (1)**
5:5
**disorder (6)**
40:14,22;41:1,10,
14,22
**dispute (1)**
21:23
**dissolve (1)**
32:10
**disturb (1)**
29:7
**document (2)**
9:19,20
**documents (3)**
9:9,15,16
**done (4)**
6:2;25:7;38:18;
45:12
**door (3)**
21:5;25:3;29:6
**down (3)**
24:18,18;50:6
**dressed (1)**
53:20
**dropped (2)**
17:25;18:1
**drugs (12)**
17:13;23:12,18,20,
22,24;24:1;28:13,14,
14;30:13,16
**dude (1)**
17:24
**duly (1)**
6:20
**dumpster (2)**
34:4,7
**during (5)**
8:25;22:12;25:12;
27:8,19

**E**

**earlier (1)**
53:1
**early (3)**
11:8;12:5;25:16
**easier (3)**
6:3,8;43:6
**effect (2)**
41:13,13
**either (1)**
51:10
**electronic (2)**
13:12,13
**else (3)**
31:2;36:12;54:17
**emotional (1)**
42:1

**employee (1)** 28:12
**employees (1)** 28:16
**EMS (1)** 38:16
**end (5)** 25:23,23;32:12; 41:8,9
**ended (4)** 13:22;34:22;40:4,6
**enough (1)** 25:25
**episode (1)** 28:25
**episodes (2)** 40:23;41:24
**equal (1)** 45:22
**Eron (26)** 23:12,14,15;24:25; 25:3,9;26:24;27:1,5; 28:5;29:10,12,12; 30:2,13;37:13,25; 45:1,14,16,18;46:13; 51:15,17,19,21
**Eron's (1)** 30:16
**E's (2)** 13:7;25:25
**Especially (1)** 54:2
**Estates (10)** 11:24,25;14:21; 15:23,24;17:7,8;26:7, 8,12
**Evans (2)** 50:19;51:2
**even (4)** 30:3;42:21;43:19; 48:12
**event (1)** 46:19
**Eventually (1)** 20:10
**everybody (2)** 48:16;53:17
**everybody's (2)** 45:13;54:3
**everyday (1)** 47:20
**exactly (1)** 47:21
**EXAMINATION (2)** 6:22;52:18
**examined (1)** 6:21
**example (2)** 25:17,22
**except (1)** 5:17
**exchange (1)** 35:20
**exclusively (2)** 20:2;38:10
**Exhibit (2)** 52:9,10
**expecting (1)** 47:11
**experience (1)** 48:5
**experienced (1)** 46:11
**experiencing (1)** 46:11
**explain (1)** 51:10
**exposed (1)** 53:18
**Express (8)** 18:8,9,16,22,23,25; 19:3,6
**expressed (1)** 32:13
**expressing (1)** 32:15
**eye (1)** 29:21

## F

**facilitating (1)** 17:10
**facilities (1)** 39:5
**facility (2)** 39:16;41:20
**fact (2)** 24:10;32:14
**factor (1)** 45:4
**factors (2)** 46:12;48:20
**facts (2)** 31:4,5
**fair (2)** 30:17;40:5
**familiar (2)** 13:3;30:24
**family (4)** 31:20;32:7;47:11, 11
**fancy (1)** 12:3
**fear (2)** 44:1;45:4
**Federal (1)** 5:7
**feeding (1)** 20:13
**feel (8)** 8:16;41:6,15,24; 44:2,6;45:22;47:10
**feeling (1)** 41:9
**feelings (1)** 32:13
**felt (2)** 43:11;44:16
**female (3)** 50:23;51:2;55:9
**Females (1)** 55:10
**few (2)** 42:14;52:3
**fifteen (1)** 34:25
**figure (1)** 33:17
**filed (2)** 5:12,13
**filled (1)** 22:25
**find (1)** 44:17
**fine (3)** 6:2,7,14
**first (22)** 5:20;6:20;8:2,3; 15:12;20:25;21:11; 22:18;23:3;24:3,17, 17;26:1;32:10;36:23; 37:5;38:12;41:6,8; 43:16;45:11;52:5
**fishnets (1)** 36:22
**five (1)** 33:1
**floor (1)** 22:18
**flowed (1)** 46:17
**follow (1)** 34:23
**following (1)** 51:14
**follows (2)** 6:21;8:22
**force (3)** 18:24;23:24;33:16
**forced (5)** 17:7;18:13;19:17; 26:9;34:19
**forgot (1)** 45:12
**form (2)** 5:18;49:3
**forms (1)** 36:16
**forties (1)** 50:2
**foster (19)** 11:11;12:10,12; 13:13,18;32:6,22; 39:4,16,20,22,22,23, 24,25;42:4,24;46:8; 47:1
**found (2)** 26:17,21
**four (1)** 46:12
**Free (2)** 12:21,23
**friends (2)** 13:16;14:17
**front (10)** 22:18;27:9,11,19, 20;28:9;29:21;42:13; 43:6;46:6
**full (1)** 6:25
**fully (1)** 38:2
**Fulton (1)** 30:24
**further (2)** 51:23;55:12
**future (2)** 43:20;44:18

## G

**gang (1)** 54:2
**gave (1)** 8:22
**GED (1)** 12:17
**generally (1)** 30:24
**gentleman (1)** 50:13
**Georgia (2)** 13:1,20
**girl (2)** 13:22;14:7
**girlfriend (1)** 16:24
**girlfriend's (2)** 17:2,3
**girls (4)** 19:25;43:24;53:4, 11
**given (2)** 8:6,14
**giving (1)** 48:25
**God (1)** 45:12
**goes (1)** 36:20
**Good (2)** 12:25;55:14
**google (1)** 41:2
**grade (2)** 12:14,16
**graduate (1)** 12:20
**graduated (1)** 12:21
**graphic (1)** 44:7
**group (13)** 13:15,23,23;14:9, 13,15,24;32:6;39:16, 19,21,24;42:4
**guess (14)** 11:4;17:19;19:3; 23:1,1;25:2;26:24; 29:19,19,24;33:21; 38:15;40:2;46:12
**gun (11)** 26:14;32:18,19; 36:13;43:13;45:5,14, 15;47:23,24;48:3
**guns (2)** 17:17;47:22
**guy (5)** 15:25;23:14;30:2; 45:3;52:22
**guys (3)** 26:16,18;52:13

## H

**hair (1)** 28:1
**half (1)** 53:18
**Hampton (11)** 11:24,25;14:21; 15:22,23,24;17:6,8; 26:7,8,11
**handle (1)** 5:24
**handled (1)** 38:10
**hands (5)** 17:16;26:14;45:25; 46:1;47:19
**hanging (1)** 54:3
**happen (5)** 8:21;24:10;44:21, 23;47:14
**happened (5)** 33:8;37:9;41:10,11; 47:15
**happens (1)** 43:23
**happy (1)** 9:1
**hard (1)** 48:24
**harm (1)** 25:9
**Hawthorne (1)** 10:17
**head (8)** 9:4;17:17;26:14; 43:14;47:22;48:1,3; 51:3
**hear (1)** 11:1

**held (2)**
7:22;35:8
**hello (1)**
30:4
**help (8)**
16:16;17:23,24;26:15;29:10;44:16,18;48:9
**herein (1)**
6:20
**her's (1)**
7:18
**herself (1)**
15:12
**hesitate (1)**
8:25
**Hi (1)**
6:24
**high (4)**
12:8,18,19,20
**Highway (1)**
13:3
**hit (1)**
25:10
**hitting (1)**
45:1
**hold (1)**
13:12
**home (18)**
13:15,23,24;14:9,13,15,24;39:16,16,19,20,21,22,24,25;42:4,4;46:8
**homeless (1)**
10:24
**homes (1)**
32:6
**homeschool (1)**
12:21
**hop (1)**
35:2
**hopefully (1)**
44:17
**Hospital (1)**
38:17
**hotel (27)**
11:19,20;16:25;17:25;18:8;19:11;20:2,4,8;22:16,22;28:10,16,22;29:1,17,20,22;30:12;33:23;34:4,5,11;49:13;51:17;53:24;54:8
**hotels (1)**
46:9
**hour (1)**
26:13
**hours (1)**
15:6
**house (5)**
26:16,22;38:15;39:25;41:18
**household (1)**
32:24
**housekeeper (2)**
49:5;55:3
**housekeeping (9)**
28:18,21;29:4,9,13;35:13,14,18;55:2
**hungry (1)**
16:23
**hurt (5)**
26:19;41:6,7,9;45:7

**I**

**idea (2)**
34:10;46:6
**identification (1)**
52:12
**identify (1)**
46:18
**Immediately (1)**
39:4
**impact (1)**
43:4
**impacted (1)**
47:2
**Inaudible (1)**
24:14
**incident (2)**
21:21,23
**included (1)**
20:3
**in-depth (1)**
33:21
**indicate (1)**
37:13
**indicated (3)**
19:25;21:22;30:12
**indications (2)**
36:7,8
**individual (3)**
27:23,25;50:10
**injuries (1)**
38:13
**Inn (16)**
18:8,9,22,24,25;19:3,5,7,12,13,18;20:5,6,18,20;21:6
**Instagram (1)**
13:10
**intention (1)**
8:16
**interact (1)**
28:16
**interacting (1)**
28:5
**interaction (1)**
16:20
**interrogatories (1)**
9:24
**interrogatory (1)**
9:25
**interrupt (1)**
7:9
**intervene (1)**
42:13
**intervened (1)**
38:14
**interview (1)**
30:23
**into (1)**
10:14
**investigators' (1)**
10:5
**involved (1)**
19:23
**involves (1)**
38:18
**issued (2)**
42:5;50:8

**J**

**jail (1)**
39:18
**January (3)**
7:7;12:6;32:12
**Jaquita (1)**
51:6
**job (1)**
8:18
**John (5)**
16:2;24:24;25:3,7;54:18
**Jonathan (1)**
5:2
**JR (1)**
49:4
**judge (2)**
8:9;42:25
**jumped (1)**
21:9
**jumping (1)**
34:22
**jury (1)**
8:10

**K**

**keep (5)**
20:12,16;24:10;33:2,3
**kept (1)**
26:14
**kid (1)**
37:18
**kids (6)**
39:21,23,25;43:17,17,22
**kill (1)**
48:3
**kind (19)**
10:24;12:11,12;13:14;20:9;22:9;28:1;31:18;32:13;37:4;41:8;42:20;43:3;45:24;48:5,8,10,16,19
**kit (2)**
38:18,19
**knew (1)**
53:5
**knocking (1)**
21:5
**knowledge (1)**
28:12
**known (1)**
34:9

**L**

**lady (4)**
49:8,9,9,15
**large (1)**
46:7
**largely (1)**
46:6
**last (4)**
8:4;9:2;12:14;17:4
**late (2)**
11:8;25:16
**lawsuit (2)**
9:17;10:1
**lawyers (1)**
9:14
**learn (1)**
53:7
**least (3)**
19:24;34:17;54:10
**leave (5)**
19:2,3;20:18;25:13;43:13
**leaving (1)**
25:23
**left (2)**
17:20;42:22
**legal (3)**
4:8;33:20,21
**lengthy (1)**
28:9
**letting (1)**
47:13
**lie (2)**
48:4,11
**life (4)**
28:25;33:17;43:4,8
**liked (4)**
6:10;34:11,13,16
**likely (1)**
37:6
**Lincoln (1)**
19:24
**line (1)**
21:10
**lingerie (2)**
37:7,8
**literally (3)**
20:22,23;33:16
**little (6)**
7:13;34:22;43:6;44:7;48:5,9
**live (2)**
10:22;43:12
**lived (1)**
10:20
**living (2)**
11:10;13:19
**LLC (1)**
19:24
**lobby (4)**
16:22;17:22;52:23,24
**located (4)**
12:25;13:19,20;22:17
**location (1)**
4:20
**Loco (24)**
11:17;13:18;16:6,8,15,16,18;18:5,6,13,23;19:15;20:5,7,8,13,14;21:7;37:8;45:18;46:1,13;47:2;48:4
**long (20)**
9:20;10:20;12:12;15:21;16:4,6;18:2,9;19:12;21:11;26:11;27:21;30:5;37:11;39:12;40:9;48:6;49:16;52:3;55:5
**longer (1)**
26:4
**look (1)**
54:15
**looked (1)**
53:20
**looking (2)**
20:16;31:21
**lost (1)**
46:4
**lot (5)**
20:3;22:10;41:18;42:3;53:24
**loud (1)**
54:3
**louder (1)**
7:13
**love (6)**
22:8;32:2,4;47:12;48:16,18
**loved (3)**
48:10,13;53:9
**loves (2)**
31:24,25
**lying (1)**
22:10

**M**

**mail (1)**
10:23
**mailing (1)**
10:23
**making (3)**

17:9;31:25;33:22
**male (2)**
28:13;50:15
**males (1)**
55:9
**mall (1)**
24:18
**man (6)**
28:1;31:22;37:19;
48:21;52:20,25
**manager (1)**
30:13
**manic (2)**
40:22;41:24
**manipulating (1)**
32:3
**many (8)**
9:1;23:3,4,8;36:15,
16;44:4;53:23
**March (1)**
22:21
**matter (1)**
55:21
**matured (1)**
31:18
**May (11)**
4:13;8:22;11:4,8;
13:8;22:20;25:16,18;
31:5;38:13;44:25
**Maybe (2)**
9:23;39:23
**mean (22)**
6:9;10:2;16:5,20;
20:2,4,21;23:18;
25:16,17;28:7;29:24;
31:2;32:6;34:22;
37:18;38:1;43:7;
45:14;46:6,10;48:14
**means (1)**
8:23
**meant (3)**
20:14;45:16;54:19
**media (3)**
13:9,10;26:2
**medication (3)**
9:5;39:7;47:17
**meet (5)**
14:13;16:15,21;
50:17;51:2
**members (1)**
39:22
**men (8)**
30:18;43:22,24,25;
44:1,2;48:17,21
**mental (1)**
44:15
**mention (1)**
4:7
**mess (1)**
41:5
**met (5)**
14:7,7;16:8,16;
18:21
**Metro (1)**
32:19
**mic (1)**
7:18
**middle (2)**
7:2,3
**might (7)**
22:6;30:5;34:11;
39:15;44:7;48:23;
51:8
**mind (1)**
31:16
**Minnesota (1)**
10:17
**minor (1)**
34:18
**minute (2)**
5:2;20:24
**minutes (3)**
34:25;35:1,2
**mislead (1)**
31:1
**missing (1)**
34:15
**molested (1)**
43:1
**molesting (2)**
42:12;47:13
**moment (4)**
22:19;35:14;46:4,4
**moments (1)**
41:25
**money (9)**
19:4,11;20:12,16;
24:10,12;25:4,7,8
**months (1)**
10:21
**more (8)**
31:8;35:1;47:10,19;
48:7;49:1;51:11,11
**most (4)**
32:1;37:6;45:21,21
**mostly (2)**
43:4,5
**Motel (13)**
10:9;11:21;15:23;
16:11,13,16,22;17:20;
18:2,4,14,17;44:24
**movement (1)**
51:17
**much (3)**
32:2;51:25;54:8
**multiple (5)**
22:13;30:21;32:1;
39:21,21
**music (1)**
54:3
**myself (3)**
21:10;22:20;32:15

**N**

**naked (2)**
36:23;53:18
**name (27)**
4:8;5:25;6:3,7,25,
25;7:1,2,3;8:2,3,4;
11:16,22;12:3;14:23;
16:2;17:2,3,4;28:3;
45:13;50:9,10,11,14;
51:21
**named (3)**
49:9;51:2,6
**National (2)**
13:3;20:22
**nature (1)**
8:14
**Navy (1)**
33:15
**need (8)**
6:11;8:24;9:1;35:1;
42:8;43:2,3;49:1
**negatively (1)**
51:3
**neither (1)**
43:23
**nervous (2)**
44:9,10
**news (1)**
34:14
**next (6)**
20:19,21,22,23;
26:17;34:3
**night (1)**
34:2
**nightmares (1)**
44:14
**Ninth (1)**
12:16
**NN (1)**
49:4
**Nods (1)**
9:4
**No-No (12)**
14:5,7,9,20;15:2,5,
8,11,12;26:2,5,6
**No-No's (1)**
14:17
**notes (1)**
21:21
**Notice (2)**
5:9,10
**nuisances (1)**
33:21
**number (6)**
21:22;22:1,1;29:2;
49:2;52:11

**O**

**o0o (1)**
55:23
**objection (7)**
4:22,23;5:13,15;
33:24;46:21;54:20
**objections (2)**
4:18;5:17
**obtained (3)**
12:17,18,19
**obviously (1)**
43:16
**occasion (1)**
44:12
**occupancy (1)**
22:22
**occur (1)**
24:24
**occurring (1)**
36:8
**OCGA (1)**
4:5
**off (14)**
7:16,19;17:25;18:1;
22:9;27:15;32:15;
35:5;36:10;41:16;
42:15,16;55:16,17
**official (2)**
8:12,13
**often (1)**
44:14
**old (8)**
7:4,5;12:6,8;13:2;
15:14;20:21;31:22
**older (2)**
33:6,7
**once (2)**
55:7,8
**one (23)**
6:11;7:17;13:7;
18:11,24;19:3;21:17;
24:21;29:25;31:7;
33:19;39:23;43:9,23;
44:12;45:13,13,25;
46:4,4;48:25;49:1;
54:19
**ones (1)**
35:21
**online (2)**
38:5,7
**only (5)**
16:6;21:14;23:14,
15;45:25
**open (2)**
36:4;44:15
**operation (1)**
27:2
**order (1)**
5:25
**others (1)**
6:2
**otherwise (3)**
9:6;30:7,7
**out (17)**
14:13;17:9,10;
19:10,20;23:18;25:4,
6;29:6;33:16,17;
35:21;45:14,15;
46:25;47:25;54:3
**outfit (10)**
24:19,21;27:14;
34:8;36:11,15,15,16;
38:3;49:22
**outline (1)**
34:23
**outside (5)**
20:7;21:6;31:20;
34:4;53:18
**over (5)**
8:10;10:7;34:24;
48:12;51:25
**overprotective (1)**
43:17
**overt (1)**
36:8
**overwhelming (1)**
43:11
**own (2)**
13:13;50:16

**P**

**packed (1)**
22:24
**page (1)**
8:2
**paid (2)**
27:11;52:24
**pain (1)**
46:7
**parent (1)**
39:23
**parents (11)**
32:10,22;39:22;
40:1;41:17;42:15,19,
19,21;43:1;47:13
**parents' (1)**
41:18
**park (1)**
15:7
**parking (1)**
20:3
**part (2)**
30:22;42:24
**Paul (2)**
10:17,18
**pay (1)**
27:10
**people (13)**
10:12;23:4;31:8,20;
34:5;41:5;49:8;53:15,
23,25;54:2,5,9
**percent (1)**
54:11
**percentage (1)**
54:10
**period (1)**
11:3
**person (2)**
27:20;41:7
**perspective (1)**
36:7
**Phillips (2)**

49:5,6
**phone (5)**
13:6,6,7,14;26:1
**photographs (3)**
10:8,9;38:1
**physical (3)**
4:21;38:13,22
**physically (1)**
25:9
**physician (1)**
38:15
**pick (1)**
21:7
**picture (2)**
34:16;52:14
**pictures (1)**
24:8
**picturing (1)**
27:23
**pimp (2)**
16:18,25
**pimps (1)**
54:6
**place (2)**
34:24;39:15
**plaintiffs (1)**
19:23
**Plaintiff's (2)**
52:9,10
**playing (1)**
54:3
**please (6)**
4:14,16;8:19,23,25;
36:17
**point (13)**
8:24;15:10;17:19;
20:18;25:12,14;
30:11;31:16;33:18;
37:13;45:5;47:24;
48:1
**pointed (1)**
47:23
**police (14)**
10:4;21:25;26:16,
21;30:24;31:1,3;
34:13,16,17;38:14;
42:13,20;54:12
**portion (1)**
5:11
**position (1)**
46:15
**possibly (2)**
39:23;43:20
**posted (2)**
38:5,7
**preliminary (1)**
10:15
**preparation (1)**
9:10
**presence (2)**
4:21;29:12
**presented (1)**
52:11
**pretty (4)**
16:23;24:7;33:21;
34:4
**previous (1)**
6:11
**prior (8)**
10:12;11:9,9,11;
18:1;40:15,18;41:14
**probably (5)**
21:2;31:7,8;41:2;
49:21
**probation (2)**
32:20,21
**Procedure (1)**
5:8
**proceeding (2)**
8:12,13
**process (1)**
12:13
**prostitute (1)**
50:15
**protective (1)**
5:24
**provide (1)**
29:14
**psychiatrist (1)**
41:16
**psychology (1)**
30:25
**PTSD (1)**
40:11
**public (1)**
8:12
**pull (2)**
47:22,24
**pulled (5)**
14:15;20:8;32:17,
18;47:25
**purposely (1)**
41:5
**purposes (3)**
4:9;5:4,6
**pursuant (1)**
5:9
**put (16)**
6:6;12:10;17:16,17;
23:15;29:6;32:22;
36:22,22,23;39:4;
43:14;45:25;46:1;
48:3;54:10
**putting (3)**
26:13,14;47:19

**Q**

**Quasim (2)**
16:3,4
**quick (1)**
52:8

**R**

**race (1)**
50:3
**ran (2)**
13:17;26:14
**rape (2)**
38:18,19
**raped (1)**
44:12
**raping (2)**
30:20;31:25
**reactive (4)**
40:14,24;41:1;
48:19
**real (2)**
48:15;52:7
**realize (1)**
48:15
**really (17)**
9:20;13:14;27:22;
28:22;30:6;32:11;
36:11,19;44:1,16;
45:24;48:6,18;49:17,
19,23;55:4
**reason (6)**
21:23;22:1;29:1;
33:13;40:21;42:24
**recall (2)**
31:2;50:13
**receive (1)**
30:13
**received (2)**
39:1;40:15
**recently (1)**
41:22
**recess (2)**
7:21;35:7
**recognize (1)**
29:25
**recollection (3)**
38:20,21;41:12
**record (9)**
4:12,17;7:16,19,24;
35:5,10;55:16,17
**redact (2)**
6:4,12
**redacted (3)**
7:3;8:3,4
**redactions (1)**
5:25
**RE-EXAMINATION (1)**
54:25
**referred (1)**
49:8
**referring (2)**
36:14;44:20
**reflecting (1)**
5:11
**regarding (1)**
26:24
**Regional (1)**
14:2
**regular (2)**
11:25;37:6
**regularly (1)**
12:15
**relationship (5)**
32:7,9;41:5,8;48:21
**relationships (5)**
31:19,20;41:4;44:1;
48:20
**relatively (1)**
8:9
**released (1)**
14:8
**reliving (1)**
42:1
**remember (16)**
9:19;14:23;21:1,20;
23:1;27:22;30:6,9,13,
15;37:12;38:23;
41:14;48:6;49:22;
55:4
**remote (1)**
4:19
**rent (2)**
51:19,21
**rephrase (1)**
8:24
**report (4)**
21:21,23,25;31:5
**reportedly (1)**
49:6
**reporter (8)**
4:3,14,15,18;6:5;
7:8,11;8:11
**reports (2)**
10:4,5
**requests (1)**
29:13
**requirements (1)**
4:4
**rescued (2)**
39:4;53:6
**reserve (1)**
5:17
**reside (1)**
10:16
**residential (1)**
39:16
**respect (2)**
9:15;11:2
**response (2)**
29:23;48:25
**responses (1)**
9:21
**responsible (1)**
33:23
**responsiveness (1)**
5:19
**result (1)**
40:12
**Resuming (7)**
7:25;34:1;35:11;
42:10;46:23;47:9;
51:1
**retraumatize (1)**
8:16
**revealing (1)**
52:6
**review (3)**
10:4,8,11
**reviewed (4)**
9:9,16,17;31:4
**right (25)**
5:23;6:17;8:11;
10:14;11:1;12:5;
15:16;16:4;17:19;
20:19,21,22,23;22:20;
25:19;33:6,15,18;
34:3,20;35:12;44:10;
54:15;55:11,15
**ripped-open (1)**
36:3
**room (41)**
19:5,7,8;20:2,4;
21:17,19,22,22;22:1,
13,15,25;23:4,19;
24:23;25:4,8;27:6,7,
10,12,13;28:18;29:4,
10,13;30:19;31:1;
35:14,16,19;36:9,12,
13;43:14;49:13;
51:19,21;52:24;55:3
**rooms (1)**
22:14
**ruin (2)**
48:20,22
**Rules (2)**
5:7,7
**run (2)**
25:13;39:18
**running (1)**
27:2
**RYDC (3)**
13:22;14:2;32:19

**S**

**Saint (2)**
10:17,18
**same (8)**
8:2;20:8;22:13,15;
27:20;42:22;44:6;
55:3
**Santana (2)**
49:5,6
**Sarah (2)**
39:8,10
**saw (6)**
23:20;29:25;30:1,
12;34:12;53:14
**saying (7)**
21:8;30:14,15;38:5;
41:17;46:18;48:13
**scared (3)**
37:19,20;42:19
**school (7)**
12:9,12,15,18,19,
20;42:14
**schooling (1)**

12:11
**screen (2)**
52:7;53:3
**second (5)**
7:17,18;17:6;45:13,13
**seeing (1)**
31:7
**seeking (1)**
48:8
**sell (6)**
16:25;17:24;31:25;34:6,19;48:23
**selling (6)**
23:12;30:16;53:4,15,21;54:9
**Semi (33)**
11:14;13:18;15:7,8,16,16,21,25;16:6,8,13;17:11,12,14,20,20,25;20:13;26:3,3,13;37:8;40:6;43:13;45:14,18,18,19,24;46:13;47:1,18;48:1
**send (1)**
13:25
**sense (1)**
8:23
**sent (4)**
13:25;41:19;42:15,16
**separate (3)**
46:12,19,25
**set (2)**
24:3,6
**sex (11)**
17:1;24:19;31:10;32:2;39:5;44:3,4;47:15;53:15,21;54:9
**Shakes (1)**
51:3
**share (1)**
52:7
**sharing (1)**
53:4
**shop (1)**
24:19
**short (1)**
28:1
**shortly (2)**
5:12;11:4
**show (1)**
34:15
**shower (1)**
37:17
**showing (1)**
31:24
**siblings (2)**
32:24;33:1
**sic (6)**
19:5,12,13,18;20:5,6
**sign (1)**
29:6
**sister (2)**
33:5,7
**sisters (1)**
33:4
**sites (1)**
38:8
**sitting (3)**
21:6;49:22;50:6
**situation (3)**
16:17;22:9;32:3
**six (1)**
10:21
**Sixteen (1)**
12:8
**sleeping (1)**
16:22
**smile (1)**
44:9
**snacks (1)**
49:20
**Snapchat (1)**
13:10
**sneak (1)**
14:13
**sneaking (1)**
13:15
**social (3)**
13:9,10;26:1
**sodomy (1)**
44:20
**sold (2)**
23:18,21
**somebody (10)**
13:25,25;14:15;17:23;34:6,7,15,18;44:18;48:2
**somebody's (1)**
39:25
**someone (3)**
14:12;50:8;51:6
**sometimes (5)**
28:10;29:20,21;41:24;53:16
**somewhere (1)**
14:14
**sorry (9)**
7:9;11:1;22:19;30:22;44:9,25;46:4;47:5;50:24
**sort (8)**
6:9;10:14;17:14;22:19;34:23;40:3;45:4;46:8
**sorts (2)**
17:12,13
**South (1)**
30:23
**speak (2)**
7:12,13
**special (1)**
29:13
**specific (2)**
22:1;46:19
**spell (2)**
7:2;8:1
**spiky (1)**
28:2
**stable (1)**
10:25
**staff (5)**
9:15;29:17,22,25;39:22
**start (1)**
39:3
**statement (1)**
51:13
**statements (1)**
51:14
**stay (11)**
15:5;20:17;21:12,17;22:12,13,13;25:4;26:11;39:14;40:1
**stayed (5)**
16:12;20:19;21:14;22:15;29:1
**staying (4)**
23:19;27:2;33:13;43:13
**STD (1)**
38:19
**stepbrother (3)**
46:12;47:1,10
**still (4)**
37:9;41:11;47:21;48:13
**stipulate (1)**
4:17
**stipulated (1)**
4:6
**stop (2)**
44:5;53:3
**stops (1)**
53:3
**story (1)**
49:15
**straight (1)**
18:21
**straightforward (1)**
8:9
**Straps (1)**
37:3
**street (1)**
24:18
**stretch (2)**
40:3,5
**stripper (4)**
24:19;34:8;36:10,15
**strong (1)**
43:25
**stuff (10)**
16:24;17:17;20:14;21:6;36:20;41:21;47:12;48:12,14;54:4
**subpart (1)**
46:19
**substance (1)**
9:14
**suffering (1)**
46:7
**suggests (1)**
12:3
**suicide (3)**
41:19;43:15;45:15
**Super (33)**
10:9;11:3,9,12;13:2;20:19,24,25;21:8,12,14;22:12;23:3,15;25:23;26:25;27:2,5,8;37:4,5;40:4,7;43:9,13;44:21;45:12;46:9;49:6,8;53:13;54:6,12
**supplies (1)**
29:14
**supposed (1)**
34:23
**sure (8)**
11:23;15:9;19:22;24:7;27:4;30:1,11;34:4
**sustained (1)**
38:13
**swear (2)**
4:14,15
**swearing (1)**
4:19
**sworn (2)**
4:24;6:21

**T**

**table (2)**
9:3;36:5
**tables (1)**
36:4
**talk (8)**
13:16;28:11,14;35:13;38:12,12;42:18;49:16
**talked (3)**
35:13;49:21;55:4
**talking (7)**
14:2;20:1;25:19;36:21;38:2;45:11;53:23
**tank (1)**
36:18
**telling (3)**
31:23;48:8;53:8
**ten (3)**
34:24;35:1,2
**ten-/fifteen-minute (1)**
34:21
**Terrel (3)**
50:19,23;51:2
**terrified (1)**
43:25
**terroristic (1)**
32:19
**testify (1)**
9:6
**testimony (2)**
10:11;31:17
**testing (2)**
38:18,19
**texted (2)**
13:24;14:9
**TH (11)**
4:9;5:3;6:6,19,24;7:1;8:1;30:22;34:20;51:24;52:20
**therapist (3)**
40:18;44:16;47:15
**therapy (6)**
39:1,6;44:15;47:14,16,16
**thin (2)**
37:1,3
**thinking (1)**
45:15
**Thirteen (1)**
15:15
**thirties (2)**
31:23;50:1
**thong (1)**
37:1
**though (2)**
31:12;42:21
**thought (6)**
22:8;30:12;31:11;43:14;53:20;54:5
**thoughts (1)**
34:25
**threaten (1)**
17:14
**threatened (3)**
17:18;32:18,18
**threatening (1)**
48:3
**threats (2)**
17:12;32:20
**three (5)**
19:23;23:9,10;30:17,18
**throughout (1)**
30:19
**throw (1)**
22:9
**Thursday (1)**
4:13
**Tiers (2)**
12:21,23
**times (5)**
30:21;32:1;41:19;42:14;44:4
**today (1)**
7:4
**Today's (3)**
4:12;9:10;31:17
**together (1)**

46:17
**told (14)**
16:23;20:11,15;24:9;26:2,3,4;37:22;42:20,21,25;47:14,21;53:9
**toll (1)**
44:15
**TONGE (23)**
4:23;5:15,22;6:1,13,16;7:14,16;33:24;42:7;46:21;47:6,8;50:22,25;52:2,13,17,19;54:15,22,24;55:14
**took (19)**
14:20;15:22,24;16:11,13,24,25;18:21;19:5;26:16;27:15;32:19;36:10;37:25;38:17;44:14;48:11,11,15
**top (1)**
36:18
**total (1)**
40:9
**touch (2)**
33:2,3
**touched (1)**
43:20
**towels (1)**
35:20
**trafficked (5)**
11:12;15:12;34:10;44:3;50:16
**trafficker (2)**
16:18;23:16
**traffickers (3)**
11:13;46:9;54:6
**trafficking (6)**
31:23;36:8;39:5;47:15;48:7;53:11
**transaction (1)**
24:24
**transcript (1)**
6:5
**trash (5)**
35:21,25;36:1,2,6
**trauma (9)**
42:1;44:17;46:7,10,16,19;47:11,18,19
**traumatizing (2)**
44:13;48:2
**treated (1)**
38:15
**treatment (1)**
41:20
**trial (1)**
5:21
**tried (5)**
17:23,24;26:15;37:17,18
**TRIVEDI (22)**
4:22,25;5:16,23;6:9,15,17,23;7:8,10,25;35:11;46:23;50:24;51:1,23;52:15;54:18,23;55:1,12,15
**true (1)**
42:21
**trust (3)**
25:25;43:22,24
**truthfully (1)**
31:3
**try (9)**
37:23;41:8,20;48:20,21,23;49:17,19;52:5
**trying (10)**
10:24;12:11;16:16;21:10;22:8;33:17;37:16;47:16,17;48:9
**turn (2)**
7:17;51:25
**TV (2)**
49:21,23
**twin (3)**
33:7,8,15
**two (19)**
14:17;23:7,9,10;26:15,18;30:17,18;31:7;33:3;39:13;40:10,12,16,19;41:14,22;43:17;48:4
**type (3)**
34:9;49:19;50:5

## U

**Um (2)**
21:24;25:1
**unclothed (1)**
38:2
**under (1)**
5:6
**undergone (1)**
39:1
**unfortunately (1)**
8:18
**unusual (1)**
28:20
**up (27)**
7:18;13:22;14:15;15:2,4;16:23;17:6;19:6;20:8,8,23;21:7;24:3,6;25:23,23,25;28:9;30:2;34:16,22;41:5,9;43:5;52:23,24;54:9
**up- (1)**
46:5
**use (13)**
5:20;6:3,4,6,11;13:7;23:22,24;24:1;25:17;26:1;44:2;47:25
**used (2)**
23:20;36:2
**using (6)**
24:5,7;28:13,14;48:17,22
**usually (1)**
39:24

## V

**vague (1)**
48:5
**Vanterpool (1)**
50:9
**verbal (1)**
29:23
**verbally (1)**
17:17
**victims (1)**
39:5
**VIDEOGRAPHER (6)**
4:11;7:19,23;35:5,9;55:17
**videotaped (3)**
5:1,3,11
**violation (1)**
32:21
**violent (1)**
45:21
**voluntarily (1)**
24:1

## W

**Wait (2)**
18:17,17
**waiting (2)**
20:7;21:7
**walk (4)**
25:4,6;28:10;53:16
**walked (4)**
16:22;20:8,23;24:18
**walking (4)**
34:2,6,7;53:25
**walks (1)**
29:20
**wants (1)**
6:6
**watching (1)**
49:23
**way (8)**
6:10;8:17;11:23;13:21;17:15;26:19;33:17;53:20
**wearing (3)**
24:20;27:13;37:7
**websites (2)**
24:5,7
**week (12)**
16:12;18:3;21:13;22:12;23:2;25:12,13;27:8,8,19;30:18;43:9
**weeks (5)**
40:10,12,16,19;41:14
**whatever's (1)**
6:8
**What's (2)**
10:16;49:15
**Whereupon (7)**
4:3,6;6:18;7:21;35:7;52:10;55:20
**Wherever (1)**
39:15
**white (1)**
15:25
**whole (5)**
22:9;24:20;47:12;48:5,14
**Winkeisha (1)**
50:9
**Withdraw (5)**
23:2;24:13,15;25:9,10
**within (1)**
20:24
**without (2)**
42:19;52:5
**Witness (11)**
4:14,16,19,24;6:20;7:15;34:1;42:9,10;47:7,9
**Witness' (1)**
4:8
**witnesses (2)**
49:3,3
**word (1)**
16:6
**work (1)**
25:5
**world (1)**
43:5
**worry (1)**
44:11
**worst (1)**
45:19
**wrong (4)**
22:2,4,6;50:10

## X

**XXXXX (2)**
7:3;8:3
**XXXXXX (1)**
8:4

## Y

**YDC (2)**
14:8,8
**years (6)**
7:5;12:8;31:22;39:13;41:22;48:12
**younger (1)**
33:6
**Youth (1)**
14:3

## Z

**zip (1)**
10:18
**Zoom (1)**
8:11

## 1

**1 (2)**
52:9,11
**10:21 (2)**
4:2,12
**10:24 (1)**
7:20
**10:25 (1)**
7:24
**10:30 (1)**
21:3
**11:12 (1)**
35:6
**11:25 (1)**
35:10
**11:57 (2)**
55:18,21
**12:00 (1)**
21:3
**14 (1)**
4:13
**15 (1)**
7:7
**16 (3)**
12:7;31:15,22
**18 (1)**
43:16
**1852 (1)**
10:17

## 2

**2004 (1)**
7:7
**2020 (5)**
11:4;12:5;22:20,21;32:12
**2026 (1)**
4:13
**22 (1)**
7:5
**229 (1)**
21:22
**24/7 (1)**
36:11
**28th (1)**
25:18

## 5

**55119 (2)**
10:17,19

**6**

**6 (11)**
11:21;15:23;16:13, 16,22;17:20;18:2,4, 14,17;44:24
**6th (1)**
25:18

**8**

**8 (33)**
10:9;11:3,9,12; 13:2;20:19,24,25; 21:9,12,15;22:12; 23:3,15;25:24;26:25; 27:2,5,8;37:4,5;40:4, 7;43:9,13;44:21; 45:12;46:10;49:6,8; 53:13;54:6,13
**80 (1)**
54:11