# EXHIBIT O

Page 1

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JANE DOE,
Plaintiff,
CIVIL ACTION FILE
vs.
NO. 21-A-3871
T&S HOSPITALITY LLC,
Defendant.
~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED DEPOSITION OF
JANE DOE

May 11, 2022

9:42 a.m.

Suite 4000, One Sugarloaf Centre
1960 Satellite Boulevard
Duluth, Georgia

Kelly S. Lawrence, CCR-B-1625

Page 2

APPEARANCES OF COUNSEL

On behalf of the Plaintiff:
ANDERSEN, TATE & CARR, P.C.
PATRICK J. McDONOUGH, Esq.
TYLER DILLARD, Esq.
Suite 4000, 1960 Satellite Boulevard
Duluth, Georgia 30097
770.822.0900
770.236.9795 Fax
pmcdonough@atclawfirm.com
tdillard@atclawfirm.com

On behalf of the Defendant:

DREW ECKL & FARNHAM, LLP
MATTHEW A. NANNINGA, Esq.
NEIL A. BRUNETZ, Esq.
Suite 3500
303 Peachtree Street
Atlanta, Georgia 30308
404.885.1400
404.876.0992 Fax
nanningam@deflaw.com
brunetzn@deflaw.com

Videographer:
JASON SILLING

- - -

Page 3

INDEX OF EXAMINATION

WITNESS: JANE DOE


| EXAMINATION | Page |
|---|---|
| Cross-Examination by Mr. Nanninga | 5 |
| Direct Examination by Mr. McDonough | 144 |


- - -

INDEX TO EXHIBITS


| Plaintiff's | Description | Page |
|---|---|---|
| Exhibit 1 | Photograph | 144 |


(Original Exhibit 1 has been attached to the original transcript.)

Page 4

VIDEOTAPED DEPOSITION OF JANE DOE
May 11, 2022

(Reporter disclosure made pursuant to Article 8.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia.)

THE VIDEOGRAPHER: This is the video deposition of Jane Doe, taken in the matter of Jane Doe versus T&S Hospitality, LLC. Today's date is May 11th, 2022. The time on the record is 9:42. My name is Jason Silling. I am the videographer. The court reporter is Kelly Lawrence.
Counsel, please introduce yourselves, after which the court reporter will swear in the witness.
MR. McDONOUGH: Pat McDonough for plaintiff.
MR. DILLARD: Tyler Dillard for plaintiff.
MR. NANNINGA: Matt Nanninga for defendant.
MR. BRUNETZ: Neil Brunetz for defendant.
JANE DOE,
having been first duly sworn, was examined and testified as follows:
~~~~~~~~~~~~~~~~~~~~

Page 5

CROSS-EXAMINATION
BY MR. NANNINGA:
Q. Good morning, [redacted]
A. Good morning.
Q. We met briefly just before we went on the record. I'm just going to go through a little bit of introductory stuff. Your lawyers have probably gone through some of this with you already, but we'll discuss it again briefly.
MR. NANNINGA: Before we get started, counsel and I agreed before going on the record that we would reserve all objections, except as to the form of the question and the responsiveness of the answer; is that correct?
MR. McDONOUGH: Yes.
MR. NANNINGA: Okay. Is your client going to read and sign or waive signature?
MR. DILLARD: I would say read and sign.
MR. McDONOUGH: Read and sign.
MR. NANNINGA: Okay.
Q. (By Mr. Nanninga) So is it [redacted]? Is that correct?
A. Yes, sir.
Q. Ms. [redacted], my name is Matt Nanninga, and I represent the defendant in this case; and the

Page 6

defendant in this particular case is T&S Hospitality, and they were the owners of the Super Inn hotel.
As you know, you filed a lawsuit against them, and so the purpose of our meeting here, the deposition here, this morning is I'd like to ask you some questions about the circumstances and things that happened at the hotel as well as, you know, a little bit of background about you, where you came from, who you are, what you're doing now, that kind of stuff.
A. Okay.
Q. And one thing, again, I'm sure you went over with -- some of this with your lawyers, is even though we have a videographer here who is taking a recording and we've got the court reporter here, the transcript that she's creating is what we're all going to look at.
A. Okay.
Q. So if you just nod your head or shake your head, she can't take that down.
A. Okay.
Q. So if you do nod your head and I say is that a yes, again, I'm not trying to be rude; we just need her to get the record --
A. Okay.

Page 7

Q. -- clear.
A. I understand.
Q. Okay. The other thing that -- she's very good, but it makes her job very difficult if we both talk at the same time. She can't -- she just can't take down two things at once. And so I'll do my best to let you finish. And if you'll do the same, let me finish my question. Even though my questions sometimes are obvious and you'll know the answer before I even get them out of my mouth, please let me finish so that she can take down a good transcript.
A. Yes, sir.
Q. Okay. Do you have any questions before we get started?
A. No.
Q. Okay. Could you please tell me your name and spell your last name, please.
A. My name is [redacted], and the way you spell my last name is [redacted].
Q. Okay. And we've got microphones on and we're all pretty close, but could I ask you to speak up a little bit, too?
A. Okay. My name is [redacted] and the way you spell my last name is [redacted]
Q. Do you have any nicknames?

Page 8

A. No. Well, my parents call me [redacted] for short, [redacted]
Q. And your date of birth is [redacted] is that correct?
A. Yes, sir.
Q. Okay. And your present address is [redacted] is that right?
A. Yes, sir.
Q. Okay. And does that address have anything to do with the Lighthouse Village?
A. Yes, sir.
Q. Okay. What is the Lighthouse Village?
A. It's -- the program that I'm currently in is a housing program for women and children who are experiencing homelessness, so it's like a two-year lease. So it's -- the Lighthouse Village is kind of just the name of the apartment. Instead of calling it Phoenix Pass so everybody knows what the place is, that's just what the apartment is called.
Q. Okay. And is it just an apartment community or is there counseling there or is there --
A. It's just an apartment building, but they do offer like help throughout the community if you need it.
Q. And how much is the monthly -- what's the

Page 9

program? Do you pay rent?
A. Yes, but it's only $50 a month. So they -- it's like a program helping you save your money. So they still require you to have a job, and you have to save 30 percent of your paycheck.
Q. Okay. And, again, if I could ask you just to speak up a little bit.
A. Okay.
Q. How did you find out -- how did you learn about the Lighthouse Village?
A. The program I was in before Phoenix Pass, it was called 4Sarah, and she had a connection with her.
Q. What was the one before called?
A. 4Sarah.
Q. 4Sarah?
A. Yes.
Q. Is that down near Conyers, as well?
A. Yes, sir.
Q. And is that one in -- was there a program at the 2071 Boar Tusk Road?
A. Yes. That's 4Sarah.
Q. Okay. I looked that up online just on the maps. It looks like that's kind of out in the country or is that --

Page 10

A. It's like a safe house, so it's not meant to be like out in the open.
Q. Okay. And how did you find out about that?
A. Just when I got rescued, I was just looking around for somewhere to go; and that's how I found 4Sarah. It was like an online application I had to fill out.
Q. Okay. And now back to the Lighthouse Village again. You said they -- do they have counseling on site?
A. No; not on site, but they have connections throughout the community.
Q. Okay. So on site it's just an apartment community?
A. Yes. They have like security there, like an off-duty police officer that stays there with us, but it's only women and children, that's it, that's staying there.
Q. How many people do you think live in the Lighthouse Village community?
A. I think it's 12 families, and each family has up to four kids. So you can have one kid or four kids, just anywhere between there.
Q. Do you have to have a child to live there?

Page 11

A. Yes, sir.
Q. So there's 12 other mothers. There's no -- is there a -- are there fathers there, as well?
A. No; just -- just women, because most of the women there are going through domestic situations.
Q. Sure. You mentioned families, so I was just curious. I didn't think so, but.
Is there 12 other mothers there now?
A. Yes.
Q. Okay. Have you received any counseling or taken advantage of any of the programs offered through the Lighthouse Village?
A. Yes, I've tried a couple, but I just haven't found like the right one that like called to what I need. Like I'm really looking for like more of like a trauma therapist. The ones that they offer are more like for women that like they've been through stuff but not -- I guess they just don't have the right therapist for me.
Q. What's the profile, I guess, or what's the history of -- you said some of the other stuff. What are the other women there -- what have they been through?
A. Like just domestic situations or just

Page 12

homelessness. So the counselors they have for them are more like just somebody to talk to more than somebody that could take you through the stages of everything you went through and break it down and everything.
Q. Okay. And so you found the 4Sarah place in Conyers. And who was it at 4Sarah that turned you on to the Lighthouse Village?
A. Kasey McClure.
Q. Sorry?
A. Kasey McClure. She's the director of the program.
Q. Is there a normal path from 4Sarah to Lighthouse Village? Is that something that a lot of women do, they go from that place to the next?
A. Yes. Normally, it takes a while for people to get into Phoenix Pass because there has to be an opening or somebody has to get moved out or graduate the program. So it does take a while, but I think I'm the second girl that was able to move up like that. Most girls don't move up like that.
Q. Okay. And you're calling -- Lighthouse Village, you're calling that Phoenix Pass?
A. Yes, sir.
Q. Is that just another name for it?

Page 13

A. That's the actual name of the program, but the apartments, they call it the Lighthouse Village just so it won't pop out.
Q. And they have a Conyers police officer there?
A. Yes, sir.
Q. Do any of the abusers or -- do they ever come back and try to get into the Lighthouse Village?
A. I've only lived there for a month, so I can't say; but I'm pretty sure that's what the Conyers police officer is there for.
Q. Yeah. I didn't know if you had seen any situations where that happened.
A. No; not yet.
Q. Okay. So you've been there for one month?
A. Yes, sir.
Q. How long were you at the safe house at 4Sarah?
A. I was there from up until July 18th to the beginning of March. It's a six-month program, but she let me stay a little longer because I was trying to get into another program.
Q. So July of 2021?
A. Yes, sir.
Q. Through March of '22?

Page 14

A. Yes, sir.
Q. And there's no rent requirement, I assume, at 4Sarah?
A. No, sir.
Q. How many women are at the 4Sarah location?
A. They accept two families at a time, so just two girls; and they only allow one child to stay with you there.
Q. And then there's an address of 838 Evangeline Avenue in Orlando.
A. Yes. That's my first address that I lived in.
Q. Growing up -- growing up --
A. Yeah.
Q. -- as a child?
A. As a child, yes.
Q. Okay. And how old were you when you moved from that address?
A. I would want to say about maybe ten years old, and then we just moved to the house next door. My parents owned the two houses right next to each other.
Q. They owned both homes?
A. Yes.
Q. And then that -- the second home we're

Page 15

talking about is 844; is that right?
A. Yes, sir.
Q. Okay. And that's the house you moved to?
A. Yeah; right next door.
Q. And how long did you live there?
A. Up until I ended up here in Atlanta. Well, it was a lot of like DFACS and a lot that went on, but up until then that's where I was at. Like that's my last address that I had in Orlando.
Q. Okay. Would it be fair to say until you were about 16 years old?
A. I would say, yeah, when I was just turning 15 -- I mean, 16.
Q. Okay. And then you've identified or listed 2301 Talmadge Road in Hampton.
A. That was -- when I got rescued, I went to a safe house called Gigi's House; and I think it was in Morrow, Georgia.
Q. Gigi's House?
A. Yes, sir.
Q. Okay. I'm sorry, can you speak up a little?
A. I'm sorry. Yes. Gigi's House.
Q. Okay. And so you went from Gigi's to Sarah's?

Page 16

A. Gigi's House -- from Gigi's House to 4Sarah to Phoenix Pass.
Q. Yeah. How long were you at Gigi's House?
A. From March to May, and then I ran away because --
Q. March of 2021?
A. Yes, sir.
Q. Okay.
A. Up until May of 2021.
Q. Okay. And why did you run away from Gigi's House?
A. Because at that time I was around three months pregnant and I was getting bullied a lot by the girls at the house and I was getting in a lot of altercations and I just -- mentally, it -- I wasn't good over there at all, and I was pregnant. So I felt like I had to leave. And it was a lock-down facility, and I had just came from a lot. So me coming from a lot and then just being caged in with a bunch of girls wasn't --
Q. How many other girls were there?
A. It was, I think, ten bedrooms, and they had -- the whole time I was there, they had at least ten girls every -- they were always at capacity.
Q. And you said that was a locked down

Page 17

facility. What is that -- what does that mean?
A. Like you couldn't -- 24/7 like you were getting watched by the staff there. They had staff there that was there 24/7.
Q. How were you able -- how were you able to leave or how did you get out?
A. The staff there isn't that great. But when I did run away, we were at a restaurant. We were on a field trip, and I just ended up running right when nobody was looking while we were at the restaurant, me and two other girls.
Q. Okay. And then did you go straight from -- so that was in May. It looks like you started at Sarah's house in July. Where did you go from May -- what were you doing from May till July?
A. It was June 11th when --
Q. You went to Sarah's?
A. So May 22nd is when I ran away, and June -- to June 11th. And when I was gone that time, I was -- I believe I was with my foster parents that I had from recently, because before I went to Gigi's House they had me in a lot of foster homes before they could put me in Gigi's House because there was a lot of programs that wouldn't take me because I was pregnant and they had a lot of violence going on in

Page 18

their facilities. So they had me in a lot of foster homes before I went to Gigi's House. And when I ran away, I somehow got in contact with one of my foster parents; and she came and got me because she knew I was pregnant out there.
Q. Okay. And so before you went to Gigi's House, you had had some foster homes?
A. Uh-huh.
Q. And who was the woman you were -- who is the woman you're talking about?
A. Her name is Leslie.
Q. Leslie what?
A. Harriot. Harriot, H-a-r-r-i-o-t.
Q. And how long were you with Leslie?
A. She was a respite, so she had me on and off. Like I would be over there for a week and then they'll take me to another foster parent for a week and then I'll be back over there with her. But because she was a respite, she couldn't have me for a long period of time because she didn't adopt me yet. So with me being a respite, she would have to rotate me out with other kids.
Q. And so when you ran away from Gigi's House, you went to Leslie's?
A. Yes, sir.

Page 19

Q. And so you were with Leslie for a few weeks or did you -- were you with Leslie the whole time or where else did you go?
A. Yes, I was with Leslie a few weeks, because I remember I had got a job right by her house for that time that I was there. For a couple of weeks I was working at a daycare right down the street.
Q. And then you've got 301 Fulton Industrial, and that's the Super Inn; is that right?
A. Yes, sir.
Q. And what were the dates that you were living there?
A. From August all the way till December.
Q. August 2020?
A. Yes, sir.
Q. Through December 2020?
A. Yes, sir.
Q. And did you pay for a room there?
A. No, sir.
Q. And were you staying anywhere else at that time?
A. Anywhere else?
Q. Yeah. So every single night you stayed at the Super Inn; is that right?

Page 20

A. Yes. And there was, I think, a week where the owner, Vinnie, he kicked me -- kicked us out for, I think, a week, and we stayed across the street; but we ended up right back over there the next week.
Q. Okay. Where across the street?
A. I believe it was called the Economy Hotel, Economy Lodge.
Q. And do you remember when that was in the time period from August to December? Was it closer to August or closer to December, sometime in the middle, or do you know?
A. I'm not sure. I know it was sometime in the beginning when I got there.
Q. So maybe like sometime in August or September?
A. Yeah; August or September, I would say.
Q. Okay. You said he kicked us out. Who did he all kick out?
A. Me and my trafficker.
Q. Okay. Who is that?
A. Scarface, or Quentin Mackie.
Q. Did he just kick the two of you out?
A. I'm not sure what the dispute was, but they had a weird relationship where -- I don't know. I guess he didn't pay him before I came over there,

Page 21

before he moved me in, and he ended up just -- I really don't know what happened, but I remember that we had to leave for a week; and then he ended up saying that we could come back.
Q. But you don't know what -- you don't know for sure why you were kicked out?
A. No. He didn't -- like I wasn't downstairs when they had the dispute, so I don't know what happened.
Q. And what -- did you have -- did you stay in one room the whole time you were there?
A. I think he moved us twice, I believe.
Q. And were you on the -- what floor were you on?
A. The second floor.
Q. The second floor?
A. Yes.
Q. Both?
A. All -- the whole time, yes.
Q. But you stayed in two, maybe three rooms?
A. Yeah; in the second floor, because that's the only floor that he would allow people that stayed there long to get rooms on, was the second floor.
Q. Then you identified or listed 3900 Fulton Industrial, and that's -- is that -- that's the

Page 22

Quality Inn near Six Flags; is that right?
A. Yes, sir.
Q. And when did you live there?
A. Briefly after I escaped the Super Inn.
Q. What do you mean, you escaped the Super Inn?
A. It took me a while to be able to leave the Super Inn because Scarface really didn't -- I couldn't leave, like just get up and leave. It was like a fight that I had to go through to leave the Super Inn.
Q. You had to fight Scarface to get out?
A. No. I mean just a fight, period, like with my life, trying to leave the Super Inn.
Q. Okay. But when you say rescued, there wasn't -- was there anyone that came to like physically rescue you from the Super Inn?
A. When I got rescued, it wasn't from the Super Inn, it was from the Super 8.
Q. Okay.
MR. DILLARD: I think she said escaped instead of rescued.
MR. NANNINGA: Oh, I'm sorry.
Q. (By Mr. Nanninga) So when you escaped. When you escaped the Super Inn, who did you escape

Page 23

from?
A. Scarface.
Q. And what do you mean when you say escaped? You said you had to fight. Did you physically have to fight him?
A. Well, he was a male. So, I mean, even if I was fighting him, there was nothing I could do. But when I say fight, I mean he -- he was very controlling and like he knew everybody that lived in Super Inn. So even if I was -- he did leave me in a room for let's say two minutes, it was nothing I could do because he had somebody sitting at the door watching me to make sure I didn't leave out of the room. And it's just --
Q. And so when you -- was there a time when someone wasn't watching that you were able to run, or how did you escape?
A. There -- there was -- there wasn't really a time that I could escape because I was always in fear of my life, so it wasn't like going on in my head that I could leave because everything that I went through with him, it was always in my head. Like if I open the door, he could be standing right there looking at me and choke me out; and I would just -- I won't wake up till, what, the next day and

Page 24

he won't even care like. And I'll have still go out and work the next day. So I never was thinking about leaving because I didn't -- I was still trying to be alive.
Q. Okay. But the -- and I'm -- if I'm asking a bad question, I'm sorry. I'm not -- the overall situation, I'm not asking about, at least right now. But the time you left the Super Inn, how did you leave the Super Inn and get to the Quality Inn at Six Flags?
A. So Scarface had this friend. His name was Mike. He was another trafficker at the Super Inn. And the whole time that I was with Scarface, he was trying to steal me away from him. So --
Q. Mike -- Mike was?
A. Mike, yes. And by the time that I was, you know, planning on, you know, trying to plan my escape, basically, to leave the Super Inn, I guess Mike kind of caught on to, you know, me trying to escape and he was telling me that, oh, that I'll save you, basically, like you can just come with me. And he had another girl at the time, which was LaToya. And in my head I was just thinking like, well, he is the better option, I mean, I don't see him beating on his girl and she's not getting raped every day and

Page 25

stuff, maybe I should just go with him. That's what was going on in my head.
Q. Okay. And did Mike -- do you know Mike's last name?
A. Clark.
Q. Clark?
A. Yes; Michael Clark.
Q. And he and Scarface were friends or they were acquaintances?
A. They were friends. Like when I first came to the Super Inn, that's who he introduced me to first. Like, I guess, they were good friends, you could say.
Q. Okay. And so did -- how did Mike -- how did you actually physically leave the Super Inn to go to the Quality Inn?
A. So when Mike told me that I could just go with him and his girl, at first he was like -- he wanted to stay at the Super Inn, but I was like that won't even work because Scarface is still here, so we're going to have to leave here at all, like I don't want to be here at all. So he told me that -- to meet him at the Red Roof, which is across the street from the Super Inn. And when I met him over there, we ended up going to the Quality Inn. It's

Page 26

like literally right down on the same road. All these hotels are on the same road.
Q. Okay. And what time -- so how -- like if Scarface is watching your room and watching over you so closely, how and when were you able to get with Michael to orchestrate this plan?
A. So when I was doing dates and stuff, like Scarface would either be standing at the door or in the stairwell or downstairs. So whenever I was doing a date, I would just kind of see where he would be at and then kind of prolong the date that I was with so I could have time to think about what I was going to do. So he would think I'm still doing a date, but I'm really in the room by myself trying to figure out what I could do; but he was still watching me from downstairs or the door or the stairwell or somebody was at the door.
Q. And "he" is Scarface?
A. Yes. Yes, sir.
Q. Okay. So, but that -- that didn't really answer my question. So how -- how did Michael -- how did you -- how did you have the time to get with Michael to orchestrate this plan?
A. When I was -- when he was downstairs and I was doing my date in the room and the date left -- so

Page 27

it's stairs in the back of the Super Inn. Like you don't have to walk out of the front door. There's a back door, also; but it's locked to get in, but it's open to get out. So the date went downstairs. So Scarface wouldn't see the date had left. So I was still in the room. So Mike came in there, and we talked for like maybe two or three minutes about what we were going to do. And then when Mike left, that's when Scarface had came back in the room. So it wasn't like any time that I had to go do anything.
Q. And this was happening in December sometime?
A. Yes; the end of December.
Q. And so at what time of day did you and Mike and -- and was LaToya with you, as well?
A. Yes.
Q. And the three of you --
A. Went to Quality Inn.
Q. -- made a break for it?
A. Yes.
Q. Okay. What time of day or night did that happen?
A. I'm not sure.
Q. Were you -- was -- was Quentin in your room every night?

Page 28

A. Yes.
Q. Okay.
A. Well, it wasn't my room; it was his room.
Q. Were you and Quentin together in the room most nights if --
A. Every night.
Q. -- you weren't doing -- if you weren't doing a date?
A. Yes; every night.
Q. Okay. And so what time did -- what time of day did you, Michael, and LaToya make a break for it to the Quality Inn?
A. I'm not sure what time it was.
Q. It was like the middle --
A. I know it was nighttime, though, because that's the only time I worked, was nighttime.
Q. And then was that the end of the relationship between Michael and Scarface?
A. Yes.
Q. Did Scarface come looking for you guys?
A. Yes.
Q. Did he ever find you?
A. No.
Q. How do you know he was looking for you?
A. Because I was still working for Mike. So

Page 29

I still had to go out and work because I was still being trafficked by Mike. So I would still have to go back to the Super Inn, I just wasn't living there anymore, because that's where all the dates was at.
Q. And did Scarface see you at the Super Inn?
A. Yes. But because I was with Mike and they're kind of like at the same like level of credit in that area, he couldn't really do nothing to Mike and Mike couldn't do nothing to him. It was like fair -- fair game, I guess you could say.
Q. Yeah.
A. Like she chose us, basically. That's what he was trying to say.
Q. Are Michael and Quentin in a gang?
A. I'm not sure.
Q. You don't know?
A. No.
Q. You said that they're at the same level. Is there another level above those guys?
A. Yes.
Q. And who's that?
A. At the Super Inn it was Fred. He stayed there for a long time. He had -- actually, he had rooms -- his room that he stayed in was two rooms down from me and Scarface's room, and he had -- he

Page 30

was the only one that had wood floors in his room, because he had stayed there for so long that Vinnie let him just mount TV's in his room. He put wooden floor and everything. He was the only room in the hotel that had wood in his floor.
Q. And so Fred was above --
A. -- Scarface and Mike, yes.
Q. Okay. Anybody above Fred?
A. Fred, that I know of, was at the top. Everybody went to Fred if something happened.
Q. Did you have a relationship with Fred?
A. Not a physical relationship, no. But just friendship, yes.
Q. And Fred treated you okay?
A. He wasn't like a trafficker, so he was -- he treated me okay, yes.
Q. So Fred was not -- in your mind --
A. In my head he wasn't -- I never seen him traffic anybody, no.
Q. What does trafficking mean to you?
A. When you're selling somebody for sex.
Q. But do you think Fred was directing the actions of Scarface and Mike?
A. I believe he allowed it, yes, because everything went through him. Like even Vinnie used

Page 31

to go to him and ask him was stuff okay, if he could do this or he could do that.
Q. What do you mean?
A. Like he had so much power at the hotel that even the owner would come -- go through him and ask him before he would do anything like -- oh, if he didn't want traffic coming in that day, he would go ask Fred like is it okay if, you know, we don't have anybody here today because the police is riding around and stuff. And Fred would usually say yes or no, because he brought in so much money to that hotel that that's all Vinnie was worried about, was the money. And since he brought in the most money, he would go through him about a lot of stuff.
Q. And so did Quentin -- Quentin was your trafficker, right?
A. Yes, sir.
Q. And that's who we also refer to as Scarface?
A. Yes.
Q. Did Quentin have any other girls besides you?
A. When I was with Quentin, no, I was the only girl.
Q. And was Michael's only girl LaToya?

Page 32

A. Yes; from my knowledge.
Q. Okay. And so you leave -- so you leave in the middle of the night with Michael and LaToya to go to the Quality Inn, right?
A. Yes, sir.
Q. How long were you at the Quality Inn?
A. I would say about a week before Mike got shot, and I never went back since that day.
Q. So you were there for one week. But were you working, doing dates, I guess, is what --
A. Yes.
Q. Okay.
A. The whole time I was there.
Q. At?
A. At the Quality Inn.
Q. Okay. But you were doing the dates at the Quality Inn or were you doing the dates at Super Inn?
A. I would bring people from the Super Inn and bring them to the Quality Inn, but most dates that I was doing also was car dates.
Q. Okay. And what is --
A. But I would have to go like -- people wouldn't drive down to the Quality Inn to go find a girl. The Super Inn was the area where you would find all the girls. So you -- I would have to walk

Page 33

around the whole hotel or walk down the driveway just so I could get somebody's attention to bring to the Quality Inn.
Q. Okay. So you would -- when you went -- when you were at the Quality Inn and you walked over to the Super Inn, you guys just stayed outside and walked around and then you brought them back to the Quality Inn?
A. Yes. While Mike was standing at the door like in the front, in the lobby, we would just walk up and down the driveway until we found a date. Then Mike would jump in the car and follow the car to the Quality Inn to make sure that we was okay.
Q. Okay. And how does that arrangement work? Does the date in that circumstance -- in that description that you made -- just described, does the date pay you or pay Mike or --
A. No. So it would go like you give them a rate; and then when I take them back to the room, it would be like they pay you. And then when they leave, Mike would come in the room and just take the money. And then we'll go out again until whenever, basically, whenever he felt like he was tired.
Q. Okay. And did Mike give you any of the money?

Page 34

A. No.
Q. Nothing?
A. Nothing.
Q. Did Mike know what the rate was that you discussed or negotiated?
A. Yes, because his -- he had the same rate as Scarface. So we didn't have to really talk about that too much because his girl had the same rate as me, so we just both just kept everything the same.
Q. Could you ever get a better rate and then keep some of the money and just give Michael or Scarface what they expected?
A. He would know everything that I had. Like it wasn't -- it wasn't like I could hide anything from him.
Q. From Michael?
A. Yes.
Q. When you were doing dates for Scarface, was it the same arrangement or the same plan or were you -- did you go outside and find the date or were you just -- just in the room?
A. I would go outside and find dates every night, and I would have to go out and walk out. It wasn't like I was posting ads or anything like -- I didn't have any phone for the longest time I was at

Page 35

the Super Inn. So I would have to go out there and literally find dates. And if I didn't bring enough money for him, it would be like I couldn't even come in the room sometimes. Like he would lock the door unless I had a date. Like I couldn't even come into the room unless I had a date with, and then he would leave the room and let me come in.
Q. How much -- how much was enough money for Scarface usually for one night?
A. It was never really enough. Like he would want me to -- he would want me working all day if I could. But because, obviously, I couldn't, I would say whatever he was planning on doing the next day, like if he wanted to buy a new gun or if he wanted to go shopping or if he wanted to do something, he would put that on me, like, oh, I'm trying to buy a new gun, so we need at least 500/600 tonight; and that would be like five dates. So the minimum that I was seeing every night was at least five dates.
Q. And that -- but, again, so just -- around $500 would be the kind of normal night, roughly?
A. Yeah.
Q. But the days he locked you out, that was because you only had a couple hundred or --
A. Yeah; like because it was slow or not a

Page 36

lot of people were coming into the hotel and just -- it could have been really been anything. Like it was always hit and miss, but he never cared about that. It was just always, oh, I had to pay for the room, I had to pay for his drugs, I had to pay for everything for him. But when it came to me, I couldn't even eat, I couldn't do anything. Like all he cared about was his well-being and not mine.
Q. What would you do the days -- how often would he just lock you out of the room?
A. I would say like maybe like -- just whenever it was slow or whenever he knew that I didn't have any money or like -- he would be watching me from the window. So if I'm just walking up and down the driveway, he know I didn't make a date in the car or do anything. So he would just keep the door locked. He wouldn't even answer the phone. He wouldn't do anything like.
Q. Okay. Do you have a driver's license?
A. No.
Q. Have you ever had a driver's license?
A. No.
Q. And probably about a good time to break. But before we do, I want to get -- we'll do it off the record, but I'll put her -- actually, we don't

even need to put the last four digits on the record. But if I can get your Social Security number.
A. Okay.
MR. NANNINGA: You guys good for a break?
MR. McDONOUGH: Sure. Whatever you want to do.
THE VIDEOGRAPHER: Off record at 10:23.
(A recess was taken from 10:23 a.m. to 10:33 a.m.)
THE VIDEOGRAPHER: Back on the record at 10:33.
Q. (By Mr. Nanninga) All righty. Ms. [redacted] I'm going to go a little bit through your education and your time in your life when you were down in Orlando.
A. Okay.
Q. Hopefully, we can kind of go through this a little more quickly. But you started out at Winegard Elementary; is that right?
A. Yes, sir.
Q. And you were there from first grade to third grade?
A. Yes, sir.
Q. And then you went from Winegard, and then you went to Cornerstone Charter Academy?



A. Yes, sir.
Q. All right. And you went there through fifth grade?
A. Yes.
Q. That's Belle Isle, Florida. Is that near Orlando?
A. Belle Isle is in Orlando. It's just like another little city like in Orlando. It's like ten minutes away.
Q. Gotcha. And then you went to Walker Middle School?
A. Yes, sir.
Q. Is this all the same school district?
A. Yeah. It's all in Orange County.
Q. And also then you -- was that just a sixth grade campus and then you transferred into or got moved into Howard, or did you move schools?
A. From Cornerstone I went to Howard, I believe -- no, from Walker I went to Howard. I went from -- I only went to Howard for sixth grade, and then I went -- I mean, I only went to Wine --
Q. Walker.
A. -- I mean, Walker for sixth grade. And then seventh and eighth grade I went to Howard.
Q. Is that the normal progression or did you



transfer schools?
A. I transferred schools.
Q. Why did you transfer?
A. Because Walker was more like closer to my house and my house was like a dangerous area. So my mom wanted me to go to like a school where she didn't have to worry about me, my safety.
Q. And then you went to Dr. Phillips High School?
A. Yes, sir.
Q. And is that -- was that a public school in the same --
A. Yeah; Orange County. It's a performing arts high school.
Q. And while you were at the performing arts high school, did you also do traditional school work?
A. Yes. It was like a performing arts school, but most of my classes were like electives; but they still had three classes that were core classes that you had to take.
Q. What was the performing arts that you were interested in?
A. Art. I was drawing.
Q. Drawing?
A. Yes, sir.



Q. Do you paint, as well?
A. Yes, sir.
Q. Do you still do that?
A. No; not much.
Q. And then you went to Oak Ridge High School for a couple of months?
A. Yes.
Q. And why -- again, why the move from Dr. Phillips to Oak Ridge?
A. I believe I got too many absences, because Dr. Phillips, it was still in Orange County, but it was just too far. And my mom was the only one transporting me back and forth to school, so I wasn't going to school as much as I should because my mom wasn't able to take me to school every day.
Q. And while we're talking about your mother, tell me about your parents. What's your mother's name?
A. [redacted].
Q. Okay. And what's your father's name?
A. [redacted], and then the same last name as me.
Q. Okay. And you -- do you have some brothers?
A. Yes. I have three older brothers.

Page 41

Q. Three older brothers?
A. Yes, sir.
Q. From the same mother and father?
A. Yes, sir.
Q. And what are their names?
A. [redacted].
Q. And [redacted]?
A. Yes, sir.
Q. And how old is [redacted]?
A. Twenty -- 21. Well -- yeah, 21. He'll be 22 in October. And --
Q. [redacted]?
A. -- [redacted] is 25, I believe.
Q. And [redacted]?
A. 35. I'm sorry, I haven't really been around them for a while, so.
Q. And I think you mentioned your parents are from Africa?
A. Yes, sir.
Q. Okay. Where?
A. They were -- they came here through a refugee program.
Q. And what year did they come to the United States?
A. In 2000, I believe. They were escaping

Page 42

the genocide that was happening in Rwanda.
Q. So they're Rwandan?
A. Yeah. My dad is from Rwanda, and my mom is from Burundi; but they're like right next to each other. So whatever was happening in Burundi -- I mean, whatever was happening in Rwanda, it affected Burundi, as well.
Q. And they came here in 2000?
A. Yes.
Q. And at that time they already had --
A. Two kids.
Q. Two kids?
A. Uh-huh. My brother was born here.
Q. [redacted] was a baby?
A. Yeah. No, he was born here with me. He was born here. She came here when she was pregnant with my brother.
Q. And you said you don't have much of a relationship with all of your brothers or --
A. Really all of them, yes. I talk to them like, you know, around holidays or their birthday, but we don't have a good relationship.
Q. And why not?
A. When I was in Orlando and I was getting back and forth from DFACS and my family, there was a

Page 43

lot going on with just legal stuff and it was -- when I was 12, I believe -- I think I was 12 years old. I'm not sure of the age because it was a while ago and I was a kid. But my mom, she was a very church person. So she used to go to church every Sunday. Like she was a church-going person.

So one day we were at church, and I guess she had to go to work that night; but church was in the morning, and there was a back-to-school event where they give out backpacks and school supplies for the kids. So she had the deacon of the church take me to that event, and she had to go to work that whole night. So I was with -- he was, basically, watching me that whole day.

So when we were leaving the back-to-school event, my mom was at work. And we were leaving the back-to-school event, and he didn't tell my mom that he was -- he had another event to go to. It was like a party on the beach for like -- I think it was Kenyan Independence Day or something. And we ended up driving all the way to Daytona Beach, but Daytona Beach is only about 45 minutes from Orlando. So when we were driving over there, we went to that little event he had. But my mom had no idea where I was. She thought I was already at home with my brothers.

Page 44

So I didn't know that my mom didn't know where I was at. I thought they were already in communication.

So when my mom was -- I would say like after the event happened, when he was driving me back home, he stopped at a truck stop; and that's when he raped me at the truck stop. And when he was taking me back home, my brother, my -- [redacted], he was home already, and he was kind of half asleep. But when he opened the door, you know, everything that just happened -- he was dropping me off from the truck stop, which wasn't far from my house. And my brother opened the door; but he seen the taxi, and he knew the person that was driving the taxi. He knew the person. He knew who was dropping me off, but he didn't know that I wasn't already in the house.

So when my mom got home in the morning, I, basically, didn't say anything to anybody about what happened to me for a while. And --
Q. You were 12?
A. I believe I was 12 years old. I'm not sure of the exact -- how old I was.
Q. Sure. But about that age?
A. About sixth or seventh grade.

And when -- when my -- when my brother opened the door, he seen the guy. He seen the car

Page 45

that the guy was driving. And I waited so long to tell anybody that when I did end up telling my parents, it was -- I couldn't even go to them and tell them because I didn't have that relationship with my parents where I could just go talk to them about stuff like that. Like they didn't even talk to me about sex or anything. Like I didn't -- they weren't that type of parents.

So I had to go to school that day, and it was just like a bad day for me; and I was just thinking about what happened, and I ended up talking to a teacher and I told her what happened. And when I got home that day, it was already DFACS workers at my house. And --

Q. This was not the day after it happened but the day after you decided to tell a teacher?

A. Yeah. Yeah.

Q. About how much longer was that, you think?

A. I waited months. Months.

But when I told the teacher, she told the resource officer; and the next day I ended up having to go to school and make a report and everything, but my parents, they didn't believe me. They didn't do anything about it. It was like they thought I was lying because the person that did it was so religious

Page 46

and powerful that they were like -- they just thought I was a kid lying about what happened to me.

And since then, since that day, my dad hasn't talked to me. My brothers were like more distant with me. It was like I didn't -- I didn't have a family anymore.

Q. Okay. And what did DFACS end up doing, or did the -- did the deacon -- was the deacon ever arrested or --

A. No.

Q. -- questioned?

A. They questioned him, and I'm not sure what was going on legally. But I know I went to see like an investigator, and they gave me interview and stuff; but they didn't do anything to that person.

Q. And then what did DFACS do?

A. After that, it was just DFACS was at -- more at my house, and it was -- they had to come check in on me more. And since then it was like I was in DFACS, basically, but I was still living with my parents.

Q. Okay. And that was -- did that tense situation or that bad family dynamic -- that lasted, I guess, from the time you were maybe around 13 until when?

Page 47

A. When my -- when that happened to me, it was -- there was no -- nothing else like happened. Everything just was the same.

Q. I understand. But your -- the relationship with your father and your mother was bad because they didn't believe you, right?

A. Uh-huh.

Q. And your brothers were more distant?

A. Uh-huh.

Q. That started when you were about 13 after DFACS started coming --

A. Yeah.

Q. -- to the house?

A. Yes.

Q. And that lasted until when?

A. Up until I came up here to Atlanta, like when I -- before I -- how I ended up like -- when my mom -- when that whole thing happened with DFACS, they, basically -- I was getting in more trouble because my parents weren't really watching over me anymore. It was like I was out there already. Like they were already -- they didn't have -- they didn't even look at me as their daughter anymore.

So when I was -- when I was -- can we go back to that question?

Page 48

Q. Yeah. So when you were -- so this tumultuous or the not good relationship with your parents was happening, that lasted for three years or so before you moved up to Atlanta?

A. Uh-huh.

Q. Okay. How did you get to Atlanta?

A. When I got here, it was -- when my parents, basically, said that I could just go in DFACS and they didn't want me in their house anymore, I moved with my friend that I -- my best friend that I had from Howard. Her mom took me in, and she was going to adopt me and everything and get my paperwork from my parents; but her living situation -- I stayed there for about, I think, three months until she -- she lost her house and I wasn't able to stay there anymore. She had to separate all her kids.

Q. What was your friend from Howard? What is her name?

A. R'lanna White.

Q. R'lanna?

A. Uh-huh. With an R.

Q. And you lived with R'lanna and her mother in Orlando --

A. Yes.

Q. -- for two or three months, and then her

mother --
A. -- lost her house.
Q. And then what did you do?
A. When she lost her house, I was, basically, just couch surfing everywhere. People that I knew that knew my situation, they were just letting me sleep on their couch. With us being -- me being like 16 years old, they had to -- like my friends had to ask their parents like if it was okay, like telling them that I had nowhere to go. Some parents would allow us. Some parents wouldn't. So up until -- you know, all those times I was just moving from house to house.
I went to this party one night, and I met this girl. She was -- she was from here in Atlanta, but I had just met her. And it was an incident that happened at the party that everybody had to just run out the party, and I didn't have like a car. I didn't know the area well. And everybody was kind of like everywhere. So she was the person that I felt like -- she was older than me, and she felt -- I felt like she -- like I was safe with her like. And she told me that I could just ride with her until I figure out what we were going to do, because it was to the point where the police was coming because this



girl was bleeding from her head. So --
Q. What was the incident at the party?
A. It was a fight with two girls, and the girl had bashed a bottle over the other girl's head and she was bleeding. So everybody had to leave because she called her dad and her dad was on the way or something, and everybody was scared. So everybody just ran.
But that's when I got in the car with her, and we -- I believe, since it was nighttime, we got a room somewhere around there; and we slept that night. But when we got up in the morning, she was like, oh, I have to go back to Atlanta, like I have to work, I think, Monday or something. And I just got in the car with her and drove up here.
Q. And who -- do you know her name?
A. I'm not sure her like government name, but from her social media it was like Venus, Venus.
Q. Okay. And where did Venus drop you off or where did she take you or what did you do when you got to Atlanta?
A. So when I first got here, we stopped a couple of places for gas and stuff. And then before we got to her house, we stopped at the gas station. And that's when I met the first trafficker, which was



Pablo.
Q. So you drive up from Orlando. The first gas station you stop is where you meet Pablo?
A. No. When we were already about five minutes from her house -- we were already in Atlanta -- we stopped at the last gas station that we stopped at, and that's when I met Pablo.
Q. Did Venus know Pablo?
A. No.
Q. How did you -- so how did that meeting go or how did you just --
A. So we were at -- just at the gas station, and I'm -- you know, I'm -- my first time here, and I'm just -- just now I'm meeting people and stuff. So he didn't come off like a pimp or anything to me at first. He just was a guy trying to -- the way he came off at me, it was like he was just trying to spoil me and take me out. And he was a rapper. He had a Mercedes. Like I was just more like surprised and just shocked like.
So I got his number, and then I got back in the car with her. We ended up driving back to her house. So when I drove back to her house, she told me that I could stay with her for a couple of days until I get on my feet. But when we got to her



house, it was like a whole other story. Like her roommate was saying that I couldn't stay there, and, basically, I was homeless again in a city where I knew nobody at all. And it was better for me when I was, you know, homeless in Orlando because I was from there, I knew people, I went to school there, and it wasn't as hard for me because I could just go to a friend's house for that night. But me being here and not knowing anybody, it was like -- I was so scared. Like I didn't know what to do.
So when she was telling me that I couldn't even go in the house with her, we were just sitting in the car; and my first thought was just to call Pablo because that's the only person that I knew from around here, and he didn't give me any bad vibes or -- that he was going to do anything bad to me. So that's what happened.
Q. Were you a good student at the schools we talked about?
A. Yes. I didn't get in any fights or in any trouble. It was more like an attendance thing, because my parents really weren't trying their best to get me to school.
Q. Were you ever diagnosed with any learning disabilities or any -- did you ever need assistance

Page 53

with schooling?
A. I did -- I was in ESOL for most of my schooling because my parents spoke another language to me. So it was hard for me to, you know, speak English -- I mean, learn in English and, you know, I'm getting taught a different language at home. So they put me in like an ESOL program.
Q. And what does that acronym mean?
A. It's like English-Spanish something. It's like a -- they -- it's like a Florida thing for like kids that don't speak English. But I was from here, so I was still speaking English. But most of the kids that were in that program didn't speak English at all. So they would have to give them dictionaries for like the State tests that we had to take. And they would still give me one because they knew that my parents spoke a different language to me, but I didn't have to use it because I knew English, so.
Q. But you made good grades?
A. Yes. I made average grades.
Q. Did you -- other than attendance, did you have any discipline problems with the teachers or school or get in any fights?
A. No.
Q. All right. So the first person -- you

Page 54

called Pablo when you get to -- or after a few nights in Atlanta and you realize you've got nowhere to stay. What does Pablo -- what happens with Pablo? What does he say?
A. So the first night when I was here, Pablo, basically, just showed me around without showing me around.
Q. And what part of town was this? What part of town are you in?
A. I believe it was the west -- the west side, so like around -- I remember he stayed in Ben Hill, which is around -- I think it's like 20 minutes from Fulton Industrial.
Q. And so you're hanging with Pablo. Are you staying -- and he was staying in the -- at Ben Hill; is that right?
A. He had a house in Ben Hill, yes.
Q. And is he a known rapper or well-known rapper?
A. I wouldn't say well-known, but he's known in Atlanta, like a -- kind of like a local rapper in Atlanta.
Q. And what is he -- what's his -- is that his rap name, too, Pablo?
A. Yeah; Pablo. That -- I don't know his

Page 55

government name. I just know him as Pablo, but that is his rap name, as well.
Q. Is he a black guy or Hispanic?
A. Black guy.
Q. Do you know what his real name is?
A. No, sir.
Q. All right. And so you're -- did you end up staying at Pablo's house?
A. No. The first night that I was here, he was just, basically, running errands and just having me with him while he was running errands. So he -- the first place we went to -- I think he had a video shoot that day. So I was just sitting in the car while he was having a video shoot, and they was recording him and stuff.
And after that, he took me to go get my nails done and my hair done and just, I guess, making me feel nice about myself, because when I came here, I only came with like the clothes on my back. I didn't have any suitcase or nothing. So he took me to go buy a couple of outfits and get my hair done and stuff. And then, literally, that night is when he took me to Fulton Industrial.
Q. Took you to Fulton Industrial?
A. Yes.

Page 56

Q. And where did he -- what did he say? Where did he say you were going or where did you go?
A. He never told me like any destination where we were going. It was more like me just riding with him.
Q. Okay. And then what happened?
A. So when we got to Fulton Industrial, he kind of just circled me around the whole block and showed me like the different stores and stuff, like the gas stations and the hotels. And I was kind of confused about why he was -- why he took me to that area and why he was showing me these places and telling me these things, but I was just on the ride. I really didn't -- I didn't have anywhere else to go, so it just felt like a better option.
Q. And you're 16 years old at this time?
A. I believe I was 17.
Q. Okay. And what time -- when -- do you have the months or the calendar or like what time of -- where this was in the year?
A. So August 9th is when I met Pablo --
Q. And that's --
A. -- in 2020.
Q. -- 2020?
A. Yes, sir.

Q. Okay. And so you ran away from Florida to Georgia sometime in late July, maybe August of 2020?
A. Ran away from Florida in, yeah, I would say like the beginning of July, end of July. I'm not sure when I first came over here, but I remember the first day I met Pablo and I got here was August 9th.
Q. August 9th?
A. Yes. So it had to be the end of July.
Q. And what did you do -- so your friend let you stay with her for like ten days or two weeks? I thought you told me it was just --
A. No, I never stayed with her. Like we stayed in the car. So when I came --
Q. So you just slept in the car?
A. No, we didn't sleep in the car. But when I got here, that's when I met Pablo the same day. Like I didn't sleep anywhere else. I was with Pablo the first day I got here. But when we were coming down here, we -- we spent the night in Orlando that night. And we came -- so it had to be August 8th when I left Orlando.
Q. How do you know it was August 9th, that that was the first day you -- was that the first day you met Pablo or the first day he took you to Fulton Industrial?



A. That was -- the first day I met Pablo was the first day I went to Fulton Industrial.
Q. Okay.
A. And --
Q. In other words, how do you know that was August 9th?
A. Because I looked back in my phone, I believe, and I had -- I think I had provided video to my lawyers that I -- a video of me in the car with Pablo and I could recognize the area, and the date that was on it was August 9th.
Q. And then you still have that phone now?
A. The phone that I took the video on?
Q. Yeah.
A. No, I don't have it.
Q. Well, when did you get -- when did you -- when did you show your lawyers that video?
A. It was from like -- the videos that I have are saved on my Snapchat. So that's how I still have it, but I don't have the physical phone that I took the photo on.
Q. Gotcha.
A. It's just, basically, kind of like saved on a drive.
Q. They're in the Snapchat server --



A. Yeah.
Q. -- somewhere?
A. Yeah.
Q. Okay. So Pablo takes you down to Fulton Industrial and drives you around and shows you different hotels. What's he telling you at that time as far as the hotels and the shops or stores?
A. He was just, basically, telling me like his -- like what he does, basically. Like he was like, oh -- because he was a rapper, so -- and he told me that he's been out there for a while. So he knew about the whole Fulton Industrial. So he told me places that were like, oh, that gas station, they have the most police over there or that gas station, don't go over there because they'll try to get you or just certain places -- like he would just tell me little stuff to keep in my head about Fulton Industrial.
Q. Did -- okay. At any time did you ask him, well, why are you -- why are you telling me this or what are we doing here?
A. No, I didn't -- I didn't ask him any of those questions because I wasn't trying to like, I guess, agitate him. So I was just trying to sit there, and I just listened to what he said.



Q. Okay. And then, for lack of a better word, when was the first time you started doing dates for Pablo?
A. That same night.
Q. The same night?
A. Yes.
Q. So how did that happen? What did he tell you or?
A. So when we got to Fulton Industrial and he drove me around -- like I think we circled around about two or three times. And then he parked in the Fannies' parking lot, which is right across the street from Super 8 -- I mean, the Super Inn.
And when we parked there, we sat there for a minute; and he told me to just get out of the car and stand under the Fannies' sign and wave at the cars, smile at them, and when they come up to you, tell them your rate. And I was like what -- what do you mean, like a rate? He was like tell them how much -- how much you want. And then he was, basically, telling me to go out there and make some money.
And in my head I was more like scared of the area that I was in, and I didn't know what type of person he was. And he also had a gun on him that

Page 61

I seen. So in my head I was more like I'll just do what he wants me to do so I'll still be alive, basically.
Q. Okay. So did you get some dates that first night?
A. Yes.
Q. And where did those -- where did that date happen?
A. Every date that I did with Pablo was either at the Roadway Inn, which was closer to Six Flags. If he would allow me to, like if the date was -- if he felt like the date was enough money for me to take them back to the room and, you know, go all the way back to the room and then take them back over here, then he would do that. But if not, then he would just make me do car dates.
Q. And did you ever tell Pablo, hey, look, you know, I'm not interested in doing this?
A. Yes. But it was like he was telling me like if I didn't want to do it, then I was going to be homeless or it was more like a -- like a verbal thing. Like he would tell me these things would happen to me more so than doing it.
Q. Okay. And so you were with Pablo from August of 2020?

Page 62

A. Uh-huh.
Q. You started doing dates for him mid August of 2020. How long were you with Pablo?
A. I want to say I was with Pablo maybe two weeks at most before I met Scarface.
Q. Okay. And so how did you -- how were you able to leave Pablo?
A. So the way that worked was like -- when I met Scarface, I was still working for Pablo. So Pablo used to -- he used to, basically -- he was more so about his money and him getting his money from me every -- after every date and every night. So when I was working for him, it was more like -- it wasn't as abusive as how it was with Scarface.
Q. Pablo was not as abusive?
A. No; as Scarface. He -- Pablo was, I guess, under Scarface, you could say, like. So when I met Scarface, it was -- it was like I was already trying to leave the situation I was in with Pablo. So when I met Scarface, it was like he was -- he knew that I was with Pablo. So he, basically, took me from Pablo. And when Pablo came back and tried to get me, he saw me with Scarface; and it was nothing that he could do because Scarface had more power than Pablo.

Page 63

Q. Did they -- did they get into a fight?
A. He didn't even walk up to him. Like Scarface -- I think they had a conversation, I believe, like after the fact, but I wasn't even like around. But he just -- I don't know.
Q. And so when you did -- when you were doing dates for Pablo, when you were done with the dates, where did you go? Did you go back to Pablo's house?
A. In the car dates?
Q. Car dates or -- the night had to end at some point, right?
A. Yeah. So I would usually work all night, and he'd be either sitting in the parking lot or he always be close by when I was doing the car dates. So when I was done with the car date, I'd just bring him the money and then go catch another date until he was like, okay, we can go in. And then by the time he usually said we can go in, it was probably like 5:00 or 6:00 in the morning. And we'd go out there like 9:00 or 10:00 at night. So I'd be working the whole night, and then we would go to Roadway Inn and sleep there at the hotel up until I think a couple of days that I was with him; and then he built that trust with me. That's when he took me to his house at Ben Hill.

Page 64

Q. Okay. And so -- but you were only doing dates for -- how long were you doing dates for Pablo before you -- before you started sleeping at his house at Ben Hill?
A. I would say about a couple of days. Like he had to build like a trust with me to bring me to his house.
Q. So like it was about a week?
A. Yeah; like about a week, a couple of days.
MR. DILLARD: Couple of days, she said.
MR. NANNINGA: Couple of days.
Q. (By Mr. Nanninga) Okay. So it took two days to build the trust with Pablo?
A. Not for me, but I guess for him. I guess he tried to see if he was going to keep me or if he was going to -- I don't know what he was thinking, but in his head I had to stay at the hotel for a couple of nights so he could see who I really was or -- I don't know -- or if I was going to leave him and just take all his stuff. And so eventually we did end up going to his house.
Q. Okay. And how long did that arrangement last where you were staying at his house?
A. Up until I met Scarface.
Q. Okay. Which was how long?

Page 65

A. About a week and a half, because if I was at the hotel for a couple of days, let's say three days, I believe, the whole time after that we never went back to the hotel. Like it was either his house that I slept at that morning until I went back to Fulton Industrial that night or we would -- he would still get the room for me to do dates in, but we wouldn't sleep there at night, if that makes sense.
Q. And that was all at the Roadway Inn?
A. Yes, sir.
Q. And how do you know these dates? Did you find those on Snapchat, too?
A. Yes, sir.
Q. Is Snapchat, basically, how you're creating this timeline?
A. Not for all of them. Most of them is from just my memory.
Q. And so Scarface kind of takes over or takes you. Why did Pablo take you to Scarface to begin with?
A. He didn't take me to Scarface. When I was doing dates and stuff, Pablo was more like -- he wasn't like Scarface like where he was watching me 24/7. So he was still in the parking lot in the car, but he didn't -- he thought I was on a date or he

Page 66

thought I was on a car date. So he didn't know what I was doing. He was just worried about what I was bringing to him.
So when I met Scarface, he knew I was with Pablo. So we knew how to work around it. And, basically, like me -- like he was, basically, plotting on me the whole time. Like he knew that I was Pablo's girl. He knew, basically, that Pablo wasn't really like one of those gorilla pimps that would just come looking for me all down the streets and stuff. So it was like more like an easy thing for Scarface.
Q. You said gorilla pimp?
A. Yes, sir.
Q. What's that? What does that mean?
A. Like more abusive and --
Q. So Pablo was not the gorilla pimp type, but Scarface was more like that?
A. Yes, sir.
Q. Were you intimate or did you have sexual relations with Pablo?
A. Yes, I believe one time.
Q. Just once?
A. Yes.
Q. What about Scarface?

Page 67

A. Yes.
Q. More than one time?
A. Yes.
Q. Often with Scarface?
A. Yes.
Q. And then have you ever been arrested for anything?
A. Yes.
Q. What were you arrested for?
A. When I was in Orlando, it was when I was living with my friend after I left my mom's house. I needed some hygiene products, and I didn't have anything from my mom's house. When she kicked me out, she didn't give me any of my stuff. So I went to Wal-Mart, and I just had a backpack and just started filling my backpack up with feminine hygiene products; and I got caught taking everything, and they took me to jail that day.
Q. Any other times?
A. No.
Q. Okay. You said your mom kicked you out. Why did she kick you out?
A. Not kicked me out. But when she basically kicked me out, I would say, DFACS was already involved. So she just, basically, told DFACS that

Page 68

I -- they could take me.
Q. Have you ever been married?
A. No.
Q. And where are you currently working?
A. I work at Eye on Your Child. It's a daycare. It's like five minutes from my apartment.
Q. Okay. Eye on Your Child?
A. Yes, sir.
Q. And is that a full-time job?
A. Part time.
Q. How many hours a week do you work?
A. 30.
Q. And are you also working at the AMF Bowling?
A. No. I recently just quit that job.
Q. When did you quit?
A. I quit in April, the beginning of April.
Q. So about a month and a half ago?
A. Yes, sir.
Q. Why did you quit?
A. Because I wasn't getting paid. Like they weren't -- they literally weren't sending my checks to me.
Q. And then it looks like you worked in late 2021, October through December, as a medical

Page 69

transcriptionist?
A. Yes, sir. That was when I was at 4Sarah.
Q. I'm sorry, 4Sarah?
A. Yeah. When I was at 4Sarah, my -- basically, my whole pregnancy, that's where I was working when I was at 4Sarah.
Q. To do medical transcription do you have to have like a license or did you get some special schooling? What were you doing?
A. No. It was more like I would transcribe surveys from doctors' offices and hospitals from like reviews on the doctor that you seen, or pediatrician or surgeon. So I would go back in and edit the survey so we could send them to the hospitals and stuff for reviews.
Q. And why did you leave that job?
A. I was pregnant. So I had my baby after I left, and they didn't hold my position.
Q. Okay. And when did you have -- when did you give birth?
A. December 11th.
Q. Of 2021?
A. Yes, sir.
Q. And did you keep the child?
A. Yes, sir.

Page 70

Q. And did you have a boy or a girl?
A. A boy.
Q. And what's your boy's name?
A. [redacted].
Q. [redacted]?
A. [redacted], yeah. [redacted] apostrophe [redacted]r.
Q. And does he live with you?
A. Yes, sir.
Q. And so he's five months old?
A. Yeah. He just turned five months today.
Q. How's life with the baby boy?
A. He's a lot.
Q. Yeah. Okay. And then you worked for Action Kids, as well, doing daycare-type work, but that was down in Winter Park, right?
A. Yes, sir.
Q. And that was before you ran away or moved up to Atlanta?
A. Before I ran -- before -- when I was still with my mom.
Q. So at 16 they were letting you be the lead teacher for a daycare?
A. It was at a church. So they were -- they were still paying me. It was a job. Like I had a pay stub and everything, but I wasn't working like

Page 71

Monday through Friday. It was just Sundays and when they had events and they needed child care for those events, and it wasn't that many kids. It was like eight kids at most.
Q. Okay. Who is the father of [redacted]r?
A. When I was -- when -- I'm really not sure.
Q. Okay. Did you carry [redacted] full term, like a full nine months or full 40 weeks?
A. Yes; 39 weeks.
Q. 39 weeks?
A. Uh-huh.
Q. And so you got pregnant sometime February/March?
A. February/March, yes.
Q. And was that -- were you -- did you get pregnant while you were doing a date or was it a consensual, more --
A. It was more like --
Q. -- traditional relationship?
A. It was more like -- I had a boyfriend at the time, but I was still working. So that's why I have a -- that's why I'm confused. But I'm working on trying to figure out who the father is.
Q. And who was your boyfriend at the time?
A. His name was Antron.

Page 72

Q. Antron?
A. Yes, sir.
Q. And are -- does -- are you and Antron still dating or do you still see him?
A. No. But I'm in contact with him, just trying to figure out what we're going to do.
Q. Does Antron think it is his child or no?
A. Yes.
Q. He does think it is?
A. Uh-huh.
Q. Did Antron know you were still working, doing dates, while you guys were boyfriend and girlfriend?
A. Yes; but he wanted me to stop. So it was -- when I was with him, I wasn't working. But when he was gone and at work, that's when I would be working.
Q. I'm sorry, say that again.
A. When he was like -- when I was with him, he wouldn't allow me to work because he didn't want me doing any of that stuff, so. But when he was gone and I still had to survive and stuff, like I had to do what I had to do.
Q. And at that time did you have a trafficker or a pimp?

Page 73

A. And for that time frame when I was at Super 8, I didn't have a trafficker.

Q. How were you paying for the Super 8? With just -- with your own money?

A. I believe I had somebody get a room for me, and I was just paying them to pay for my room, because I couldn't get a room there.

Q. Who were you paying?

A. I'm not sure who the exact person was, but I know it was somebody that I knew from around there.

Q. And the Super 8 -- excuse me. The Super 8 is out on Fulton Industrial, also?

A. No. It's on Old National Highway.

Q. Is that the same area?

A. It's about -- no, it's really not the same area.

Q. And how were you able to get dates at the Super 8? Did they have a place where you could walk or did you go to -- how did that work?

A. Yeah, they had -- Old National is kind of similar to Fulton Industrial.

Q. But nobody was trafficking you or you weren't reporting to anyone or no one was controlling you at the Super 8?

A. No, sir.

Page 74

MR. McDONOUGH: Object to form.

Q. (By Mr. Nanninga) Just to be clear, you didn't have a pimp at Super 8?

A. No, sir.

Q. Okay. You didn't have a trafficker at Super 8?

A. No, sir.

Q. You were doing that voluntarily?

A. It wasn't voluntarily. It was more like a survival thing.

Q. No one was making you do it?

A. No, sir.

MR. NANNINGA: We're at about the next hour. Do you guys want to stop? What time did you plan on doing lunch at?

MR. McDONOUGH: My guess is 12:00, but I can --

MR. NANNINGA: That's fine. We'll just go till then.

MR. DILLARD: Yeah, let's go to lunch.

MR. McDONOUGH: Are you okay, REDACTED Do you --

THE WITNESS: Yeah.

MR. McDONOUGH: Yeah. I'll send an e-mail to check on it.

Page 75

MR. NANNINGA: Okay.

MR. DILLARD: If you ever need a break, you let us know, okay?

Q. (By Mr. Nanninga) This law firm here with Pat and Tyler, is this the only law firm you've ever had?

A. Yes, sir. Well, from my knowledge. I might have had some in Florida with my case and stuff, but I'm not sure like if -- I'm not sure.

Q. Related to sex trafficking, is this the only law firm you've had?

A. Yes. Yes, sir.

Q. And what do you mean, your case in Florida?

A. Like when I got raped, they had opened the case up; but I'm not sure if I had any lawyers or anything because that was -- my parents were taking care of that stuff.

Q. Gotcha. And we just learned yesterday you're a plaintiff in another lawsuit, correct?

A. Yes, sir.

Q. Against the Quality Inn; is that right?

A. Yes, sir.

Q. Who is the trafficker for that?

A. Michael Clark.

Page 76

Q. That one was Michael Clark?

A. Yes, sir.

Q. Did you review any documents before the deposition today?

A. Yes, sir; just the ones that my lawyer provided to me. Just the ones that my lawyers provided to me.

Q. And which documents were those?

A. I think they were the innogratives [phonetic] and just my responses that I sent over.

Q. Did you review any other videos or social media stuff that you might have?

A. Just the ones that I sent over.

Q. Some of these -- I skipped ahead, so I'm going to try to go through them and not revisit too much. I'm not trying to trick you. If I did, I just didn't do a good job waiting to get to this part.

The dates you were trafficked at the Super Inn, it sounds like we narrowed down to late August, maybe even September through December 2020?

A. Yes, sir; August, September, October, November, December.

Q. Okay. And you were able to verify those dates based on your review of some Snapchat video; is that right?

Page 77

A. Yes, sir; and also just, I believe -- yeah, I think that's it.
Q. Because, originally, in your interrogatories you had said June of 2020 through December of 2020. What changed?
A. I think I was just confused on when I got here. So when I finally figured out how and kind of lined up everything. Because the video that I do have, they aren't in order. So I had to go back and look at the dates. So it took me a while to figure out the exact date.
Q. When you -- because you -- the last -- excuse me. The last dates you were doing was at the Super 8 on Old National, right?
A. Yes, sir.
Q. Did anyone there ask you if you were a prostitute?
A. No, sir.
Q. Did anyone from Super 8, staff, employees, maid service, did they ask you if you were a prostitute?
A. No, sir.
Q. Did anyone ask you if you were okay?
A. No, sir.
Q. Did anyone ever ask you if you needed

Page 78

help?
A. No, sir.
Q. What would you have said if somebody did ask you if you were a prostitute?
A. I probably would have said no.
Q. And then you -- there's also some reference to the Economy Hotel on Fulton Industrial Boulevard. I believe you contend or you state that you were trafficked or you were doing sex acts at that time; is that right?
A. Yes, sir. That was the gap that I had left the Super 8 with Scarface. I'm not sure which week it was, but that was the time that I was still seeing dates because I still had to pay for that room.
Q. At the Economy Hotel?
A. Yes, sir.
Q. And that was after the Super Inn?
A. No. That was during Super Inn. That was that couple of days that Vinnie kicked us out.
Q. Ah. Okay. And if I'm not mistaken, I think we determined that was maybe late August, early September, sometime around there?
A. Yes, sir.
Q. And you were at the Economy Hotel for one

Page 79

week --
A. I believe --
Q. -- roughly?
A. -- roughly, yes.
Q. Do you have Snapchat video or text or anything that -- that --
A. From Economy?
Q. Yeah.
A. No, sir; not that I've found. I haven't found any.
Q. But Scarface was still in charge of you, I guess, at that point?
A. Yes; the whole time.
Q. And then the Quality Inn, we have sometime in December of 2020; and that's after you left the Super Inn, right?
A. Quality Inn -- after I left the Super Inn, yes, sir.
Q. And that was with Michael?
A. Yes, sir.
Q. And tell me about the -- how long were you at the Quality Inn? Were you staying -- were you sleeping at the Quality Inn?
A. Yes, sir.
Q. That was where you were living?

Page 80

A. Yes.
Q. And how long were you living there?
A. I believe up until -- I know it was December, but I'm not sure the exact date; but I remember the last date that I was there was when Mike got shot, and there was a police report from when he got shot.
Q. Have you seen the police report?
A. I don't think so, no.
Q. But Michael treated you better than Scarface, or Quentin, correct?
A. At first he did, but eventually he was ten times worse than Scarface.
Q. Really?
A. Yes.
Q. How so?
A. He was way more abusive and more like -- he was more -- used -- he used more weapons. Like when Scarface used to beat me and stuff, it was -- he used to try to not try to like hurt my face because he knew I still had to go out there and work, but Mike really didn't care about that. He -- one time he even tried to put a knife down my throat because I didn't want to go out and work because I was so tired and it was Christmas Day.

Page 81

Q. And so Mike got shot in a dispute, I guess, about payment?
A. Yes. It was a date that me and his girl, LaToya, was on, and he ended up taking the money that he gave me back. He gave me $100, and he gave her $100, because we were doing a double date in the Quality Inn room. And when he wasn't satisfied at the end and he -- Mike was in the parking lot waiting for us the whole time. He followed us from the Super Inn. We got that date from the Super Inn, and we drove him back to the Quality Inn. So when Mike was sitting downstairs, the date didn't know Mike followed him. The date didn't know Mike was even in the picture. He just thought it was just me and her working.
So when he end up -- ended up taking my money, in my head I already knew Mike was downstairs. So I wasn't even going to fight him or try to do anything because he had a gun on him. But me and her, we usually check people before they come in our room to see if they have a gun; but the gun that he had was so small that we didn't even look.
Q. The date's gun?
A. Yeah, he had a gun, but it was so small that we didn't even see it. Like we did look on him

Page 82

and -- because when we did the date, he was naked. So we didn't see any gun on him until after the date when he pulled it out on us and said that we had to give him the money back.
And with her trying to be, you know, I guess, the brave one and try to show Mike that she's the better girl or whatever, she tries to pull out the taser that Mike gave her and tries to use it against him. And he has the gun in my face, and he's about to shoot me. She has a taser up to his face trying to save me, I guess, but I'm trying to tell her to put the taser down because that is no match for a gun. He has a gun in his hand. Why would you be holding the taser?
So I end up just giving him the money that I had because the money that he gave her was through Cash App, so there was no way that he was going to get that money back because he sent that money to Mike like. But he gave me cash in $100. So I just gave him the $100 that he gave me so he could just leave. I knew I was going to get it back anyway because Mike was downstairs, but she was just trying to be bad. So by the time he was going out the room and he took the money, put on his clothes, and everything, I'm, you know, yelling at her and stuff.

Page 83

And then, literally, two seconds after he walk out the room, all you hear is a bunch of gunshots in the hotel. So I'm arguing with her --
Q. In the hotel? Inside?
A. Inside the hotel.
And I'm arguing with her in the room. And as we're going out of the room, she -- I didn't even go out the room. She went out the room towards the gunshots. I'm not going to go towards any gunshots. So -- I don't care who it is. But she went downstairs to go see if Mike was okay. I ran out the back door and ran to the back -- back of the building. So after it was -- it was still gunshots firing this whole time when she's running over there and I'm running in the back of the building.
And by the time everything was already done and I was walking to the front of the building, it was already police there. It was already so much going on. So me knowing that I was, you know, missing and -- in my head I'm thinking that Mike is going to think that I set him up because I didn't go down there with him when he got shot. So by the time I was -- it was already too late for me to go back up there and be like, oh, are you okay, he was already going to think that I was the one that got him shot

Page 84

because I didn't go down there and make sure he was okay.
Q. Where did he get shot?
A. He got shot in his arm, and he got shot twice above his hip; and I think he shot the date, too, one time. I don't know. But he --
Q. And that's LaToya?
A. No. I think he shot the date that we were seeing --
Q. Oh.
A. -- one time.
Q. Gotcha. Gotcha. Gotcha.
A. But he ran, and he left his car there. So I don't know what happened after that, but I know Mike went up back to the room with LaToya. And I think they called a couple of friends over there to help him because at first he wasn't going to call the police because he knew what he was doing, but he had to call the police because he was shot. And the police was already downstairs, but they didn't know he was in the room. So he -- I guess he ended up calling the police.
This whole time I'm outside walking like around the building, trying to walk out the driveway so I could run down Fulton Industrial before he even

Page 85

sees me or before the police sees me, before anybody sees me.

Q. What were you going to do when you ran down Fulton Industrial?

A. I -- in my head I was thinking that Mike was going to come looking for me still, but he was already shot. So when the police came and everything, he was blowing up my phone constantly. His girl was blowing up my phone constantly, because they thought I set that whole thing up, that I -- because I gave him back the money, and it just looked like I was working with that other guy just to get him shot because that's --

Q. Had you ever seen that date before?

A. No, that was the first time I ever met him. And after that situation happened, I tried to, basically, go look for protection because I couldn't be out there by myself with nobody watching over me because I knew Mike was going to end up telling somebody that -- what happened and misconstrue the whole story.

So I went back to the Super Inn, and I went to go knock on Fred's door because I knew Fred was over Mike. So I went and I told Fred that Mike got shot, and he didn't know anything that happened

Page 86

because it just happened; but I told him everything that happened. He let me stay in his room for a little bit while he called a couple of people to make sure everything was okay. So when he found out that, you know -- when he made sure the story lined up, he let me stay in that room; and he basically gave me to another trafficker that was next door then, which was Rick Ross, because he wasn't a trafficker.

Q. That was Rick Ross?

A. Who I went to?

Q. So after -- so the shootout happens at the Quality Inn. You run down to the Super Inn?

A. Super Inn.

Q. And you see Fred?

A. And I see Fred.

Q. And Fred gives you to another trafficker?

A. Yes; because --

Q. Who was that?

A. His name was Rick Ross. That's how I -- that's who I know him by.

Q. Okay. Go ahead.

MR. McDONOUGH: I don't mean to break. We didn't get her lunch order, so they're waiting on us putting the order in.

MR. NANNINGA: Sure.

Page 87

MR. McDONOUGH: So when you hit a quick thing, if we can just stop for like four minutes to go to the bathroom and then get the order in. Then we can break for lunch.

MR. NANNINGA: Okay. That's fine.

MR. McDONOUGH: I don't mean to mess you up.

MR. NANNINGA: No, no. We seem to be at a good spot.

MR. McDONOUGH: Okay. It feels like we're --

MR. NANNINGA: Sure.

MR. McDONOUGH: We'll just take a quick break, and I'll get you the menu.

THE VIDEOGRAPHER: Off the record at 12 -- it's 11:40.

(A lunch recess was taken from 11:40 a.m. to 12:56 p.m.)

THE VIDEOGRAPHER: Back on the record at 12:56.

Q. (By Mr. Nanninga) All righty. I have to look every time. Ms. REDACTED, did you get some lunch?

A. Yes, sir.

Q. Okay. I think where we left off -- we're

Page 88

going to switch gears a little bit. But where we left off, you had ran -- you had run back and saw Fred after the shooting involving Michael?

A. Yes, sir.

Q. You ran back down Fulton Industrial, went to Fred, told Fred the story, and then Fred, in a relatively short amount of time, set you up with Rick Ross?

A. Yes. It wasn't even -- it wasn't even maybe like an hour before I was in Rick Ross's room, which was next door to his.

Q. Okay. And how long -- well -- and this is not Rick Ross the famous rapper, I assume?

A. No.

Q. Okay. How long were you working for Rick Ross, or how long was Rick Ross in charge?

A. I was never technically working for him because the time that I was with him -- I think I was with him, I think, for two to three days at most. And the time that I was with him, I told him that I was in fear that Mike was going to come find me and I wasn't going to be able to do any dates or go out. So I kind of used that story the whole time that I was there so he wouldn't make me work. And Mike did get out of the hospital the next day, and he came to

Page 89

the Super 8 looking for me, so.
Q. To the Super 8?
A. Super Inn.
Q. Super Inn?
A. I'm sorry. Yes.
Q. And were you there with Rick at that time?
A. Rick Ross, yes.
Q. And did Rick and Michael -- did he find you at the --
A. Yeah, he found me with Rick Ross in a room, but they -- he met him like at the door of his room; and I guess they had like an altercation. They weren't like fighting or anything, but they were just arguing. Rick Ross was like you can't come in here and touch her, she didn't do anything to you, you just got to think about what happened, like that's part of the -- what you're doing, like that stuff happens, like you should have known something like that was going to happen eventually like, so you just got to charge it to the game. That's basically what he was telling him. And then he just walked away. He couldn't do anything about it because Rick Ross was the one that taught him everything, how to work girls, how to do everything, so.
Q. Okay. And just during the break, I looked

Page 90

up Pablo because you said he was an Atlanta rapper, right?
A. Uh-huh.
Q. Was his name Petey Pablo, P-e-t-e-y?
A. What does he look like?
Q. I've got a picture. I'll show you.
A. No.
Q. That's not him?
A. That's not him, no.
Q. How old is Pablo?
A. I would say like early 40s, late 30s.
Q. That's your estimate as to how old he is right now?
A. Yes.
Q. And you said Fred told Michael he needed to charge it to the game; is that right?
A. Yeah; like -- that's like a saying that you say, like you can't -- like there's nobody you could retaliate against, basically, like you just have to -- that's life, like just --
Q. It's dangerous?
A. Yeah; like you'll -- it's part of what you're doing, like it comes with what you're doing.
Q. All right. And so Michael, I guess, eventually leaves after that altercation or

Page 91

conversation?
A. Yeah. And he's still with LaToya at the time. They were still together, and she was still with him the whole time. I guess she was kind of jealous that I was with them. So that --
Q. Rick?
A. No; with Mike.
Q. That you were with Mike --
A. In the --
Q. -- the whole time?
A. The whole time.
Q. Yeah.
A. So when that incident happened, it kind of like -- it was good for her because she didn't want me there anyway. She wanted to be with Mike for herself. So when that incident happened, it was like now I got rid of her like in an easy way. So I'm thinking in my head that maybe she was the one that set up that whole thing.
Q. Is that normal to have one pimp or one trafficker --
A. And multiple girls?
Q. -- and multiple girls or is it usually each trafficker or pimp just has one?
A. It's common for both. Like it's like --

Page 92

it just depends how long the pimp was doing it. Like for Pablo, he had multiple girls. Scarface, he only had one girl at a time. Like with Mike, I think he was dealing with LaToya for a long period of time; but they've had girls like come and go, basically, like. But it's kind of normal.
Q. Was he abusive to LaToya, too?
A. Yes.
Q. But LaToya, you think, was jealous of you and wanted Mike to herself?
A. Yes.
Q. And you've listed Motel 6 on Virginia Avenue?
A. Yes.
Q. Is that the -- is that in town?
A. In Atlanta?
Q. In like -- in Atlanta?
A. Yes.
Q. Like near Virginia Highlands?
A. I'm not sure. Just Virginia Avenue. It's like, I would say, maybe 20/15 minutes from Old National where the Super 8 is.
Q. Okay.
A. I'm not sure how far it is --
Q. I just didn't look it up. I didn't know.

Page 93

Who -- and that -- you have identified that as sometime between 2020 and 2021?
A. Yes, sir.
Q. So is that after everything at the Super Inn?
A. Yes, sir. It was only for a couple of days between the Super Inn and the Super 8.
Q. Where you went to Motel 6?
A. Yes, sir.
Q. So did you have a trafficker at Motel 6?
A. No, sir.
Q. Okay. Who -- how did you get to there?
A. The way I got to Motel 6 was when I left Rick Ross after that whole thing happened with Mike and him, I had called a ride, basically, to come -- I had to, basically, escape Rick Ross when he was sleeping those two days that I was there, and I told him I couldn't work because Mike was going to come get me and I was still scared like. They had that conversation and everything, but I still was able to like not work because he knew Mike was still looking for me because he did come to the hotel. So he knew Mike was still looking for me. So I still had that story that I was like, oh, I was still scared of Mike, but I really just didn't want to go out there

Page 94

and work, obviously.
So when those two days that I was there with Rick Ross -- and he was really like a bigger guy. I don't know if you know what Rick Ross looks like, the actual rapper, but that's why they call him that because he looks similar to him. So he -- he's a bigger -- really bigger guy and he sleeps all day and he's like really -- he's more like -- he's only aggressive when he has like a girl, and he didn't always have a girl with him. He was a trafficker, but every girl that he had working for him never stayed there long because they always end up leaving him; and he was, basically, an easy person just go escape with for a couple of days. But after a while he'll eventually go make you go out and work. So those two days that I was there, I was basically just watching him, seeing how -- what he would make me do, what he wouldn't make me do, how aggressive he was, and just trying to see if he was like Mike or Scarface or Pablo, just trying to feel him out, see what he was going to do to me, basically. And those two days, he was really like just -- he really just thought that I was scared. So he didn't make me go out there or anything, but he bought me some clothes and some stuff. And after a while, he fell asleep.

Page 95

On that last day that I was there, he fell asleep. And I knew he was going to be asleep for a couple of hours, so I ended up -- I think I called -- I don't know if I called anybody. I'm not sure how I got a ride, but somebody came and got me. And I had to literally like -- the doors at the Super Inn is -- they're really loud. So when you open a door, it's like each door has a certain sound. So Fred's door, you know when Fred's door opens up because it has a certain sound of a door lock, because most of the doors were kind of messed up. And Scarface's room had a certain sound to his door. And Rick Ross had a certain sound to his door. Like certain doors had different sounds. So I had to be careful about how I opened the door for Rick Ross's room because somebody would have woke up thinking that he's waking up, and he used to sell drugs. So it will be a whole bunch of people coming to his door trying to -- thinking that he's waking up from the night before so they can come get drugs from him. So I opened the door really quietly and just took everything that he bought me the time that I was there with him and put it at the door.
And by the time the ride -- I was looking out the window, and I was looking at him and looking

Page 96

out the window to see if the ride was coming. And by the time the ride pulled up, I just opened the door quietly and I tiptoed outside the door while he was sleeping. And I took my stuff, and I just ran out the Super Inn and jumped in the car.
Q. And Scarface was there at that time?
A. I'm not sure if he was there. He could have been in the room next door, in the same room, but -- or he could have been gone; I'm not sure.
Q. So Rick Ross and Scarface had rooms right next to each other?
A. Yeah. It was Scarface's room, Rick Ross, and then Fred.
Q. Okay. But you called -- so you did have a phone at that time?
A. I believe I did, yes.
Q. And you called, what was it, an Uber or a Lyft?
A. No. It was like a ride man that -- I think Scarface -- me and Scarface used him when I was -- when I was working for him, and we used to pay him to give us rides to like go -- if he wanted to go to the -- whatever he wanted to go do, because he didn't have a car. So we had to pay people to take us places. And I think that person came and got me,

and I just paid him the money that I had from Rick Ross.
Q. Okay. And then how did you pick the Motel 6? Is that where you went straight from there?
A. Yes. I just knew people that was going to be over there because I been -- I think I had been there before, but I just never spent the night over there. So I knew that would be somewhere where at least I knew people but people wouldn't know me from Fulton Industrial.
Q. Okay. And you were there for several nights?
A. No. I was only there a couple of nights, like two to three, before I went to the Super 8.
THE COURT REPORTER: Before I went to?
THE WITNESS: To the Super 8.
Q. (By Mr. Nanninga) Did you do any -- did you have any dates or do any prostitution there?
A. I believe I did for the -- the two nights that I was there I seen -- I think I -- I'm not sure. I'm not sure.
MR. McDONOUGH: I'm just going to object to -- if you'll allow me just to have a standing objection to "prostitution." It's our position that a minor for commercial sex cannot be a prostitute,



but I won't interrupt you every time; but that's just our position.
MR. NANNINGA: Do you have a term you'd like to use?
MR. McDONOUGH: A victim.
Q. (By Mr. Nanninga) All right. Well, you've referred to them as dates, right?
A. Yes.
Q. Okay. And that's where --
MR. NANNINGA: That's fine, that standing objection.
MR. McDONOUGH: Okay. Thanks.
Q. (By Mr. Nanninga) And that's where you perform a sexual act on a person -- you perform the sexual act on or with gives you money?
A. Yes.
Q. And you did that a couple of times or you did that at the Motel 6; is that right?
A. Yes, sir.
Q. About how many times?
A. I didn't see many because I wasn't being forced to do anything. So I just did what I had to for the room and for me to be able to eat that night.
Q. And there was no trafficker at the Motel 6, right?



A. No, sir.
Q. Did anyone at the Motel 6 ask you if you were a prostitute?
A. No, sir.
Q. Did anyone ask you if you were a sex worker?
A. No, sir.
Q. Did anyone ask you if you were okay?
A. No, sir.
Q. And then you jump to the Roadway Inn, which I think puts us back to just prior --
A. To the Super Inn.
Q. -- to the Super Inn, right?
A. Yes, sir.
Q. And that was when Pablo had you at the Roadway Inn; is that correct?
A. Yes, sir.
Q. Did anyone at the Roadway Inn ask if you were a sex worker?
A. No, sir.
Q. Did anyone at the Roadway Inn, meaning the management or workers there, ask you if you were okay?
A. No, sir. When you say like are you okay, do you mean like in general or just like are you okay



as in like are you safe?
Q. Are you safe or are you in danger, like do you need help.
A. Oh, no, nobody has ever asked me that.
Q. Nobody at any of the hotels we've talked about?
A. No, sir.
Q. And then we have the Red Roof Inn, and it just says 2020. Was that -- forgive me if I forgot about it. But was that during or before or after the Super Inn?
A. That was after the Super Inn when I told you that I met Scar -- Mike at the Red Roof before we went to the Quality Inn.
Q. So he -- that was -- the Red Roof was immediately after --
A. Like when I --
Q. -- Super Inn?
A. When I left Scarface, I went to the Red Roof Inn because I couldn't stay at the Super Inn and still be with Mike. So we -- he was going back and forth to the Red Roof and the Super Inn, coming over there, talking to me, trying to figure out how we could go to the Quality Inn with his girl from the Super Inn. And that lasted like a day or two, trying

Page 101

to figure out how we were going to go.

Q. Okay. Did you perform any sex acts or sex work at the Red Roof Inn?

A. Yes, sir.

Q. And that was at the direction or at the -- that was under Mike --

A. Yes.

Q. -- making you do that?

A. Yes; because he was back and forth. So he was working LaToya at the Super Inn while I was at the Red Roof.

Q. But was Mike making you do it or was it more of the situation like we discussed at Motel 6?

A. No. He was -- he was getting all the money.

Q. And, again, are you putting -- are you able to put that timeline or those dates together based on your phone or based on the Snapchat?

A. I only have the Red Roof was in December before I went to the Quality Inn like, because I know the Quality Inn was in December. So it had to be -- the Red Roof had to be sometime in the middle of December because I was only at the Quality Inn the week of Christmas, I believe.

Q. Now, I'm going to ask you about sex

Page 102

trafficking just in general. You had -- or you stated that you had -- I think you had a phone when you left Florida --

A. Uh-huh.

Q. -- and moved to Atlanta?

A. Uh-huh.

Q. And then you met Pablo?

A. Uh-huh.

Q. Did you have a phone the whole time you were with Pablo?

A. Yes, I had a phone.

Q. Okay. And who was paying for your phone?

A. Pablo paid my bill as soon as I got here because when I got here my phone didn't have a service. It was just like -- I was using Wi-Fi. Whenever I connected somewhere that had Wi-Fi, I would be able to use it. But when I met Pablo, he took me to MetroPCS. I think he put me on his line, I believe, or he just bought me a new line.

Q. And how -- excuse me. How long did you have that phone?

A. Up until when I went to the Super Inn with Scarface, but I only had it up until -- I think the timeline cut off in November because I had an incident where one of my buyers, they took everything

Page 103

from me and I got beat up and they threw me out their car, and everything was in their car when I was doing the date. So I had to run back to the Super Inn with no phone or anything. And I was -- I had no phone for like, I believe, two months, the two-month span when I was at the Super Inn, until Scarface bought me a phone.

Q. So for November and December of 2020 you had no phone?

A. Up until the beginning of December. So -- I'm not sure the dates, but it was around two months that I didn't have a phone.

Q. And all that time were you still with the phone from MetroPCS that Pablo had gotten you?

A. Up until it got stolen? Yes, I had -- no. No, no, no. When I went with Scarface, he -- oh, yeah, yeah, I did have that same line. Then when Scarface bought me a new phone after those two months, then he put me on his line and we shared a plan.

Q. And what kind of phone did he buy you?

A. It was like some Android from MetroPCS.

Q. And what plan were you on together?

A. I'm not sure. He took everything in there, and he put -- he didn't even put it in my

Page 104

name. He put his last name and like the first three letters of my name.

Q. Was the account that he opened -- what do you mean he put that on your -- I don't understand.

A. Like you know when you get a phone plan that you have to put a name on there like? So he put Nat Mackie, and my name is [redacted]. So he tried to make it look like I was, basically, like his wife or something.

Q. Nat Mackie?

A. Uh-huh.

Q. And that was at MetroPCS?

A. Yes.

Q. And when you had the first phone with Pablo, that phone got stolen. Were you able to keep your same phone number?

A. No.

Q. What -- then you got a phone from --

A. Scarface.

Q. -- Scarface?

A. Uh-huh.

Q. What was that phone number?

A. I'm not sure. I didn't memorize it because I didn't have that phone for a long time. But when I got rescued from the Super 8, they took

Page 105

that phone. I had the same phone since they rescued me from the Super 8 on Old National.
Q. Yeah.
A. Because it was a sting operation that they did on me. So they took my phone from me when I got rescued.
Q. The?
A. The FBI, yeah.
THE COURT REPORTER: At what?
THE WITNESS: The FBI, when I had a sting operation, they took my phone from me, so.
Q. (By Mr. Nanninga) Okay. And who was the -- was that -- the FBI was in conjunction with who? What --
A. I think it was --
Q. Was it Cobb County?
A. -- Cobb County, yes.
Q. And that was at the Super 8?
A. Yes, sir.
Q. And that was in -- was that in January of 2021?
A. When I got rescued, it was March, in March, because I was at the Super 8 from January to March of '21.
Q. And so as far as you know, Cobb County or

Page 106

the FBI still have the actual device?
A. Yes. But when I -- every time when I asked back -- when I asked for it back, they said they couldn't give it back to me because it was evidence in whatever they was trying to figure out.
Q. So what did -- tell me -- I had some questions about that, but we might as well talk about it now. Tell me about the sting operation. How did that happen?
A. So when I was at the Super 8, I was -- when I was at the Super 8, I was -- I wasn't getting trafficked by anybody; but I didn't have anywhere to go, so it was more like a survival thing. And it was to the point where I couldn't even go out there anymore because it wasn't like Fulton Industrial. Like you had to work harder out there because it was a lot more danger and a lot more police and people were, I guess, more scared to buy dates off -- in that area rather than Fulton Industrial for some reason.
So when I did go to the Super 8, that's when I started posting ads. And one of the ads that I posted, I guess it was a police officer that ended up texting me back because I was still missing in Florida. So when the police officer -- he was --

Page 107

basically, we were going back and forth, but I didn't know it was a police officer. He was acting as if he was a buyer. So that's when he -- I told him the address where I was at, and he came.
And when the car was pulling in, they just pulled in really slow. And it was like -- they had tinted windows, but I wasn't thinking too much about it because I'm still paranoid about looking out for everything else when -- I'm not even thinking about the buyer. So it was like tinted windows. And I'm texting the person like, oh, is this your car right here? And he's like, oh, yeah, I'm about to make a U-turn or something, because it's a long driveway. So he's making a U-turn, and I just see a bunch more cars like pulling in behind him; but I don't think too much about it because that happened -- it was like a lot of traffic going in and out of that hotel. So a bunch more cars just started pulling in, and I'm like, oh, my God, I'm just going to walk up to this car, like I'm not going to just sit here, because I was starting to get paranoid.
So when I'm walking up towards the car, he -- the police officer just walks out of the car and a bunch of sirens just turn on. And that's when he just put the handcuffs on me, just -- he asked me

Page 108

what my name was and if I was okay, and I was just -- I just told him that -- I had really actually told him that I was glad that they found me because, I don't know, I was just -- I was just over it like.
Q. So was there anyone else that was rounded up or who was either arrested or captured or rescued?
A. Not that I know of. I was the only one that was arrested. I think they arrested somebody else that pulled in to the hotel because -- I think it was for a different reason, though.
Q. Did they ask you a bunch of questions like I am today as far as who you were trafficked by or who you were running with or any of the names of the other girls or women or anything like that?
A. Yes.
Q. And where did that happen?
A. When they took me back to Cobb County station and they did an interview with me. They had an interview with me in this little room, and it was like a -- it was more like a -- since I was 17, they had me -- it was like more like a children's area, I guess. So they just sat down and interviewed me for -- it wasn't that long because I was so like emotional and that. I couldn't even talk. So it was just me sitting there, and they were just asking me

questions because I --
Q. Did you tell them about Scarface?
A. I couldn't talk. Like I was -- I just couldn't talk that day.
Q. Did you tell them about Michael?
A. I didn't tell them anything. Like I think I told them maybe three words at most.
Q. Was it videotaped?
A. Yes.
Q. Have they reached back out to you since then?
A. No. They just sent me to -- first, they sent me to a facility, but they couldn't take me because that facility -- they gave me a pregnancy test, and that's when I found out I was pregnant. So they were more so trying to find somewhere that would take me with me being pregnant, because most of the facilities they were sending me to were more -- they thought I was going to get into fights and was dangerous. They didn't want to put me with girls that they thought were going to harm me.
Q. And at this time how long had you been dating -- was it An -- what was his name? Antron?
A. Antron.
Q. Antron?



A. Yeah. When I -- before I got rescued, me and him had stopped talking. So he didn't even know about me getting arrested and any of that. Like he found that out when I was about to give birth. He was in jail, too. He got locked up brief -- like a couple of months after me.
Q. For what?
A. I think it was like a gun charge and some weed, I think, but he's out now. He just recently got out.
Q. And when -- when -- so you were not together. Did you consider -- were you guys boyfriend and girlfriend or were you guys --
A. Just like, I mean, he would come over to my hotel like basically every night, but he wasn't staying with me.
Q. And that was at the Super 8?
A. Yes.
Q. Where did you guys meet?
A. At the Super 8.
Q. Was he a customer or was he just --
A. He was just -- at first, how I met him, he was a tattoo artist. So I was trying to get a tattoo. So when -- he ended up not even doing my tattoo because we didn't even get to the tattoo



parlor, but he just was cool, though. But when my -- he gave a tattoo to one of my friends from the Super -- from Old National, and she introduced me to him.
Q. So he didn't do the --
A. Oh, no.
Q. Your lawyer sent a photo of a flower and then Scarface and then the Scarface was removed.
A. I just --
Q. He had nothing to do with that?
A. No, no, no. I just recently got Scarface's tattoo covered up from the 4Sarah program. But Scarface took me to his own tattoo place to get his name on me.
Q. So you had only known Antron for maybe a month or two?
A. Yeah. A month or two, yes.
Q. Okay. And what's Antron's last name?
A. Daniel.
Q. And he just got out of jail?
A. Yes, sir.
Q. From where? Cobb County?
A. Clayton -- Clayton County, my bad.
Q. And the time -- the whole time you were with Quentin, or Scarface, it was just you as the



only woman or only girl he was trafficking?
A. Yes, sir.
Q. During the time that you've identified or you've put yourself in or around the Sleep -- or, I mean, the Super Inn property, like August 2020 until December 2020, who was -- who would you call your best friend at that time?
A. The vending machine.
Q. I'm sorry?
A. The vending machine, probably.
Q. Did you have contact or a relationship with anyone else?
A. No.
Q. Any of the other girls around that area?
A. No, I didn't have a good relationship with anybody out there.
Q. And so if Scarface would send you out to work and you brought the money back to him, did you ever have cash or money or any sort of money on your person or with you or at all?
A. No. He always had the money. He never even let me hold a dollar. Like he wanted to have all the money because he always felt in the back of his head that I was going to -- he always felt that I was hiding money from him anyway, so he would always

Page 113

check everything, like my bra, my pockets, everything.
Q. Would you say -- were you using Cash App, as well?
A. Yes.
Q. Then -- but that was -- that wasn't --
A. -- my Cash App; it was his Cash App.
Q. Did you have your own Cash App?
A. No; because I was 17, so they wouldn't even allow me to make an account.
Q. So did you have the password to get into that Cash App? How did you know how to get in?
A. I didn't get into it. Whenever I had a buyer that would use Cash App, I would just give him their -- his Cash App; and he'll send it to him. Whenever the money was sent, he'll let me know that I could do the date.
Q. So it never -- you didn't have the Cash App app on your phone?
A. No.
Q. Did you have regular customers?
A. Sometimes. It would be on and off because most of the time when I did have regulars I didn't have a phone, so I would have to just remember the car they had or remember how they looked to even, you

Page 114

know, have a regular person. But when I did, sometimes -- I would say sometimes, but it would never be for like long periods of time because I never had a phone long enough to keep a regular.
Q. And is it true that the sex acts -- that the sex work that you were doing was happening at night? Like I think at one point you said for somebody or -- at some point you -- I think you said you started like at 9:00 at night and then went till 4:00 or 5:00 o'clock in the morning?
A. Yeah. That was with Pablo. When he first took me to Fulton Industrial, that's how he had his schedule. But with Scarface, it was more like whenever we needed the money, which was always, because he was always spending the rent money or stuff that we actually needed. Like he would always spend it on drugs or something else. So I would have to go out there anytime to go make some money just to pay for the room.
Q. And when you say "go out there," what does that mean?
A. Like around Fulton Industrial.
Q. Just walk?
A. Yeah.
Q. And then when you -- when that was

Page 115

happening, sometimes that would be a car -- a car customer and then other times it would be somewhere else?
A. When I did the date? No. With Scarface? It would always be either in the room, because we had a two bed. So we would use one bed for dates and one bed for us to sleep in. So it would either -- most -- 95 percent of the time it was always in the room. But some dates were too scared to even come into the building, so we would have to do it in the parking lot. But he would just stand right there like right behind the car in the parking lot just watching just in case.
Q. Did one of those two situations happen more times than the other? For example, was it more the car situation or more the room situation or --
A. It was more the room situation. Like 95 percent of the time, it -- we were doing dates out of the room.
Q. 95 percent of the time?
A. Uh-huh.
Q. And that was all hours of the day? Sometimes during the day and sometimes at night?
A. Uh-huh.
Q. And so the -- like the -- there was a

Page 116

couple of short videos that your lawyers sent to us. What were -- like what is that? Why were you taking those videos? For example, there was one video, I think, where you're kind of holding it up and just kind of looking at it and, you know -- and that was kind of it. What was that video -- what are those videos of? Was that for like a Backpage thing or like a Craigslist thing or what -- what was that for?
A. No. The whole time I was at the Super Inn, I never posted any ads. So those videos were just for like me and my knowledge of just -- so I could have it because I'll have a -- like I'm like a visual person. So I like to take videos of places where I'm at so I don't ever, I guess, forget, I think. I don't know. That's just me. I just like to take videos.
Q. And so that was -- I think one of them might have even said -- did you write that in? We can probably pull it up. But there's a video, I think, where you wrote in -- don't you have to write that in on the video where it says --
A. Was it the location on there?
Q. Yeah.
A. No. It's like a tag. Like when you're on a Snapchat, you can swipe over and it will tell you

Page 117

exactly where you're at. So when I was on there, I might have just swiped over; and I was just trying to see where I was at because I -- you know, I wasn't from here. So I would have to look at my location from there to see exactly where I was.
Q. And so is it -- Snapchat, you can make a video? Or I thought it was videos you had to make and you send it to somebody?
A. No. Like Snapchat is -- like you make videos on Snapchat, and then it will save in Snapchat or it will save to both your phone and Snapchat. So when you get a new phone and you log in to Snapchat, everything that you took on Snapchat is -- will still be there regardless of what phone you're on.
Q. Have you deleted anything from Snapchat?
A. Not that I know of, no.
Q. Were you using drugs at any time while you were at the Super Inn?
A. Yes. Scarface used to make me take drugs a lot.
Q. And what type of drugs were you taking?
A. Cocaine and pills.
Q. How were you -- how were you doing cocaine? Your nose?
A. Yes.

Page 118

Q. And what kind of pills?
A. X pills.
Q. Ecstasy?
A. Yeah.
Q. How often were you doing cocaine and pills?
A. The whole time I was at the Super Inn.
Q. And Scarface made you do that or did you like to do it?
A. I never tried anything like that until I met Scarface.
Q. You never did any drugs with Pablo?
A. No; not cocaine. I used to just smoke weed. I always was just like a weed smoker before I met Scarface, but he used to make me do a lot of stuff that I didn't want to do to get me into the mood where I would want to go out because he knew that I wasn't that type of person, I guess.
Q. Any prescription drugs that you know of that you were taking at that time? Any pain medication or anything like that?
A. No, sir.
Q. Just mainly ecstasy, cocaine, and weed?
A. Yes, sir.
Q. Were you ever allowed to go to the store?

Page 119

A. Not by myself.
Q. What about grocery -- like to go get groceries or go out to grab something to eat at McDonald's or anything like that?
A. We never got groceries, but we used to go like to McDonald's every now and then; but he really wasn't worried about feeding me at all. That's why he was trying to keep giving me drugs, so I wouldn't get hungry, so.
Q. To this day have you ever told the police about any of the traffickers we've talked about?
A. No.
Q. Have you ever told the police or directed the police to the hotels that we've talked about today?
A. No; only the -- I would say the sting operation, but I don't think that would be directing them, right, because they already knew where I was at.
Q. Right. Have you talked to the police other than the sting operation at the Super 8? Have you talked to the police at all about anything that we've talked about today?
A. No, sir.
Q. How did you know to find a lawyer?

Page 120

A. In the program that I was in, 4Sarah, they -- they've had some girls come here before. So she referred me to Pat and Tyler.
Q. Did anyone at 4Sarah counsel you or advise you to talk to the police?
A. No.
Q. Are you friends or acquaintances -- do you still know Quentin Mackie?
A. No.
Q. When is the last time you talked to Quentin or, as we've been referring to him today, as Scarface?
A. Since the last time I was at the Super 8 -- I mean, the Super Inn, I'm sorry.
Q. And that's -- that's both talking and texting? You haven't had any communication with him since you left the Super Inn; is that right?
A. Yes, sir.
Q. And Holly Hagen, do you know Holly Hagen?
A. Yes.
Q. Where is she right now?
A. Not really sure. I just know her from 4Sarah.
Q. And what do you know about her from 4Sarah?

Page 121

A. She was my roommate there for probably like three weeks until she moved to Phoenix Pass. She was one of the girls that actually was able to get into that apartment, also, and that's really all I know from her is that she was one of the girls that did go from 4Sarah, also.
Q. So you didn't know her until you got to 4Sarah?
A. No.
Q. Have you ever filed a police report?
A. Like period? Yes.
Q. Okay. For what?
A. Recently, I just filed one because my boyfriend was putting my baby in the car and Lyft had ran over his foot while he was putting my baby in the car. So he -- she almost like -- my baby almost flew out the car seat. So I had to call the police because she just left and didn't give me the ride. She just left me there. And now I have, I guess, a claim right now with Lyft. So I just had to file a police report for that, though. But I think that was my first police report I've ever had to file, though.
Q. And who is your boyfriend right now?
A. Maurice Barnes.
Q. Maurice Barnes?

Page 122

A. Yes.
Q. And where does Maurice live?
A. In Lithonia.
Q. How did you meet Maurice?
A. When I was working at the bowling alley, he was giving me a ride home from work. He was a Lyft driver.
Q. Was he working there, as well?
A. No. He's just a Lyft driver. So he was -- I had ordered a Lyft from --
Q. Gotcha.
A. -- going home from work, and I been talking to him since.
Q. Oh, ever since? Okay.
A. Uh-huh.
Q. And you consider him your boyfriend now?
A. Yes. He's actually with my baby right now.
Q. In one of the photos, or it might have been a video that we got, you're holding a handgun.
A. Uh-huh.
Q. Whose handgun is that?
A. Scarface.
Q. Was it loaded?
A. Yes.

Page 123

Q. Did you ever shoot it?
A. No.
Q. Have you ever fired a handgun?
A. No.
Q. Do you carry a handgun?
A. No.
Q. Do you carry any weapons?
A. Just a pocket knife.
Q. You want to take about a five-minute break?
A. Yes.
THE VIDEOGRAPHER: Off the record at 1:45.
(A recess was taken from 1:45 p.m. to 1:54 p.m.)
THE VIDEOGRAPHER: Back on the record at 1:54.
Q. (By Mr. Nanninga) When you were at the Super Inn, when you were in the room with Scarface, or Quentin, did housekeeping ever come clean the room?
A. Yes.
Q. How often?
A. If not every day, they would come in every other day.
Q. And were you ever in there alone with just the housekeeper?

Page 124

A. No.
Q. Quentin was always there?
A. Yes.
Q. Did you guys leave while he or she cleaned the room?
A. No.
Q. And you stayed in two, maybe three different rooms at the Super Inn, right?
A. Yes, sir.
Q. Did you ever go party at any of the clubs in the area?
A. No, sir.
Q. Did you ever dance at any of the strip clubs across the street?
A. No, sir.
Q. Did you ever go inside those clubs?
A. No, sir.
Q. Did you ever hang out in any of those parking lots of those clubs?
A. I've only like walked around, through them, for dates, but I never went inside the club, no.
Q. And you never paid for your own room at the Super Inn, right?

Page 125

A. No.
Q. That's not true or you did not?
A. I did not.
Q. Was there a telephone in the room at the Super Inn?
A. No, there was not.
Q. Was there a telephone in Rick Ross's room?
A. No.
Q. Was there one but it had been taken out or there was never one there to begin with that you know of?
A. I think I seen like somewhere where there was supposed to be a phone -- like you know how there's like a little hole in the table -- but it was never there the whole time I was there. In every room I went in, there was never a phone in the room.
Q. How many rooms do you think you went in?
A. Probably a couple, maybe five or six.
Q. Did you ever see the police at the Super Inn?
A. Go -- like have I ever seen them? Like just seen them?
Q. Yeah. Did the police ever come to the Super Inn for any reason?
A. Oh, yes.

Page 126

Q. For a fight or to check on security reasons or anything?
A. Yes.
Q. About how many times?
A. Very often.
Q. Did you ever -- were you outside when the police would show up?
A. Sometimes. But Scarface would -- every time the police would show up, Scarface would tell me to go in the room and wait for them to leave until I can go back outside again.
Q. How -- I mean, once they pulled in, is there any reason you couldn't have -- could not have just walked up to the police and told them?
A. I couldn't have just walked up to them because I was always either like walking with Scarface or Scarface was right there, so. He would see the police before I would. So he would be telling me go in the room before I even see the police officer.
Q. While you were doing dates or out or working, did any police officers ever stop you?
A. No.
Q. Who did the tattoo of Scarface on your back?

Page 127

A. I'm not sure his name. It was one of Scarface's people.
Q. Do you remember where it was?
A. We drove really far. He paid somebody to drive us to -- it was probably like a 30-minute drive. I'm not sure. I really don't remember.
Q. What are your feelings towards Scarface?
A. Just disgust.
Q. Did you ever have warm feelings for him?
A. In the beginning, yes, I was attracted to him because he was -- it was like somebody was protecting me and I felt like somebody loved me and somebody was looking after me, but in the end that's -- that wasn't his -- the way he was looking at it.
Q. And the last time you saw him or communicated with him was the last day that you were at the Super Inn; is that right?
A. Yes, sir.
Q. Have you met anyone worse than Quentin Mackie in your life?
A. No. He's -- he's at the top.
Q. Is there anyone more responsible than Scarface for you being trafficked?
A. I would say the hotel.

Page 128

Q. The hotel is more responsible?
A. I feel like, yes.
Q. What about the other hotel?
A. Yes, I would say they're responsible, too.
Q. So you think the hotel is more responsible than the actual trafficker?
A. The traffic -- Scarface wouldn't have been able to do any of this to me if the hotel was even -- if it was even -- if the hotel was even -- they could have done anything, and they didn't do anything. They allowed everything that happened to me to happen.
Q. What's your phone number now?
A. REDACTED.
Q. [redacted]?
A. Yes, sir.
Q. And that's through MetroPCS; is that right?
A. No. I have a number with Straight Talk.
Q. Straight Talk?
A. Yes, sir.
Q. How long have you had the phone number REDACTED?
A. I just recently got it when I got to 4Sarah.

Page 129

Q. So since you were at 4Sarah?
A. I would say December. I had -- I didn't have a phone the first couple of months I was there.
Q. Do you know Scarface's phone number?
A. No, sir.
Q. All right. And for witnesses, in the interrogatories you identified Vinnie who, upon information and belief, you believe may be the owner of the motel?
A. Yes, sir.
Q. Did you ever talk to Vinnie?
A. Yes, sir.
Q. About how many times?
A. Every other day, if not once -- at least once a week I spoke to him.
Q. And what would you talk about?
A. Sometimes he'd be like, oh, Scarface didn't pay for the room or he'll be like -- he'll tell me about an incident that happened the night before and it just be like -- he really wouldn't talk to me unless Scarface owed him some money. If the room was okay, he wouldn't even look my way.
Q. If the room was okay, meaning what?
A. If it was paid for, it was okay, like he didn't care.

Page 130

Q. And was Vinnie -- did you ever see him at night?
A. Sometimes when like stuff would happen where the police would be called, he would come at nighttime because they would call him to come; but that was the only time he was there at night.
Q. And you listed a fellow named Kevin. Who is Kevin?
A. He was the person that worked the front desk at nighttime.
Q. At nighttime?
A. Yes, sir.
Q. And what -- how often did you see Kevin or what do you know about Kevin?
A. He used to just work in the front, and usually he would just be sitting there or he'll be asleep. Like he would just make new keys. Or if a guest would come in there, like that wasn't already living there, which was very rare -- like maybe once a week a guest would come in there, trying to buy a room. But when they did, he would get them a room. Or if your key -- usually the keys for the doors, they didn't work a lot. So you had to go back and get a new key almost every day. So he really was just the key person and opening the doors up and

Page 131

stuff.
Q. And what did Kevin look like?
A. He was tallish, like maybe five-eight, five-seven, skinnier looking Indian guy.
Q. Skinny, you said?
A. Yeah, he was on the skinnier side.
Q. And then you listed this person named Tayo?
A. He was the housekeeper.
Q. And those are the only three people you have identified as being witnesses -- excuse me, that you believe were working for the hotel; is that right?
A. Yes, sir.
Q. Did you ever see anybody else there as a hotel worker?
A. Yes. I've seen his parents. I believe they was his parents.
Q. Was that Vinnie's parents?
A. Yes, sir. And they used to come help him clean in the morning, like clean around the parking lot and clean some of the rooms and vacuum. And I seen his wife come up there one time, also, and I seen his daughter come up there, also, one time, too.
Q. And Tayo, the housekeeper, was that always

Page 132

the housekeeper as you knew it?
A. Yes, he was the only one that would be cleaning the rooms unless he had his parents helping him do a floor, also.
Q. And what did Tayo look like?
A. He was an African dude. He was bald, about six feet. He has -- he had a really thick accent.
Q. Did you talk to him?
A. Yes.
Q. Where in Africa was he from?
A. I believe he said Nigeria. I'm not sure.
Q. Did you talk to him about the fact that your parents were --
A. Huh-uh.
Q. -- refugees?
A. Huh-uh.
Q. And then we've talked about Pablo. We've talked about Scarface. Who is Nini? Is it Nini or Nene?
A. Nini. She was another worker that was getting trafficked at the Super Inn.
Q. And who was her trafficker?
A. He wasn't staying at the Super Inn. They used to just come over there and get dates, but they

Page 133

weren't staying at the Super Inn. So I'm not sure who her trafficker was, but I just knew her from talking to her at the Super Inn like when we were trying to catch dates; and I've done a couple of dates with her, also.
Q. Where was she staying?
A. I'm not sure.
Q. Are you still in touch with her?
A. No, sir.
Q. Do you have her phone number?
A. No, sir.
Q. Do you have any idea where she is?
A. No, sir.
Q. Taylar Wilson?
A. I'm not sure.
Q. It says shot at this hotel by a pimp.
A. That might have been the off-duty officer that I had a date with.
Q. And shot at what hotel?
A. The Super Inn.
Q. So he was -- Taylar Wilson was an off-duty police officer that was a customer?
A. Yes. I didn't know he was an off-duty police officer until he had already left from the date. I just had met him that day. And when he

Page 134

left, he wasn't satisfied; but Scarface didn't let him like stay in the room any longer. So he left kind of mad. And when he came back, he came with a gun. And one of Scarface's -- I guess it was another trafficker, that they were all standing outside. And they seen him trying to come back into the Super Inn with a gun.
So I was still in the room, you know, because he had just left. So I was getting ready to go back outside. So all I heard was a bunch of gunshots outside. So I didn't know what happened down there. But after that, the police had came, and it was a whole like -- the whole Fulton Industrial was shut down for, I think, that -- the rest of that night.
Q. Okay. And was that sometime in -- closer to August or sometime closer to December?
A. I think it was in -- I think that was in -- closer to when I was leaving.
Q. And then you have Cole Johnson. Says was with Taylar Wilson when the pimp started shooting at him.
A. I'm not sure.
Q. Do you know all these people?
A. No. I didn't like -- I don't know any

Page 135

government names. So like those names, I don't know who those people are. But the situation that you're talking about is now like that situation I'm talking about, as well.
Q. Other than the one time when you left -- Vinnie kicked you guys out for a week, was there any other times that you were told to leave?
A. No, sir.
Q. Did you ever go to the doctor while you were -- during the time period when you were at the Super Inn?
A. No, sir.
Q. Did you ever go to the doctor while you were being trafficked at any of the other hotels?
A. No, sir.
Q. And, again, based on some of the records we just received yesterday, it looked like you tested positive for a sexually transmitted disease sometime in 2021; is that right?
A. Yes, sir.
Q. Do you know when you contracted the disease?
A. The doctor told me that it was -- like it could have been like a year back from when I could have got it. So the -- it could have been from Super

Page 136

Inn, but it -- I'm not sure.
Q. But you don't know?
A. (Witness shakes head negatively.)
Q. How would the doctor know if it was a year old or two weeks old?
A. Because --
MR. McDONOUGH: Object to form.
Q. (By Mr. Nanninga) Did the doctor tell you why he thought -- he or she thought it was maybe a year old?
A. I think it was like -- the disease that I had, it wasn't -- when they caught it, it was early on. So they -- it could -- they could tell like from how long I've had it. And I haven't been to the doctor since I left Orlando, so. The last time I was in Orlando, I didn't have anything, so.
Q. And that was -- the STD is syphilis; is that right?
A. Yes, sir.
Q. Was there any other STD?
A. No.
Q. And the date you became pregnant, we think, was March or April of '21; is that right?
A. Yes, sir.
Q. And there's a decent chance it's -- the

father is Antwon?
A. Antron Daniel.
Q. Antron. But it's possible that he's not?
A. Yes, sir.
Q. Were you on birth control during the time -- all of 2020?
A. No, sir.
Q. Have you ever been on birth control?
A. No, sir.
Q. Did you ever have any abortions?
A. No, sir.
Q. Was any of the sex acts or sex work unprotected?
A. No, I always wore a condom, but the -- most of the buyers that I had, they always tried to take the condom off.
Q. Have you ever had psychological treatment or counseling?
A. When I was at Gigi's house, they gave me an evaluation; but I had ran away before I got my results back, like a mental evaluation, but I never got my results back.
Q. You never got them back from Gigi's house?
A. Yes, sir.
Q. And was that like a survey, question and



answer?
A. Yeah; with like a therapist online.
Q. And that was the only time you've sat down with a counselor and answered questions?
A. Yes. And then I did one other time at 4Sarah.
Q. And that -- I think you told me that counselor from 4Sarah was not the type of counselor you needed, right?
A. Yeah. I did one meeting with her like online, but she wasn't really somebody that I wanted to talk to every day.
Q. Are you and Maurice sexually active?
A. Yes.
Q. Does Maurice know about your trafficking or history in 2020?
MR. McDONOUGH: Object to form.
Q. (By Mr. Nanninga) Have you told Maurice about most of the stuff we talked about today?
A. No.
Q. Does he know that you were trafficked in 2020?
A. No.
Q. Did you ever see a psychologist or a counselor before you got to Atlanta?



A. No.
Q. DFACS or the school or nobody in Florida ever tried to get you counseling?
A. No.
Q. The social media accounts we've talked about, TikTok -- do you have TikTok?
A. No. Well, yes, I do have a TikTok, yes.
Q. You do?
A. Yes.
Q. And you had that in 2020, also, right?
A. No.
Q. Weren't some of the videos you had on TikTok or no?
A. No.
Q. No. Do you have Instagram?
A. Yes.
Q. What's your TikTok -- do you have a TikTok handle or account user name?
A. I have a TikTok, but I don't have like -- and I don't -- like I don't post on there. So I just go on there to watch other people's videos. So it's not like I have an account.
Q. What about Instagram, do you have an Instagram account?
A. Yes.



Q. What's your Instagram name?
A. It's REDACTED
Q. REDACTED?
A. Uh-huh.
Q. And when did you open that account?
A. I'm not sure.
Q. Facebook?
A. My Facebook is REDACTED.
Q. Okay. I'm sorry, can you speak up?
A. REDACTED my first name, and then REDACTED.
Q. And what does that mean, REDACTED?
A. I just don't like to put my name on there just in case somebody tries to look me up or anything, and I post my child on my Facebook and stuff. So I just came up with a different last name that --
Q. Do you know of somebody with the last name of Remy?
A. Huh-uh.
Q. Just made it up?
A. I just made it up.
Q. Do you have a -- because it sounded like you had a phone for a while but no service; is that right?
A. Yeah.

Page 141

Q. You just used Wi-Fi?
A. Yes.
Q. Okay. Are you -- you were able to communicate?
A. With Wi-Fi like on Snapchat, like social media, but I never had a number where I could text people like or call or --
Q. What about -- I think it's called What's App? You heard of that?
A. Yeah, I heard of it, but I never had it.
Q. Never used it?
A. It's for like older people.
Q. Okay. What about WeChat?
A. No, I never.
Q. All right. You got Snapchat. What's your Snapchat account?
A. It's -- my Snapchat name is REDACTED -- I'm really not sure. I could -- I have to go back to see, but I don't know what my user name is. I've had it for so long, so.
Q. All right. Are you familiar with Line?
A. No.
Q. Telegram?
A. No.
Q. Twitter?

Page 142

A. Yeah, but I don't have one.
Q. Okay. Well, all those accounts we talked about, Instagram, REDACTED, your Facebook account, if you put anything on TikTok, and then Snapchat, we'd ask that you not delete any of that stuff, okay?
A. Okay.
Q. And you said, I think, in -- after you left the Super Inn, maybe towards the beginning of 2021, you did put some ads out. And was that on Backpage?
A. MegaPersonals.
Q. MegaPersonals?
A. Yes.
Q. Do you have to have an account on MegaPersonals?
A. Yes, sir.
Q. Do you still have that account?
A. No, sir.
Q. Could you sign in to that account if you wanted to?
A. No, sir. I had to -- you have to link an ID to it, and you have to be 21 to even post on there. So I had to have somebody else set up my account, and then I just paid them to use their account to post on there.

Page 143

Q. Who is -- who is that?
A. I'm not sure. It was probably just another girl that was working, as well, that had an account.
Q. And this other girl, that was someone over like on Fulton Industrial?
A. Yes, I believe.
Q. Did anyone ever ask on Fulton Industrial if you were over the age of 18?
A. No.
Q. Nobody asked?
A. (Witness shakes head negatively.)
Q. Did you post any ads on any other services?
A. No, sir.
Q. In one of the videos it looks like you and Quentin were like flashing some sort of signs. Were those gang signs?
A. I don't think I was flashing anything, but I believe he was, yes.
Q. So you think he was flashing something or you think he was in a gang?
A. I'm not sure because Scarface, he -- when I met him, he was just getting out of jail. He was -- he told me he was in prison for, I think, over

Page 144

ten years before I met him and he had just got out two years ago in 2020. So I'm not really sure what he was affiliated with when he was locked up.
Q. What was he in jail for?
A. He told me it was armed robbery or something like that.
MR. NANNINGA: All right. We'll take one more less-than-five-minute break, and I think I'm just about done.
THE VIDEOGRAPHER: Off the record at 2:26.
(A recess was taken from 2:26 p.m. to 2:43 p.m.)
THE VIDEOGRAPHER: We're on the record at 2:43.
(Plaintiff's Exhibit-1 was marked for identification.)

DIRECT EXAMINATION

BY MR. McDONOUGH:
Q. I want to show you what's marked as Plaintiff's Exhibit 1. Can you tell me what that is, what that's a picture of?
A. Vinnie.
Q. Okay. And is that a fair and accurate picture of what he looked like when you saw him?

Page 145

A. He was a little bit skinnier, but, yeah, that's Vinnie for sure.
Q. Any question in your mind that that is the person that worked at the Super Inn?
A. No, that's him.
Q. Tell me about his interaction with Scarface.
A. He -- him and Scarface, they had a relationship, clearly, before I came in the picture. So I don't know if they had any like problems or anything, but him and Vinnie were like -- they were like cool. They were like friends. So Vinnie would come in the room sometimes and ask him, oh, you didn't pay for last night, you got to give me the money. Like they were that cool where Vinnie would just walk in the room and ask him for the money right then while we're just laying in the bed and I'm asleep.
Q. All right. And I know you talked about when you were at the Super Inn. So I don't want to go back over that. But were you seeing -- forced to see dates like every day that you were there?
A. Yes.
Q. Okay. And, on average, how many dates was that?

Page 146

A. Anywhere from five to ten a night.
Q. Okay. And while you were at the Super Inn, was Scarface ever violent with you there?
A. Yes; very violent.
Q. Tell me about that.
A. At first he wasn't violent with me, but when -- I guess when he thought that I was trying to get over on him, I guess, that's when he started getting real aggressive with me. Like when I started getting lazy or when I started not getting up early enough for him, like he would start -- sometimes -- there was this one altercation when I first, first started messing with him. The first time that he ever put hands on me was like when we -- I was at the Super Inn and one of his ex's came, and he thought I was just going to stay in the room with him and his ex. And I was just so like, I guess, heated in the moment that I just ran out the room, and he ran right after me. And I tried to run up the stairs to the third floor, but he just ran right after me. And he grabbed my arm and tried to pull me down the stairs, back into the room, to go back to the room, but I wasn't -- like I was trying so hard not to go back down the stairs, but he just kept tugging at me and stuff. And when I tried to sit down and, you know,

Page 147

try to just sit there and just try to talk to him, that's when he just started throwing punches at me, like literally just fist fighting me like I was a guy like. That was the first time anybody -- any male has ever beat me like that. So I was just really just sitting there just in shock because the way he was hitting me, it was just so -- it was a lot and --
Q. Has he ever choked you?
A. Yes.
Q. Tell me about that.
A. One time when I tried to keep some money from this date and he found out, because he found the money in my purse, and I was coming out of the bathroom, and he just basically was like, oh, what is this? And I'm like, oh, I probably just forgot to give it to you. And then he didn't even wait for me to continue talking. He just grabbed my neck and started choking me, and I just passed out on the floor. And I don't even know how long -- I thought I was dead. Like I was on the floor for like -- I don't even know how long I was on the floor. But when I woke up, he was just standing over me just smoking like he didn't even care.
Q. And while you were at the Super Inn, were any of the buyers ever violent with you?

Page 148

A. Yes.
Q. Give me an example of that.
A. There was this one time where I had a date in the parking lot at the Super Inn, and there was this buyer that wasn't satisfied with the date that we just had; and Scarface at the time was in -- inside the hotel, and I was in the car. And the date -- he was supposed to be watching me from the window. And it all happened so fast, I guess. When the date was over, Scarface was coming down the stairs to come get the money from me. And by the time Scarface was already downstairs, the buyer had already took everything from me. And he had a gun in my face, and he just told me to walk away. He said -- he, basically, was just like if I scream or anything, that he was going to shoot me. And when I tried to run, like turn around and start running towards Scarface, that's when he grabbed me and started choking me.
Q. You got away from him?
A. Yes.
Q. Okay. When you say he took everything, what did he take from you?
A. At that time I had my key to the hotel room that Scarface gave me and I had this little hand

Page 149

purse that I carried on my arm with the gun that Scarface had gave me. And he took the whole purse that I had, all the money that I had made from his date, because Scarface had already took everything before that, and -- what else did --

Q. Did you have your clothes?

A. On this one? I'm trying to think. No, I don't think I had my clothes on the whole time when this happened.

Q. Were there any other -- well, where did you go after that? I mean, did you have your clothes and you went back in the hotel or were you naked?

A. No. He took everything. Like when he took my wallet and everything, I didn't even have the chance to put my clothes back on from the date. So Scarface was already coming down because he seen me like, I guess, getting done with the date, because he was watching me from the window. So the time Scarface was getting ready to come back down the stairs, he was already taking everything from me. And by the time Scarface was downstairs and looking at me, the car was already driving off.

Q. So you didn't have any clothes on?

A. No.

Q. And where did you go from there?

Page 150

A. Back into the hotel room.

Q. Did you have to walk by the lobby?

A. Yes. I walked right past the lobby and went -- Scarface was right behind me.

Q. And were there any other times buyers were violent with you?

A. Yes. There was another incident that happened just like that; but it was worse because I had got that date from the Super Inn, but it was a car date. And he told me he didn't feel comfortable doing the date in the parking lot. So I told Scarface that we were just going to pull off somewhere that was a little bit farther, and Scarface was like, okay, that's fine, because he was paying more than what my usual buyers would be paying.

So when we pulled off somewhere, it was like -- we were driving for maybe two minutes, and then he parked somewhere. And after the date was done, he just -- it's like two seconds. He like switched into like a whole other person. And he was like, oh, give me all your money and you thought I -- you want me to get people to come over here and come rape you and you better start running now before I start shooting at you, like I'm not paying you nothing like. And he just took all of my clothes off

Page 151

and just left me on the floor with no clothes on, and I'm like -- it was a two-minute drive, so it had to be at least a ten-minute walk back to the Super Inn. And I had no clothes on, literally none. All I had was my sandals was on. And he snatched my wig off, too. I had a green wig on, and he snatched it off. And I literally had to walk back to the Super Inn in the cold at like 3:00/4:00 o'clock in the morning with no clothes on. And when I came back, Scarface was just in the room.

Q. And, again, you went back up the -- up the driveway and through the lobby --

A. Yes.

Q. -- to your room?

A. (Witness nods head affirmatively.)

Q. Okay. And did you see -- besides what happened to you, did you see other people that were being forced to be sold?

A. Yes.

Q. So tell me what you saw on the second floor in the hotel in general.

A. On -- in the hotel, each floor, it wasn't like -- I guess didn't try to -- make it so it was areas where people could still go and it would be a little quiet. So the first floor was quiet. The

Page 152

second floor was where all the traffic was at, where all the -- Fred, everybody was on the second floor, Scarface, Peanut, Troy. Everybody was on the second floor. Everybody that was living there and had renovations in their room or was staying there longer than, what, a year, I would say -- they had to be staying there for years and years. But it was every room had a -- had something going on in it. Like either somebody was getting sold or drugs were being sold. Something was going on at all times of the day. Something was being sold out of that hotel.

Q. And, specifically, like girls, were there other young girls like you that were being sold?

A. Yes.

Q. All right. And you saw that the entire time you were there?

A. Yes; different types of girls. Like it was this one incident where the police had actually came into the hotel, and they basically raided it; and they locked down the hotel because there was a mom that was outside of the Super Inn like crying, basically, because they were saying that -- all I could hear on like the police radios was that it was like a 13-year-old missing girl. Her mom was outside crying because somebody told her that she was in that

hotel. So they had the whole -- they had the police come in there, and Vinnie had to open up all the rooms so the police could search all the rooms. And Vinnie opened up our room, and me and Scarface were just laying on the bed. And Vinnie was like, see, it's nobody in here, everybody is good in here. And then they just walked out the room.
Q. Okay. So do you think it was obvious what was going on to --
A. Yes.
Q. -- the employees?
A. Yes; very obvious.
Q. And has this affected you?
A. Yes.
Q. How has it affected you?
A. It's affected me in a lot of ways, I mean, physically, mentally. Like I can't even like -- I don't know. I'm very like numb to a lot of stuff. Like I'm not even an emotional person anymore because I've been through a lot. So a lot of stuff I can't even like feel for anymore because I'm just numb. And I'm -- I get really depressed a lot, and my pregnancy was the worst for me because I literally could just -- I literally just had to lay in bed all day because I didn't have any like courage to do



anything because I just felt so like disgusted with myself.
MR. McDONOUGH: Okay. That's all I have.
THE VIDEOGRAPHER: We are off the record at 2:56.
(Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure and/or O.C.G.A. 9-11-30(e), the deponent and/or a party having requested the right to review the deposition, making corrections and/or changes and signing, for that purpose the errata pages have been annexed hereto.)
(Deposition concluded at 2:56 p.m.)



C E R T I F I C A T E

STATE OF GEORGIA:
COUNTY OF FULTON:

I hereby certify that the foregoing transcript was taken down, as stated in the caption, and the questions and answers thereto were reduced to typewriting under my direction; that the foregoing pages 1 through 154 represent a true, complete, and correct transcript of the evidence given upon said hearing, and I further certify that I am not of kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in anywise interested in the result of said case.

This, the 30th day of June 2022.

[signature]

KELLY S. LAWRENCE, CCR-B-1625



COURT REPORTER DISCLOSURE

DEPOSITION OF: JANE DOE

Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity. Such form shall be attached to the deposition transcript," I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as a representative of Esquire Deposition Solutions. Esquire Deposition Solutions was contacted to provide court reporting services for the deposition. Esquire Deposition Solutions will not be taking this deposition under any contract that is prohibited by O.C.G.A. 9-11-28(c).

Esquire Deposition Solutions has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Esquire Deposition Solutions will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

[signature] 05/11/2022

Kelly S. Lawrence, CCR-B-1625

Signature of attorneys present: Date:

/s/

/s/

Return this form after review and/or signatures to the court reporter for inclusion in the record. Please use reverse side for additional signatures.

DEPOSITION ERRATA SHEET

Our Assignment No. J8376579
Case Caption: JANE DOE vs.
T&S HOSPITALITY LLC

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the ______ day of
____________, 20___.

________________________________
JANE DOE



DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________

SIGNATURE:_____________________DATE:__________
JANE DOE



DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________
Page No.____Line No.____Change to:____________
______________________________________________
Reason for change:____________________________

SIGNATURE:_____________________DATE:__________
JANE DOE




PLAINTIFF'S EXHIBIT

tabbies

05/11/2021 Jane Doe