# EXHIBIT P

# In The Matter Of:

*N.N. vs.*

*LINCOLN BANCORP, LLC*

---

*The remote deposition of* REDACTED

*April 30, 2026*

---

*Ansley Court Reporting*

*1579 Monroe Drive, Suite F-342*

*Atlanta, Georgia 30324*

*(404) 210-6977*

*www.ansleycourtreporting.com*

Original File REDACTED g)-04-30-2026.txt

**Min-U-Script® with Word Index**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

N.N.,

Plaintiff,

vs.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION
FILE NO.: 1:25-CV-04313-MHC

The remote deposition of REDACTED [redacted], taken at the instance of the Defendant, pursuant to stipulations contained herein; the reading and signing of the deposition reserved, before Brianna Gonzalez, Certified Court Reporter, at 10:02 a.m., on Thursday, April 30, 2026.

ANSLEY COURT REPORTING, LLC
CERTIFIED COURT REPORTERS
Brianna Gonzalez, CCR
1579 Monroe Drive
Suite F-342
Atlanta, Georgia 30324
(404) 210-6977
www.ansleycourtreporting.com

REMOTE APPEARANCES

ON BEHALF OF THE PLAINTIFF:

PATRICK J. MCDONOUGH, ATTORNEY AT LAW
(IN PERSON WITH PLAINTIFF REDACTED
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900
Email: pmcdonough@atclawfirm.com

ON BEHALF OF THE DEFENDANT:

ANKUR P. TRIVEDI, ATTORNEY AT LAW
GROTH, MAKARENKO, KAISER & EIDEX
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 2000
Duluth, Georgia 30097
(770) 904-3590
Email: at@gmke.law

ALSO PRESENT:

Duke Korey, Videographer
Atlanta Legal Media, LLC
(404) 803-9290
Email: video@atlantalegalmedia.com

# I N D E X


| | Page |
|---|---|
| Examination by Mr. Trivedi . . . . . . . . . . . . . | 7 |
| Examination by Mr. McDonough . . . . . . . . . . . | 64 |


## E X H I B I T S

| Exhibit | Description | Page Marked/ Identified |
|---|---|---|
| D-1* | 05/11/22 Deposition Transcript | --/11 |
| P-1* | Image of Plaintiff (1) | --/71 |
| P-2* | Image of Plaintiff (2) | --/72 |
| P-3* | Image of Plaintiff (3) | --/72 |
| P-4* | Image of Plaintiff (4) | --/73 |
| P-5* | Image of Plaintiff (5) | --/74 |

(*Whereupon, Defendant's Exhibit D-1 was marked following the proceeding and Plaintiff's Exhibits P-1 through P-5 were marked prior to the proceeding.)

TRANSCRIPT CODES:

-- interruption/change in thought
. . . Incomplete thought
(sic) Denotes word/phrase that may seem strange or incorrect has been written verbatim
(ph) Phonetically spelled
(pixelated audio) Denotes that the videoconferencing audio feed was momentarily disrupted or degraded
(indiscernible) Denotes that the speaker's voice was not audibly conveyed
(cross talk) Denotes that the speaker's voice was not audibly conveyed due to simultaneous speaking

P R O C E E D I N G S

10:02 a.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. §9-11-28(c).)

THE VIDEOGRAPHER: We are now on the record for April 30th, 2026. The time is 10:02 a.m. Will our reporter please swear in the witness.

(Witness sworn.)

MR. TRIVEDI: All right. This -- oh, I just lost -- this will be the deposition of [redacted] -- say your name again. Is it --

THE WITNESS: [redacted]

MR. TRIVEDI: [redacted] Taken by counsel for the purposes of discovery, cross-examination, and all other purposes that are allowed under the Federal Rules of Civil Procedure. This deposition is being taken pursuant to notice and agreement of counsel as to time and place, and it's being taken by both video and stenograph- -- stenographic means. Does counsel agree

to reserve all objections except those that go to the form of the question or responsiveness of the answer until the first use of the deposition or until the time of trial?

MR. MCDONOUGH: Yes, we do. And, just for the record, I'm Pat McDonough for -- for the plaintiff.

MR. TRIVEDI: All right, REDACTED. My name is Ankur Trivedi. I represent the defendant in this case, Lincoln Bancorp, LLC. They used to own the Super 8 motel on Old National Highway between December 2019 and December 2021. I'm going to be asking you about some events today, and, you know, I understand that the -- the subject matter may be sensitive in nature, and some of the questions may be difficult for you to answer. You take the time that you need to take. I'm certainly not going to sit here and badger you about taking your time. If at any point during this deposition you need a break, please let me know. I'm happy

to take a break whenever you need one. All I ask is that you answer the question that's on the table, and then we can take a break at that time. If you don't understand one of my questions, please tell me. All lawyers are known to ask questions just sort of offhand without, you know, really making sense of what they're trying to ask. So if you don't understand me, just let me know, and I'll happily rephrase it. If you don't remember something, it's perfectly fine to say, I don't remember. You know, what we don't want to happen is for you to give me an answer and then we're both stuck with that answer as if it's the truth, so I -- I'd rather -- if you don't remember, I'd rather you say, I don't remember, as opposed to guess.

Whereupon,

REDACTED

was called as a deponent herein, and having previously been duly sworn, was examined and deposed as follows:

EXAMINATION

BY MR. TRIVEDI:

Q. All right. I'm going to start off with some of your basic information, then. Well, first, do you have a middle name?

A. Yes. It's Ruth.

Q. R-U-T-H?

A. Yes, sir.

Q. Okay. How old are you today?

A. I'm 22 years old.

Q. What's your date of birth?

A. [redacted]

Q. What's your current address?

A. I live at [redacted]

Q. Who do you live with?

A. I live with my boyfriend, who is also the father of my daughter, and my son.

Q. Okay. Is that Antron Daniel?

A. No.

Q. Oh. Oh, your -- your second -- so you just had one recently.

A. Yes.

Q. That's right. That's right. Okay. Yeah. I had a -- I had baby girl back in November.

What is your boyfriend's name?

A. Kentavious Nelson.
Q. I've already brought him up. Are you still in contact with Antron?
A. No.
Q. Okay. Are you currently employed or in school?
A. No.
Q. When was the last time you were employed?
A. I want to say back in 2021.
Q. Around what month?
A. I'm not quite sure.
Q. All right. Without telling me any -- don't -- don't tell me the actual conversations you had with your lawyer. But did you review any documents in preparation for this deposition?
A. Yes.
Q. Okay. What did you review?
A. I reviewed the discovery questions, and I also reviewed a few of the -- the documents saying what happened, basically.
Q. Like were they police reports?
A. No. It was more like the -- the complaint. That's what I --
Q. Oh, okay.
A. That's the word I was trying to come up with.
Q. Okay. All right. Now, I understand that you gave

at least one deposition -- or at least one that I have. It was back on May 11, 2022. Do you remember giving another deposition?
A. Yes. It was one other one.
Q. Okay. Was that the case of Jane Doe v. T&S Hospitality?
A. That was one of them. Yes. And then there was another one with the Quality Inn as well.
Q. Okay. What -- what hotel is T&S Hospitality?
A. That's the Super Inn on Fulton Industrial.
Q. Oh, that's right. I knew that. That's right. And you said that the second case was with -- what -- what . . .
A. The Quality Inn.
Q. Was that also on Fulton Industrial?
A. I don't bel- -- was it -- it's on Fulton Industrial, but it's by the airway -- more down the airway.
Q. Okay. But similar area?
A. Yes.
Q. All right. So I -- I read through that transcript, and the reason I bring it up is because I don't -- I don't necessarily want to have you tell everything over again. I mean, I read it, and so I have it. I'll -- I'll go through some questions, but what I'd like to do instead is to simply attach it to this deposition as

Exhibit 1.

MR. TRIVEDI: And I can -- I can send that over afterwards.

Counsel, do you have any specific objections to that?

MR. MCDONOUGH: No. No objection.

MR. TRIVEDI: Okay. Okay.

(Whereupon, counsel's screen was shared to the proceeding and Defendant's Exhibit D-1, which was marked following the proceeding, was presented for identification.)

BY MR. TRIVEDI: (Resuming)

Q. So I'm just going to run through your history very -- just very quickly. And, really, they're just yes questions. Okay? Well, yes or no. Sorry. Not -- I just -- I -- I want you to tell me if I'm right or wrong.

So when you were younger, you lived in Florida?

A. Yes.

Q. I know you attended a number of schools from elementary through high school; is that correct?

A. Yes.

Q. Did you actually graduate from high school?

A. No, sir.

Q. Okay. I know, at age 12 or 13, DFCS became

involved with your home life for an incident that occurred with a pastor; is that correct?

A. Yes, sir.

Q. Okay. That incident -- or, I guess, the DFCS involvement that -- did I understand correctly that it -- it ruined your relationship with your parents?

A. Yes, sir.

Q. Okay. And then for the three years after your disclosure at that time -- for two or three years, were you -- I mean, were you homeless?

A. I was -- first, after I left from my parents' house when everything started to happen, I was with a friend. And her mom was willing to adopt me, and my parents were willing to give my paperwork over to her. But then she lost her house, and I ended up being homeless, and that's how I found a friend that lived in Atlanta. And she was in Florida at the time, and she offered me a ride to Atlanta. That's how I ended up here.

Q. And your friend in Florida whose -- whose house was taken away, is that -- I think her name was R'ianna or R'i- --

A. R'ianna. Yes.

Q. R'ianna. Okay. And it's R, apostrophe, -I --

A. Yes.

Q. -- -N-N-A (sic)? Okay.

A. Yeah.
Q. All right. And so you met the -- the woman who worked in Atlanta. That was Venus?
A. Yes.
Q. Okay. So I'm going to -- just tell me if I got this right. You came up with her from Florida to Atlanta under the impression that you could stay with her for a few days?
A. Yes.
Q. And then, when you finally got to Atlanta, I guess, you pulled into her driveway, and Venus said you couldn't come in?
A. Yes.
Q. But prior to that, on your way up from Florida, you stopped at a gas station, and you met a guy named Pablo; is that correct?
A. Yes.
Q. Okay. All right. Pablo -- what I'm really trying to do here is just build a timeline, but I don't -- I don't want to have to just go through every detail, so I'm trying to build it here on my end.
So when Venus -- Venus said you couldn't stay at her house, you called Pablo, and he came to get you?
A. Yes. He came and got me from the driveway.
Q. Okay. I know he took you down to the Fulton

Industrial area. Was that the same day?
A. It was the following day because, when he got me, it was at -- it was kind of getting late, so he went and he got my hair done, got my nails done. He -- I had a phone at the time, and he turned the service on so I could be able to call him whenever. And the next -- following day, before the sun went down, I was on Fulton Industrial selling my body for --
Q. Okay. The hotel -- did the hotel associated with Pablo -- would you -- would you say that's the Rodeway Inn?
A. Yes. That's where we would sleep every night.
Q. Okay. How long were you -- because I know Scar -- Scar or Scarface comes into the picture. But how long were you with Pablo at Rodeway Inn?
A. I want to say two, maybe three weeks.
Q. Okay. And I never -- I never started the timeline here. But did all of this start with Pablo? Was it right around August of 2020?
A. Yes.
Q. Okay. All right. And then I guess Scarface had a girl named Latoya working for him?
A. No. That was Michael Clark at the Quality Inn. That was after I left Scarface.
Q. Okay. But you -- you -- you escaped from Pablo and -- with Scarface's help? Is that what it was?

A. No. It was Scarface basically taking me from Pablo.
Q. Oh, okay. I did not -- okay. I misread that. And then Scarface, did he -- that was then -- that -- that's asso- -- he's associated with Super Inn; is that correct?
A. Yes.
Q. Okay. How long were you at the Super Inn?
A. I was at the Super Inn for -- up until December because I know there was a shooting in -- December 28th when I was with Michael Clark at the Quality Inn. So I knew I was there from around August up until maybe November or December.
Q. Okay. Is it Scar or Scarface? I don't know --
A. Scarface.
Q. Okay. So you think it was from sometime in like late August to November? Is that what you said?
A. I know I spent Thanksgiving with Scarface, and --
Q. Okay.
A. -- I just know I didn't spend Christmas with him. I was --
Q. Okay.
A. -- with Michael Clark. So I know it was the end of December, for sure.
Q. Okay. Do you mean the end of November?
A. Yes. I mean, the end of December. I'm sorry.

Q. Okay. How -- how did Michael Clark come into the picture?

A. So, at the time, Michael was actually at the Super Inn as well with Latoya. He was in a room across from me and Scarface. And when he wanted -- when he came up with the plan that he was going to take me and me and Latoya were going to work for him, he ended up going to the Quality Inn. We went to a different hotel.

Q. Okay. That's what it was. Okay. Okay. So went to Quality Inn. That was -- that was literally across the street?

A. The Quality Inn?

Q. Yeah.

A. It wasn't across the street. It was -- it was a few lights down.

Q. Okay.

A. Yeah.

Q. Does the Super Inn exist anymore?

A. I think it's shut down. I'm not sure. I haven't -- yeah.

Q. That's all right. Well, I -- I tried to look it up, and I couldn't find it, so I wasn't sure. All right. And so you think -- you said with -- you remember being with Michael Clark during Christmas?

A. Yes.

Q. Okay. When -- when did you -- when were you able to leave Michael Clark?
A. So during the shooting that happened, I was able to escape when the whole crossfire was happening.
Q. Okay. Was that the -- just generally, that was the incident where you and Latoya had -- had a date and there was some exchange of money and the date also had a gun?
A. Yes.
Q. Okay. And then -- and did Michael Clark actually get shot?
A. Yes.
Q. Okay. All right. So you just -- you just ran at that time?
A. Yes.
Q. So where did you go from -- from there after you ran from the Quality Inn and Michael Clark?
A. So after I ran away from Michael Clark at the Quality Inn, I had nowhere to really go or turn to, and I went back to the Super Inn because I knew somebody else that was there. And he basically allowed me to stay there for a few hours until he found somewhere else for me to go, which was -- ended up being another trafficker, who was Rick Ross.
Q. Okay. Is Rick Ross his like street name? I mean, it's not Rick Ross; right?

A. Yeah. No.
Q. Okay.
A. It's a street name.
Q. Okay. What -- what hotel would Rick Ross be associated with?
A. He was at the Super Inn as well.
Q. Okay. Okay. Would that have been -- would that have been just in the start of January of '21, then, or --
A. No.
Q. When was that?
A. That would still be like December 28th. So it'd probably be like the 29th going into almost the new year.
Q. Okay.
A. And I was only with Rick Ross for two or three days before I escaped him.
Q. Okay. And when you escaped Rick Ross, where did you go from there?
A. So from -- after I left Rick Ross, I basically was -- I got brought to this hotel, which was the Super 8 once before for a date, and I knew, if I could get back over there, that maybe I could just try to just survive on my own without a pimp or anybody like controlling me or taking all of my money. So I tried to -- just tried to do it on my own, basically, and I didn't have any idea or any identification, so I couldn't get a hotel room or -- I

couldn't get anything, so I was just -- I went -- I found a ride to go to the Super 8, and I just basically did car dates in the parking lot. And people would just pull up and park in the back of the hotel, and we'd just do dates in the parking lot. And it would be like maybe four or five other girls doing dates as well.

Q. The -- the dates, were they -- were they paying you directly?

A. Yes.

Q. Were they paying in cash, or was it Cash App or something?

A. Cash.

Q. When you first arrived at the Super 8, were you able to rent a room?

A. No. I didn't have any identification, so I just would walk around the hotel. And cars would always pull in looking for girls, so that's why I went there, because I knew that was an area where it would be a lot of traffic.

Q. Okay. Were you ever able to rent a room?

A. Eventually -- I never rented a room myself. But, eventually, when I did meet my trafficker, I ended up getting a room through him.

Q. So I -- you know, I know in responses to interrogatories -- I guess the complaint too -- the -- I believe that first time frame is January of '21 to March

of '21. How long was it after you arrived at the Super 8 that you met Slim?

A. I want to say two or three days max because I wasn't sleeping. And I was just doing car dates 24/7, and I ended up meeting him afterward -- after that.

Q. So in that -- those two to three days, you -- I guess -- I mean, you really -- like you -- you were just on premises, but you had no bed?

A. No.

Q. Okay. Did somebody introduce you to Slim?

A. Yes. So I asked around to the employees and some of the people that were at the hotel. And I asked them if anybody knew who sold any weed, and one of the housekeepers said that Milton sold weed, and she ended up taking me to his room. And when she took me to his room, I got the weed, and he offered me a bed. Like, basically, I could stay with him. And yeah. That's how I met him.

Q. Do you remember the housekeeper's name?

A. No, I do not.

Q. Can you describe the housekeeper by gender or -- and race?

A. Yes. She was a Black, skinny -- maybe in her 30s -- 32, 34. She was like really, really skinny, and she was a Black female.

Q. In her 30s, you said?

A. Yes.
Q. Okay. And there's no doubt that she was a housekeeper?
A. Yes.
Q. Okay. To your knowledge, was there any indication to you that the housekeeper knew that Slim or Milton was doing anything other than selling weed?
A. Yes.
Q. Okay. Why do you think that?
A. Because he had several other girls in different rooms at the hotel.
Q. All right. I'm going to be -- we sort of jumped into this because of the timeline, so I'll keep -- because we're already on it, we'll keep talking about it, but I'll probably jump back in time in a little bit. So I know these -- these are where the tough questions come in. But can you -- can you just tell me how things started with Slim just in terms of, you know, how -- I guess, like how that first conversation went about going on dates and then what expectations were and how things progressed with him.
A. Okay. So, with Milton, he kind of already knew that I was seeing dates and stuff because he -- I used to always see him kind of looking down from the balcony when I was catching these dates in the parking lot. So when I did end up meeting him and stuff, he kind of was like --

basically, like he was going to keep my hair done and my nails done, and all the money that I'm giving him is basically going back towards me, so I'm technically not giving him anything because it's going right back into me. And he kind of made me feel like -- you know, like I -- he kind of like made me feel like -- like what he was doing was okay, basically.

Q. He tried to -- he tried to pawn himself off as like a manager?

A. Yeah. More like a manager and -- yeah.

Q. Okay. Did -- you know, I -- I'm sure you're aware that there are -- there are three other cases alongside yours with Lincoln Bancorp, and so I'm -- I'm sort of drawing from other -- other cases as well. But did Milton -- did he set a minimum number, whether it was dates or a dollar figure, for you or the other girls?

A. Yes. He always -- well, with me, he kind of gave me like a little bit of like -- I'm not going to say freedom. It was more like he gave me -- like as long as you were okay with making that, then that was okay with me as long as you're working and you're bringing me money. He didn't put no dollar on it. But with the other girls, later on, I started to realize that he was putting a price that they had to come back with every day.

Q. What price would the other girls have to come

back?

A. It just depends on what the girl would look like or -- you know, he would kind of be reasonable with what they were already bringing in. So sometimes it'd be $1,000. Sometimes it'd be $500. And some of the girls would have to pay for multiple rooms even if they weren't staying in them.

Q. Okay. Were you -- were you doing dates just at nighttime, or was it all day?

A. If he knew anybody that wanted a date and it was early in the morning, he would wake me up and tell me to get ready because I have a date on the way. It was never at any time on anything.

Q. Were your -- was -- was Slim -- I mean, because you just talked about making some of the girls rent rooms. I mean, were -- were these mostly in calls, or were they -- they out calls in the cars?

A. It would be like half and half. Like sometimes they were in a car. Sometimes they were in the room. It would be like right down the middle.

Q. So -- well, did -- I have to ask you this. Was -- was Milton physically abusive?

A. Yes.

Q. And he -- did he carry a gun?

A. Yes.

Q. Now, I understand that there was an undercover

sting operation, basically. I think it was March 30th of 2021. Does that sound right?

A. Yes.

Q. Okay. Can you -- I can't -- I can't find it. Can you -- can you just tell me how that sting operation went down.

A. So, basically, when I got rescued, I -- Milton had just started making me do these ads on line. Like he made me post ads online and stuff and would use like one of -- one of his other girls that he had because, with the ads, you have to have an ID to post on there. So we would use like one of the other girls' because they were of age and I wasn't. So we would use their ID to post my ads, and -- and we just had started doing that maybe like a week before the FBI came and rescued me. And one of the -- the -- the dates had asked me if I knew where I could get some weed or anything, and I showed my trafficker, and he basically was like, yeah, go give him the weed. I mean, you gotta make the money; right? And I was like, yeah, but it's kind of weird, like somebody asking for weed on -- on a site where, you know, they're asking for sex. And he was like, well, just ask them if they're the police, and they have to tell you if they're the police. And I asked the person if they were the police, and they said no. So he told me to go out there and, well, give him the address and tell them to come

get it. So I sent the address, and I went to the front of the lobby, and I waited for the car to pull up. And when I seen a car pulling in, I texted the person like, is this you? And they said yes. So I started walking towards the car because it looked like it was slowing down like it was going to stop. So I started walking towards the car, and then the -- the police just came out of the car -- like a whole bunch of police, and then a whole bunch of other police started to pull in, and then that's when I got rescued.

Q. I know you were -- I mean, I know you were handcuffed, but I'm sure that was more procedural in nature.

A. Yeah.

Q. Where were you -- where were you taken from -- from the Super 8? Where did they take you?

A. First, they took me to like -- I want to say, like a police station, and they took me there to basically ask me what happened, but it was a lot, so -- and I was going through this for a while, so -- I was kind of like in shock a little bit, so I really didn't have much to say.

Q. How long were you under police supervision?

A. I want to say about three or four hours. And then they took me to the hospital to make sure I was okay, and then that's when they found me a foster home to go to for a few days until they found me a group home to stay in.

Q. Do you remember which hospital it was?
A. I want to say Wellstar, but don't quote me on that.
Q. So -- I mean, obviously, this is in College Park. At any point, did you end up in the Cobb County Police Station?
A. I want to say that's where they took me because I know we -- we went for a long drive, and we didn't just go down the street to College Park.
Q. Okay. All right. You were there for three to four hours, and they took you to the hospital, and then they found you a foster home. How long were you at the foster home?
A. I was there maybe two or three days.
Q. And then they found you a group home?
A. Yes.
Q. What was that group home?
A. It's called Gigi's House.
Q. Okay. Gigi's House is -- is that for -- it's like a -- it's a shelter for abused women and girls or --
A. It -- it was more like for girls that have been abused -- like minors and underage girls.
Q. Okay. What -- I mean, I know it's a group home. But was there some -- some aspect of therapy that you used?
A. Yes. We did speak with somebody once a week.

Q. Was it -- I mean, is it really just like -- is it like a safe house facility, just a place for you to stay?
A. Yeah.
Q. Okay. How long -- because, you know, I understand that there -- after that, there was like -- I guess the month of April was a break, and then at some point, you were back at the Super 8 in May --
A. Yeah.
Q. -- of --
Okay. So tell me about your stay at Gigi's House and -- and how you ended up back at the Super 8.
A. So at Gigi's House, it was really rough for me because -- I don't know if I mentioned this. But prior to me getting rescued, I found out I was pregnant with my son. And it was just a lot for me, being around all those girls, and they were like really -- they always wanted to fight. It was kind of like jail a little bit. Like they were always fighting and stuff. And I'm pregnant, and they didn't care about that, so it was like they were still trying to fight me while I was pregnant. And it was really hard for me, staying there, and I ended up just -- I told a few people that worked there like, I'm not -- I don't feel safe here. I'm not comfortable. Like can y'all find me somewhere else to go, maybe? And nobody heard me out, so I just left. We went to an outing because they used to take

us to different places like the aquarium, get ice cream, and stuff. So we went to this restaurant, and when I seen the door, I just walked out. And two girls, they walked out with me.

Q. Okay. Did -- what city -- I mean, I know it's a safe house. But what -- what city is Gigi's House in or what area?

A. I'm not sure. They never posted the address, and I don't even think you can find the address because it's a safe house.

Q. Okay. From Gigi's House, did you go to -- did you go directly to Super 8?

A. Yes. Well, we went to -- it was at a restaurant, so we kind of -- it was like in a plaza, and there was a Walmart in the plaza. So we kind of like ran to the Walmart, and then we just asked a few random people if they could give us a ride. And we just hopped in a random car, and we went to the Super 8.

Q. Okay. Did all three of you go back to the Super 8?

A. Yes.

Q. Were any of you able to rent a room when you arrived at the Super 8?

A. No.

Q. Okay. How did -- how did you get a room there?

A. So --

Q. Or I guess -- yeah. What -- what -- what ended up happening there, is a better question.

A. Okay. So when I got there, I kind of was looking around and -- to see if I recognized anybody, and I was asking around if anybody seen Milton or anybody know where he was at or anything. And this guy came up to me and asked me if I was -- and he said he heard that I was asking for Milton, and he basically said, yeah, I talked to him, and he said that you were good and that you could just -- he said to make sure that you were good and -- basically, telling me that I had to have sex with him, and then he would make sure that he got me a room.

Q. What was his name?

A. I want to say it was Justin Baylor or something like that.

Q. Okay. You think -- you think it was Justin Baylor?

A. Yes.

Q. Was Justin Baylor a trafficker?

A. Yeah.

Q. All right. Can you -- can you just -- just tell me about like how -- I mean, obviously, I know the way he approached you to get a room. But after that, can you just walk me through how that relationship developed and then how

you finally came to leave the Super 8, finally.

A. So after I had the encounter with him, the two girls that I was with -- after I had sex with him or whatever, he got me a room. And he said, if I wanted to keep the room, that -- that we were all going to have to work for him. And the two girls, they -- he ended up getting them wigs and getting them clothes and stuff, but I kind of was just like too tired, so I was like just sleeping in the room. And, you know, I'm -- at this point, I'm probably like four or five months pregnant, and like it was really, really hard because it was just me being pregnant and me already not wanting to be there, but I had -- I had asked around to see if anybody would want to place me somewhere else and not put me around a whole bunch of girls that were trying to fight me, and nobody listened to me, so now I ended up back there, where I didn't want to be at, then I had to have sex with somebody while I was pregnant. So I kind of just like locked myself in the room. Like he was banging on the door and like trying to get me out of the room, but I just -- I just kind of was like in the corner like -- for like a day or two. Like I didn't leave the room.

Q. Okay. In the month of May, how -- how many days or weeks was your stay at -- at Super 8?

A. I want to say I was there for a week.

Q. Did you have to go on any dates in that time?
A. No.
Q. How were -- did you escape, or did someone come to get you in May?
A. I called somebody from Gigi's House -- not called them, but I had somebody's Facebook from Gigi's House, and they referred me to Kasey, which is a program that I was in that introduced me to my lawyers that I have now, and basically got my life on track. And she sent me an Uber the next hour, and I was at her house literally the next hour -- well, her safe house, not her house. Sorry.
Q. So this -- the woman, you said her -- just her name is Kasey or like her organization is Kasey?
A. The organization is called For Sarah, but her name is Kasey McClure.
Q. Oh, okay. Okay. All right. So -- so you -- you gave birth to your first child in December of 2021; is that correct?
A. Yes, sir.
Q. Okay. So I guess the nine months before that is around February or March of 2021. Is that when you became pregnant?
A. Yes.
Q. It'd have to be. In that time -- I want to go back to Antron Daniel -- were you -- were you in a position

to go stay with Antron?

A. No. He was actually one of my buyers. So I was still being trafficked by Milton, but he was coming and basically trying to -- he wanted to have a -- like a relationship with me, but he kind of knew the situation I was in, so it was like -- I got -- I had a crush on him and stuff. Like I really liked him. So he was like one of the -- like one of the only people that I didn't like use protection with and stuff. So I would just kind of use him as an excuse, like, oh, he's one of my buyers, but, in reality, I just wanted to see him.

Q. So, I mean, if you go to -- you know, you go to meet Antron as a buyer, I mean, what would happen if -- if you came back with no money or Slim didn't have any money?

A. So one time, that did happen, and that was the last time that I seen him. He came -- like he had got a room for me in the front of the hotel, and Slim said I was like taking too long or something. I wasn't answering my phone. And he came down to the room and opened the door, and he seen Antron in the room. And he was -- he was a tattoo artist, so he was giving me a tattoo at the time, and he basically pistol whipped him and ran him all the way up the driveway out the hotel.

Q. Was that -- that was the last time you saw Antron?

A. Yes.

Q. All right. All right. [redacted], I want to -- I want to ask you about this prior deposition that you took that was in regards to the Super Inn. There were a couple of places in the deposition -- and just for citation's sake, 73, page 74, and then page 106. On these pages, you -- you pretty definitively state that, while you were at the Super 8, you did not have a trafficker, that you did not have a pimp, and that nobody was forcing you or coercing you. Can you -- can you just help me understand that testimony versus what you're telling me today.

A. So I do understand what you're saying. Basically, yes, I did say that, but at the time, that just kind of -- just kind of leaving the life and -- you know, I was just now like -- like leaving being trafficked and stuff, so I really -- the pimps that I was like kind of used to like Scarface and Pablo and Mike and all of them and Rick Ross, they were more like a gorilla pimps and slapping me around the room and beating me and a lot of stuff. To the -- it was like different with Milton. Like he -- he was abusive, but he was -- it was, in a way, like -- like mentally abusive, and it was like more like a Romeo pimp instead of like a gorilla pimp. And at the time, when I did have that deposition, I kind of really didn't know that I was still being trafficked because of the way that he kind of portrayed himself to me.

Q. Is that because he -- he gave you specifically a little more freedom and he did, in fact, use that money to buy you things?

A. Yeah. Versus -- with my other pimps, like they would keep the money. My nails wouldn't be done. My hair wouldn't be done. I -- I'd be looking a mess, and -- but with him, it was like he kind of cared for me. But at the time, I really didn't have much time to really think about what happened to me because a lot of the stuff that happened to me, I kind of of like to put it behind my mind and don't think about it. So when I actually had time to really grow and actually talk to this stuff -- to other people about it, it kind of still -- it still falls under trafficking.

Q. And, earlier, when we were talking -- I just want to confirm you were talking about Milton when you said there was no set hours, if he just woke you up in the morning, that's what it was?

A. Yes.

Q. Okay. So you were -- you were going on dates at his direction?

A. Yes.

Q. So this deposition was on -- the prior deposition was on May 11th, 2022. When -- and this -- the lawsuit we're here for was filed in -- I don't know -- October or November of '25. Between that time frame, when -- when did

it occur to you or did you come to terms with the fact that Milton was a trafficker?

A. I want to say like -- I want to say maybe around, I think, 2024.

Q. All right. I want to -- okay. Well, I -- I do want to ask you some specifics about Super 8. Do you -- do you want to take a breather, or do you want to keep going?

A. No. We can keep going.

Q. Okay. So at the Super 8, you know, I mean, we've -- certainly, there's -- there's been like witnesses -- like employees that have been named by name and then others by description, and I wanted to go through some of them with you just to get an understanding of, you know, who you know. So attached to your complaint, there was a witness affidavit from an individual named Santana Phillips. Are you familiar?

A. Yes.

Q. Yeah. Okay. Do you know Santana Phillips?

A. I don't know her personally. No. But I know of her.

Q. Okay. How do you know her -- of her?

A. Through Milton. I know her and her -- I don't know if it was her husband or her child's father. But they both worked at the Super 8, and they used to buy drugs from Milton often.

Q. What is Santana's partner or boyfriend's name?
A. I'm not sure.
Q. Okay. Can you describe him? Frame? Build?
A. He was -- I'm not going to -- he was skinny-ish, kind of built-ish. He had like a low cut hair. Black.
Q. Okay.
A. I want to say he was like missing a few teeth.
Q. Okay. Oh, and you -- you know of them because they -- you said that they bought weed from Milton?
A. Yes.
Q. Okay. Was she -- is she the same housekeeper that first introduced you to him?
A. No.
Q. There is -- there's another common name, I guess, amongst all the four of you, the plaintiffs -- or she's just known by Candy Lady. All right. Can you tell me in your own words -- like who -- who is Candy Lady?
A. Yeah. She was a lady that kind of stayed towards the back. She was on the side of the Super 8, but it was like towards the back side. And she basically sold candy, condoms. She sold snacks, drinks, lube, like anything, Tylenol. Like she had everything.
Q. Okay. Was she there the entire time -- well, was she there all the time you were at Super 8?
A. I -- I can't say for sure because, you know,

the -- you can't really tell if somebody's in their room or not.

Q. That might have been a bad question. Did her -- did you -- did your stay and her stay ever overlap at the Super 8? As in, were you all --

A. Did she leave and then I was there and -- or did -- did I leave and she was there?

Q. Yeah. Like -- or I guess a better -- what's the best way to ask this question? Okay. Well, did you ever see Candy Lady or meet her in person?

A. I went to go get a few things from her. Yes.

Q. Okay. All right. All right. Did she ever either expressly indicate to you -- or did you -- were you under the impression that she was an employee of the hotel?

A. No. I don't believe -- I think she just -- that's -- that's not the impression I got. No.

Q. Okay. So she was just a guest?

A. Yes.

Q. A long-term guest?

A. Yes. I believe so.

Q. Did you ever see -- like did you ever personally witness hotel staff interacting with Candy Lady? When I say interacting, I mean like purchasing stuff from her.

A. Yes.

Q. Okay. Can you just share an example.

A. Milton has went to go get stuff from her. I've seen -- I'm sorry. Did you ask like if any -- can you repeat the question.

Q. Yeah. I asked if you had ever personally witnessed any hotel employees --

A. Okay. Hotel --

Q. -- purchase anything from Candy Lady.

A. Yes. The lady that actually introduced me to Milton, she used to go to her all the time. And I know -- I think I seen Santana go in there a few times. I don't know. But everybody used to go get stuff from her. And, also, the security that stood at the front desk -- he was like a bald Black guy, kind of heavyset, really tall -- he used to go to her as well.

Q. So -- and I confused myself. I'm sorry. I'm going to go back here to Santana Phillips for a moment. Can you describe her to me.

A. Yes. She is a Black woman, and she had -- she always kind of had like real, real short hair, like kind of -- you would kind of mistake her for a man sometimes. Like not to be rude. But like she always kept her hair really short, and she was very loud -- always very loud. And when I met her, at first, she was like really, really, really skinny.

Q. Did it -- did you ever get the impression that

Santana Phillips was on drugs of any kind?
A. Yes.
Q. Okay. What gave you that impression?
A. Her buying them from Milton.
Q. Oh, I'm sorry. Yes. We -- we talked about weed. Okay. Let's move --
A. I don't -- I know --
Q. Let's talk about hard drugs.
A. -- it was weed, but -- yeah. But I think she was getting other stuff from him too. I didn't see -- like when he used to make sales, it was kind of like discreet, so -- it wasn't discreet, but it was like -- I -- I didn't see what he was giving to the people that he was -- you know, I really didn't pay attention to stuff like that. But I knew -- like you can -- you -- you know when somebody is on drugs like other than weed.
Q. Okay. To your knowledge, what drugs did Milton sell?
A. I know he sold cocaine, weed, and crack and all the pills, Xanax, beans, percs, any drug. Like he was like a one-stop shop. Everybody came to him. It was always in and out, in and out, in and out, in and out.
Q. So he was like the candy man?
A. Basically. Yeah.
Q. Beans is ecstasy; is that correct?

A. Yes.
Q. Okay. Another -- another witness who recently provided declaration or affidavit, her name was Winkeisha Vanterpool (sic). Do you know that name?
A. No.
Q. Now, in the complaint -- in the complaint, it's paragraph 10, but -- oh, no, it's not. I'm sorry. In the complaint and then in written discovery -- the interrogatories, I had asked you about -- you had identified like an Asian male at some point. How many Asian males do you remember on the premises in total?
A. Two.
Q. Okay. Did you know either one of them to be the owner?
A. Never actually put like the title on him like that he was the owner.
Q. Okay.
A. I just kind of assumed like that he was.
Q. Okay. What gave you that impression? Like the -- the Asian male you're describing as the owner -- what gave you the impression that he was the owner?
A. Just kind of like his demeanor and the way he would kind of like walk around the hotel like he was like King Tut. You know what I mean? Like smoking cigarettes and just -- like you kind of know when somebody -- and then

the car like he would pull up in. Like you would know.
Q. What kind of car did he pull up in?
A. I want to say it was like a Mercedes, but I don't want to like actually say that and it's not true. So I just know it was a nice car.
Q. A nice car. Okay. That Asian male who you believe to be the owner, did he -- did you ever witness him either buying drugs or soliciting sex from anybody?
A. No.
Q. The second Asian male, what did you believe his role was at the hotel?
A. I also thought he was an owner. Like maybe they were just both owners or maybe a manager. I know he was higher up in the employee list.
Q. Okay. So the -- the first Asian male we discussed that had the nice car, you think that he was -- you think that he was a tier below the second one that we're talking about?
A. I think he was the -- the head. I think he was the one -- the head because he was the one that would always stand in front of the lobby, walk around the hotel. This other guy, he kind of was always in the back of the desk. Like sometimes he would work the back of the desk. Sometimes he would just be in the -- in the lobby. You know what I mean? He would -- he really would rarely walk

around. Like you would rarely see him.

Q. Okay. Were either of these Asian males bald?

A. One of them.

Q. Which one of them?

A. The one that was rarely seen.

Q. Okay. And the -- the one that drove the nice car, he had some hair; is that correct?

A. I believe so. Yes.

Q. The second Asian male, the one that worked in the back, the bald one, did he -- did you ever witness him either purchasing drugs or soliciting sex from anybody?

A. No.

Q. Did you ever interact with the bald Asian male?

A. No.

Q. Did you ever interact with the other Asian male?

A. No.

Q. Did you ever interact with anybody at the front desk of the hotel?

A. Yes.

Q. Okay. Who?

A. It was this bald Black guy. And I want to say he was security, but I -- I don't want to put a na- -- a title on his job, but he worked at the front desk. And one day, the room -- one of the room keys wasn't working, and Milton asked me to go down there and get a new one. And when I

went down there to get the new key, he asked me if he could have a date with me, and I -- I told him that he would have to ask Milton because I run everything by him, and, also, I don't think he would want me to have an encounter with somebody that he knows. So he was like, okay, I'll go ask him right now. So we walked up there together, and then he asked Milton, and Milton said no.

Q. What led you to believe that he might be security?

A. Because he was always walking around the hotel. And a lot of the times, he was the one -- like he was the one always calling Milton, telling him the police was coming or if he had to call the police because something happened. He would have to -- like he would call -- he would tell Milton like, hey, I have to call the police. I'm just letting you know. Just keep stuff down and don't have so much traffic right now. Just keep stuff on pause because I have to call the police. Something happened. Like he would let him know a lot of the stuff like security-wise at the hotel.

Q. When -- when Milton would receive the call, how would you -- how do you know that it was the security guard individual on the other end?

A. Because he would tell me that he called him and told him that we need to pause everything.

Q. How would Milton refer to him? What -- what name?

A. He alway- -- what did he call him? He just said bruh at the front desk.
Q. The brat?
A. Bruh at the front desk.
Q. Oh, bruh. Bruh at the front desk. Okay. All right. While you were at the Super 8, were there ever any females that worked the front desk?
A. The only females that I recall working there were the housekeepers.
Q. Did -- did the housekeepers -- I guess -- while -- while you were on dates -- while you were headed to a date, coming back from a date, did -- did you ever make direct eye contact with any of the housekeepers?
A. Yes.
Q. Is there any doubt in your mind that the housekeepers knew what was going on?
A. No. There's no doubt in my mind that they didn't know.
Q. Okay. And I apologize. We've jumped around so much here that I need to --
MR. TRIVEDI: Actually, can we -- can we just go ahead and take a ten-minute break? I just need to --
MR. MCDONOUGH: Sure.
MR. TRIVEDI: -- to reorganize.

THE VIDEOGRAPHER: We are off the record at 11:07.

(Whereupon, a brief recess was held.)

THE VIDEOGRAPHER: We're now back on the record at 11:17.

BY MR. TRIVEDI: (Resuming)

Q. All right, REDACTED. I want to go back to Milton for a moment. During your stay -- your first stay at the Super 8 with Milton, did you ever feel like you could leave at any time of your own free will?

A. No.

Q. Okay. Why not?

A. For one, I didn't have anywhere to go. And, for two, I just felt like I was already in too deep, and I just felt like I was stuck in this life. Like I felt like I was going down a loophole, and nobody would really want to help me or -- and I just felt like a lot of shame about myself.

Q. Did the -- it -- it -- but it wasn't -- it was never that Milton had threatened you or made you feel like he would hurt you if you left?

A. Yes. He would say a lot of things, like if I ever left him, that he would find me -- he would always find me, and if I ever left -- like as soon as I walk out the door, that he's going to put a bullet in the back of my head. And

it was a lot of threats. Yes.

Q. Did -- and I can't -- I'm sorry if I asked this question to you. Did -- did Milton physically abuse you?

A. He -- he physically abused me like once or twice. He's choked me out, but he never like punched me and stuff because he didn't want to mess up my face. I wouldn't have to -- I wouldn't be able to go on dates.

Q. So I'm asking these questions because I'm -- I'm just trying to understand. When you say the others -- you know, the others were gorilla pimps, I mean, is it -- is it just by comparison that they were so much worse?

A. Yeah.

Q. Did Milton ever tell you what you should and should not say to other guests at the hotel?

A. Yes. He -- he always told me, if anybody asked what he was doing, that he was just taking care of me and like basically -- to kind of like make it seem like I was the one that wanted to do it and I wasn't the -- like he wasn't the one taking all the money and stuff, just trying to downplay what he was really doing.

Q. I know you said that Milton would use some of the money to -- to purchase clothes. Who made the decision on which clothes to purchase?

A. He did. A lot of the times, he would just come in the room with outfits that he wanted me to wear.

Q. Did Milton ever force you to use drugs?
A. No.
Q. I know earlier we talked about weed, and it's so commonplace I'm not even sure I categorize it as a drug. But apart from weed, I mean, were you -- were you otherwise using any other drugs?
A. No.
Q. Did you ever drink alcohol while you were at Super 8?
A. Yes.
Q. How often?
A. Every day.
Q. What would you drink every day?
A. The Candy Lady, she would sell these like shots -- Taaka -- the Taaka vodka shots. They were like a dollar.
Q. About how many of those shots would you take in a day?
A. Probably like one or two because he really didn't want me to get too drunk to where I was not able to work.
Q. Okay. Would -- would Milton be the one that actually paid for them?
A. He would give me the money that I gave him to get the liquor. Like I would have to ask him for the money.
Q. Did the hotel -- or, to your knowledge, did the hotel ever loan rooms to Milton?

A. Yes.
Q. Okay. How do you know that? Or why do you believe that?
A. Because he had multiple rooms at a time. And I know that you can only get one room in your name.
Q. What --
A. I think it was like two -- a two- -- a two-room limit, but he had like four or five.
Q. How do you know that -- that Super 8 had a two-room limit?
A. Because that's what Milton told me. Like he would always kind of like boast about it like, oh, they have a two-room limit, but I got four or five, like -- you know what I mean?
Q. Okay. So I guess the -- the difference would be between -- so loaning a room, to me, would be that he -- he didn't have to pay for them now; he could pay for them later. And I -- what I'm understanding you -- you're saying is that he simply got more rooms. Do you know if that -- do you know that he wasn't paying for those rooms at the time and that he did, in fact, pay for them later?
A. I know for a fact some of those rooms, yes, he did pay for them later because, a lot of the times, he would tell me I need to stay out a little longer because he had more rooms to pay for.

Q. I know we talked about the security guard. Was there -- was there any other employee of this Super 8 that -- that Milton was tight with?

A. I wouldn't say he was tight with the housekeepers, but a lot of rooms in the hotel weren't getting clean. Like you would have to call the front office to get your room cleaned. But with him, it was like the -- the housekeepers would come every two days, or if he called before the two days, like they would come and clean up the room, and it was like he got like a lot of more special treatment from the housekeepers. And I wouldn't say a tight relationship, but he knew -- he just really knew them by name and stuff.

Q. Whether you saw it personally or whether (indiscernible), do you think that he was giving the housekeepers like tips for coming whenever they came?

A. A lot of the times, he would try not to give anybody money. He would try to give them what he had to sell like weed or drugs in exchange for anything anybody would do for him.

Q. Okay. Okay. So, I mean, I know you've discussed that you've seen certain employees -- usually, housekeepers -- purchasing drugs from him. But are these once-in-a-while occurrences, or were you seeing this on an almost -- like a nearly daily basis?

A. Yes. It was very daily or every other day at

most.

Q. All right. Okay. And that was largely housekeepers?

A. Housekeepers and the dude at the front desk.

Q. The security guard?

A. Yes. I don't believe -- I don't know if he was the security or not. I'm not sure.

Q. Sure. Sure. I don't know where I'm getting this from. I'm sure I came across this somewhere. But did this individual -- did he carry like a walkie-talkie?

A. Yes. It would be a walkie-talkie and some keys -- like a lot of keys that would jingle a lot.

Q. Okay. Did any -- did any -- well, I'm going to ask first, did anybody ever approach you -- regardless of whether they were an employee or not, did anybody ever approach you and ask you if you needed help while you were at the Super 8?

A. No.

Q. All right. So there's been a common allegation between the four of you about where -- like where the rooms were. What is your -- what is your understanding of where your rooms were located? Or was there any intent behind where they were located?

A. So the majority of the rooms that I had were in the back -- like facing towards the back -- not facing the

back, but it would be not visible to when -- when you're pulling in. But sometimes he would get me a room in the front. Like that -- those rooms were kind of like more luxury -- like not luxury because they're all terrible rooms. But, to me, in that time, like if I got put in that front room, I felt like, you know . . .
Q. Why would you get a front room sometimes?
A. He gave me a front room to do like the -- the dates from the -- the ads that I would post just to make the buyers feel a little bit more comfortable.
Q. And you said those ads were posted under another -- another girl's name?
A. Yes.
Q. Okay. What -- what was the ad site?
A. MegaPersonals.
Q. Okay. Did you say that started about a week before the police raid?
A. Yes.
Q. Okay. So I guess you only got that room in the front a couple of times -- a few times?
A. Yes.
Q. Okay. While you were there, did you -- were -- were there other traffickers and other girls working there?
A. Yes.
Q. Can you -- just off the top of your head, can you

recall how many other traffickers that you knew about there?
A. I can't name -- like I can't give you a number from the top of my head, but like, roughly, it was at least eight -- like eight or nine traffickers, and a lot of these traffickers had multiple girls. Sometimes it'd be two girls in one room. Sometimes it'd be even four girls in one room with one trafficker. But I would say like at least like 15 girls.
Q. And were they all housed in that sort of back side of the property?
A. Yes.
Q. One of the other -- one of the other girls for one of the other cases is -- she -- her initials are JR. Do you know who I'm talking about?
A. Yes.
Q. I believe you indicated in responsive discovery that you know JR personally; is that correct?
A. Yes.
Q. Okay. How did you come to meet JR?
A. So I met her, actually, at Gigi's House after I was rescued. She was one of the girls that was staying there with me as well.
Q. Okay. And that was in April of 2021?
A. Yes. I believe.
Q. Yeah. It was like in that gap between your first

and second stay?

A. Yes.

Q. Yeah. Okay. To your knowledge, did JR -- did you ever -- well, let me ask, do you still keep in touch with JR?

A. Yes. We talk.

Q. Okay. Did -- to your knowledge, did she ever go to that For Sarah?

A. No.

Q. Okay. All right. I want to talk about law enforcement presence on the -- on the property. First, it's my understanding that this hotel was basically down the street from the police department. Does that sound right?

A. I'm not quite sure where the police department was at. But yes. I -- I believe so.

MR. TRIVEDI: And, Pat, are you -- did you make an objection?

MR. MCDONOUGH: No.

MR. TRIVEDI: No. Okay. Okay.

BY MR. TRIVEDI: (Resuming)

Q. Was -- was there frequent -- when I say frequent, I mean either daily or weekly. Was there a frequent police presence at the Super 8?

A. Yes. It was, I want to say, weekly.

Q. Okay. Do you know -- just -- I guess it's

personal knowledge, whether you know or not. But do you know if the police -- when they came on scene on this weekly basis, were they there responding to an event or incident? Or did they just come of their own accord?

A. It'd be like half and half. Sometimes they would just roll through just to ride around the hotel, and then they would just leave. Or sometimes they would get called for like gunshots or somebody's window got broken into or something.

Q. Did it ever happen while you were on a date in somebody's car that the police rolled up?

A. No. Not that I can recall.

Q. Were you -- that back side of the property, it faces the interstate; right?

A. Yes.

Q. Yeah. So on that back side of the property, did you ever see police in that area?

A. Just pol- -- like just sitting there or just riding around?

Q. Either way.

A. Sometimes they would come ride around, but they would never just sit there and really like observe. They --

Q. Okay.

A. -- would always just be like in and out.

Q. Okay. All right. Was -- for your dates, were

payments -- were they made by cash, or were they made by app?

A. By cash. All cash.

Q. Okay. Okay. I know we've talked about the timeline, and I -- well, I -- I do want a -- like, a final confirmation. I'll ask for that in a second. But are you able to -- I mean, are you able to actually distinguish between the different hotels and traffickers and things like that?

A. Yes.

Q. You are.

A. I'm sorry. It looked like it paused for a second.

Q. Can you -- am I moving?

A. Yeah. It's moving now. I thought you had --

Q. Okay.

A. -- said something. I'm sorry.

Q. Oh, what was I going to ask you? I'm sorry. Give me just -- oh, here we go. So when you made your way to For Sarah -- and -- well, I guess my first -- are you -- are you currently in therapy or having -- getting mental health treatment?

A. I've tried -- I've tried a few therapists, but a lot of them kind of like -- they're either like recommending me like medications, and like, you know, I feel like I don't really need -- I'm not telling them like I don't need it,

but I feel like the -- the drugs is not like the only . . .

MR. TRIVEDI: All right. We're having connectivity --

THE WITNESS: (Cross talk.)

MR. TRIVEDI: -- issues. All right. If we can just -- can we all just pause for a moment.

Mr. Videographer, are you getting connection issues?

THE VIDEOGRAPHER: No. I didn't notice anything just now.

MR. TRIVEDI: Okay.

THE COURT REPORTER: I did notice something.

THE WITNESS: Yeah. I seen it too. It said I had Internet connection issues.

MR. TRIVEDI: Okay.

THE WITNESS: Yeah. I think it's good.

THE VIDEOGRAPHER: As soon as she said that, she froze.

MR. TRIVEDI: Yeah.

THE VIDEOGRAPHER: Do we want to take a break till we get it sorted out?

MR. TRIVEDI: Yeah.
THE VIDEOGRAPHER: All right. We're now off the record at 11:39.
(Whereupon, a brief recess was held.)
THE VIDEOGRAPHER: We're now back on the record at 11:43.
BY MR. TRIVEDI: (Resuming)
Q. All right, REDACTED. So we -- we sort of broke apart. I'd asked you about therapists. You said you went to a few. A lot of them are recommending medication, but you don't really want to be on medication. Is that what you said?
A. Yes. I really don't. I'm trying to find other like resorts that I can go to. Like maybe I just need to find like a better therapist, so I'm still looking.
Q. Have -- you went to Wellstar following your rescue from -- from this -- from Super 8. Did you -- I mean, I'm sure they did like a routine workup and such. But was there any notable treatment that you received then or had to receive later on which you attribute to the Super 8?
A. Yes. They actually did diagnose me and my son with syphilis.
Q. Do you believe that was from the Super 8?
A. Yes.

Q. Why do you believe that?
A. Because the unprotected sex that I did have was with my child's father. And he was in jail afterwards, and he was in contact with one of my old friends, and he told me that he also had it as well. Well, he told her that he also had it as well.
Q. So is it your belief that it was transmitted with Antron -- or from Antron?
A. Yes.
Q. Okay. Well, I'm sorry to hear that and that it went to your son too. That is terrible. Okay. I -- I need to ask you a question about damages, and, I mean, I -- I understand the nature of the case. And so, you know, it just -- but I need to ask it. So with respect to -- with respect to the Super 8 -- okay. To the extent that you can focus in on -- on the Super 8 for the purposes of this question, can you tell me how your time at the Super 8 -- how it hurt you, how it impacted you, you know, what -- what -- what is like the lasting consequences of being trafficked at Super 8.
A. I feel like -- like, mentally, kind of like I was already going through a lot before the Super 8, but it kind of like tipped me over the edge when I was there. It kind of like mentally like -- I don't know. It's kind of hard to like word this.

Q. Well, let me ask this because I know -- I know you brought it up when you were talking about May with that Justin Baylor. I mean, when you're thinking about that tipping you over the edge, are you thinking about the time with Justin Baylor when you -- when you were three to four months pregnant and you were locked in a room? Is that the thought that --

A. I'm thinking about that time but just being at the Super 8, in general, kind of. Just like me getting pregnant and just like all those events happening like kind of back to back. It all happened while I was at the Super 8, and I feel like it kind of like -- just me being there just kind of like took me over the edge. Just me feeling like this is who I am now. Like I kind of got this reminder of what happened to me every day, like especially with me having -- you know, getting a child out of it and, you know, me getting a disease out of it and just all of that. It kind of -- it impacts me every day like just with my relationships now, and -- I'm in a great relationship now with my chi- -- with my daughter's dad, but I still have my days where I'm like -- I have like these episodes and -- and it's bad.

Q. Okay. Did -- did Milton know you were pregnant? Or did you know you were pregnant before you went to Gigi's House? Last two questions.

A. I knew I was pregnant bef- --
Q. Yeah.
A. I knew I was pregnant after I got rescued.
Q. Okay.
A. So after my first day at the raid, that's when I found out.
Q. Okay. All right, REDACTED I -- I really can't think of any other questions to ask you, but I have you here, and I don't -- you know, I just -- I want to make sure that I do everything properly. I know we were just kicked off and we took a break, but if you -- if you can just give me -- it's 11:49. If you can just give me till 12. If I have anything, I'll wrap it up in ten minutes, and then we can go. All right?
A. Okay. That sounds good.
Q. All right.
MR. TRIVEDI: We're off the record.
THE VIDEOGRAPHER: We're off the record at 11:50.
(Whereupon, a brief recess was held.)
THE VIDEOGRAPHER: We're now back on the record at 12 p.m.
BY MR. TRIVEDI: (Resuming)

Q. All right, REDACTED. I just have two -- two more questions for you, really. Do you know Terrel Evans?

A. No.

Q. I'll submit to you that Terrel Evans provided an affidavit for the cases, but it -- it was more general in nature, and I didn't know if you knew him. I want to go back to the discrepancy with the prior deposition testimony. What -- when did you first come to believe that the Super 8 may be responsible?

A. I want to say when I first got rescued. Like that's when I kind of realized, okay, like this was a lot. Like if -- because I'd kind of seen like how much -- how many police officers came and got me and like the FBI and like how serious it was. And then I realized like these hotels are -- they were allowing a lot of this stuff to go on.

Q. So the -- the rescue occurs on March 30th, 2021. So at that time -- at that time, did you still -- I guess you held the belief that Milton was not -- because he was not as bad as the other ones, that maybe he wasn't -- I guess you felt he wasn't a trafficker in that sense?

A. Yes. At the time --

Q. So --

A. -- I didn't -- I didn't think that he was trafficking me. No.

Q. What -- what was it that led you to believe or -- or accept that Milton was a trafficker?

A. Just with him posting the ads. Like just me just going back to everything that he did do, just taking out all the good -- not the good but the -- the things that I thought were different from the other pimps. Like taking away all the -- that stuff, like him doing my nails and him giving me money for what I asked for and stuff. Me just looking at, you know, him choking me out and, you know, him taking all the money still and him having multiple girls in different rooms because, at first, I didn't know that he -- he was a pimp. I just thought he like was offering me somewhere to stay. I didn't know he had all the -- the girls in different rooms. I learned like that maybe the next week just by -- different girls just kept coming up to our room, and I'd be like, wow, they're -- they keep coming like back to back. And they would be like wearing like clothes -- like the same clothes I would have on -- like the same type of clothes. And a lot of these clothes, he was bringing to me, so I just kind of like put one and one together. And then one time, I remember one of those Asian guys -- I don't remember if it was the bald one or the one with the hair. But they came up to the room, and he told Milton like, oh, you have a new girl? Like is this a new girl? And he was like, yeah, I got a new one.

Q. So I'll tell you -- just -- you -- (indiscernible) we've -- we've spoken to both Asian males. I mean, there are some identifiable differences, of course. One is bald, and the other one has hair. But one of them also has a really thick accent, and the other one has like a mild or moderate accident. If you can recall that particular comment -- can you -- can you recall the accent in which that comment was made?

A. No. I'm not quite sure because it was -- it wasn't too many words exchanged for me to like recall an accent.

Q. Okay. Based on your description -- again, I'm not -- it's simply just based on what we've talked about, a description. So based on the description of the Asian male who -- the bald one who sort of sat in the back -- back of the office, I mean, how often did you see him around the premises?

A. Not -- not so often. He -- he really didn't show his face much.

Q. Okay.

A. It was more of the -- the other -- skinnier one with the hair.

Q. Okay. All right. All right, REDACTED. Well, I don't have -- I don't have any other questions for you. I thank you very much for being here. I know it's -- this is

a -- this is a rough topic to talk about, but thank you very much for your time. And I think the court reporter might have some spellings for you.

A. Okay.

MR. MCDONOUGH: I just have a few follow-up questions. Does --

MR. TRIVEDI: Oh. Sorry. I'm sorry, Pat. Yes. Please (cross talk) --

MR. MCDONOUGH: That's okay. And I'll -- I'll try to be brief. But thank you. One, I just want to put on the record -- I know we've been using her name, but -- but you agree that this is all subject to the protective order, right?

MR. TRIVEDI: Yes. Yes. Yes.

MR. MCDONOUGH: Okay.

MR. TRIVEDI: I meant to ask that. I apologize.

MR. MCDONOUGH: Yeah. I should. I usually say it at the front. Anyway, thank you.

EXAMINATION

BY MR. MCDONOUGH:

Q. REDACTED just want to take you back and ask you a couple more questions about Milton or Slim. How -- how old was he?

A. He was around like 40, 45.

Q. All right. And did you have -- have sex with him?

A. Yes.

Q. And did you have to have sex with him to get the room?

A. I had to have sex with him. Yes.

Q. Okay. And beyond him buying, you know, nails or clothes or maybe a shot or two, he -- he essentially kept the money?

A. All of the money. Yes.

Q. And for you, did you have to see -- I'm going to call them dates. But did you have to see dates every day that you were there?

A. Yes.

Q. And -- and give me a range from like a slow day to a busy day.

A. So a slow day would be like maybe three or four guys a night, but like on a really busy day, it'd go up to like ten.

Q. And how did you get these dates? I know you said at the end you used MegaPersonals. But, before that, how were you getting dates?

A. Just me walking up and down Old National, up and down the driveway, walking around the hotel. A lot of these guys would just come in and always just be looking for girls, just driving around. So a lot of the times, I would just be walking up and down the driveway.

Q. And how were you dressed?

A. Little to no clothes. Lingerie.

Q. And when you were getting these dates and bringing them back, did any of the employees see you?

A. Yes.

Q. Just tell me who -- what they would have seen.

A. The Asian male that we were talking about, he would be standing in front of the -- the lobby, and I would be walking up and down the driveway. It'll be trucks coming in, and I'm -- you know, I might yell out a price. Or, you know, other girls might come and try to take, you know, a date from me, then we might go, you know, get into an argument because we're trying to, you know, argue over a date. Or he would see me just bending over and like, you know, kind of flaunting myself to get these guys' attention, basically.

Q. And I know you said you had dates in the room. Where else did you have these dates?

A. I had them in the car in the parking lot or in the rooms.

Q. And did other girls have dates in the parking lot, or were they all in the rooms?

A. They were in the parking lot, mostly, and -- mostly, half and half.

Q. Okay. And I know you talked about other girls that were there, and I think you said a lot of traffickers and a lot of other girls. How many of those other girls that were being trafficked or sold for sex, do you think, were under 18?

A. I want to say, I think, six out of ten girls were definitely underage because a lot of the girls were using the same IDs for MegaPersonals and ads and stuff.

Q. And you said something about cars driving around. Just -- if you were going to paint a scene of what -- either -- if the employee was walking the property or the housekeeper was moving around, describe what -- like how did you know these girls were being sold for sex, and how do you know buyers were coming up? What did it look like?

A. It looked like the parking lot was full of cars. Every other car had a date in it. A girl was having sex with the man. You would see the cars bouncing up and down. You would see girls getting out of the car with baby wipes, wiping their vagina, wiping off everything. You would see guys, you know, pulling their pants down and wiping themselves off. You would see girls off the balcony like

screaming at cars and telling them prices. And it was a lot.

Q. Okay. And this hotel -- I know there's like Old National and this hotel. Describe the distance between the -- kind of the main road and the hotel. Is there like a driveway or --

A. Yeah. It's a -- there's the main road, and then there's a really long driveway. There's a Waffle House that sits on the side, then the driveway keeps going down, and it's, I want to say, about a mile long.

Q. Okay. What would happen if someone saw a police car coming?

A. So when the police was coming, if Milton didn't already get a call from the guy at the front desk, they -- everybody would already be screaming, 12, 12, 12, like the police is here, and -- or people would just start knocking on doors and -- oh, 12's here, 12's here, banging on doors. Everybody would just start scattering like roaches, and the whole hotel would just go quiet for like ten minutes. And then when they would leave -- all right, everything's good. All right. Like and then everybody's back to normal.

Q. And what does 12 mean?

A. The police.

Q. Police. And did housekeepers actually come into your room?

A. Yes.

Q. Tell me what they would observe when they came into your room.

A. So some housekeepers -- especially with Milton, the two -- it'd be two housekeepers at a time because, you know, they always wanted to attend to his room like very -- like he wanted the room to be really, really clean. He had a lot of OCD. So they would come in. It would be two of them, and they would knock it out. But they were emptying out the trash, and, like I said, like some days I would see ten dates. Some days I would see three. But, you know, they'd come in every two days. So if the -- the trash would be piling up for two days, that's like 20, 30 condoms that are used in the trash, so, you know, they're cleaning all that stuff up. And there was a bunch of towels and baby wipes and baby oil on the sheets, and it was -- it was like really nasty.

Q. Okay. Any question in your mind that the housekeepers knew that there were young people being sold for sex?

A. No.

Q. And -- and you talked about an Asian man, and it really doesn't matter to me which one. But the one that you were talking about that was standing outside or walking around the property, what would he see?

A. He would see all these girls catcalling. He would see these girls had no clothes on. He would see -- literally see them having sex in the car. You could look over to your -- like if he was standing at the lobby, he could easily just turn around, and the cars are like back there, and you would see them.

Q. How -- how old was Antron?

A. He was around like 25, 26 when I first met him.

Q. And when you had sex with him, did he -- what was -- anything of value exchanged for the sex?

A. Yes. The first exchange was a tattoo that he was giving me. Or I think that was -- I think that's what he told me like he would -- he was going to give me a tattoo. That was the first thing that he told me that he was going to do. But, eventually -- I think, like a week later, that's when he actually gave it to me. But that was -- the exchange was for a tattoo. Yes.

Q. Okay. And after -- well, let me show you. I just want to show you a couple of pictures. Maybe look at that, and then --

A. (Cross talk.)

Q. -- we'll hold it up. Yeah. You look at it first.

A. Okay.

Q. That's -- what I'm showing you is Plaintiff's Exhibit 1.

(Whereupon, counsel's screen was shared to the proceeding and Plaintiff's Exhibit P-1, which was marked prior to the proceeding, was presented for identification.)

BY MR. MCDONOUGH: (Resuming)

Q. Can you identify that? Tell me what that is.

A. Yes. This is a picture of me at the Super 8 (cross talk) --

Q. Okay. Okay. And how -- why do you think it's of the Super 8 (cross talk) --

A. Because this painting in the background, it's in every room. Like not every room, but every other room -- this -- it's the same painting -- the same type of painting.

Q. All right. And will you turn that around for the screen just --

A. Yes.

Q. -- so they can see it. Oh, there you go. And I'll -- I'll send this to the court reporter and everybody. Okay. You can set that one down.

And would you say that Exhibit 1 is a fair and accurate picture of you back in that time when you were there?

A. Yes.

Q. All right. I'm going to show you what's marked as

Plaintiff's Exhibit 2.

(Whereupon, counsel's screen was shared to the proceeding and Plaintiff's Exhibit P-2, which was marked prior to the proceeding, was presented for identification.)

BY MR. MCDONOUGH: (Resuming)

Q. Can you tell me what that's a picture of?

A. This is a picture of me in one of the front rooms at Super 8.

Q. Okay. And is that a fair and accurate depiction of you during that time frame?

A. Yes.

Q. All right. And if you can turn that around. Hold it up still for a second. Okay. You can -- you can put that down. I'll show you what is marked as Plaintiff's Exhibit 3.

(Whereupon, counsel's screen was shared to the proceeding and Plaintiff's Exhibit P-3, which was marked prior to the proceeding, was presented for identification.)

BY MR. MCDONOUGH: (Resuming)

Q. Can you identify that?

A. Yes.

Q. And what is that?

A. This is a room at the Super Inn. This is the room on the back side (cross talk) --

Q. And -- and who is it a picture of?

A. Me.

Q. All right. And is that a fair and accurate picture of you during that time frame?

A. Yes.

Q. Okay. Will you hold that up. Okay.

MR. TRIVEDI: Can I just say -- she -- she identified Super Inn, and I just want to make sure we're (cross talk) --

THE WITNESS: I mean Super 8. I'm sorry. I get them confused all the time.

MR. MCDONOUGH: Thank you, Ankur.

BY MR. MCDONOUGH: (Resuming)

Q. So just -- just be clear -- I know the names sound familiar. But are you 100 percent clear this was at the Super 8?

A. Yes. The Super 8.

Q. Okay. You can set that down. I'm going to show you what's marked as Plaintiff's Exhibit 4.

(Whereupon, counsel's screen was

shared to the proceeding and Plaintiff's Exhibit P-4, which was marked prior to the proceeding, was presented for identification.)

BY MR. MCDONOUGH: (Resuming)

Q. Can you identify that?

A. Yes.

Q. And what is it?

A. This is a room at the Super 8.

Q. Okay. And who is it a picture of?

A. Me.

Q. And is it a fair and accurate picture of you?

A. Yes.

Q. And it was during that time frame you talked about earlier today?

A. Yes.

Q. Okay. Will you hold that up. Okay. I'm going to show you now what's marked as Plaintiff's Exhibit 5.

(Whereupon, counsel's screen was shared to the proceeding and Plaintiff's Exhibit P-5, which was marked prior to the proceeding, was presented for identification.)

BY MR. MCDONOUGH: (Resuming)

Q. And can you tell you what that's a picture of?

A. Yes. This is a picture of me at the Super 8.
Q. Okay. And is that during the time frame that you were there you talked about today?
A. Yes.
Q. And is that a fair and accurate picture of you?
A. Yes.
Q. All right. Will you show that. Okay. You can set that down. And in that picture, obviously, you're provocatively or, you know, scantily dressed. Did you ever wear anything similar to that or that when you were at the Super 8?
A. Yes.
Q. And did you see other girls when you talked about other girls you thought were being trafficked that were dressed similarly?
A. Yes.
MR. MCDONOUGH: I don't have any further questions. Are we done?
MR. TRIVEDI: Yeah. I don't have any other questions.
MR. MCDONOUGH: Okay.
THE VIDEOGRAPHER: We are now off the record at 12:16.
(Whereupon, the above-entitled matter was concluded at 12:16 p.m.)

04-30-2026/REDACTED /BG

ERRATA SHEET

I hereby certify that I have read the foregoing and within pages 8 through 75 and no changes are required.

This, the _______ day of ___________ 2026.

______________________________
REDACTED

Sworn to and subscribed before me, this _________ day of ____________ 2025.

________________________
Notary Public, Georgia

I hereby certify that I have read the foregoing and within pages 8 through 75 and I wish to make the following changes:

Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________
Page _____ Line: _____Reason:_______________________

This, the ______day of ______________ 2026.

______________________________
REDACTED

Sworn to and subscribed before me, this _________ day of ____________ 2026.

________________________
Notary Public, Georgia

DISCLOSURE

STATE OF GEORGIA

COUNTY OF LUMPKIN

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Certified Court Reporter and an independent contractor. I was contacted to provide court reporting services for this deposition. I will not be taking this deposition under any contract that is prohibited by the O.C.G.A. 15-14-37(a) and (b). I have no contract/agreement to provide court reporting services with any party to the case nor any counsel in the case.

I am not disqualified for interest, personal or financial, under O.C.G.A. 9-11-28(c).

I will charge my usual and customary rates to all parties in the case.

This, the 1st day of May 2026.

Brianna Gonzalez

CERTIFIED COURT REPORTER STATE OF GEORGIA 6755-3684-0320-6562

______________________
Brianna Gonzalez, CCR
Certificate Number:
6755-3684-0320-6562

CERTIFICATE

STATE OF GEORGIA

COUNTY OF LUMPKIN

I, Brianna Gonzalez, Certified Court Reporter, certify that the foregoing transcript is a true, correct, and complete record to the best of my ability of the testimony given by the deponent, REDACTED [redacted], who was first duly sworn by me; that I am not a relative, employee, attorney, or counsel of any of the parties nor financially interested in the action; and that the said deponent and counsel in the presence of each other and before me reserved the reading and signing of the deposition.

This certificate is expressly withdrawn and denied upon disassembly and/or photocopying of the foregoing transcript or any portion thereof, unless such disassembly or photocopying is done by the undersigned Certified Court Reporter and original signature and official seal is attached hereto.

WITNESS my hand and seal at Dahlonega, Lumpkin County, Georgia, this 1st day of May 2026.




Brianna Gonzalez, CCR
Certificate Number:
6755-3684-0320-6562

**$**

**$1,000 (1)**
23:4
**$500 (1)**
23:5

**§**

**§9-11-28c (1)**
5:5

**A**

**able (10)**
14:5;17:1,3;19:14,19;28:22;46:7;47:19;55:7,7
**above-entitled (1)**
75:24
**abuse (1)**
46:3
**abused (3)**
26:20,22;46:4
**abusive (3)**
23:21;33:19,21
**accent (3)**
63:5,7,11
**accept (1)**
62:2
**accident (1)**
63:6
**accord (1)**
54:4
**accurate (5)**
71:22;72:11;73:6;74:12;75:5
**across (4)**
16:4,10,14;50:9
**actual (1)**
9:12
**actually (16)**
11:23;16:3;17:10;32:2;34:11,12;38:8;40:15;41:4;44:21;47:21;52:20;55:7;57:22;68:24;70:16
**ad (1)**
51:14
**address (5)**
8:12;24:25;25:1;28:8,9
**adopt (1)**
12:13
**ads (8)**
24:8,9,10,13;51:9,11;62:3;67:12
**affidavit (3)**
35:15;40:3;61:5
**afterward (1)**
20:5
**afterwards (2)**
11:3;58:3
**again (3)**
5:14;10:23;63:12
**age (2)**
11:25;24:12
**agree (2)**
5:25;64:14
**agreement (1)**
5:22
**ahead (1)**
44:22
**airway (2)**
10:17,17
**alcohol (1)**
47:8
**allegation (1)**
50:19
**allowed (2)**
5:19;17:21
**allowing (1)**
61:15
**almost (2)**
18:12;49:24
**alongside (1)**
22:12
**alway- (1)**
44:1
**always (19)**
19:16;21:23;22:17;27:16,18;38:19,21,22;39:21;41:20,22;43:9,11;45:23;46:15;48:12;54:24;66:3;69:6
**amongst (1)**
36:15
**Ankur (2)**
6:10;73:17
**Antron (10)**
8:18;9:3;31:25;32:1,13,20,24;58:8,8;70:7
**anymore (1)**
16:18
**apart (2)**
47:5;57:10
**apologize (2)**
44:19;64:20
**apostrophe (1)**
12:23
**App (2)**
19:10;55:2
**approach (2)**
50:14,16
**approached (1)**
29:24
**April (3)**
5:7;27:6;52:23
**aquarium (1)**
28:1
**area (5)**
10:18;14:1;19:18;28:7;54:17
**argue (1)**
66:18
**argument (1)**
66:18
**Around (32)**
9:9;14:18;15:11;19:16;20:11;27:15;29:5,6;30:13,14;31:21;33:17;35:3;40:23;41:21;42:1;43:9;44:19;54:6,19,21;63:16;65:4;66:2,4;67:13,16;69:25;70:5,8;71:15;72:14
**arrived (3)**
19:13;20:1;28:23
**artist (1)**
32:21
**Asian (15)**
40:10,10,20;41:6,10,15;42:2,9,13,15;62:21;63:2,14;66:12;69:22
**aspect (1)**
26:24
**asso- (1)**
15:5
**associated (3)**
14:9;15:5;18:5
**assumed (1)**
40:18
**Atlanta (5)**
12:16,17;13:3,6,10
**attach (1)**
10:25
**attached (1)**
35:14
**attend (1)**
69:6
**attended (1)**
11:20
**attention (2)**
39:14;66:20
**attribute (1)**
57:21
**August (3)**
14:18;15:11,16
**aware (1)**
22:11
**away (3)**
12:20;17:18;62:7

**B**

**baby (4)**
8:24;67:22;69:15,16
**back (49)**
8:24;9:8;10:2;17:20;18:20;19:4;21:15;22:3,4,24;23:1;27:7,11;28:19;30:16;31:25;32:14;36:19,20;38:16;41:22,23;42:10;44:12;45:5,8,25;50:25,25;51:1;52:9;54:13,16;57:6;59:10,11;60:23;61:7;62:4,17,17;63:15,15;65:1;66:9;68:21;70:5;71:22;73:3
**background (1)**
71:12
**bad (3)**
37:3;59:22;61:20
**badger (1)**
6:22
**balcony (2)**
21:23;67:25
**bald (8)**
38:12;42:2,10,13,21;62:22;63:3,15
**Bancorp (2)**
6:12;22:13
**banging (2)**
30:19;68:17
**Based (3)**
63:12,13,14
**basic (1)**
8:3
**basically (25)**
9:19;15:1;17:21;18:18,24;19:2;20:16;22:1,3,7;24:1,7,17;25:17;29:9,11;31:9;32:4,22;33:11;36:20;39:24;46:17;53:12;66:21
**basis (2)**
49:24;54:3
**Baylor (5)**
29:15,18,20;59:3,5
**beans (2)**
39:20,25
**beating (1)**
33:18
**became (2)**
11:25;31:21
**bed (2)**
20:8,16
**bef- (1)**
60:1
**behind (2)**
34:10;50:22
**bel- (1)**
10:16
**belief (2)**
58:7;61:19
**below (1)**
41:17
**bending (1)**
66:19
**best (1)**
37:9
**better (3)**
29:3;37:8;57:16
**beyond (1)**
65:10
**birth (2)**
8:10;31:17
**bit (5)**
21:15;22:18;25:20;27:17;51:10
**Black (6)**
20:22,24;36:5;38:13,18;42:21
**boast (1)**
48:12
**body (1)**
14:8
**both (5)**
5:24;7:16;35:24;41:13;63:2
**bought (1)**
36:9
**bouncing (1)**
67:21
**boyfriend (1)**
8:16
**boyfriend's (2)**
8:25;36:1
**brat (1)**
44:3
**break (7)**
6:25;7:1,4;27:6;44:23;56:25;60:11
**breather (1)**
35:7
**brief (4)**
45:3;57:4;60:21;64:11
**bring (1)**
10:21
**bringing (4)**
22:21;23:4;62:20;66:8
**broke (1)**
57:9
**broken (1)**
54:8
**brought (3)**
9:2;18:19;59:2
**bruh (4)**
44:2,4,5,5
**build (3)**
13:19,21;36:3
**built-ish (1)**
36:5
**bullet (1)**
45:25
**bunch (4)**
25:8,8;30:14;69:15
**busy (2)**
65:19,21
**buy (2)**
34:3;35:24
**buyer (1)**
32:13
**buyers (4)**

32:2,10;51:10;
67:18
**buying (3)**
39:4;41:8;65:10

## C

**call (10)**
14:6;43:12,13,14,
17,20;44:1;49:6;
65:15;68:14
**called (9)**
7:23;13:23;26:18;
31:5,5,14;43:23;49:8;
54:7
**calling (1)**
43:11
**calls (2)**
23:15,16
**came (18)**
13:6,23,24;16:5;
24:15;25:7;29:7;30:1;
32:14,16,19;39:21;
49:15;50:9;54:2;
61:13;62:23;69:2
**can (54)**
7:4;11:2,2;20:20;
21:17,17;24:4,4,5;
27:23;28:9;29:22,22,
24;33:9,9;35:8;36:3,
16;37:25;38:2,16;
39:15;44:21,22;48:5;
51:25,25;54:12;
55:13;56:6,6;57:15;
58:15,17;60:11,12,14;
63:6,7,7;71:7,18,20;
72:8,14,15,15,24;
73:10,23;74:6,25;
75:7
**Candy (8)**
36:16,17,20;37:10,
22;38:7;39:23;47:14
**car (21)**
19:2;20:4;23:18;
25:2,3,5,6,7;28:17;
41:1,2,5,6,16;42:6;
54:11;66:24;67:20,
22;68:12;70:3
**care (2)**
27:19;46:16
**cared (1)**
34:7
**carry (2)**
23:23;50:10
**cars (7)**
19:16;23:16;67:13,
19,21;68:1;70:5
**case (4)**
6:11;10:5,12;58:13
**cases (4)**
22:12,14;52:13;
61:5
**Cash (6)**
19:10,10,12;55:1,3,
3
**catcalling (1)**
70:1
**catching (1)**
21:24
**categorize (1)**
47:4
**certain (1)**
49:21
**certainly (2)**
6:21;35:10
**chi- (1)**
59:20
**child (2)**
31:17;59:16
**child's (2)**
35:23;58:3
**choked (1)**
46:5
**choking (1)**
62:9
**Christmas (2)**
15:19;16:24
**cigarettes (1)**
40:24
**citation's (1)**
33:4
**city (2)**
28:5,6
**Civil (1)**
5:20
**Clark (9)**
14:22;15:10,22;
16:1,24;17:2,10,17,18
**clean (3)**
49:5,9;69:7
**cleaned (1)**
49:7
**cleaning (1)**
69:14
**clear (2)**
73:19,20
**clothes (10)**
30:7;46:22,23;
62:18,18,19,19;65:11;
66:7;70:2
**Cobb (1)**
26:5
**cocaine (1)**
39:19
**coercing (1)**
33:8
**College (2)**
26:4,9
**comfortable (2)**
27:23;51:10
**coming (10)**
32:3;43:11;44:12;
49:15;62:15,16;
66:14;67:18;68:12,13
**comment (2)**
63:7,8
**common (2)**
36:14;50:19
**commonplace (1)**
47:4
**comparison (1)**
46:11
**complaint (6)**
9:21;19:24;35:14;
40:6,6,8
**complied (1)**
5:4
**concluded (1)**
75:25
**condoms (2)**
36:21;69:13
**confirm (1)**
34:15
**confirmation (1)**
55:6
**confused (2)**
38:15;73:15
**connection (2)**
56:9,16
**connectivity (1)**
56:3
**consequences (1)**
58:19
**contact (3)**
9:3;44:13;58:4
**controlling (1)**
18:22
**conversation (1)**
21:19
**conversations (1)**
9:12
**corner (1)**
30:20
**correctly (1)**
12:5
**counsel (4)**
5:17,22,25;11:4
**counsel's (6)**
11:8;71:1;72:2,18;
73:25;74:19
**County (1)**
26:5
**couple (4)**
33:3;51:20;65:2;
70:19
**course (1)**
63:3
**court (4)**
5:3;56:13;64:2;
71:19
**Covington (1)**
8:13
**crack (1)**
39:19
**cream (1)**
28:1
**Cross (7)**
56:4;64:8;70:21;
71:9,11;73:3,12
**cross-examination (1)**
5:18
**crossfire (1)**
17:4
**crush (1)**
32:6
**current (1)**
8:12
**currently (2)**
9:5;55:20
**cut (1)**
36:5

## D

**D-1 (1)**
11:10
**dad (1)**
59:20
**daily (3)**
49:24,25;53:22
**damages (1)**
58:12
**Daniel (2)**
8:18;31:25
**date (13)**
8:10;17:6,7;18:20;
23:9,11;43:2;44:11,
12;54:10;66:17,19;
67:20
**dates (26)**
19:3,4,6,7;20:4;
21:19,22,24;22:15;
23:7;24:15;31:1;
34:19;44:11;46:7;
51:9;54:25;65:15,15,
23,25;66:8,22,23;
67:1;69:11
**daughter (1)**
8:17
**daughter's (1)**
59:20
**day (19)**
14:1,2,6;22:24;
23:8;30:21;42:23;
47:12,13,17;49:25;
59:15,18;60:5;65:15,
18,19,20,21
**days (14)**
13:8;18:15;20:3,6;
25:25;26:14;30:23;
49:8,9;59:21;69:10,
11,12,13
**December (9)**
6:14,14;15:8,9,12,
23,25;18:11;31:17
**decision (1)**
46:22
**declaration (1)**
40:3
**deep (1)**
45:15
**defendant (1)**
6:11
**Defendant's (1)**
11:10
**definitely (1)**
67:11
**definitively (1)**
33:6
**demeanor (1)**
40:22
**department (2)**
53:13,14
**depends (1)**
23:2
**depiction (1)**
72:11
**deponent (1)**
7:23
**deposed (1)**
7:24
**deposition (14)**
5:13,21;6:4,24;
9:14;10:1,3,25;33:2,4,
23;34:22,22;61:7
**describe (5)**
20:20;36:3;38:17;
67:16;68:4
**describing (1)**
40:20
**description (4)**
35:12;63:12,14,14
**desk (11)**
38:12;41:22,23;
42:18,23;44:2,4,5,7;
50:4;68:14
**detail (1)**
13:20
**developed (1)**
29:25
**DFCS (2)**
11:25;12:4
**diagnose (1)**
57:22
**difference (1)**
48:15
**differences (1)**
63:3
**different (9)**
16:8;21:10;28:1;
33:19;55:8;62:6,11,
14,15
**difficult (1)**
6:19
**direct (1)**
44:12
**direction (1)**
34:20
**directly (2)**
19:8;28:12
**disclosure (1)**
12:9
**discovery (4)**
5:17;9:17;40:8;
52:16

discreet (2)
39:11,12
discrepancy (1)
61:7
discussed (2)
41:15;49:20
disease (1)
59:17
distance (1)
68:4
distinguish (1)
55:7
documents (2)
9:13,18
Doe (1)
10:5
dollar (3)
22:16,22;47:15
done (7)
14:4,4;22:1,2;34:5,6;75:18
door (4)
28:3;30:19;32:19;45:24
doors (2)
68:17,17
doubt (3)
21:2;44:15,17
down (27)
10:17;13:25;14:7;16:15,19;21:23;23:19;24:6;25:5;26:9;32:19;42:25;43:1,15;45:17;53:12;66:1,2,5,14;67:21,24;68:9;71:20;72:16;73:23;75:8
downplay (1)
46:20
drawing (1)
22:14
dressed (3)
66:6;75:9,15
drink (2)
47:8,13
drinks (1)
36:21
drive (1)
26:8
driveway (9)
13:11,24;32:23;66:2,5,14;68:6,8,9
driving (2)
66:4;67:13
drove (1)
42:6
drug (2)
39:20;47:4
drugs (12)
35:24;39:1,8,16,17;41:8;42:11;47:1,6;49:18,22;56:1
drunk (1)
47:19
dude (1)
50:4
duly (1)
7:24
during (8)
6:24;16:24;17:3;45:9;72:12;73:7;74:14;75:2

E

earlier (3)
34:14;47:3;74:15
early (1)
23:10
easily (1)
70:5
ecstasy (1)
39:25
edge (3)
58:23;59:4,13
eight (2)
52:4,4
either (9)
37:12;40:13;41:8;42:2,11;53:22;54:20;55:23;67:15
elementary (1)
11:21
else (5)
17:20,22;27:24;30:14;66:23
employed (2)
9:5,7
employee (5)
37:14;41:14;49:2;50:15;67:15
employees (5)
20:11;35:11;38:5;49:21;66:9
emptying (1)
69:9
encounter (2)
30:2;43:4
end (8)
13:21;15:22,24,25;21:25;26:5;43:22;65:24
ended (12)
12:15,18;16:7;17:23;19:21;20:5,14;27:11,21;29:2;30:6,16
enforcement (1)
53:11
entire (1)
36:23
episodes (1)
59:21
escape (2)
17:4;31:3
escaped (3)
14:24;18:15,16
especially (2)
59:15;69:4
essentially (1)
65:11
Evans (2)
61:2,4
even (4)
23:6;28:9;47:4;52:6
event (1)
54:3
events (2)
6:16;59:10
Eventually (3)
19:20,21;70:15
everybody (5)
38:11;39:21;68:15,18;71:19
everybody's (1)
68:21
everything's (1)
68:20
EXAMINATION (2)
7:25;64:24
examined (1)
7:24
example (1)
37:25
except (1)
6:1
exchange (4)
17:7;49:18;70:11,17
exchanged (2)
63:10;70:10
excuse (1)
32:10
Exhibit (13)
11:1,10;70:25;71:3,21;72:1,4,17,20;73:24;74:2,18,21
exist (1)
16:18
expectations (1)
21:20
expressly (1)
37:13
extent (1)
58:15
eye (1)
44:12

F

face (2)
46:6;63:19
Facebook (1)
31:6
faces (1)
54:14
facility (1)
27:2
facing (2)
50:25,25
fact (4)
34:2;35:1;48:21,22
fair (5)
71:21;72:11;73:6;74:12;75:5
falls (1)
34:13
familiar (2)
35:16;73:20
father (3)
8:16;35:23;58:3
FBI (2)
24:15;61:13
February (1)
31:21
Federal (1)
5:20
feel (10)
22:5,6;27:22;45:10,20;51:10;55:24;56:1;58:21;59:12
feeling (1)
59:13
felt (6)
45:15,16,16,18;51:6;61:21
female (1)
20:24
females (2)
44:7,8
few (14)
9:18;13:7;16:15;17:22;25:25;27:22;28:16;36:7;37:11;38:10;51:20;55:22;57:11;64:5
fight (3)
27:16,20;30:15
fighting (1)
27:18
figure (1)
22:16
filed (1)
34:24
final (1)
55:5
finally (3)
13:10;30:1,1
find (8)
16:22;24:4;27:23;28:9;45:23,23;57:14,16
fine (1)
7:13
first (24)
6:4;8:3;12:11;19:13,25;21:19;25:16;31:17;36:12;38:23;41:15;45:9;50:14;52:25;53:11;55:19;60:5;61:8,10;62:11;70:8,11,14,22
five (4)
19:5;30:10;48:8,13
flaunting (1)
66:20
Florida (5)
11:18;12:17,19;13:6,14
focus (1)
58:16
following (4)
11:11;14:2,6;57:17
follows (1)
7:24
follow-up (1)
64:6
force (1)
47:1
forcing (1)
33:8
form (1)
6:2
foster (3)
25:24;26:12,12
found (9)
12:16;17:22;19:1;25:24,25;26:12,15;27:14;60:6
four (11)
19:5;25:22;26:11;30:10;36:15;48:8,13;50:20;52:6;59:5;65:20
frame (7)
19:25;34:25;36:3;72:12;73:7;74:14;75:2
free (1)
45:11
freedom (2)
22:19;34:2
frequent (3)
53:21,21,22
friend (3)
12:13,16,19
friends (1)
58:4
front (21)
25:1;32:17;38:12;41:21;42:17,23;44:2,4,5,7;49:6;50:4;51:3,6,7,8,20;64:22;66:13;68:14;72:9
froze (1)
56:22
full (1)
67:19
Fulton (5)
10:10,15,16;13:25;14:7
further (1)
75:18

## G

**gap (1)** 52:25
**gas (1)** 13:15
**gave (11)** 9:25;22:17,19;31:17;34:1;39:3;40:19,20;47:22;51:8;70:16
**gender (1)** 20:20
**general (2)** 59:9;61:5
**generally (1)** 17:5
**Georgia (1)** 8:14
**Gigi's (10)** 26:18,19;27:10,12;28:6,11;31:5,6;52:20;59:24
**girl (6)** 8:24;14:21;23:2;62:24,25;67:20
**girls (42)** 19:6,17;21:10;22:16,22,25;23:5,14;24:10;26:20,21,22;27:15;28:3;30:3,6,14;51:23;52:5,5,6,8,12,21;62:10,14,15;66:4,16;67:1,5,7,7,10,11,17,22,25;70:1,2;75:13,14
**girls' (1)** 24:12
**girl's (1)** 51:12
**giving (8)** 10:2;22:2,4;32:21;39:13;49:14;62:8;70:12
**good (7)** 29:10,11;56:20;60:15;62:5,5;68:20
**gorilla (3)** 33:17,22;46:10
**gotta (1)** 24:18
**graduate (1)** 11:23
**great (1)** 59:19
**group (4)** 25:25;26:15,17,23
**grow (1)** 34:11
**guard (3)** 43:21;49:1;50:5
**guess (19)** 7:20;12:4;13:11;14:20;19:24;20:7;21:18;27:5;29:2;31:20;36:14;37:8;44:10;48:15;51:19;53:25;55:19;61:18,21
**guest (2)** 37:17,19
**guests (1)** 46:14
**gun (2)** 17:8;23:23
**gunshots (1)** 54:8
**guy (6)** 13:15;29:7;38:13;41:22;42:21;68:14
**guys (4)** 62:22;65:21;66:3;67:24
**guys' (1)** 66:20

## H

**hair (10)** 14:4;22:1;34:5;36:5;38:19,21;42:7;62:23;63:4,22
**half (6)** 23:17,17;54:5,5;67:4,4
**handcuffed (1)** 25:12
**happen (6)** 7:15;12:12;32:13,15;54:10;68:11
**happened (9)** 9:18;17:3;25:18;34:9,9;43:12,17;59:11,15
**happening (3)** 17:4;29:3;59:10
**happily (1)** 7:11
**happy (1)** 6:25
**hard (4)** 27:21;30:11;39:8;58:24
**head (5)** 41:19,20;45:25;51:25;52:3
**headed (1)** 44:11
**health (1)** 55:20
**hear (1)** 58:10
**heard (2)** 27:24;29:8
**heavyset (1)** 38:13
**held (4)** 45:4;57:5;60:22;61:19
**help (4)** 14:25;33:9;45:17;50:16
**herein (1)** 7:23
**hey (1)** 43:14
**high (2)** 11:21,23
**higher (1)** 41:14
**Highway (1)** 6:13
**himself (2)** 22:8;33:25
**history (1)** 11:14
**hold (4)** 70:22;72:14;73:9;74:17
**home (8)** 12:1;25:24,25;26:12,13,15,17,23
**homeless (2)** 12:10,15
**hopped (1)** 28:17
**hospital (3)** 25:23;26:1,11
**Hospitality (2)** 10:6,9
**hotel (34)** 10:9;14:9,9;16:8;18:4,19,25;19:4,16;20:12;21:11;32:17,23;37:14,22;38:5,6;40:23;41:11,21;42:18;43:9,19;46:14;47:24,25;49:5;53:12;54:6;66:2;68:3,4,5,19
**hotels (2)** 55:8;61:15
**hour (2)** 31:10,10
**hours (4)** 17:22;25:22;26:11;34:16
**house (21)** 12:12,15,19;13:23;26:18,19;27:2,10,12;28:6,6,10,11;31:5,6,10,11,11;52:20;59:25;68:8
**housed (1)** 52:9
**housekeeper (5)** 20:20;21:3,6;36:11;67:16
**housekeepers (16)** 20:13;44:9,10,13,16;49:4,7,11,15,22;50:3,4;68:24;69:4,5,19
**housekeeper's (1)** 20:18
**hurt (2)** 45:21;58:18
**husband (1)** 35:23

## I

**ice (1)** 28:1
**ID (2)** 24:11,13
**idea (1)** 18:24
**identifiable (1)** 63:3
**identification (8)** 11:12;18:25;19:15;71:5;72:6,22;74:4,23
**identified (2)** 40:9;73:11
**identify (3)** 71:7;72:24;74:6
**IDs (1)** 67:12
**impacted (1)** 58:18
**impacts (1)** 59:18
**impression (7)** 13:7;37:14,16;38:25;39:3;40:19,21
**incident (4)** 12:1,4;17:6;54:3
**indicate (1)** 37:13
**indicated (1)** 52:16
**indication (1)** 21:5
**indiscernible (2)** 49:14;63:1
**individual (3)** 35:15;43:22;50:10
**Industrial (5)** 10:10,15,17;14:1,7
**information (1)** 8:3
**initials (1)** 52:13
**Inn (22)** 10:8,10,14;14:10,14,22;15:5,7,8,10;16:4,7,10,12,18;17:17,19,20;18:6;33:3;73:2,11
**instead (2)** 10:25;33:21
**intent (1)** 50:22
**interact (3)** 42:13,15,17
**interacting (2)** 37:22,23
**Internet (1)** 56:16
**interrogatories (2)** 19:24;40:9
**interstate (1)** 54:14
**into (10)** 13:11;14:13;16:1;18:12;21:13;22:4;54:8;66:17;68:24;69:3
**introduce (1)** 20:10
**introduced (3)** 31:8;36:12;38:8
**involved (1)** 12:1
**involvement (1)** 12:5
**issues (3)** 56:5,9,17

## J

**jail (2)** 27:17;58:3
**Jane (1)** 10:5
**January (2)** 18:8;19:25
**jingle (1)** 50:12
**job (1)** 42:23
**JR (5)** 52:13,17,19;53:3,5
**jump (1)** 21:15
**jumped (2)** 21:12;44:19
**June (1)** 8:11
**Justin (5)** 29:15,17,20;59:3,5

## K

**Kasey (4)** 31:7,13,13,15
**keep (11)** 21:13,14;22:1;30:5;34:5;35:7,8;43:15,16;53:4;62:16
**keeps (1)** 68:9
**Kentavious (1)** 9:1
**kept (3)**

38:21;62:15;65:11
**key (1)**
43:1
**keys (3)**
42:24;50:11,12
**kicked (1)**
60:10
**kind (60)**
14:3;21:21,23,25;22:5,6,17;23:3;24:19;25:19;27:17;28:14,15;29:4;30:8,18,20;32:5,9;33:12,13,15,23,24;34:7,10,13;36:5,18;38:13,19,19,20;39:1,11;40:18,22,23,25;41:2,22;46:17;48:12;51:3;55:23;58:21,22,23,24;59:9,10,12,12,14,17;61:11,12;62:20;66:20;68:5
**King (1)**
40:24
**knew (20)**
10:11;15:10;17:20;18:20;19:18;20:13;21:6,21;23:9;24:16;32:5;39:15;44:16;49:12,12;52:1;60:1,3;61:6;69:19
**knock (1)**
69:9
**knocking (1)**
68:16
**knowledge (6)**
21:5;39:17;47:24;53:3,7;54:1
**known (2)**
7:7;36:16
**knows (1)**
43:5

**L**

**Lady (8)**
36:16,17,18;37:10,22;38:7,8;47:14
**largely (1)**
50:2
**last (4)**
9:7;32:16,24;59:25
**lasting (1)**
58:19
**late (2)**
14:3;15:16
**later (6)**
22:22;48:18,21,23;57:21;70:15
**Latoya (4)**
14:21;16:4,6;17:6
**law (1)**
53:10
**lawsuit (1)**
34:23
**lawyer (1)**
9:13
**lawyers (2)**
7:6;31:8
**learned (1)**
62:14
**least (4)**
10:1,1;52:3,7
**leave (8)**
17:2;30:1,21;37:6,7;45:10;54:7;68:20
**leaving (2)**
33:13,14
**led (2)**
43:8;62:1
**left (7)**
12:11;14:23;18:18;27:25;45:21,23,24
**letting (1)**
43:15
**life (4)**
12:1;31:9;33:13;45:16
**lights (1)**
16:15
**liked (1)**
32:7
**limit (3)**
48:8,10,13
**Lincoln (2)**
6:11;22:13
**line (1)**
24:8
**Lingerie (1)**
66:7
**liquor (1)**
47:23
**list (1)**
41:14
**listened (1)**
30:15
**literally (3)**
16:10;31:10;70:3
**little (8)**
21:15;22:18;25:20;27:17;34:2;48:24;51:10;66:7
**live (3)**
8:13,15,16
**lived (2)**
11:18;12:16
**LLC (1)**
6:12
**loan (1)**
47:25
**loaning (1)**
48:16
**lobby (5)**
25:2;41:21,24;66:13;70:4
**located (2)**
50:22,23
**locked (2)**
30:18;59:6
**long (13)**
14:12,13;15:7;20:1;22:19,21;25:21;26:8,12;27:4;32:18;68:8,10
**longer (1)**
48:24
**long-term (1)**
37:19
**look (6)**
16:21;23:2;67:18;70:3,19,22
**looked (3)**
25:5;55:12;67:19
**looking (7)**
19:17;21:23;29:4;34:6;57:16;62:9;66:3
**loophole (1)**
45:17
**lost (2)**
5:12;12:15
**lot (38)**
19:3,5,18;21:24;25:18;27:15;33:18;34:9;43:10,18;45:18,22;46:1,24;48:23;49:5,10,16;50:12,12;52:4;55:23;57:11;58:22;61:11,15;62:19;66:2,4,24;67:1,3,6,7,11,19;68:2;69:8
**loud (2)**
38:22,22
**low (1)**
36:5
**lube (1)**
36:21
**luxury (2)**
51:4,4

**M**

**main (2)**
68:5,7
**majority (1)**
50:24
**making (4)**
7:9;22:20;23:14;24:8
**male (10)**
40:10,20;41:6,10,15;42:9,13,15;63:14;66:12
**males (3)**
40:10;42:2;63:2
**man (4)**
38:20;39:23;67:21;69:22
**manager (3)**
22:9,10;41:13
**many (7)**
30:23;40:10;47:16;52:1;61:13;63:10;67:7
**March (4)**
19:25;24:1;31:21;61:17
**marked (10)**
11:11;71:4,25;72:5,16,21;73:24;74:3,18,22
**matter (3)**
6:18;69:23;75:25
**max (1)**
20:3
**may (9)**
6:18,19;10:2;27:7;30:23;31:4;34:23;59:2;61:9
**maybe (17)**
14:15;15:11;18:21;19:5;20:22;24:14;26:14;27:24;35:3;41:12,13;57:15;61:20;62:14;65:11,20;70:19
**McClure (1)**
31:15
**MCDONOUGH (19)**
6:6,7;11:6;44:24;53:18;64:5,10,18,21,25;71:6;72:7,23;73:17,18;74:5,24;75:17,21
**mean (34)**
10:23;12:10;15:24,25;17:24;20:7;23:13,15;24:18;25:11;26:4,23;27:1;28:5;29:23;32:12,13;35:9;37:23;40:24;41:25;46:10;47:5;48:14;49:20;53:22;55:7;57:18;58:12;59:3;63:2,16;68:22;73:14
**means (1)**
5:25
**meant (1)**
64:19
**medication (2)**
57:11,12
**medications (1)**
55:24
**meet (4)**
19:21;32:13;37:10;52:19
**meeting (2)**
20:5;21:25
**MegaPersonals (3)**
51:15;65:24;67:12
**mental (1)**
55:20
**mentally (3)**
33:20;58:21,24
**mentioned (1)**
27:13
**Mercedes (1)**
41:3
**mess (2)**
34:6;46:6
**met (7)**
13:2,15;20:2,17;38:23;52:20;70:8
**Michael (10)**
14:22;15:10,22;16:1,3,24;17:2,10,17,18
**middle (2)**
8:4;23:19
**might (6)**
37:3;43:8;64:2;66:15,16,17
**Mike (1)**
33:16
**mild (1)**
63:5
**mile (1)**
68:10
**Milton (45)**
20:14;21:6,21;22:15;23:21;24:7;29:6,9;32:3;33:19;34:15;35:2,22,25;36:9;38:1,9;39:4,17;42:24;43:3,7,7,11,14,20,25;45:8,10,20;46:3,13,21;47:1,20,25;48:11;49:3;59:23;61:19;62:2,24;65:2;68:13;69:4
**mind (4)**
34:10;44:15,17;69:18
**minimum (1)**
22:15
**minors (1)**
26:22
**minutes (2)**
60:13;68:19
**misread (1)**
15:3
**missing (1)**
36:7
**mistake (1)**
38:20
**moderate (1)**
63:6
**mom (1)**
12:13
**moment (3)**
38:16;45:9;56:7
**money (18)**
17:7;18:23;22:2,21;24:19;32:14,14;34:2,5;46:19,22;47:22,23;49:17;62:8,10;65:12,13

**month (3)** 9:9;27:6;30:23
**months (3)** 30:10;31:20;59:6
**more (18)** 9:21;10:17;22:10, 19;25:12;26:21; 33:17,21;34:2;48:19, 25;49:10;51:3,10; 61:1,5;63:21;65:2
**morning (2)** 23:10;34:16
**most (1)** 50:1
**mostly (3)** 23:15;67:3,4
**motel (1)** 6:13
**move (1)** 39:6
**moving (3)** 55:13,14;67:16
**much (9)** 25:20;34:8;43:16; 44:20;46:11;61:12; 63:19,25;64:2
**multiple (4)** 23:6;48:4;52:5; 62:10
**myself (5)** 19:20;30:18;38:15; 45:18;66:20

**N**

**na- (1)** 42:22
**nails (5)** 14:4;22:2;34:5; 62:7;65:10
**name (22)** 5:13;6:10;8:4,25; 12:20;17:24;18:3; 20:18;29:14;31:13, 14;35:11;36:1,14; 40:3,4;43:25;48:5; 49:12;51:12;52:2; 64:14
**named (4)** 13:15;14:21;35:11, 15
**names (1)** 73:19
**nasty (1)** 69:17
[redacted] 5:13;6:9;7:22;33:1; 45:8;57:9;60:7;61:1; 63:23;65:1
**National (3)** 6:13;66:1;68:4
**nature (4)** 6:18;25:12;58:13; 61:6
**nearly (1)** 49:24
**necessarily (1)** 10:22
**need (12)** 6:21,24;7:1;43:24; 44:20,23;48:24; 55:25,25;57:15; 58:11,14
**needed (1)** 50:16
**Nelson (1)** 9:1
**new (6)** 18:12;42:25;43:1; 62:24,24,25
**next (4)** 14:6;31:10,10; 62:15
**nice (4)** 41:5,6,16;42:6
**night (2)** 14:11;65:21
**nighttime (1)** 23:8
**nine (2)** 31:20;52:4
**N-N-A (1)** 12:25
**nobody (4)** 27:24;30:15;33:8; 45:17
**normal (1)** 68:21
**notable (1)** 57:20
**notice (3)** 5:22;56:11,13
**November (5)** 8:24;15:11,16,24; 34:25
**nowhere (1)** 17:19
**number (3)** 11:20;22:15;52:2
[redacted]3) 5:15,16;7:22

**O**

**objection (2)** 11:6;53:17
**objections (2)** 6:1;11:5
**observe (2)** 54:22;69:2
**obviously (3)** 26:4;29:23;75:8
**occur (1)** 35:1
**occurred (1)** 12:1
**occurrences (1)** 49:23
**occurs (1)** 61:17
**OCD (1)** 69:8
**OCGA (1)** 5:5
**October (1)** 34:24
**off (12)** 8:2;22:8;45:1; 51:25;57:3;60:11,17, 19;67:23,25,25;75:22
**offered (2)** 12:17;20:16
**offering (1)** 62:12
**offhand (1)** 7:8
**office (2)** 49:6;63:16
**officers (1)** 61:13
**often (4)** 35:25;47:11;63:16, 18
**oil (1)** 69:16
**Old (8)** 6:13;8:8,9;58:4; 65:3;66:1;68:3;70:7
**once (3)** 18:20;26:25;46:4
**once-in-a-while (1)** 49:23
**one (66)** 7:1,5;8:21;10:1,1,4, 4,7,8;20:13;24:9,10, 12,15;32:2,7,8,10,15; 40:13;41:17,20,20; 42:3,4,5,6,9,10,23,24, 25;43:10,11;45:14; 46:18,19;47:18,20; 48:5;52:6,6,7,12,12, 12,21;58:4;62:20,20, 21,21,22,22,25;63:3, 4,4,5,15,21;64:12; 69:23,23;71:20;72:9
**ones (1)** 61:20
**one-stop (1)** 39:21
**online (1)** 24:9
**only (6)** 18:14;32:8;44:8; 48:5;51:19;56:1
**opened (1)** 32:19
**operation (2)** 24:1,5
**opposed (1)** 7:20
**order (1)** 64:16
**organization (2)** 31:13,14
**others (3)** 35:12;46:9,10
**otherwise (1)** 47:5
**out (28)** 23:16;24:24;25:7; 27:14,24;28:3,3; 30:19;32:23;39:22, 22,22,22;45:24;46:5; 48:24;54:24;56:25; 59:16,17;60:6;62:4,9; 66:15;67:10,22;69:9, 10
**outfits (1)** 46:25
**outing (1)** 27:25
**outside (1)** 69:24
**over (10)** 10:23;11:3;12:14; 18:20;58:23;59:4,13; 66:18,19;70:4
**overlap (1)** 37:4
**own (6)** 6:12;18:21,24; 36:17;45:11;54:4
**owner (6)** 40:14,16,20,21; 41:7,12
**owners (1)** 41:13

**P**

**P-1 (1)** 71:3
**P-2 (1)** 72:4
**P-3 (1)** 72:20
**P-4 (1)** 74:2
**P-5 (1)** 74:21
**Pablo (9)** 13:15,18,23;14:10, 14,17,24;15:2;33:16
**page (2)** 33:5,5
**pages (1)** 33:5
**paid (1)** 47:21
**paint (1)** 67:14
**painting (3)** 71:12,14,14
**pants (1)** 67:24
**paperwork (1)** 12:14
**paragraph (1)** 40:7
**parents (2)** 12:6,13
**parents' (1)** 12:11
**park (3)** 19:4;26:4,9
**parking (7)** 19:3,5;21:24;66:24; 67:1,3,19
**particular (1)** 63:6
**partner (1)** 36:1
**pastor (1)** 12:2
**Pat (3)** 6:7;53:16;64:8
**pause (3)** 43:16,24;56:7
**paused (1)** 55:12
**pawn (1)** 22:8
**pay (7)** 23:6;39:14;48:17, 17,21,23,25
**paying (3)** 19:7,10;48:20
**payments (1)** 55:1
**people (9)** 19:3;20:12;27:22; 28:16;32:8;34:12; 39:13;68:16;69:19
**percent (1)** 73:20
**percs (1)** 39:20
**perfectly (1)** 7:13
**person (3)** 24:23;25:3;37:10
**personal (1)** 54:1
**personally (5)** 35:19;37:21;38:4; 49:13;52:17
**Phillips (4)** 35:15,18;38:16; 39:1
**phone (2)** 14:4;32:19
**physically (3)** 23:21;46:3,4
**picture (14)** 14:13;16:2;71:8,22;

72:8,9;73:4,7;74:10, 12,25;75:1,5,8
**pictures (1)** 70:19
**piling (1)** 69:13
**pills (1)** 39:20
**pimp (5)** 18:22;33:8,21,22; 62:12
**pimps (5)** 33:15,17;34:4; 46:10;62:6
**pistol (1)** 32:22
**place (3)** 5:23;27:2;30:13
**places (2)** 28:1;33:4
**plaintiff (1)** 6:8
**plaintiffs (1)** 36:15
**Plaintiff's (10)** 70:24;71:3;72:1,4, 16,20;73:24;74:2,18, 21
**plan (1)** 16:6
**plaza (2)** 28:14,15
**please (4)** 5:9;6:25;7:6;64:8
**pm (2)** 60:24;75:25
**point (5)** 6:24;26:5;27:6; 30:9;40:10
**pol- (1)** 54:18
**police (27)** 9:20;24:22,23,24; 25:7,8,9,17,21;26:5; 43:11,12,14,17;51:17; 53:13,14,22;54:2,11, 17;61:13;68:11,13,16, 23,24
**portrayed (1)** 33:25
**position (1)** 31:25
**post (4)** 24:9,11,13;51:9
**posted (2)** 28:8;51:11
**posting (1)** 62:3
**pregnant (13)** 27:14,18,20;30:10, 11,17;31:22;59:6,9, 23,24;60:1,3
**premises (3)** 20:8;40:11;63:17
**preparation (1)** 9:13
**presence (2)** 53:11,23
**presented (6)** 11:12;71:5;72:6,22; 74:4,23
**pretty (1)** 33:6
**previously (1)** 7:23
**price (3)** 22:23,25;66:15
**prices (1)** 68:1
**prior (10)** 13:14;27:13;33:2; 34:22;61:7;71:4;72:5, 21;74:3,22
**probably (4)** 18:12;21:15;30:10; 47:18
**procedural (1)** 25:12
**Procedure (1)** 5:20
**proceeding (12)** 11:9,11;71:2,4; 72:3,5,19,21;74:1,3, 20,22
**program (1)** 31:7
**progressed (1)** 21:20
**properly (1)** 60:10
**property (6)** 52:10;53:11;54:13, 16;67:15;69:25
**protection (1)** 32:9
**protective (1)** 64:15
**provided (2)** 40:3;61:4
**provocatively (1)** 75:9
**pull (6)** 19:3,16;25:2,9; 41:1,2
**pulled (1)** 13:11
**pulling (3)** 25:3;51:2;67:24
**punched (1)** 46:5
**purchase (3)** 38:7;46:22,23
**purchasing (3)** 37:23;42:11;49:22
**purposes (3)** 5:17,19;58:16
**pursuant (1)** 5:21
**put (10)** 22:22;30:14;34:10; 40:15;42:22;45:25; 51:5;62:20;64:12; 72:15
**putting (1)** 22:23

**Q**

**Quality (9)** 10:8,14;14:22; 15:10;16:7,10,12; 17:17,19
**quickly (1)** 11:15
**quiet (1)** 68:19
**quite (3)** 9:10;53:14;63:9
**quote (1)** 26:2

**R**

**race (1)** 20:21
**raid (2)** 51:17;60:5
**ran (5)** 17:13,17,18;28:15; 32:22
**random (2)** 28:16,17
**range (1)** 65:18
**rarely (3)** 41:25;42:1,5
**rather (2)** 7:18,19
**read (2)** 10:20,23
**ready (1)** 23:11
**real (2)** 38:19,19
**reality (1)** 32:11
**realize (1)** 22:23
**realized (2)** 61:11,14
**really (46)** 7:8;11:15;13:18; 17:19;20:7,23,23; 25:20;27:1,12,16,20; 30:11,11;32:7;33:15, 23;34:8,8,11;37:1; 38:13,22,23,23,24; 39:14;41:25;45:17; 46:20;47:18;49:12; 54:22;55:25;57:12, 14;60:7;61:2;63:5,18; 65:21;68:8;69:7,7,17, 23
**reason (1)** 10:21
**reasonable (1)** 23:3
**recall (6)** 44:8;52:1;54:12; 63:6,7,10
**receive (2)** 43:20;57:21
**received (1)** 57:20
**recently (2)** 8:21;40:2
**recess (3)** 45:3;57:4;60:21
**recognized (1)** 29:5
**recommending (2)** 55:23;57:11
**record (11)** 5:7;6:7;45:2,6;57:3, 7;60:18,20,24;64:13; 75:23
**refer (1)** 43:25
**referred (1)** 31:7
**regardless (1)** 50:14
**regards (1)** 33:3
**relationship (5)** 12:6;29:25;32:5; 49:11;59:19
**relationships (1)** 59:19
**remember (11)** 7:12,14,19,20;10:2; 16:23;20:18;26:1; 40:11;62:21,22
**reminder (1)** 59:14
**rent (4)** 19:14,19;23:14; 28:22
**rented (1)** 19:20
**reorganize (1)** 44:25
**repeat (1)** 38:3
**rephrase (1)** 7:12
**reporter (5)** 5:3,8;56:13;64:2; 71:19
**reports (1)** 9:20
**represent (1)** 6:10
**requirements (1)** 5:4
**rescue (2)** 57:17;61:17
**rescued (7)** 24:7,15;25:10; 27:14;52:21;60:3; 61:10
**reserve (1)** 6:1
**resorts (1)** 57:15
**respect (2)** 58:14,15
**responding (1)** 54:3
**responses (1)** 19:23
**responsible (1)** 61:9
**responsive (1)** 52:16
**responsiveness (1)** 6:3
**restaurant (2)** 28:2,13
**Resuming (11)** 11:13;45:7;53:20; 57:8;60:25;71:6;72:7, 23;73:18;74:5,24
**review (2)** 9:13,16
**reviewed (2)** 9:17,18
**R'i- (1)** 12:21
**R'ianna (3)** 12:20,22,23
**Rick (8)** 17:23,24,25;18:4, 14,16,18;33:16
**ride (5)** 12:17;19:2;28:17; 54:6,21
**Ridge (1)** 8:13
**riding (1)** 54:19
**right (63)** 5:11;6:9;8:2,23,23; 9:11,25;10:11,11,20; 11:17;13:2,6,18; 14:17,20;16:21,22; 17:13,25;21:12;22:4; 23:19;24:2,19;26:10; 29:22;31:16;33:1,1; 35:5;36:16;37:12,12; 43:6,16;44:6;45:8; 50:2,19;53:10,13; 54:14,25;56:2,6;57:2, 9;60:7,14,16;61:1; 63:23,23;64:16;65:5;

68:20,21;71:15,25;72:14;73:6;75:7
**roaches (1)** 68:18
**Road (3)** 8:13;68:5,7
**Rodeway (2)** 14:10,14
**role (1)** 41:11
**roll (1)** 54:6
**rolled (1)** 54:11
**Romeo (1)** 33:21
**room (53)** 16:4;18:25;19:14,19,20,22;20:15,15;23:18;28:22,25;29:13,24;30:4,5,9,18,20,22;32:17,19,20;33:18;37:1;42:24,24;46:25;48:5,16;49:6,9;51:2,6,7,8,19;52:6,6;59:6;62:16,23;65:8;66:22;68:25;69:3,6,7;71:13,13,13;73:2,2;74:9
**rooms (20)** 21:11;23:6,14;47:25;48:4,19,20,22,25;49:5;50:20,22,24;51:3,5;62:11,14;66:25;67:2;72:9
**Ross (8)** 17:23,24,25;18:4,14,16,18;33:16
**rough (2)** 27:12;64:1
**roughly (1)** 52:3
**routine (1)** 57:19
**rude (1)** 38:21
**ruined (1)** 12:6
**Rules (1)** 5:20
**run (2)** 11:14;43:3
**RUTH (2)** 7:22;8:5
**R-U-T-H (1)** 8:6

**S**

**safe (5)** 27:2,23;28:6,10;31:11
**sake (1)** 33:4
**sales (1)** 39:11
**same (7)** 14:1;36:11;62:18,19;67:12;71:14,14
**Santana (5)** 35:15,18;38:10,16;39:1
**Santana's (1)** 36:1
**Sarah (3)** 31:14;53:8;55:19
**sat (1)** 63:15
**saw (3)** 32:24;49:13;68:11
**saying (3)** 9:18;33:11;48:18
**scantily (1)** 75:9
**Scar (3)** 14:12,13;15:13
**Scarface (10)** 14:13,20,23;15:1,4,13,14,17;16:5;33:16
**Scarface's (1)** 14:25
**scattering (1)** 68:18
**scene (2)** 54:2;67:14
**school (3)** 9:5;11:21,23
**schools (1)** 11:20
**screaming (2)** 68:1,15
**screen (7)** 11:8;71:1,16;72:2,18;73:25;74:19
**second (9)** 8:20;10:12;41:10,17;42:9;53:1;55:6,12;72:15
**security (7)** 38:12;42:22;43:8,21;49:1;50:5,7
**security-wise (1)** 43:18
**seeing (2)** 21:22;49:23
**seem (1)** 46:17
**sell (3)** 39:18;47:14;49:18
**selling (2)** 14:7;21:7
**send (2)** 11:3;71:19
**sense (2)** 7:9;61:21
**sensitive (1)** 6:18
**sent (2)** 25:1;31:9
**serious (1)** 61:14
**service (1)** 14:5
**set (5)** 22:15;34:16;71:20;73:23;75:8
**several (1)** 21:10
**sex (17)** 24:21;29:12;30:3,17;41:8;42:11;58:2;65:5,7,9;67:8,17,20;69:20;70:3,9,10
**shame (1)** 45:18
**share (1)** 37:25
**shared (6)** 11:9;71:2;72:3,19;74:1,20
**sheets (1)** 69:16
**shelter (1)** 26:20
**shock (1)** 25:19
**shooting (2)** 15:9;17:3
**shop (1)** 39:21
**short (2)** 38:19,22
**shot (2)** 17:11;65:11
**shots (3)** 47:14,15,16
**show (8)** 63:18;70:18,19;71:25;72:16;73:23;74:18;75:7
**showed (1)** 24:17
**showing (1)** 70:24
**shut (1)** 16:19
**sic (2)** 12:25;40:4
**side (7)** 36:19,20;52:9;54:13,16;68:9;73:3
**Silver (1)** 8:13
**similar (2)** 10:18;75:10
**similarly (1)** 75:15
**simply (3)** 10:25;48:19;63:13
**sit (2)** 6:22;54:22
**site (2)** 24:20;51:14
**sits (1)** 68:9
**sitting (1)** 54:18
**situation (1)** 32:5
**six (1)** 67:10
**skinnier (1)** 63:21
**skinny (3)** 20:22,23;38:24
**skinny-ish (1)** 36:4
**slapping (1)** 33:17
**sleep (1)** 14:11
**sleeping (2)** 20:4;30:8
**Slim (8)** 20:2,10;21:6,17;23:13;32:14,17;65:2
**slow (2)** 65:18,20
**slowing (1)** 25:5
**smoking (1)** 40:24
**snacks (1)** 36:21
**sold (8)** 20:13,14;36:20,21;39:19;67:8,17;69:19
**soliciting (2)** 41:8;42:11
**somebody (9)** 17:20;20:10;24:20;26:25;30:17;31:5;39:15;40:25;43:5
**somebody's (4)** 31:6;37:1;54:8,11
**someone (2)** 31:3;68:11
**sometime (1)** 15:15
**sometimes (14)** 23:4,5,17,18;38:20;41:23,24;51:2,7;52:5,6;54:5,7,21
**somewhere (5)** 17:22;27:24;30:14;50:9;62:13
**son (4)** 8:17;27:14;57:22;58:11
**soon (2)** 45:24;56:21
**Sorry (15)** 11:16;15:25;31:11;38:2,15;39:5;40:7;46:2;55:12,16,17;58:10;64:7,8;73:15
**sort (6)** 7:7;21:12;22:13;52:9;57:9;63:15
**sorted (1)** 56:25
**sound (3)** 24:2;53:13;73:19
**sounds (1)** 60:15
**speak (1)** 26:25
**special (1)** 49:10
**specific (1)** 11:4
**specifically (1)** 34:1
**specifics (1)** 35:6
**spellings (1)** 64:3
**spend (1)** 15:19
**spent (1)** 15:17
**spoken (1)** 63:2
**staff (1)** 37:22
**stand (1)** 41:21
**standing (3)** 66:13;69:24;70:4
**start (5)** 8:2;14:17;18:8;68:16,18
**started (10)** 12:12;14:16;21:17;22:23;24:8,14;25:4,6,9;51:16
**state (1)** 33:6
**station (3)** 13:15;25:17;26:6
**stay (16)** 13:7,22;17:21;20:16;25:25;27:2,10;30:24;32:1;37:4,4;45:9,9;48:24;53:1;62:13
**stayed (1)** 36:18
**staying (3)** 23:6;27:21;52:21
**stenograph- (1)** 5:24
**stenographic (1)** 5:25
**still (13)**

9:2;18:11;27:19; 32:3;33:23;34:13,13; 53:4;57:16;59:20; 61:18;62:10;72:15
**sting (2)** 24:1,5
**stood (1)** 38:12
**stop (1)** 25:6
**stopped (1)** 13:15
**street (6)** 16:11,14;17:24; 18:3;26:9;53:13
**stuck (2)** 7:16;45:16
**stuff (28)** 21:22,25;24:9; 27:18;28:2;30:7;32:7, 9;33:14,18;34:9,12; 37:23;38:1,11;39:10, 14;43:15,16,18;46:5, 19;49:12;61:15;62:7, 8;67:12;69:15
**subject (2)** 6:17;64:15
**submit (1)** 61:4
**sun (1)** 14:7
**Super (59)** 6:13;10:10;15:5,7, 8;16:3,18;17:20;18:6, 19;19:2,13;20:1; 25:15;27:7,11;28:12, 18,20,23;30:1,24; 33:3,7;35:6,9,24; 36:19,24;37:5;44:6; 45:10;47:9;48:9;49:2; 50:17;53:23;57:18, 21,24;58:15,16,17,20, 22;59:9,11;61:8;71:8, 11;72:10;73:2,11,14, 21,22;74:9;75:1,11
**supervision (1)** 25:21
**sure (23)** 9:10;15:23;16:19, 22;22:11;25:12,23; 28:8;29:11,12;36:2, 25;44:24;47:4;50:7,8, 8,9;53:14;57:19;60:9; 63:9;73:12
**survive (1)** 18:21
**swear (1)** 5:9
**sworn (2)** 5:10;7:24
**syphilis (1)** 57:23

**T**

**T&S (2)** 10:6,9
**Taaka (2)** 47:15,15
**table (1)** 7:3
**talk (12)** 34:12;39:8;53:6,10; 56:4;64:1,9;70:21; 71:9,11;73:3,13
**talked (12)** 23:14;29:9;39:5; 47:3;49:1;55:4;63:13; 67:5;69:22;74:14; 75:3,13
**talking (8)** 21:14;34:14,15; 41:17;52:14;59:2; 66:12;69:24
**tall (1)** 38:13
**tattoo (5)** 32:21,21;70:11,13, 17
**technically (1)** 22:3
**teeth (1)** 36:7
**telling (6)** 9:11;29:11;33:10; 43:11;55:25;68:1
**ten (5)** 60:13;65:22;67:10; 68:19;69:11
**ten-minute (1)** 44:23
**terms (2)** 21:18;35:1
**Terrel (2)** 61:2,4
**terrible (2)** 51:4;58:11
**testimony (2)** 33:10;61:7
**texted (1)** 25:3
**Thanksgiving (1)** 15:17
**therapist (1)** 57:16
**therapists (2)** 55:22;57:10
**therapy (2)** 26:24;55:20
**thick (1)** 63:5
**thinking (3)** 59:3,4,8
**thought (6)** 41:12;55:14;59:7; 62:6,12;75:14
**threatened (1)** 45:20
**threats (1)** 46:1
**three (14)** 12:8,9;14:15;18:15; 20:3,6;22:12;25:22; 26:10,14;28:19;59:5; 65:20;69:11
**tier (1)** 41:17
**tight (3)** 49:3,4,11
**till (2)** 56:25;60:12
**timeline (4)** 13:19;14:16;21:13; 55:5
**times (8)** 38:10;43:10;46:24; 48:23;49:16;51:20, 20;66:4
**tipped (1)** 58:23
**tipping (1)** 59:4
**tips (1)** 49:15
**tired (1)** 30:8
**title (2)** 40:15;42:22
**today (5)** 6:16;8:8;33:10; 74:15;75:3
**together (2)** 43:6;62:21
**told (11)** 24:24;27:21;43:2, 24;46:15;48:11;58:4, 5;62:23;70:13,14
**took (10)** 13:25;20:15;25:16, 17,23;26:7,11;33:2; 59:13;60:11
**top (2)** 51:25;52:3
**topic (1)** 64:1
**total (1)** 40:11
**touch (1)** 53:4
**tough (1)** 21:16
**towards (6)** 22:3;25:4,6;36:18, 20;50:25
**towels (1)** 69:15
**track (1)** 31:9
**traffic (2)** 19:18;43:16
**trafficked (6)** 32:3;33:14,24; 58:20;67:8;75:14
**trafficker (9)** 17:23;19:21;24:17; 29:20;33:7;35:2;52:7; 61:21;62:2
**traffickers (6)** 51:23;52:1,4,5; 55:8;67:6
**trafficking (2)** 34:13;61:25
**transcript (1)** 10:21
**transmitted (1)** 58:7
**trash (3)** 69:10,12,14
**treatment (3)** 49:10;55:21;57:20
**trial (1)** 6:5
**tried (7)** 16:21;18:23,23; 22:8,8;55:22,22
**TRIVEDI (28)** 5:11,16;6:9,10;8:1; 11:2,7,13;44:21,25; 45:7;53:16,19,20; 56:2,5,12,18,23;57:1, 8;60:17,25;64:7,17, 19;73:10;75:19
**trucks (1)** 66:14
**true (1)** 41:4
**truth (1)** 7:17
**try (5)** 18:21;49:16,17; 64:11;66:16
**trying (12)** 7:9;9:24;13:18,20; 27:20;30:15,19;32:4; 46:9,19;57:14;66:18
**turn (4)** 17:19;70:5;71:15; 72:14
**turned (1)** 14:5
**Tut (1)** 40:24
**twice (1)** 46:4
**two (26)** 12:9;14:15;18:14; 20:3,6;26:14;28:3; 30:2,6,21;40:12; 45:15;47:18;48:7; 49:8,8;52:5;59:25; 61:1,1;65:11;69:5,5,8, 12,13
**two- (1)** 48:7
**two-room (3)** 48:7,10,13
**Tylenol (1)** 36:22
**type (2)** 62:19;71:14

**U**

**Uber (1)** 31:9
**under (7)** 5:19;13:7;25:21; 34:13;37:13;51:11; 67:9
**underage (2)** 26:22;67:11
**undercover (1)** 23:25
**unprotected (1)** 58:2
**up (53)** 9:2,24;10:21;12:15, 18;13:6,14;15:8,11; 16:5,7,22;17:23;19:3, 21;20:5,14;21:25; 23:10;25:2;26:5; 27:11,21;29:2,7;30:6, 16;32:22;34:16;41:1, 2,14;43:6;46:6;49:9; 54:11;59:2;60:13; 62:15,23;65:21;66:1, 1,5,14;67:18,21; 69:13,15;70:22; 72:15;73:9;74:17
**use (9)** 6:4;24:9,11,13; 32:8,9;34:2;46:21; 47:1
**used (12)** 6:12;21:22;26:24; 27:25;33:15;35:24; 38:9,11,13;39:11; 65:24;69:14
**using (3)** 47:6;64:13;67:11
**usually (2)** 49:21;64:22

**V**

**vagina (1)** 67:23
**value (1)** 70:10
**Vanterpool (1)** 40:4
**Venus (4)** 13:3,11,22,22
**versus (2)**

33:10;34:4
**video (1)**
5:24
**VIDEOGRAPHER (12)**
5:6;45:1,5;56:8,10,21,24;57:2,6;60:19,23;75:22
**visible (1)**
51:1
**vodka (1)**
47:15

**W**

**Waffle (1)**
68:8
**waited (1)**
25:2
**wake (1)**
23:10
**walk (6)**
19:16;29:25;40:23;41:21,25;45:24
**walked (3)**
28:3,3;43:6
**walkie-talkie (2)**
50:10,11
**walking (9)**
25:4,6;43:9;66:1,2,5,14;67:15;69:24
**Walmart (2)**
28:15,16
**way (10)**
13:14;23:11;29:23;32:22;33:20,24;37:9;40:22;54:20;55:18
**wear (2)**
46:25;75:10
**wearing (1)**
62:17
**weed (15)**
20:13,14,15;21:7;24:16,18,20;36:9;39:5,9,16,19;47:3,5;49:18
**week (6)**
24:14;26:25;30:25;51:16;62:15;70:15
**weekly (3)**
53:22,24;54:2
**weeks (2)**
14:15;30:24
**weird (1)**
24:20
**Wellstar (2)**
26:2;57:17
**weren't (2)**
23:6;49:5
**What's (6)**
8:10,12;37:8;71:25;73:24;74:18
**whenever (3)**
7:1;14:6;49:15
**Whereupon (12)**
5:3;7:21;11:8;45:3;57:4;60:21;71:1;72:2,18;73:25;74:19;75:24
**whipped (1)**
32:22
**whole (5)**
17:4;25:8,8;30:14;68:19
**whose (2)**
12:19,19
**wigs (1)**
30:7
**willing (2)**
12:13,14
**window (1)**
54:8
**Winkeisha (1)**
40:3
**wipes (2)**
67:22;69:16
**wiping (3)**
67:23,23,24
**without (3)**
7:8;9:11;18:22
**witness (12)**
5:9,10,15;35:15;37:22;40:2;41:7;42:10;56:4,15,19;73:14
**witnessed (1)**
38:5
**witnesses (1)**
35:11
**woke (1)**
34:16
**woman (3)**
13:2;31:12;38:18
**women (1)**
26:20
**word (2)**
9:24;58:25
**words (2)**
36:17;63:10
**work (4)**
16:7;30:6;41:23;47:19
**worked (6)**
13:3;27:22;35:24;42:9,23;44:7
**working (5)**
14:21;22:21;42:24;44:8;51:23
**workup (1)**
57:19
**worse (1)**
46:11
**wow (1)**
62:16
**wrap (1)**
60:13
**written (1)**
40:8
**wrong (1)**
11:17

**X**

**Xanax (1)**
39:20

**Y**

**y'all (1)**
27:23
**year (1)**
18:12
**years (3)**
8:9;12:8,9
**yell (1)**
66:15
**young (1)**
69:19
**younger (1)**
11:18

**1**

**1 (3)**
11:1;70:25;71:21
**10 (1)**
40:7
**10:02 (2)**
5:2,8
**100 (1)**
73:20
**106 (1)**
33:5
**11 (1)**
10:2
**11:07 (1)**
45:2
**11:17 (1)**
45:6
**11:39 (1)**
57:3
**11:43 (1)**
57:7
**11:49 (1)**
60:12
**11:50 (1)**
60:20
**11th (1)**
34:23
**12 (7)**
11:25;60:12,24;68:15,15,15,22
**12:16 (2)**
75:23,25
**12's (2)**
68:17,17
**13 (1)**
11:25
**15 (1)**
52:7
**18 (1)**
67:9

**2**

**2 (1)**
72:1
**20 (1)**
69:13
**2003 (1)**
8:11
**2019 (1)**
6:14
**2020 (1)**
14:18
**2021 (7)**
6:15;9:8;24:2;31:17,21;52:23;61:17
**2022 (2)**
10:2;34:23
**2024 (1)**
35:4
**2026 (1)**
5:7
**21 (3)**
18:8;19:25;20:1
**22 (1)**
8:9
**24/7 (1)**
20:4
**25 (2)**
34:25;70:8
**26 (1)**
70:8
**28th (3)**
8:11;15:9;18:11
**29th (1)**
18:12

**3**

**3 (1)**
72:17
**30 (1)**
69:13
**30s (2)**
20:23,25
**30th (3)**
5:7;24:1;61:17
**32 (1)**
20:23
**34 (1)**
20:23

**4**

**4 (1)**
73:24
**40 (1)**
65:4
**45 (1)**
65:4

**5**

**5 (1)**
74:18
**55 (1)**
8:13

**7**

**73 (1)**
33:5
**74 (1)**
33:5

**8**

**8 (48)**
6:13;18:19;19:2,13;20:1;25:15;27:7,11;28:12,18,20,23;30:1,24;33:7;35:6,9,24;36:19,24;37:5;44:6;45:10;47:9;48:9;49:2;50:17;53:23;57:18,21,24;58:15,16,17,20,22;59:9,11;61:8;71:8,11;72:10;73:14,21,22;74:9;75:1,11