# EXHIBIT Q

Sections
95.5 WSB ATLANTA'S NEWS & TALK
WEATHER ALERT | Freeze Warning 1/2
95.5 WSB ATLANTA'S NEWS & TALK
ERICK ERICKSON
WEEKDAYS NOON-3PM
News • Weather • Traffic • Israel at War • On Air • On Demand • WSB Radio Live View • Contests • Advertise With Us • More
ADVERTISEMENT

LOCAL

# Police investigating body found at College Park motel near airport

February 28, 2022 at 9:34 am EST



Listen
NEWS WEATHER TRAFFIC

By WSB Radio

COLLEGE PARK, Ga. — College Park police are investigating a homicide at a motel near the Atlanta airport.

Details are limited, but police responded Monday morning to the Super 8 motel off Old National Highway.

ADVERTISEMENT
ERICK ERICKSON
WEEKDAYS NOON-3PM
LISTEN LIVE

When officers arrived, they found a body outside the motel. The circumstances around the victim's death have not been released.

Channel 2's Kristen Holloway is at the scene working to speak to investigators.

***Follow WSB Radio for more on this developing story.***

*©2022 Cox Media Group*



Is Your House Dusty? Use This Simple Trick

about.clarifion.com

AdChoices Sponsored

0

Comments on this article

Join The Conversation

Read Next



Winter weather advisory in effect for part of north Georgia




Tempe contin



*Forecast from 95.5 WSB Meteorologist*

***Christina Edwards***

AMS CERTIFIED

| NOW | 4 PM | 7 PM |
|---|---|---|
| 38° | 39° | 33° |

264 Traffic

**Panola Rd**
Road closed due to construction on Panola Rd both ways fro...

**Payne Rd**
Bridge closed due to construction work on Payne Rd both way...



ERICK ERICKSON
WEEKDAYS NOON-3PM

LISTEN LIVE

ADVERTISEMENT

0 Join the Conversation **View Comments**

Promoted Content

consumerbags.com | Sponsored
29 Cool Gifts for Christmas

SeniorsSaveToday.com | Sponsored
Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask

Artisan Weekly | Sponsored
Lara Is Retiring - Her Final Jewelry Pieces Are 80% Off

Junie Boutique | Sponsored
Learn More
1975 - 2025: Junie's Retiring and Her Bags are a Bargain!

Health Advice Today | Sponsored
Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"

Memory - healthlbs.com | Sponsored
Learn More
Dementia Has Been Linked To A Common Food - Do You Eat It?

FootRenew | Sponsored
Neuropathy is not from Low Vitamin B. Meet the Real Enemy of Neuropathy (Stop Doing This)

Anti-Aging Research Center | Sponsored
Moisturizer Won't Tighten Skin! Use This Household Item Instead

TheDecorIdeas | Sponsored
Husband designed this tiny cabin, wife laughed then fell silent wait till you see



ERICK ERICKSON
WEEKDAYS NOON-3PM

LISTEN LIVE

Olygee | Sponsored
Learn More
This 250th Anniversary Hat is Being Snapped up in Douglasville

Sleep Digest Publication | Sponsored
Side Sleepers Get Achy Shoulders, Few Know This "Side Sleeper" Trick

ADVERTISEMENT



**Georgia Bulldogs Coverage**

**Georgia favored over Texas, storylines aplenty in SEC showdown**



**Georgia final grades following comfortable win over Mississippi State**



**Georgia picks up easy road win at Mississippi State**





ERICK ERICKSON
WEEKDAYS NOON-3PM

LISTEN LIVE



PLAINTIFF JR 167

MORE

**WSB Radio**

**Sign Up For Newsletters**

ZIP Code Email Address

Enter ZIP Enter Email Address

SIGN UP

## Download the 95.5 WSB app

GET IT ON Google Play

Download on the App Store




ADVERTISEMENT

**1975 - 2025: Junie's Retiring and Her Bags are a Bargain!**

Junie Boutique

Learn More

### NEWSLETTER

Sign up below to be added to our mailing list for the latest news updates, access to exclusive contests, and more!

SIGN UP

### MOBILE APPS

Everything you love about wsbradio.com and more! Tap on any of the buttons below to download our app.

Download on the App Store GET IT ON Google Play

### AMAZON ALEXA

Enable our Skill today to listen live at home on your Alexa Devices!

JUST ASK amazon alexa

ADVERTISEMENT






ERICK ERICKSON

WEEKDAYS NOON-3PM

LISTEN LIVE

**More**

Contact Us

Work With Us

Contest Rules

EEO Statement

WSB-AM Public File

WSB-AM FCC Applications

WSBB-FM Public File

WSBB-FM FCC Applications

WSB-FM Public File

WSB-FM FCC Applications

Photo & Video Release Terms & Conditions

**Advertising**

Advertise With Us

**Help**

Website Help

© 2025 **Cox Media Group**. All Rights Reserved. By using this website, you accept the terms of our **Visitor Agreement** and **Privacy Policy**, and understand your options regarding **Ad Choices**. Learn about **careers** at Cox Media Group.

**Manage Cookie Preferences** | **Do Not Sell or Share My Personal Information**



ERICK ERICKSON
WEEKDAYS NOON-3PM

LISTEN LIVE