# EXHIBIT R

Sections

95.5 WSB ATLANTA'S NEWS & TALK

WEATHER ALERT | Freeze Warning 1/2

95.5 WSB ATLANTA'S NEWS & TALK

ERICK ERICKSON
WEEKDAYS NOON-3PM

News • Weather • Traffic • Israel at War • On Air • On Demand • WSB Radio Live View • Contests • Advertise With Us • More

ADVERTISEMENT

LOCAL

# Suspect arrested after 13-year-old abducted from motel in College Park

By **WSBTV**
July 25, 2024 at 5:20 pm EDT




+ Caption

(WSB-TV)

By **WSBTV**
July 25, 2024 at 5:20 pm EDT

Listen

NEWS WEATHER TRAFFIC

COLLEGE PARK, Ga. — A suspect has been taken into custody after allegedly kidnapping a teenager in College Park, according to Clayton deputies.

Police in College Park confirmed that a 13-year-old girl was abducted at the Super 8 Motel on Old National Hwy. on Thursday afternoon.

Clayton deputies say the initial report of a kidnapping came around 2 p.m. At 2:35 p.m., deputies patrolling Riverdale Road spotted the suspect's vehicle and were able to stop it.

ADVERTISEMENT





ERICK ERICKSON
WEEKDAYS NOON-3

EN LIVE



The 22-year-old suspect was taken into custody. His or her name has not been released.

Deputies in Clayton County are looking after the girl. Her identity has not been released.

AdChoices Sponsored

0
Comments on this article

Join The Conversation

**Read Next**



**Metro Atlanta city to hold public discussion about E-Bikes**



*Forecast from 95.5 WSB Meteorologist*
***Christina Edwards***

| NOW | 5 PM | 8 PM |
|---|---|---|
| 38° | 38° | 33° |

264 Traffic

**Panola Rd**
Road closed due to construction on Panola Rd both ways fro...

**Payne Rd**
Bridge closed due to construction work on Payne Rd both way...



**ERICK ERICKSON**
WEEKDAYS NOON-3PM

**LISTEN LIVE**

0 Join the Conversation View Comments

New List Ranks the Top 10 Wealth Management Firms of 2025

SmartAsset | Sponsored Learn More

Promoted Content

consumerbags.com | Sponsored
29 Cool Gifts for Christmas

Pure Wellness | Sponsored
Stop Eating This One Thing—Or Keep Growing Stubborn Fat

Goldco | Sponsored
If You're Not Using This IRS Retirement Loophole, You Should Be

Junie Boutique | Sponsored Learn More
1975 - 2025: Junie's Retiring and Her Bags are a Bargain!

SeniorsSaveToday.com | Sponsored
Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask

Memory - healthlbs.com | Sponsored Learn More
Dementia Has Been Linked To A Common Food - Do You Eat It?

Health Advice Today | Sponsored
Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"

US Medicine Today | Sponsored
Most Put Parents in Assisted Living. But This Son Knew Better



ERICK ERICKSON
WEEKDAYS NOON-3PM

LISTEN LIVE

Neuropathy is not from Low Vitamin B. Meet the Real Enemy of Neuropathy (Stop Doing This)

HealthyWallet | Sponsored
Learn More
Social Security Recipients Under $2,384/Mo Now Entitled To 12 "Kickbacks" (Tap for List)

**New Balance Unisex Fresh Foam BB v2 Beige/Pink**
The Fresh Foam BB v2 is innovation, built to help keep players feeling fresh and comfortable, throughout the entire game. The evolved design applies dual-density cushioning to the full-length Fresh Foam X midsole. An ultra-plush center is combined with firmer foam around …
Joe's New Balance Outlet | Sponsored
Buy now

Handcraft Weekly | Sponsored
Learn More
Noemi Is Retiring - Her Last Knitted Sweaters Are Up To 70% Off

Anti-Aging Research Center | Sponsored
Moisturizer Won't Tighten Skin! Use This Household Item Instead

**Georgia Bulldogs Coverage**

**Georgia favored over Texas, storylines aplenty in SEC showdown**



**Georgia final grades following comfortable win over Mississippi State**





**ERICK ERICKSON**
WEEKDAYS NOON-3PM

**LISTEN LIVE**

**Georgia picks up easy road win at Mississippi State**



MORE

WSB Radio

Sign Up For Newsletters

ZIP Code Email Address

Enter ZIP Enter Email Address

SIGN UP

Download the 95.5 WSB app

GET IT ON Google Play

Download on the App Store




ADVERTISEMENT

## NEWSLETTER

Sign up below to be added to our mailing list for the latest news updates, access to exclusive contests, and more!

SIGN UP

## MOBILE APPS

Everything you love about wsbradio.com and more! Tap on any of the buttons below to download our app.

## AMAZON ALEXA

Enable our Skill today to listen live at home on your Alexa Devices!



ERICK ERICKSON
WEEKDAYS NOON-3PM

LISTEN LIVE

ADVERTISEMENT

**More**

Contact Us

Work With Us

Contest Rules

EEO Statement

WSB-AM Public File

WSB-AM FCC Applications

WSBB-FM Public File

WSBB-FM FCC Applications

WSB-FM Public File

WSB-FM FCC Applications

Photo & Video Release Terms & Conditions

**Advertising**

Advertise With Us

**Help**

Website Help

© 2025 **Cox Media Group**. All Rights Reserved. By using this website, you accept the terms of our **Visitor Agreement** and **Privacy Policy**, and understand your options regarding **Ad Choices**. Learn about **careers** at Cox Media Group.

**Manage Cookie Preferences** | **Do Not Sell or Share My Personal Information**



**ERICK ERICKSON**
WEEKDAYS NOON-3PM

**LISTEN LIVE**