# EXHIBIT 1

RPTID: 229000531

AGENCY: GA0600600

# - INCIDENT REPORT -

*UNION CITY POLICE DEPARTMENT*

CASENO: 21-007540

*Print Date: 06/22/2026 08:18:05 AM*

EVENT

| INCIDENT TYPE: | COUNTS | INCIDENT CODE |
|---|---|---|
| [redacted] | 1 | [redacted] |
| | | |
| | | |

INCIDENT LOCATION: [redacted]

LOC. CODE:

| INCIDENT DATE | TIME | | DATE | TIME |
|---|---|---|---|---|
| 07/07/2021 | 1720 | TO | 07/07/2021 | 1745 |

STRANGER TO STRANGER: YES ☐ NO ☐ UNK ☑

PREMISE TYPE

| | | | |
|---|---|---|---|
| ☐ | 1- HIGHWAY | ☐ | 2- SVC.STATION |
| ☐ | 3- CONVENIENCE STORE | ☐ | 4- BANK |
| ☐ | 5- COMMERCIAL | ☐ | 6- RESIDENCE |
| ☐ | 7- SCHOOL/ CAMPUS | ☐ | 8- ALL OTHER |

WEAPON TYPE

| | | | |
|---|---|---|---|
| ☐ | 1- GUN | ☐ | 2- KNIFE CUTTING TOOL |
| ☐ | 3- HANDS/FIST/ETC. | ☐ | 4- OTHER |

[redacted]

**RPTID:** 229000531

# INCIDENT REPORT - NARRATIVE

**CASENO:** 21-007540

**AGENCY:** GA0600600

*UNION CITY POLICE DEPARTMENT*

*Print Date: 06/22/2026 08:18:06 AM*

[redacted]

| | | |
|---|---|---|
| **Officer Name:** BATTLE, STERLIKKA | **Badge:** 1012 | **Date Added:** 07/07/2021 |

[redacted]

# INCIDENT REPORT - SUPPLEMENTAL

**RPTID:** 229000531

*UNION CITY POLICE DEPARTMENT*

**CASENO:** 21-007540

**AGENCY:** GA0600600

*Print Date: 06/22/2026 08:18:06 AM*

[redacted]

**R**

**A**

[redacted]

# Bibb County Sheriff's Office
# Compact

**Print Date/Time:** 06/23/2026 13:10
**Login ID:** maconbibb\pdavis
**Case Number:** 2019-00070103

Bibb County Sheriff's Office
**ORI Number:** GA0110000

## Case Details:

**Case Number:** 2019-00070103

[redacted]

[redacted]

**Occurred From:** 07/02/2019 22:00
**Occurred Thru:** 07/03/2019 02:00
**Reported Date:** 07/03/2019 01:52 Wednesday

**Reporting Officer ID:** 2930-Purcell, W

**Status:** [redacted] 07/03/2019

[redacted]

**Assigned Bureau:** [redacted]

Children

[redacted]

# Bibb County Sheriff's Office
## Compact

**Print Date/Time:** 06/23/2026 13:10
**Login ID:** maconbibb\pdavis
**Case Number:** 2019-00070103

Bibb County Sheriff's Office
**ORI Number:** GA0110000

[redacted]

[redacted]

# INCIDENT/INVESTIGATION REPORT

| Agency Name | Case# |
|---|---|
| *College Park Police Department* | *21-05615* |
| ORI: *GA 0600100* | Date / Time Reported: *07/06/2021 20:15 Tue* |
| | Last Known Secure: *07/06/2021 20:15 Tue* |
| | At Found: *07/06/2021 20:15 Tue* |

I N C I D

| Location of Incident | Gang Relat | Premise Type | District/Beat |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

# INCIDENT/INVESTIGATION REPORT

*College Park Police Department*

Case # *21-05615*

[redacted]

# REPORTING OFFICER NARRATIVE

*College Park Police Department*

| Victim | Offense | OCA 21-05615 |
|---|---|---|
| [redacted] | [redacted] | Date / Time Reported: *Tue 07/06/2021 20:15* |

[redacted]

# Riverdale Police Department

Deputy Report for Incident 22P01535

[redacted]

**Offense Codes:** [redacted]

**Received By:** POTTER K **How Received:** T **Agency:** RPD

**Responding Officers:** POTTER K

**Responsible Officer:** POTTER K [redacted]

**When Reported:** 16:10:00 09/26/22 **Occurred Between:** 15:50:00 09/26/22 and 16:10:00 09/26/22

**Assigned To:** **Detail:** **Date Assigned:** **/**/**

**Status:** **Status Date:** **/**/** **Due Date:** **/**/**

[redacted]

07/07/26