In The Matter Of:

***JR vs. Lincoln Bancorp***

Deposition Of:

***30(b)(6) Tony Tran***

Taken On:

*4/1/2026*

Pope Reporting & Video, LLC
4355 Cobb Pkwy SE
Suite J207
404-856-0966

www.popereporting.com

POPE REPORTING & VIDEO
EXPERIENCED · PROFESSIONAL · DEPENDABLE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.R. | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1::25-CV-04629-JPB |
| LINCOLN BANCORP, LLC, | ) | |
| Defendant. | ) | |

---

The 30(b)(6) deposition of TONY TRAN taken in person before Dennis W. Davis, CCR, 6061-6949-2566-8352, Certified Court Reporter, at One Sugarloaf Centre 1960 Satellite Boulevard, Suite 4000 Duluth, Georgia 30097, commencing at 1:00 p.m. on Wednesday, April 1, 2026.

P R O C E E D I N G S

1:00 p.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. 9-11-28(d).)

MR. VIDEOGRAPHER: We are now on the record for April 1, 2026. The time is 1:07 p.m. Will the Court Reporter please swear in the witness.

THE REPORTER: Mr. Tran, if you would please raise your right hand.

(Whereupon, the Witness was sworn.)

MR. REPORTER: The deponent is with you.

MR. TONGE: Okay. Mr. Tran, again, my name is Jonathan Towns. I represent three of the plaintiffs in these cases. And this is Carson Wynn and she represents the fourth plaintiff in the case. This will be the deposition of Lincoln Bancorp LLC. And also the 30B6 deposition of Lincoln Property Management LLC. This is taken pursuant to notice and agreement of counsel in four cases. T.H. v. Lincoln Bancorp, #125CV04310. N.N. v. Lincoln Bancorp #1:25cv04313. J.R. v. Lincoln Bancorp, #125CV4629. And, D.B. v. Lincoln Bancorp and Lincoln Property Management, LLC. #125CV05391. It's taken for all purposes allowed under the Federal Rules of Civil Procedure, including use at

Q. Okay. Have you ever called the police for prostitution?

**A. I don't see it in my hotel, to be honest with you.**

Q. Okay.

**A. I see a gangbang here and there, but I don't see prostitution in my hotel.**

Q. So, you said you see gangbang sometimes?

**A. Yeah, gangbang. You know. They come in like gangbang youngster, come smoke weed, things like that. Drive car turn, turn on the music very loud, things like that.**

Q. Okay. And so, you said you had never seen it, so have you never seen, you've never once suspected prostitution of happening at the Super 8?

**A. Not to my knowledge, yes.**

Q. Okay. And, have you ever once suspected sex trafficking to be happening at the Super 8?

**A. Repeat the question again?**

Q. Sure. Have you ever once suspected sex trafficking happening at the Super 8?

**A. So your question, do I want the sex trafficking happen at Super 8?**

Q. No, no, that's not my question. So, I asked, had you ever suspected prostitution? And you said no.

**A. Right.**

Q. And so, now I'm changing that question to say, have you ever suspected sex trafficking happening at the Super 8?

**A. I don t know. Can I put Google for clear translation to understand exactly what you did?**

MR. TRIVEDI: He s asking if you thought it was happening.

MR. TONGE: Okay.

MR. TONGE: (Resuming)

Q. Okay. Have you ever thought that sex trafficking was happening at the Super 8?

**A. To be honest with you, I don't know.**

Q. Okay. Sitting here today, can you recall any instance where you thought sex trafficking was happening?

**A. To be honest with you, 100%, I don't know. I don't know, I don't think so. I don't see them, but this is something very shocked me. But I don't know, I don't see them, I don't see things like that. I have a girl myself, if something happens, I will protect them to the best of my heart.**

Q. Okay.

**A. But I don't see, I don't know.**

Q. Did you carry a gun when you worked at the

defendant discloses the case of Charlie Rocker Jr. versus Lincoln Band Corp. LLC. It gives the Fulton County and the case number arising out of an assault and battery on or about August 13th, 2021. And that the claim settled for $150,000. And so, we ask if Lincoln was aware of several crimes; violent crimes, sexual assaults, rapes, commercial sex, prostitution, pimping, indecent exposure, sex trafficking or other sex crimes. And you disclosed this one assault. And so, does Lincoln know about any of those other crimes? Are you aware of any of those other crimes ever occurring at the Super 8 while Lincoln owned the hotel?

**A. I'm confused with the question.**

Q. Okay. That's fair. All right. So, I'll do it a little bit differently and just go one by one. When Lincoln owned the hotel, are you aware of any incident of violent crime?

**A. Yes, I do aware of some violent crime.**

Q. Okay. What are the ones you're thinking of?

**A. Like, girlfriend and boyfriend, they fight in the room. Fight in the room with a guy. Guy fight, until we call the police.**

Q. Like fights outside?

**A. Huh?**

Q. Like fights outside like you were talking

about earlier with the guys?

**A. Yeah, yeah, yeah, yeah.**

Q. Okay.

**A. Yeah, know, know, know, something like that happened.**

Q. Okay. All right, so, is Lincoln, and so I'm just going to go down this list of the kinds of crimes that we ask about.

**A. Okay.**

Q. Is Lincoln aware of any sexual assaults at the Super 8 while you owned it?

**A. No, I don't aware of that.**

Q. Okay. Is Lincoln aware of any rapes that happened at the Super 8 while you owned it?

**A. I not aware of that.**

Q. Is Lincoln aware of any prostitution at the Super 8?

**A. I not aware of that.**

Q. Is Lincoln aware of any pimping that occurred at the Super 8?

**A. I not aware of that.**

Q. Okay. Is Lincoln aware of any indecent exposure case at the Super 8?

**A. What do you mean exposure?**

Q. When people are naked or taking their clothes

off or something like that?

**A. No, no, no, not like that, no.**

Q. And I think you've already answered, but is Lincoln aware of any sex trafficking that occurred at the Super 8?

**A. No, no, not that I know of, yeah.**

Q. Outside of those, is Lincoln aware of any other kind of sex crime at the Super 8?

**A. No.**

Q. Okay. I looked a little bit at that Charlie Rocker case. Is that something that you remember?

**A. The what now?**

Q. The other lawsuit that was an assault case involving a guy named Charlie Rocker.

**A. I saw that, but I don't remember that case. Probably that case I wasn't there.**

Q. Okay.

**A. But there was a report and a lawsuit, things like that. So, I reported it and now I bring it up, I remember. But other than that, I don't remember, yeah.**

Q. I was wondering, in that complaint he alleged that he was punched in the face by an employee. Do you know which employee he was talking about?

**A. I have no idea.**

Q. Okay.

Q. Okay.
**A. So, something like that they called the police right away.**
Q. Okay.
**A. So, I don't know.**
Q. So, do you think somebody called the police about the gun shots?
**A. Yes.**
Q. Was it common to hear gun shots at the Super 8?
**A. Not common, but it does happen.**
Q. How often would it happen?
**A. I don't know. Maybe I remember. Maybe one time, two times.**
Q. Okay. Do you recall being told about this review?
**A. I don't recall the review, but the story that people party outside, cut them in the room, gun shot, smoking pipe, I hear that randomly.**
Q. So, the stuff that's in these reviews is not surprising to you? Is that what you're saying? You've heard complaints like that?
**A. Which one?**
Q. Well, you just said the gun shots, the people smoking, the fights.

**A. Did it bother me? Yes.**
Q. Not did it bother you, but did you hear complaints like that from other...
**A. I think I hear complaints like that. I think yes.**
Q. Okay. Where would you hear those complaints from?
**A. Well, during the working time, you know, they might report to me in the morning. But they call the police at night, you know, because of gun shots or people party. So, they call the police, keep them out, so that was probably the room, you know, whatever room. We kick them out. We have problems last night, things like that. So, I should be aware sometimes.**
Q. Okay. This one is from February 2, 2020. This is Exhibit 16. Found sex toy in room. Management refused to do anything about it. There's a response from Kumar on February 4, 2020. I don't believe I've seen Kumar before. Do you know who Kumar would be?
**A. Do I know Kumar?**
Q. It says a response to...
**A. I don't know. I don't know.**
Q. Did you have an employee named Kumar?
**A. Probably. Probably. I don't remember. But probably some of them, but they use a nickname, a slang**

**name. I don t know.**

Q. The list of names I read you earlier, there was nobody named Kumar.

**A. Probably they use the same name.**

Q. Okay. But you don't know who that is?

**A. I don't remember.**

Q. Okay. Do you recall being told about this review?

**A. This one?**

Q. Yeah.

**A. Yes, people come there with girlfriend, boyfriend, maybe. I don't know. Maybe they have happened. So, that's why I, something like this, I meet it with the staff to make sure they look out for things like that so the problem won't come back.**

Q. And are you saying you think that's what you would have done or do you recall doing that? When you say I would meet with staff or do that, are you saying that hypothetically that's what you would do or that you remember doing that in response to that?

**A. Not specifically.**

Q. So, you don't remember doing anything specific?

**A. I don t know. I forget.**

Q. Okay. This one I pulled some because this