IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H, N.N., J.R. and D.B., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| -vs- | ) |
| | ) NO. 1:25-cv-4310 |
| LINCOLN BANCORP LLC | ) 1:25-cv-4313 |
| d/b/a SUPER 8 BY WYNDHAM; | ) 1:25-cv-4629 |
| AND LINCOLN PROPERTY | ) 1:25-cv-05391 |
| MANAGEMENT LLC, | ) |
| | ) |
| Defendant(s). | ) |

VIDEOTAPED DEPOSITION OF LOUIS VU

TAKEN ON BEHALF OF

THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON APRIL 1, 2026

REPORTED BY: SHELLEY MARBURGER, CSR

I'm with The Stoddard Firm and I represent Plaintiff D.B.

MR. TRIVEDI: This is Ankur Trivedi with GMKE, and we represent Lincoln Bancorp, LLC and in the D.B. case Lincoln Property Management as well.

LOUIS VU

of lawful age, being first duly sworn, deposes and says in reply to the questions propounded as follows:

MR. TONGE: Everybody good?

So I just wanted to note that are two other cases also that this deposition applies to, and that T.H. v. Lincoln Bancorp, LLC, and also in the Northern District of Georgia. That's 1:25-cv-4310, and N.N. v. Lincoln Bancorp, LLC, Number 1:25-cv-4313.

Yeah. And if I didn't get y'all notices of that. I will get you -- the court reporter that.

So this will be the deposition of Louis Vu taken pursuant to notice and agreement of counsel in those four cases mentioned. It's taken for all purposes allowed under the federal rules of civil procedure, including use of trial.

Q. And how is that different than sex trafficking?

A. That's, honestly, I don't pay attention. Okay. Sex trafficking is people being forced to -- to sell their body, and prostitution -- prostitution is people, you know, do it with their -- their own will.

Q. Uh-huh. When you worked at the Super 8 did you ever have any suspicions that sex trafficking may have been happening at the hotel?

A. No, sir.

Q. Okay.

A. Because I only stay, you know, at the front desk and the lobby, yeah. Doing the paperwork, you know, checking people.

Q. And so you're saying you didn't see anything around the hotel that would make you think there was sex trafficking?

A. No, sir.

Q. When you worked at the Super 8 were you ever concerned that prostitution was happening at the hotel?

A. Yes. But it's not my job for that because I only -- my job is only checking people in, check out people, do -- you know, grab the

housekeeping list thing. And busy for -- for -- for that. In the morning it's very busy, you know, time. And evening sometime when I work people have a second shift to work from 4:00 p.m. to midnight or depending, yeah.
Q. Okay. So are you saying it wasn't your job to report prostitution at the hotel?
A. No. I don't know anything so how do I report?
Q. Oh, okay. So you -- okay. I think I misunderstood that.
A. Yeah.
Q. So you're saying that never once when you worked at the Super 8 did you see anything --
A. No.
Q. -- that looked like prostitution?
A. No, sir.
Q. Okay. And then never once when you worked at the Super 8 did you see anything that looked like sex trafficking?
A. No, sir.
Q. Okay. Are you aware of any other kind of sex crimes that happened at the Super 8 when you guys -- when you were working there?
A. No, sir.

A. No.
Q. Okay. All right. I'm going to show you this other exhibit here if I can find it. Hang on, I'm sorry. I've got to close this, so that you don't see my -- my entire internet history, I guess.
This will probably involve a little bit of reading on your part, so let me know if I need to zoom in on any of this so that you can see it better.
Okay. Do you see that, where it says "Human Trafficking"?
A. Yes.
Q. Okay. And so this is from the South Fulton police Department?
A. Uh-huh.
Q. And it lists three victims here, and one of the victims is Ms. [redacted].
Do you see that?
A. Yeah.
Q. And so these pages are numbered, and these are the suspects: Quasim Cherry, Eron McCrary, Antonio MaGee, and Tanatrious MaGee.
And these all have a red page number in the bottom right.

Q. Did you know the guy named "E"?
A. I don't recall.
Q. Okay. Did you know a guy named Quasim Cherry?
A. I don't recall.
Q. Okay. And so just from your training with the -- the Wyndham sex trafficking thing, if [redacted] was under the age of 18 and sh- -- men were coming to the Super 8 to pay for sex with her, would you consider that sex trafficking?
A. I don't know.
Q. Okay.
A. I know when -- when this happened I didn't know anything about her, so I don't recall.
Q. Okay. From your training, is it your understanding that if a person under the age of 18 is sold for sex that that's sex trafficking?
A. Yes. But how do I know her? She certainly -- you know.
Q. Uh-huh. I'm going to go to 500 -- or, actually -- oh, I'm sorry. Let me go to 5- -- now I'm going to skip down a ways to a different document in this exhibit.
So this says -- this is page -- the Bates number is 523, and it says the date is May 6,

2020, City of South Fulton Police, Criminal Investigations division.

In the middle paragraph it says "on May 15th, 2020, Detective King interviewed Mr. Louis Vu. The interview was recorded on audio and video. Mr. Vu admitted that" and then it's blank.

Do you see that?

A. Admit what, sir?

Q. That's what -- that's my next question is if I get this recording -- video recording of you being interviewed by the police, what did you admit to the police?

A. Whatever I know, whatever I saw, and they asked me so I --

Q. Did you admit that you got drugs from Mr. Cherry?

A. No. I think those had been arrested already. They just questioning me about the -- who rent the room. That's what I recall, who rented the room.

Q. Okay.

A. And that room who -- you know, who's in that Room 2- -- 229.

Q. So that's your testimony is the only

thing that you talked with the police about was who rented the Room 229?

A. They asking me who rented the room for -- for -- for -- for room 229, who rent that room. And I had to pull out all the paperwork to show them who rented that room.

Q. And did they ask you about getting drugs from Quasim Cherry?

A. Yes. But I said "no." I didn't admit that.

Q. Okay. Did many employees get drugs from guests at the Super 8?

A. I don't know, sir.

Q. And you said here when the police came that you did see a lot of young girls around. Right?

A. I didn't say that. I didn't recall.

Q. Let's go up here. Up here on Page 498 it says "Mr. Vu claimed he saw some younger girls staying at the location but he did not pay close attention."

So do you remember telling the police that you saw some young girls at the Super 8 that day?

A. Yes. They asking me about the people

A. Yes, sir.
Q. -- to that question?
A. I don't want to answer any more question.
Q. And is it your testimony that the hotel did not -- did not know -- or, you as an employee, did not know that there was sex trafficking or prostitution at the Super 8 --
A. I don't answer the question, sir.
Q. Are you taking the Fifth Amendment?
A. Yes, sir.
Q. Okay. This is -- so this is different, this next part, I think, but this is just about you personally, not the Super 8.
Have you ever been arrested?
A. No, sir.
Q. Okay. Not for anything, ever?
A. Before, yes, but it been expunged 20 years ago.
Q. In 2006?
A. Yeah.
Q. Can you tell me what happened in 2006?
A. Me and my wife argue, domestic violence. That's it but it been expunged already.
Q. Okay.
A. Yeah, expunged.