South Fulton Police Department
5440 Fulton Industrial Blvd · Atlanta, Georgia 30336
Phone: (470) 809-7300

**Keith Meadows**
Chief of Police

# Human Trafficking

VICTIM(s) Ms. [redacted]
Ms. [redacted]
Ms. [redacted]

SUSPECT(s) Mr. Quasim Cherry
Mr. Eron McCrary
Mr. Antonio MaGee
Mr. Tanatrious MaGee

**FULTON COUNTY D.A. OFFICE COPY**

2020-008986

South Fulton Police Department
5440 Fulton Industrial Blvd · Atlanta, Georgia 30336
Phone: (470) 809-7300

**Keith Meadows**
Chief of Police

# Human Trafficking
# CASE# 2020-008986

Table of Contents:

1. Incident Report
2. Initial Report(s)
3. Case Notes
4. Suspects Information
5. Miranda Forms
6. Warrants
7. Search Warrants
8. Property and Evidence
9. 911 CAD Print Out/Audio

**CITY OF SOUTH FULTON POLICE**

**CRIMINAL INVESTIGATIONS DIVISION**

**INCIDENT:** 2020-008986

**DATE:** 5/06/2020

**LOCATION(s)** 3100 Godby Rd (6-W), South Fulton, GA 30349
4979 Old National Highway, College Park, Ga 3039

**VICTIM(s)**

Ms. [redacted]
[redacted]

Ms. [redacted]
[redacted]

Ms. [redacted]
[redacted]

**DEFENDANTS:**

Mr. Quasim Cherry
7109 Greystone Dr
Riverdale, GA 30296
(AKA John Banks)

Mr. Antonio MaGee
874 King Rd
Riverdale, Ga 30296

Mr. Eron McCrary
757 Miller Run
South Fulton, GA 30349

Mr. Tanatrious MaGee
5420 Riverdale Rd R-7
College Park, Ga 30349



EXHIBIT 3
000489