**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04629-JPB |

**DEFENDANT LINCOLN BANCORP, LLC'S NOTICE OF ISSUANCE OF TRIAL SUBPOENAS**

Pursuant to Fed. R. Civ. P. 45(a)(4), you are hereby notified that Defendant by and through its attorney Christopher T. Byrd, will issue Trial Subpoenas to the following:

- Ofc. A. Lightner;
- Felicia Burno;
- Inv. Leonard Romano;
- Alisha Wallace;
- Ofc. J.E. Blankenship;
- Ofc. L.N. Killingsworth;
- Ofc. Franklin Alves;
- Ofc. Avery Bragg;
- Ofc. Richard McCain;
- Ofc. Sterlikka Battle;
- Det. Brushawn Washington;
- Mary Beth Nelson;
- Det. T. Reynolds;
- Sgt. Kevin Pogorzelski;
- Ofc. Angel Cardona;
- Cpl. Demetrius Valentine;

- Tony Tran;
- Ofc. Burnham;
- Clarie Kirkland,
- Charmel Grimball; and
- Inv. Anderson King

Copies of the Trial Subpoenas are attached hereto.

This 2nd day of September, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Christoher T. Byrd*
Christoper T. Byrd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854