UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-4629-JPB |

**PLAINTIFF'S NOTICE OF CONSTITUTIONAL CHALLENGE UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.1**

On September 1, J.R. moved in limine to determine the applicability of the Georgia apportionment statute, O.C.G.A. § 51-12-33, to her Georgia claims for public nuisance, public nuisance per se, negligence, and false imprisonment. J.R.'s claims accrued in 2020 and 2021 when she was repeatedly sold for sex as a child at the Super 8 owned by Lincoln Bancorp, LLC. While her causes of action accrued then, J.R. did not sue Lincoln Bancorp until August 2025.

When J.R.'s causes of action accrued, § 51-12-33(b) did not authorize a reduction in damages based on nonparty fault in an action against only one person. *See Alston & Bird, LLP v. Hatcher Mgmt. Holdings, LLC*, 862 S.E.2d 295, 299–302 (Ga. 2021).

During the first legislative session after *Alston & Bird*, the Georgia General Assembly amended the triggering clause in subsection (b) of the apportionment

statute. As amended, subsection (b) applies "[w]here an action is brought against one or more persons for injury to person or property." 2022 Ga. Laws 802, 802, § 1. The Act stated that it "shall apply to all cases filed after the effective date," which was May 13, 2022. *Id.* at 802, § 2; 803, § 4.

In her motion in limine, J.R. challenges the constitutionality of applying the apportionment statute's May 13, 2022 amendment to her causes of action that accrued before that date. The Georgia Constitution prohibits the General Assembly from enacting retroactive laws that impair vested substantive rights. *See* Ga. Const. art. I, § I, ¶ X ("No bill of attainder, ex post facto law, retroactive law, or laws impairing the obligation of contract or making irrevocable grant of special privileges or immunities shall be passed."). Applying the amended apportionment statute to J.R.'s claims would do just that.

Federal Rule of Civil Procedure 5.1 requires parties challenging the constitutionality of a Georgia statute under the Georgia Constitution to file a notice of constitutional challenge and to serve the Georgia Attorney General with that notice and the paper raising the constitutional challenge. J.R. has done so via certified mail and email.

Federal law also requires the Court to certify to the Georgia Attorney General that J.R. has drawn the constitutionality of the Georgia apportionment statute into

question with her motion in limine. A proposed Order doing just that is attached as Exhibit 1 for the Court's consideration.

Respectfully submitted on September 2, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I served Plaintiff's Notice of Constitutional Challenge Under Federal Rule of Civil Procedure 5.1 and Plaintiff's Motion in Limine on the Inapplicability of the Georgia Apportionment Statute on the Georgia Attorney General via certified mail, return receipt requested and email as follows:

Chris Carr
Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
ccarr@law.ga.gov

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*