# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H, N.N., J.R. and D.B., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| -vs- | ) |
| | ) NO. 1:25-cv-4310 |
| LINCOLN BANCORP LLC | ) 1:25-cv-4313 |
| d/b/a SUPER 8 BY WYNDHAM; | ) 1:25-cv-4629 |
| AND LINCOLN PROPERTY | ) 1:25-cv-05391 |
| MANAGEMENT LLC, | ) |
| | ) |
| Defendant(s). | ) |

VIDEOTAPED DEPOSITION OF LOUIS VU

TAKEN ON BEHALF OF

THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON APRIL 1, 2026

REPORTED BY: SHELLEY MARBURGER, CSR

I'm with The Stoddard Firm and I represent Plaintiff D.B.

MR. TRIVEDI: This is Ankur Trivedi with GMKE, and we represent Lincoln Bancorp, LLC and in the D.B. case Lincoln Property Management as well.

LOUIS VU

of lawful age, being first duly sworn, deposes and says in reply to the questions propounded as follows:

MR. TONGE: Everybody good?

So I just wanted to note that are two other cases also that this deposition applies to, and that T.H. v. Lincoln Bancorp, LLC, and also in the Northern District of Georgia. That's 1:25-cv-4310, and N.N. v. Lincoln Bancorp, LLC, Number 1:25-cv-4313.

Yeah. And if I didn't get y'all notices of that. I will get you -- the court reporter that.

So this will be the deposition of Louis Vu taken pursuant to notice and agreement of counsel in those four cases mentioned. It's taken for all purposes allowed under the federal rules of civil procedure, including use of trial.

A. No.
Q. Okay. All right. I'm going to show you this other exhibit here if I can find it. Hang on, I'm sorry. I've got to close this, so that you don't see my -- my entire internet history, I guess.
This will probably involve a little bit of reading on your part, so let me know if I need to zoom in on any of this so that you can see it better.
Okay. Do you see that, where it says "Human Trafficking"?
A. Yes.
Q. Okay. And so this is from the South Fulton police Department?
A. Uh-huh.
Q. And it lists three victims here, and one of the victims is Ms. [redacted].
Do you see that?
A. Yeah.
Q. And so these pages are numbered, and these are the suspects: Quasim Cherry, Eron McCrary, Antonio MaGee, and Tanatrious MaGee.
And these all have a red page number in the bottom right.

A. Uh-huh.
Q. Do you see that?
I'm going to kind of refer to that number so that the court reporter knows where I'm at in this document.
THE REPORTER: Are you marking this one as an exhibit?
MR. TONGE: Yes. This is Exhibit 2.
(Plaintiffs' Exhibit No. 2 marked for identification purposes and made a part of the record.)
Q. (By Mr. Tonge) So I'm going to start at Page 498.
So if you would, look at this first paragraph and then tell me when you're done, where -- the one starting on May 6th.
Can you see that okay?
A. Yeah.
Yes, I have read it.
Q. Okay. And so this says that the police, Detective King, told you about suspicious activity involving young girls at the Super 8. Is that right?
A. Yeah. That one day they came and asked me, yeah. They brought me to the station and

asked me some question for this one.
Q. So that's true, they came -- what's in here is true. They came and asked you about some suspicious activity involving young girls?
A. Yeah. But I say I don't know because inside of room and also was the -- how do you call? -- it was rented by different people.
Q. Okay.
A. I'm not aware of this because whoever, you know, provide valid ID and pay the -- the rent, I just check them in.
Q. Yeah. And you're not --
A. And if they are guests -- how can I get, you know, know anything happen inside, sir?
Q. Sure.
A. It's not part of my job. My job's only like I told you, I only check in people and whoever pay and I get the ID and then check them in.
Q. Okay.
A. Like I told the detective I don't know anything. I don't pay attention because my job is only checking people in, checking people out, and who rent -- whoever rent it with a valid ID and pay the rent I check them in.

Q. Okay. And so it's true that you told the police that you saw some younger girls but didn't pay close attention?

A. Yeah.

Q. Is that --

A. They look like regular guests, you know. Every day you 100 -- 100 people walk into the hotel, walk into the lobby. How can you know, you know, who's the -- who -- you just don't know, whoever, you know, want to check in the room or check out, pay the -- the room. That is part of my job, yeah.

Q. Okay. And then where it said that, in that paragraph, that you said that you didn't know if there was a young female in Room 229 and you did not know a man who went by the name of "E" at the hotel. Correct?

A. That's correct.

Q. Okay. All right. So now I'm going to go to Page 496. And I would ask you to read this last paragraph that says "On May 2nd, 2020," and let me know when you're done with that.

A. Yes. I read it.

Q. Okay. And so Ms. [redacted] there is talking about Mr. McCrary raping her and selling her for

And so are you aware of girls at the Super 8 who had men come to the hotel to meet them for sex?
A. I'm not, sir. I'm not aware.
Q. Okay.
A. Every day we have 100, 100 people come to the hotel. I don't recall every single one, yeah.
Q. Do you think some of those 100 people were selling sex at the Super 8?
A. I don't know, sir.
Q. Okay. And then I'm going to scroll down here. And if you could, this is the end of that paragraph you just read. If you could just read the first four lines on the page, "provided a room number of 229"?
A. Yeah. I read it but nothing to do with my job, yeah.
Q. Okay. So it says "Ms. [redacted] also said to ask the manager at the front desk because he was being given drugs by Mr. McCrary."
Were you being given drugs by Mr. McCrary?
A. No, sir.
Q. Okay. And then it says "Ms. [redacted] described Mr. McCrary as a light skin male with

light colored eyes and carrying a black bookbag. Ms. [redacted] said the bookbag would have a handgun inside of it."

Do you know who she's talking about right now?

A. I don't recall.

Q. Okay. So I'm going to go to 499. And just read that paragraph at the top that says "Detective King then walked back to the front office."

A. I read it.

Q. Okay. And so after the police found people in the room with guns and drugs, Detective King "started to turn the corner of the building, he noticed Mr. Vu speaking to a light skin black male with light colored eyes, and carrying a black bookbag." Is that true?

A. I don't recall.

Q. Okay. And so this is the man that you had just told the police you did not know. Correct?

A. I don't recall.

Q. Okay. And then it says that "Detective King approached the man and asked him if [sic] they called him 'E' and the man said yes. Is that

correct?
That's what it says in the -- on the paper.
Did I read that right, Mr. Vu?
A. Yeah, but, honestly, I don't recall every single people name, and every day I see a lot of guests.
Q. Was it common for you to be involved in a -- in an investigation with people getting arrested at the Super 8 for -- for having a lot of young girls around the room?
A. Sometime, you know, the -- the cop come to ask for a question if we get into the problem. That's it. Besides that, I don't know.
Q. Sure. Do you remember talking to any police about this incident?
A. They asking me question. That's it. If --
Q. You remember that -- you remember that happening?
A. Yeah. They asking me who -- who rent the room. I say, you know, just a lady who rent a room and pay for the room and beside that I don't know. Like I say, all I need for people to check in is their ID and the payment, yeah.

thing that you talked with the police about was who rented the Room 229?

A. They asking me who rented the room for -- for -- for -- for room 229, who rent that room. And I had to pull out all the paperwork to show them who rented that room.

Q. And did they ask you about getting drugs from Quasim Cherry?

A. Yes. But I said "no." I didn't admit that.

Q. Okay. Did many employees get drugs from guests at the Super 8?

A. I don't know, sir.

Q. And you said here when the police came that you did see a lot of young girls around. Right?

A. I didn't say that. I didn't recall.

Q. Let's go up here. Up here on Page 498 it says "Mr. Vu claimed he saw some younger girls staying at the location but he did not pay close attention."

So do you remember telling the police that you saw some young girls at the Super 8 that day?

A. Yes. They asking me about the people

staying. Every day you will see a lot of people there, the guests. I don't know who -- who -- who was that, yeah.

Q. Was it common to see young girls at the Super 8?

A. No. Sometime they -- they come with different guests, you know, a group of three or four people. How do I know, you know, they a family or they related to each other?

Okay. I will take my Fifth. I'm tired.

Q. I'm sorry, what was the last thing you said?

A. I will take Fifth, sir. I'm very tired, sir.

Q. Are you saying you're -- you're going to plead the Fifth Amendment?

A. Yes, sir. I'm so tired. I need to rest because I work all night already.

Q. So -- okay. Well, I mean, I don't represent you and as far as I know nobody on this call represents you.

A. Yeah.

MR. TONGE: Ankur --

I'll just tell you that you have to -- my understanding is that you -- you would

have to say that you're taking the Fifth to every question that you're going to do that to. Okay?

And, Ankur, is that fair? Just...

MR. TRIVEDI: I mean, that's fair. I just -- I don't know -- I don't know what was incriminating about that question, you know, because --

MR. TONGE: I -- I don't either. I just don't want to like do anything improper, and so I'm just -- I'm going to -- I'm asking you, Ankur, if you agree. Like, if he's going to plead the Fifth then --

Mr. Vu, you just need to say that in response --

THE WITNESS: Yeah. I need to take the Fifth.

MR. TONGE: -- to a question. You can't just sort of blanket say "I'm done. I plead the Fifth." Okay?

MR. TRIVEDI: So, yeah. I think -- I think you're going to have to go through every question, and then if he wants to plead the Fifth he's going to have to say "I plead the Fifth."

THE WITNESS: I plead the Fifth, yeah. That's what I told him.

Q. (By Mr. Tonge) Okay. I -- I'll move on. But just, you know, I don't want to -- this is not a criminal case and so --
A. I understand that, sir.
Q. -- I don't want to get into that, but yeah. And I am pretty close to being done here.
Did you see -- like at the Super 8, you know, you said the cameras showed most of the hotel, did you ever see like rooms where like a lot of men came and -- came into the room for a short period of time and then left?
A. No, sir.
Q. Okay. Did you ever see, you know, girls walking around the hotel that were dressed in -- in provocative clothing?
A. I don't pay attention for that thing, sir.
Q. Okay.
A. That's not a part of my job.
Q. Okay. Do you still think -- after going through this last thing, do you still think that you're not aware of one instance where anyone --
A. I don't answer questions, sir.
Q. Are you saying that you're going to take the Fifth Amendment --

A. Yes, sir.
Q. -- to that question?
A. I don't want to answer any more question.
Q. And is it your testimony that the hotel did not -- did not know -- or, you as an employee, did not know that there was sex trafficking or prostitution at the Super 8 --
A. I don't answer the question, sir.
Q. Are you taking the Fifth Amendment?
A. Yes, sir.
Q. Okay. This is -- so this is different, this next part, I think, but this is just about you personally, not the Super 8.
Have you ever been arrested?
A. No, sir.
Q. Okay. Not for anything, ever?
A. Before, yes, but it been expunged 20 years ago.
Q. In 2006?
A. Yeah.
Q. Can you tell me what happened in 2006?
A. Me and my wife argue, domestic violence. That's it but it been expunged already.
Q. Okay.
A. Yeah, expunged.