# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.R. | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 1::25-CV-04629-JPB |
| LINCOLN BANCORP, LLC, | ) | |
| Defendant. | ) | |

---

The 30(b)(6) deposition of TONY TRAN taken in person before Dennis W. Davis, CCR, 6061-6949-2566-8352, Certified Court Reporter, at One Sugarloaf Centre 1960 Satellite Boulevard, Suite 4000 Duluth, Georgia 30097, commencing at 1:00 p.m. on Wednesday, April 1, 2026.

P R O C E E D I N G S

1:00 p.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. 9-11-28(d).)

MR. VIDEOGRAPHER: We are now on the record for April 1, 2026. The time is 1:07 p.m. Will the Court Reporter please swear in the witness.

THE REPORTER: Mr. Tran, if you would please raise your right hand.

(Whereupon, the Witness was sworn.)

MR. REPORTER: The deponent is with you.

MR. TONGE: Okay. Mr. Tran, again, my name is Jonathan Towns. I represent three of the plaintiffs in these cases. And this is Carson Wynn and she represents the fourth plaintiff in the case. This will be the deposition of Lincoln Bancorp LLC. And also the 30B6 deposition of Lincoln Property Management LLC. This is taken pursuant to notice and agreement of counsel in four cases. T.H. v. Lincoln Bancorp, #125CV04310. N.N. v. Lincoln Bancorp #1:25cv04313. J.R. v. Lincoln Bancorp, #125CV4629. And, D.B. v. Lincoln Bancorp and Lincoln Property Management, LLC. #125CV05391. It's taken for all purposes allowed under the Federal Rules of Civil Procedure, including use at

Q. Okay.

**A. If they need help, I jump in and help them. Otherwise, I go back to take care of my business in the back.**

Q. So who was the front desk manager?

**A. I have a couple of people like Louis Vu.**

Q. Okay.

**A. I have Andrew Washington. I have Shanisha Watson.**

Q. Okay.

**A. I don't know. Maybe a couple of people I cannot remember the name.**

Q. So, those three, at some point, would have been considered front desk managers?

**A. Yes. They are the work, as I can remember right now, yes.**

Q. Okay. And so what about for housekeeping? Was there a manager for housekeeping?

**A. Housekeeping? Mostly, I'm the main guy.**

Q. So, you basically supervised the housekeeping staff?

**A. Yes.**

Q. Okay. Did you work the front desk sometimes?

**A. Sometimes.**

Q. Did you walk the property to see what was

moving then.
MR. TONGE: (Resuming)
Q. Who decides whether to hire somebody at the Super 8?
**A. Me.**
Q. Okay.
**A. Sometime it's like 30% of Louie.**
Q. Okay, Louie?
**A. 30%, yeah. 70% is me.**
Q. Okay. And would Louie just be involved in front desk staff? Would he just be involved in hiring a front desk person?
**A. Yeah, yeah, front desk person, yes.**
Q. What are... You said there were about three or four front desk managers and that you oversaw the housekeepers. The front desk managers, what are their kind of job responsibilities?
**A. They are more knowledgeable, so they make the decision to call the police. They make the decision to adjust the rate. Or they make a recommendation for me who to hire, who a good worker, and things like that.**
Q. Okay. Who decides how much people are paid?
**A. Who decides what?**
Q. How much you pay the different staff members?
**A. Mostly we do a minimum wage.**

guidelines and procedures, do you see that in the middle of the page?

**A. Okay.**

Q. And then the fourth one says report accidents, injuries, or suspicious activity to management immediately.

**A. Yes.**

Q. Okay. And so, was it a requirement for hotel employees to report suspicious activity to the management?

**A. Yes.**

Q. Okay. And who all would management include?

**A. They could report to Louis, Shanisha (ph), Andrew or me.**

Q. Okay.

**A. And if they go at night time, those people report to me in the morning when I come in.**

Q. Okay. And so, did that happen a lot that there was suspicious activity to report?

**A. Yes. Yes.**

Q. And what kind of suspicious activity was reported?

**A. People making noise. Vandalism car. Homeless.**

Q. What's that again?

enforcement is contacted or on site. Was that a policy or a requirement of employees at the hotel?

**A. Well, it depends on what situation. If something urgent or something feel danger, and then they call the police. If not, then we take care of it in our team.**

Q. Okay. Did you expect yourself or one of the other managers to be notified any time the police...

**A. Yes. Yes, they do. yes, yes.**

Q. -- are on the property?

**A. Yes, yes.**

MR. TRIVEDI: Just let him pose the question.

MR. TRAN: I'm sorry.

MR. TRIVEDI: When it becomes too much, then you can't get everything down. Okay.

MR. TRAN: Okay. Okay.

MR. TONGE: (Resuming)

Q. Okay. So, you expected one of the managers to be notified every time the police were on the property?

**A. Yes.**

Q. Okay. And then the second one under that says employees should not interfere with police investigations and must remain cooperative. Was that a requirement in policy?

**A. Correct.**

Q. At the Super 8? Yes?
**A. Yes.**
Q. Why is it important to cooperate with the police?
**A. Because you tell them the truth, it's more easy for them to do the work.**
Q. Okay. If hotel employees were warning people at the hotel when the police were there so that they could hide, would that be cooperative, or would that not be cooperative?
**A. Ask me the question again?**
Q. Yeah. If hotel employees were warning guests when the police were on the property so that they could hide, would that be cooperating with the police?
**A. No, that not.**
Q. Okay. So, that would violate this policy?
**A. Right.**
Q. Okay. And so, down there at the last section, it says employees must remain alert to unusual guest behavior or activity indicative of criminal conduct.
Q. Is that a policy at the Super 8?
**A. Yes.**
Q. Okay. Would what we were talking about earlier, a lot of men come into one room, would that be the kind of unusual guest behavior that employees should

be alert to?
**A. That one of it, yes.**
Q. And then, the second one under there says, report any suspicion of sex trafficking, drug use, or prostitution immediately to hotel manager or police.
**A. Yes, correct, yes.**
Q. And that was a policy at the hotel?
**A. Yes.**
Q. But so far today, you don't recall any suspicion of sex trafficking, drug use, or prostitution that you were made aware of at the Super 8?
**A. Correct.**
Q. Okay. So, if employees saw sex trafficking, prostitution, or drug use at the property and did not report it to you or the managers, that would violate that policy, is that right?
**A. Yes.**
Q. Okay. Did you have a rule about how often housekeeping had to enter a room?
**A. They only do it if they have the checklist to come in. I mean the room checklist, check out, so they know what room to come in. And only they do it during the working hours, 8 to 2 o'clock, so after 2 o'clock they finish, they don't want to come back, this when they go home.**

**bringing a lot of people with them or carrying a lot of people. I mean, a lot of stuff to the room. Maybe other than that, nothing suspicious. They act normal. They just check in, check out normal.**

Q. Okay. Should the employees be watching the cameras to see what kind of activity is happening around the rooms, in and around the rooms?

**A. Outside the room, not inside the room.**

Q. Well, I guess they can't see inside the room, but they can see people going in and out.

**A. Yes, yes.**

Q. They can see people walk every hallway. And so, did you expect your front desk employees to be watching the monitors for those kind of things?

**A. Yes. That's part of the job. That's why I put the monitor, big one, in front of the front desk. So they see it, and they will do something about it.**

Q. Okay. And, if they wanted to play back the monitor, if they wanted to say, see what was happening an hour ago, I understand that the control to do that is in the basement, and there is a passcode to get in the basement. Is that right?

**A. Yes, yes, I think it's in the control room in the laundry room in the basement.**

Q. So, did the front desk managers have the

passcode to go in there?
**A. Yes, employee manager, they have a passcode. So, a lot of times when the police come, they want to see the camera, so they can bring the police down, so the police can show them the time, whatever they want to look for. So yes, the front desk manager, MQ, Janicia, or Louis, they have.**
Q. They would have the passcode to do that?
**A. Yes, they have the passcode to do that.**
Q. Would all the front desk people have that passcode, or just the managers?
**A. Probably those three, for sure. All the people maybe, yes or no, I don't remember exactly. But those people, they know where the camera is, and then they have access to look at it. Only look at it, they cannot delete or nothing like that. But they could watch the time here and there.**
Q. Did the hotel sell condoms?
**A. No, no, no, we don't sell no condoms.**
Q. Okay. We've talked a lot about the cameras, and we talked about the one employee who had a law enforcement background.
**A. The one who had what now?**
Q. The employee that you said had a law enforcement background.

**A. Yes, yes, and Andrew, yes.**

Q. Or Andrew, I'm sorry. So, security cameras, Andrew had some kind of background in law enforcement. What other security measures did the hotel take?

**A. Andrew, he do walk every 30 minutes. I think Louis also do the walk every 30 minutes. Or Sam, you don't know them, or myself, we do walk every 30 minutes. We walk around, we lock the door. We walk around the property.**

Q. Okay. And, that should happen every 30 minutes?

**A. Every 30 minutes, yes.**

Q. Okay. The cameras that were in operation, were they the same the whole time that you owned it? Did you change anything about the cameras?

**A. No, no, no, I'm not changing anything.**

Q. Okay. So, the cameras were there when you got there?

**A. The cameras stood there until now, until today.**

Q. Or at least until you sold it, right?

**A. Yes, yes.**

Q. Okay. So, the walk, cameras, anything else?

**A. The walk, the camera, that's about it.**

Q. Okay. And, should the front desk people be

having to do with sex trafficking in May 2020?
**A. Actually, that day I wasn't there. I only heard a message relayed back to me, and I looked at the camera. That's it, but I don't remember exactly.**
Q. Okay, so you were not present.
**A. I'm not present.**
Q. At that time, okay. But you saw the camera, and there were... Yeah, I looked by the camera, and I saw I heard back from an employee that told me.
Q. Okay. If one of your employees knew that the police came there to investigate sex trafficking that happened at the Super 8, is that something that employees should have reported to you?
**A. Yes.**
Q. Okay. And so if the employee did not tell you that information, that would violate the hotel's policies?
**A. Yes.**
Q. Okay. All right. When I'm saying page numbers, I'm talking about this red number down at the bottom, okay?
**A. Okay.**
Q. So, let's go to 498.
**A. 91?**
Q. 98.

**A. Okay.**
Q. And just...
MR. TRIVEDI: Hold on, hold on, hold on.
MR. TONGE: Oh, sorry.
MR. TRIVEDI: Let me just help you here.
MR. TRAN: Okay.
MR. TONGE: (Resuming)
Q. Oh, yeah, it's okay. And read that first paragraph, if you don't mind, and let me know. Not out loud, just to yourself, and let me know when you're done.
**A. Okay.**
Q. Okay. Oh, yeah, I was just...
**A. Go to the...**
Q. Yeah, I'm sorry.
**A. Okay.**
Q. So, in that first paragraph, it says that the police told Louis Vu about suspicious activity involving young girls at the Super 8, correct?
**A. Yeah.**
Q. Did Louis Vu report to you that the police told him about suspicious activity involving young girls?
**A. No, I don't know.**
Q. Should he have reported that to you?

**A. Yes, he should.**

Q. Did that violate the hotel's policy by him not reporting that to you?

**A. It depends on circumstances. I don't know. But where the police take him go and come back, and then he talk to everybody that they have no problem. They come, they take him, and then they ask questions, and then they release him. And what time they did, like, 2 a.m. I don't know. They didn't tell me.**

Q. Okay.

**A. I think.**

Q. And it says that Mr. Vu told the police that he saw some younger girls at the location, but didn't pay close attention, right?

**A. Yes.**

Q. Did Louis ever report to you that he had seen younger girls around the hotel?

**A. He seen a younger girl in the hotel? Yeah, a lot of people go there, they come with the family. So the family, they have the children with them. You know, maybe some of them, they stay like six people, eight people. And they got, like, younger children. So, I have no idea what kind of girl coming in, coming out. But that, if that's the girl, that kind of girl I see. But other than that, I have no idea.**

Q. And so, my question was, should Louis have reported that to you?
**A. No, he have not report on this case. This particular case, I just see it right now.**
Q. Okay.
**A. And I never see or hear nothing like it before.**
Q. Okay. And you saw that Louis said that he did not know a man who went by E, right?
**A. He didn't know what?**
Q. The police asked Mr. Vu if he knew a man by the name of E at the hotel. At the bottom of that paragraph, Mr. Vu said he did not know.
**A. That is their conversation. I don't know.**
Q. Okay. Did Louis report to you that the police were investigating a man in room 229 that was suspected of having young females in that room?
**A. I have not remember.**
Q. Okay. All right. So, let's go backwards a little bit to 496.
**A. 496?**
Q. Uh-huh.
**A. 47. 46. Okay.**
Q. So, I want to focus on the last paragraph. If you could read that and just read it to the... It ends

on the next page. So if you could just read that whole paragraph.

**A. Okay.**

Q. Okay. And so that paragraph is talking about Mr. McCrary raping Ms. Holmes and selling her for sex. And, it says that Ms. Holmes stated that Mr. McCrary sometimes set up in-calls for her to work. In-calls mean the person comes to the hotel to have sex. Is that very common that women would have men come to the hotel to have sex?

**A. No, no common. I don't know nothing about it.**

Q. Okay. And, on the next page, if you flip one page, the first full sentence says, Ms. Holmes also said to ask the manager at the front desk because he was being given drugs by Mr. McCreary.

**A. No. Not that I know.**

Q. Do you have any reason to think that any of your employees purchased drugs or were given drugs by anyone at the hotel?

**A. I don't know. They might smoke marijuana. Nut that s what I think. But, I, I don t know. The drug something more serious. More heavy. So, I don t know.**

Q. Okay. If an employee was getting drugs from a guest at the hotel, would that violate the hotel's

policies?
A. **It did. Yes.**
Q. Okay. And then, the last sentence there, the last two sentences there say, Ms. Holmes described Mr. McCrary as a light-skinned male with light-colored eyes and carrying a black book bag. Ms. Holmes said the book bag would have a handgun inside of it.
A. **Which one is that?**
Q. It's the end of this paragraph right here. The last two sentences.
A. **I don't know. This is something.**
Q. Okay. So let's go to 499.
A. **91? 99?**
Q. 99, yes. Okay. And just read the middle paragraph there. The Detective King then walked back.
A. **Okay.**
Q. Okay. And you remember in the first part that we...
A. **I have no idea.**
MR. TRIVEDI: Hold on.
MR. TONGE: (Resuming)
Q. Okay. Yeah, let me just ask the question. You remember in the first part that we read, the police officer wrote that he asked Mr. Vu if he knew a man named E and Mr. Vu said no, right?

**A. Yes.**

Q. You remember that?

**A. Yes.**

Q. Okay. And now the victim, Tierra Holmes, has described what that guy looks like and then Detective King turns around the corner and he sees Mr. Vu talking to a man called E.

**A. Okay.**

Q. If Mr. Vu lied to the police about knowing that guy, would that violate the hotel's policies?

**A. This is something beyond my knowledge. Probably, yes, but this also is responsible with the law enforcement. I have no idea.**

Q. What do you mean by responsible with the law enforcement?

**A. He lied with the police and then he lied with the law enforcement, so you know what I'm saying?**

Q. Yeah, lying to law enforcement could be a crime also, right?

**A. Yeah, but that's all I know.**

Q. But if you found out one of your managers was lying to the police about something as serious as a minor being sold for sex in the hotel, would you fire that employee?

**A. Yeah, I do.**