# EXHIBIT 3

# Deposition Transcript

**Case Number: 1:25-cv-04629-JPB**
**Date: August 18, 2026**

**In the matter of:**

# J.R. v LINCOLN BANCORP, LLC

# WINKEISHA VANTERPOOL

CERTIFIED
COPY

Reported by:
Crystal J. Foster

**Steno**
**Agency, Inc.**

**315 West 9th Street**
**Suite 807**
**Los Angeles, CA 90015**
**concierge@steno.com**
**(888) 707-8366**
**NV: Firm #108F**

MS. CAPPS: Carole Capps for the plaintiffs.

MR. BYRD: Chris Byrd, on behalf of the defendant.

Whereupon, witness sworn,

WINKEISHA VANTERPOOL,

the witness herein, having been first duly sworn, was examined and testified as follows:

MR. TONGE: Okay. And I'll just add: This is the deposition of Winkeisha Vanterpool, taken pursuant to notice and agreement of counsel in the J.R. case just mentioned, but also in T.H. v. Lincoln Bank Corp, No. 125CV4310, and N.N. v. Lincoln Bank Corp., No. 125CV4313, taken for all purposes allowed under the Federal Rules of Civil Procedure, including use at trial.

Chris, would you like, to reserve objections again?

MR. BYRD: Yes.

EXAMINATION

BY MR. TONGE:

Q. Okay. So Winkeisha, my name is Jonathan Tonge. I'm an attorney for the plaintiffs in this case -- in these three cases, which are girls who

your business. Leave that alone. I was like, okay.
Q. Okay.
A. So I leave it alone.
Q. Well, we'll just -- we'll just do that then. Let's go to the page after that -- your signature page there. This is an incident report, if you look; is that right?
At the top left, it says, "Location of incident: 4979 Old National Highway." And it says, "Individuals involved Winkeisha Vanterpool," and the date is May 24th, 2021.
Is this -- turn two more pages. Yes, ma'am. Is this the incident you were just talking about?
A. Yes.
Q. Okay. So let's -- just walk me through that.
A. On what?
Q. Tell me -- tell me what happened.
A. I was coming up the steps to go get something drink from the vending machine.
Q. Okay.
A. And I seen her sitting on the steps, and I sit down right her -- with her. It was another girl with me, Bria, but she left. And then me and her

start talking, and she told me her name, but I really don't remember it.

Q. Okay.

A. And I asked her was she okay? Because she was, like, shaking a little bit. I said, are you okay? She's like, yeah, I'm okay. I was like, can you really do me your age and don't lie to me? She's like, I'm 18. I'm like, no you're not. I said, can you tell me your real age? I won't judge you. She's like, I'm 15 years old. Said, what are you doing at this hotel?

And then, when we started talking, her two friends came downstairs, a black girl and a white girl, and I told them -- I think they was a little older than her -- like, y'all need to take her home because she don't look right. And they was like, she's not out -- that's -- well, she's like, that's not our responsibility. I said, y'all going to leave her here? And they just -- they basically, just walked off.

And I was like, you want to come to my room with me and lay down for a minute? First, she said no. Then we got back talking, and I was like, that dude, the one with the dreads, is you having sex with him? She's like, yeah. I was like,

do he know your age? He know you're a kid? She's like, yeah, he know my real age. He the one told me to lie about my age.

And I got a little mad. My boyfriend was not there. A lot of then was not there that day. So when I brung her in my room, I laid her down. I told her I was ordering some food, and I asked her did she want anything? She was like, yeah, she's hungry. She hasn't ate.

But then when she laid down, when I came back from the bathroom, she started shaking real, real bad, and then she started breathing hard. So I was like, no, this is not right. I got to call 911.

So I called the ambulance and the police came and they came and got her. As soon as I called him that's when a lot of dudes came back and they was looking in the room.

So when they -- she left out, my boyfriend like, why the you call the police? I ain't got time for the drama. Old dude was like, what she tell you? What you say?

So when all that happened, everybody thought it was okay. But the police did come back around. I say three, 4:00 that morning. Came to

our room, came to that room --
Q. Okay.
A. -- and went to a couple of more rooms.
Q. When you said that room, you were talking about the room where the guy with dreads was staying?
A. They were literally next door to us.
Q. Okay.
A. Like they were with the next door to ours.
Q. Was it a big deal that you called the police?
A. Oh, yeah. Everybody in that hotel sell drugs. And other people making money in different ways. So calling the police at Super 8 was a no go. You -- when you call police at Super 8, you a snitch, so you can't be trusted.
But I told you I didn't call the police. I just called 911 so I could get help for this little girl. I said, y'all, this is a kid. This is a -- it's a baby. And I said, she already said this nigga -- I mean, this boy has had sex with her. So don't get mad at me. I'm not going to just let her suffer. She was breathing hard. She couldn't breathe. She could have died. So, yeah, I called the police.

Q. Was that the -- was that the end of it, or did people --

A. Oh, naw. People was calling me snitches, got to more fights than a little bit.

Q. You got in fights --

A. Oh, yeah.

Q. -- with people who were mad about you calling the police?

A. Oh, yeah.

Q. Okay.

A. Of course I won.

Q. Okay.

A. Stop working at the hotel because the manager was a pain in the butt about me calling police and stuff like that. I called him a couple names. I like, you, I like, you could do what you want to do. You the one a crackhead. So I was kind of over it anyway.

Q. Well, tell me about what the manager told you about calling the police.

A. Well, he messed with all the thug dudes over there, so he tried to just fit in. But calling the police over there was not a go. Like, that was not a good thing to do.

Like, even when something else

happened, my dude got on his Facebook page and they was trying to help a drug dealer escape. He's on that video. But calling the police was no help, so he -- he basically, fired me for calling the police.

A. Okay.

Q. Did he tell you -- I mean, he said --

A. Why you called police (unintelligible).

Q. Okay.

A. I said, because this kid, this little girl need help.

Q. Okay.

A. This is a child. We are grown around here. This is a kid.

Q. Uh-huh (affirmative). Who was the -- which manager are you talking about? Who was the manager?

A. I don't know his name. Now, he worked[sic] for his brother-in-law. I know there was his brother-in-law. He basically, was there more than his brother-in-law was.

A. Okay. Give me just a second.

A. There he go.

(Whereupon, Exhibit No. 2 marked for identification purposes.)

BY MR. TONGE:
Q. I'll make this Exhibit 2. Do you recognize that man?
A. Yep. That's him.
Q. That's him, the manager that told you this.
A. Uh-huh (affirmative).
Q. Okay. Does this refresh your recollection? Do you know this guy's name?
A. I still don't remember his name.
Q. Okay.
A. Everybody just used to call him G at the hotel because he was cool. But, yeah, that was him. And he was on crack.
Q. Yeah. So what did you personally see or hear to make you say that he was on crack?
A. Well, my boyfriend used to sell it to him.
Q. Okay.
A. And other dudes at the hotel. He literally stayed at the hotel. He had a room. When we was on the other side, he had a room underneath, so he basically, stayed there. When he was there, he stayed at the hotel.
Q. Okay. Was he there the whole time that you worked there?

A. Yeah.
Q. Okay.
A. He left for a month, but he came back. And I was still working there when he came back.
A. Okay.
Q. Do you know -- do you know what happened to any of the people that -- that the police investigated for that incident?
A. No. Like, after I left that hotel, after my dude died, I didn't go over there no more.
Q. Okay.
A. And I didn't care what they was doing.
Q. Did you -- so -- so shortly after this is -- shortly after this, is when you stopped working there because you called the police?
A. Yeah.
Q. Okay. And this date was May 24th, 2021? Okay. Setting this one incident aside, so let's not talk about this particular girl. Did you see other girls that you thought were under 18 being sold for sex at the hotel?
A. Yeah. I seen one girl, but she -- she was like -- she was a type of female that didn't really tell her business because the -- on the one -- she -- the dude that she was with, he was beating

her up. So she was kind of a little afraid to talk when I seen her in the room, because I asked her what happened to her face. She wouldn't say nothing.

But then I met another girl that told me that she got a room free from the boy that worked in the -- from Dread that worked in the office, but she had to have sex with him, and she also had sex with two other dudes.

I was a little nosy little thing. I was a night -- I was a night, like, night walker. Basically, I stayed up, stayed up all night. So most of the time when I seen stuff, it was walking to the vending machine or coming back up sometimes. If me and my boyfriend get into it, I'd be outside. So I paid attention to a lot of stuff.

Q. Uh-huh (affirmative). And you mentioned that -- what -- what did her face look like?

A. Well, she had a black eye, and then she had, like, a cut right here on her cheek, and she had a mark, like he choked her, right on her neck. And that was it. That's all I seen.

Q. Okay.

A. And I asked about it, but she wouldn't say nothing about it.

Q. Okay. So you think that -- that, like, he would be using crack while he's on the job?

A. No. He only did when he got off.

Q. Oh, okay. Okay. I got you. Okay. Did you ever see or hear hotel employees warn people that were involved in prostitution that the police were coming or anything?

A. All you got to hear is that one word, 12.

Q. Okay. So tell me about that. What is that -- one, what does that mean? And who did you hear say that?

A. Twelve mean police coming.

Q. Okay.

A. So and Tanisha, whatever her name, or the dread, they'll let everybody know. Just they'll have one of the little 19 year old little kid boys and coming up the steps right there, and they were like, hey, y'all 12 coming and everybody know what to do.

Q. Okay. And so what did they do?

A. Locked doors, put up stuff. And if you ain't got no warrant, ain't nobody fixing to let you in there anyway.

Q. Okay. Was the -- was the prostitution stuff, was it concentrated on the back of the hotel

or --
A. Yeah.
Q. Okay.
A. Yeah.
Q. Tell me about that. What does that look like?
A. It was a lot going on. It was a lot of females selling themselves. Some of them really did it on their own, but a couple of them really did it with pimps.
If stuff -- if some if you didn't basically, do what you told, you get your ass whopped by some of them dudes. And I was just looking. I was like, y'all, y'all need to stop doing this. They were like, ladybug, just because you won't do it.
I know I don't do it, but you got to have respect for yourself. You got to have more morals. Some of y'all got kids and all this stuff, and it was just a lot.
Like, moving to that hotel was the devil. It was like a bad spirit. I ain't never got too many fights in my life.
Q. Yeah.
A. And it was a bad spirit. My boyfriend got

A. Yeah.
Q. And like, be gone for a bit and then --
A. Be gone for a bit, then he'll come back, and then he'll be there for like, a couple of months. And then he stayed there also.
Q. Did you ever talk with him about like, where -- did he -- what was your understanding of where he would go when he was gone?
A. Oh, I don't know.
Q. You don't know. Do you know if he, like, had a house in town or if he went, if he lived out of state?
A. He didn't tell us all that.
Q. Okay. And you said that you had seen him -- your understanding was, that he liked to do crack?
A. Uh-huh (affirmative).
Q. Did you see him, ever actually see him, observed him smoking crack?
A. Yes.
Q. Okay.
A. My boyfriend actually told me, go down there, give him some, one time.
Q. Okay. And he would get his crack from your boyfriend?

A. Uh-huh (affirmative). My -- my boyfriend and two other dudes.
Q. Do you know what the name of the other guys were that we're selling?
A. No. I just know they was Country folks.
Q. The -- do you know Santana Phillips?
A. I'll be honest with you. Never know no first names, just nicknames.
Q. Okay. Have you seen -- have you seen a -- Santana Phillips was deposed here just a little bit ago. And she told us that she was a housekeeper in 2020.
A. Is she light skinned, short?
Q. She's dark skinned, short Afro.
A. Oh, I won't remember. I only seen all the -- like -- all the housekeepers that I knew were basically, some of them were light skin. I -- and that was the darkest one.
Q. Okay. Do you remember the names of any other -- I think I might have asked you that -- do you remember the names of the other housekeepers?
A. Uh-uh.
Q. Okay.
A. I just called the youngest one a little bit because she was the youngest, but her and her

mom was her housekeeper there. Then it was an older lady, she was a housekeeper there. Then it was me. It was us four. She picked us four.

Q. Okay.

A. Because it was a housekeeper before us, but she got electrocuted and she stopped working there. So she was going to sue the hotel. So the hotel made her leave since she was suing them. And then there was a other housekeeper, but she had a beard, but her and her boyfriend was selling crack they dog on selves. So they was like the Super 8 snitches also because they was the security guards.

Q. Okay. So they were -- they -- this other woman and her boyfriend would work as security guards at the hotel. What would they do? What would you see the do?

A. Try to -- well, they were cool with all the drug dealers, and they were doing their own thing. So sometimes people had beef. They'll let you fight it out, and then they'll break it up. I mean, I got a fight video on my phone of them trying to let two people fight, and then they broke it up after a while.

Q. Okay.

A. Well, keep the noise down and stuff like