UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-4629-JPB

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion for Leave to File Under Seal. Plaintiff requests leave to file the following documents under seal:

| **EXHIBIT NO.** | **DOCUMENT TITLE** | **REDACTED OR REQUESTED TO BE SEALED** |
|---|---|---|
| 1 | Vu Deposition Excerpts | Redacted |

For good cause shown, this motion is GRANTED. Plaintiff is authorized to file under seal the documents identified in Plaintiff's motion.

SO ORDERED this _____ day of _________, ____________.

J.P. Boulee
United States District Judge