# EXHIBIT B

# In The Matter Of:

*J.R. vs.*

*LINCOLN BANCORP, LLC*

---

*The deposition of J.R.*

*April 2, 2026*

---

*Ansley Court Reporting*

*1579 Monroe Drive, Suite F-342*

*Atlanta, Georgia 30324*

*(404) 210-6977*

*www.ansleycourtreporting.com*

Original File JR-(kd)-04-02-2026.prn

**Min-U-Script® with Word Index**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.
Plaintiff,
vs.
LINCOLN BANCORP, LLC,
Defendant.

CIVIL ACTION FILE NO.: 1:25-CV-04629-JPB

The deposition of J.R., taken for the purposes stated herein; all formalities waived, excluding the reading and signing of the deposition, before Kristina Dean, Court Reporter in and for the State of Georgia, commencing at 1:09 p.m., Thursday, April 2, 2026. This deposition is taken by remote means whereby the deponent, court reporter, counsel, and all other necessary parties did appear from separate locations using audio/video conferencing software.

ANSLEY COURT REPORTING, LLC
Certified Court Reporters
Kristina Dean, CCR
1579 Monroe Drive
Suite F-342
Atlanta, Georgia 30324
(404) 210-6977
www.ansleycourtreporting.com



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

ANDERSEN, TATE & CARR, P.C.
BY: JENNIFER WEBSTER, ATTORNEY AT LAW
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
P: (770) 822-0900
E: jwebster@atclawfirm.com

ON BEHALF OF THE DEFENDANT:

GROTH, MAKARENKO, KAISER, & EIDEX, LLC
BY: ANKUR P. TRIVEDI, ATTORNEY AT LAW
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, Georgia 30097
P: (770) 904-3590
E: at@gmke.law



I N D E X


| | Page |
|---|---|
| Examination by Mr. Trivedi | 5 |
| Examination by Ms. Webster | 26 |


E X H I B I T S

| Exhibit | Description | Page Marked/ Identified |
|---|---|---|
| D-1* | Photograph | --/25 |

(*Whereupon, Defendant's Exhibit No. D-1 was marked following the proceeding.)

TRANSCRIPT CODES:

-- denotes interruption/change in thought

... denotes incomplete thought

(sic) denotes word/phrase that may seem strange or incorrect has been written verbatim

(ph) denotes word is phonetically spelled

(inaudible) denotes that speaker's voice was not audibly conveyed by the videoconferencing audio feed

(pixelated audio) denotes that videoconferencing audio feed was momentarily disrupted or degraded



P R O C E E D I N G S

1:09 p.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. §9-11-28(c).)

(Whereupon, it was stipulated by and between counsel that any mention of the Witness' legal name would be changed to J.R. for the purposes of this deposition.)

**MR. TRIVEDI:** Ms. Dean, if you could, please do any preliminary read-on you have and swear in the Witness.

**THE COURT REPORTER:** Before I swear in the witness, will Counsel please stipulate on the record that there are no objections to the court reporter swearing in the witness from a remote location since we are not in the physical presence of the deponent.

**MR. TRIVEDI:** No objections.

**MS. WEBSTER:** No objections.

(Witness sworn.)

**MR. TRIVEDI:** This will be the deposition of Plaintiff J.R., taken by

the Defense for the purposes of discovery, cross-examination, and all other purposes that are allowed under the Federal Rules of Civil Procedure, Rules 26 and 30. I propose to Counsel that we reserve all objections except those that go to the form of the question or responsiveness of the answer until the first use of the deposition or until the time of trial.

MS. WEBSTER: Yeah, that's fine.

Whereupon,

J.R.

was called as a witness herein and, having been first duly sworn, was examined and deposed as follows:

EXAMINATION

BY MR. TRIVEDI:

Q. Hi Ms. J.R. My name is Ankur Trivedi. I represent Lincoln Bancorp in this case, which is the company that purchased the Super 8 franchise and owned it between December 2019 and December 2021. I'm going to be asking you questions today about events that I know will be difficult to talk about and difficult to answer. If you need a break at any time, please let me know. If you don't understand a question, please let me know that you don't understand the



question. What I don't want to happen is for you to answer the wrong question and then I get the wrong answer and then we're both stuck with the wrong answer. If you don't remember something, it's perfectly fine to say you don't remember. You know, there's no -- Sort of a follow up to the previous thing about questions is what we don't want is for you to speculate a response. All right? So if you don't know, you don't know. If you don't remember, that's just what it is. We're, of course, here for largely with the sex trafficking case. And throughout this deposition, instead of saying the word sex over and over, I'm going to refer to commercial sex acts as, quote, adult activities. There's, of course, a lot of type of activities that adults can engage in, but for the purposes of this discovery -- or for this deposition, adult activities will mean just that. Okay.

All right. So Ms. J.R., can you tell me what your current age is?

A. Twenty-one.

Q. Where do you currently live?

A. REDACTED

Q. Are you currently employed or in school?

A. No.

Q. Okay. My understanding is that back in September of 2025, you were working at Zaxby's; is that correct?

A. Yes.



Q. Okay. Was that the last time that you worked?

A. Yes.

Q. So for the purposes of this deposition, I guess, generally your case, there's been a timeframe that's been alleged for you. All right? And it's between 2020 and 2021. And so what I'm going to do throughout this deposition is refer to that period as the relevant timeframe. So in the year 2020, around January 2020, when all of this began, how old were you at that time?

A. Fifteen.

Q. Okay. Can you describe generally what your living situation was in January of 2020 before you met Goose?

A. I was in a group home looking for a place to stay.

Q. I have a question, but I'll get to that -- I'll get to that in a minute. During that relevant timeframe, it's my understanding that you were staying at more than one hotel; is that correct?

A. Yes.

Q. Were there any times where you stayed at places that were not hotels?

A. No.

Q. The other two hotels, based on what I received in written discovery, is the Travelodge and the Howard Johnson; is that correct?

A. Yes.



Q. And both of those are on Old National?

A. Yes.

Q. During the relevant timeframe and to the best of your ability, do you know -- can you tell me how many days or weeks in total you stayed at the Travelodge?

A. I stayed at the Travelodge for roughly a week.

Q. One week in total?

A. Yes.

Q. Okay. And so then the same question for Howard Johnson. Do you know how many days or weeks in total you stayed at the Howard Johnson?

A. Approximately like three days.

Q. So between 2020 and 2021, any other time that was spent at a hotel would have been spent at Super 8?

A. Yes.

Q. To your understanding or to your knowledge, do you know why you were taken to Travelodge or Howard Johnson for those brief periods?

A. Because the Super 8 ran out of rooms and they still wanted us to work. So they took us across the street so that we could still work and make the money.

Q. In written discovery, your responses indicate the stays at Super 8 are sort of broken into three chunks. So the first chunk is January of 2020 to March of 2020?

A. Yes.

**Q. The second chunk is April of 2020 to summer of 2020?**
A. Yes.
**Q. The third chunk is June 2021 to July 2021. All right. So I'm going to refer to those three periods as chunks and then the time in between we'll just call gaps. From March '20 to April 2020, so that gap between the first two time periods, where did you stay?**
A. At the DFCS office.
**Q. How did you find your way to the DFCS office?**
A. My case worker brought me there.
**Q. And where did the case worker pick you up from?**
A. I don't remember the exact location, but it was somewhere on Old National Highway. I believe it was the Checkers somewhere behind a discount mall.
**Q. Okay. How did your case worker know that you would be there?**
A. Because I would contact her and tell her to meet me there.
**Q. I know the second chunk is from April 2020 to summer of 2020. Do you know what month in summer of 2020?**
A. Can you repeat the question?
**Q. Yeah. So during that second chunk of time at the Super 8, which you -- which is April of 2020 to, quote, summer of 2020.**



A. Uh-huh (affirmative).
**Q. So summer is three to four months. Do you happen to know what month in particular?**
A. I would say May, June, and July.
**Q. Okay. So would you have been at the Super 8 from that April to July or was it maybe closer to April to May?**
A. Closer to April to May.
**Q. And I'm not going to -- I'm not going to hold you to that specific answer. I'm just trying to get a frame of reference. So following that chunk, there was a -- there was a gap for approximately a year to June of 2021. In that period, where did you reside?**
A. I was in a foster home.
**Q. How did -- Oh, I know we're going to talk about these three people in a moment, but whether it's Goose, Star, or Scar, how did they come to find you --**
**MS. WEBSTER:** Object to form.
**BY MR. TRIVEDI:** (Resuming)
**Q. -- from the foster home?**
A. Well, I first met Goose when I was on Old National Highway and I was walking down the road and it was raining. He pulled up on the side of me. He was like, "Hey, pretty girl. Why are you out here in the rain by yourself? Do you need a ride? Do you smoke? Are you hungry?" And I got in his car because I didn't really have a set destination. Then



he took me through the Krystal's drive-thru. I was on Old National. And he gave me a pill, which was -- now I know that it's half of a Xanax, and I took the pill. And when I woke up, I was in a hotel room and I was at the Super 8. And when I woke up, my pants were unzipped and my pants -- and my panties shifted. And I asked him, I said, "Why am I here? What am I doing here? Like, what's going on?" He was like, "Just calm down. I have food for you. You don't have to worry about anything. I'll help you make some money." And, you know, me being young at the time, I'm really believing what he say because I'm already not knowing how I even got here in the first place. I just woke up and now I'm in this hotel room. And when I wake up, I see two other girls sitting on the couch or the bed or whatever. And he's like, "Oh, they'll help you. They're going to help you get pretty. They'll do your hair for you. We'll give you a outfit. We'll get you clothes." And that same night -- And that same night he gave me cocaine because I told him that I wasn't comfortable with just doing the sex acts with just me being sober. I don't think that I could do it. I don't think that I could make the money. So he gave me the cocaine.
In a whole night, I seen about almost 10 people. I saw those 10 people and the next morning -- the next morning, I woke up, I felt sick. I wanted to throw up. And I told



him that I didn't want to do it no more and I wanted to go home and I didn't like the feelings that I was feeling. He said, "No, bitch. You already took my drugs and you're going to stay here and you're going to do what I tell you." And he offered me another drug. He was like, "I have a Percocet for you. This will calm your nerves. It'll make you feel more relaxed. If you do this drug, you won't think about it and you won't wake up with the same feeling." And so I started doing Percocets. And Goose -- And Goose -- And Goose introduced me to Scar one night because the room was getting too full of girls. And he told me to go to the next room with Scar while the other girls were working. And sometimes I would stay in Scar room and he would do the same thing. He was just (inaudible). I need a break.
**Q. Yes, ma'am.**
**(Whereupon, a brief recess ensued.)**
**BY MR. TRIVEDI:** (Resuming)
**Q. Ms. J.R., I want to ask some questions about -- I want to ask some questions about renting rooms at the Super 8. Who was responsible for arranging where -- for acquiring the rooms at the Super 8?**
A. My trafficker Goose or Scar.
**Q. Okay. Were you ever required to personally make reservations?**
A. No.

Page 13

**Q. Did you know if either one of them paid for rooms in cash or by card?**
A. Yes, in cash.
**Q. Okay. So I know that they booked the rooms and they paid for them. Do you know in whose name the rooms were booked?**
A. In Goose and Scar's name.
**Q. How were you able to confirm that?**
A. Because I watched him. When we came -- There was one time we went into the lobby. It was Scar, Goose, and it was about, like, 15 of us, like, all together standing in the lobby. And we would right -- we would wait right there for them to pay for the rooms before we walked back. We would watch them pay for it. We would watch them do the transaction. We would just stand right there and wait.
**Q. And when you say "we", do you mean other young girls?**
A. Yes. It was a lot of other young girls. You could see all of us. We was standing right there and we would just wait.
**Q. In that incident, can you describe the employee that was at the front desk?**
A. It was the Asian man.
**Q. Did he have hair or was he bald?**
A. I don't remember.

Page 14

**Q. I know the lengths of stay at the Super 8 were longer. Do you know if rooms were booked daily, weekly, or monthly?**
A. It would be weekly, monthly, however they wanted to do it. Whatever they could afford at the time, that's what they would pay for it.
**Q. So I know you've talked about Goose and Scar, so I don't want to -- I don't need to talk about them, but I do want to talk about Nachelle Clark. I think she went by the name Star.**
A. Okay.
**Q. Did you meet Star in the very beginning?**
A. No.
**Q. When did you come to meet Star?**
A. Around the end.
**Q. Okay. Under what circumstances did you meet her?**
A. Can you rephrase that?
**Q. Yeah. Why did you meet her, as in how or why?**
A. Because I met up with this girl named Shandreia and she introduced me to her.
**Q. Was Shandreia another young girl?**
A. Yes.
**Q. Look, Ms. J.R., I know that -- I know this is tough. I'm so sorry that I have to ask you questions. While you were at the Super 8, and presumably other hotels but really just the Super 8, were you given specific instructions on how to act? And I mean just like a list of things, like what to say, what not to say, who to talk to, how to dress, like how to act?**

Page 15

A. Yes.
**Q. Okay. Can you give me example of some of those -- some of those things?**
A. I can give you example of that in different situations. One could be when we're in the room getting ready, don't -- don't go outside and make yourself noticeable. Only go outside if you know you have a play coming. Don't walk around unless you know you're trying to pick up a date or you're trying to bring a guy back. Don't give the impression that I was scared or I didn't -- you know, didn't want to do it. I have to come off very friendly, seductive, and seduce the man. When police was always mentioned, I was told to hide, be quiet, don't go near the door, don't say anything. And most of the times, I was just muted. I was sustained by drugs, so that's what really kept me quiet. So I didn't really have to have a certain set personality. I was high most of the time. I was just quiet. I just do what they say. I was just like a puppet. You tell me to do something, I would do it. You tell me to go here, I'm going to go there. I just listened.
**Q. With respect to the drugs, from your perspective, did you feel that you were forced to take those drugs?**

Page 16

A. Yes.
**Q. Between, I guess, Goose and Scar, did either of them sell drugs?**
A. Yes.
**Q. Okay. I know in written responses, it was indicated that there may have been or there were employees of the Super 8 who purchased drugs from them; is that --**
A. Yes.
**Q. Okay. And in responses in particular you had indicated -- or the responses indicated that they were either housekeepers or maintenance employees. I want to ask, with respect to the maintenance worker or maintenance employee, what led you to believe that that person was in maintenance?**
A. I'm not going to say maintenance in particular, but I can tell you the -- why I think they worked for the hotel. They came to our rooms. They took trash out of our room. They asked us do we need towels. They seen how dirty our rooms were. They would talk cool with our trafficker, like regular conversations. You could tell, like, it wasn't regular street clothes. You knew they were working for that time. But you knew they were housekeeper because they will always come by and ask, like, do we need our trash taken out, do we need towels, do we need soap. Like, is there anything that we needed. They would do that on a regular. They --

they -- they worked there. So they would make it seem like if you need something, you don't even have to go to the front desk, you don't even have to go downstairs. Just tell us and we'll bring it -- bring it back to your room.

**Q. And were you and, I guess, some of the other girls in the room during those times?**

A. Yes. We were in the room all the times, all the times. Anytime the housekeeper came in there and they saw us in the room laying on the bed. Sometimes we were half naked. Sometimes we were just sitting high. You seen us. We were right there. The room is only but so big. Especially if you're coming in having full conversations with our traffickers. Sometimes they'll look at us and ask them, like, "Oh, she's pretty" or "What y'all doing tonight?" They would ask, bro. They asked about us. Some of them wanted to have sex with us, you know, like...

**Q. Okay. I want to then change gears a little bit. There were -- There have been a few people that have been mentioned throughout litigation, and I'm just going to list their names off and then we'll talk about them. So one is Candy Lady, second is Santana Phillips, the third is Winkeisha Vanterpool, and the fourth one is Terrell Evans. Now, Terrell Evans I know is not an employee, but he did issue an affidavit. So with regard to Santana Phillips, do you know who that is?**



A. I know of her.

**Q. Okay. How do you know of her?**

A. I've just heard about her. I know that she recognized me as being there. Even though I came to say that I had a personal relationship with her, I've seen her around.

**Q. As you sit here today, are you able to visualize her face?**

A. No, because I never really knew Santana. I just knew of her.

**Q. Okay. Do you know a lady by the name of Winkeisha Vanterpool?**

A. No.

**Q. Did you ever meet Terrell Evans?**

A. No.

**Q. Do you know who Candy Lady is?**

A. I know of her.

**Q. What do you know about Candy Lady?**

A. I know that the Candy Ladys (ph) was somebody if you didn't want to go to the convenience store; she sold condoms, she sold lube, she sold cigarettes, she sold Rellos, sometimes even snacks, sometimes drugs, depending on it. She was a Candy Lady. Like, it's like a convenience store in a hotel room.

**Q. Did you ever have any interaction with her?**

A. No.



**Q. You know, Ms. J.R., I had a -- I just had so many questions and I feel like you answered so many of them, and so I'm just trying to go through this thing. I want to talk for a moment about law enforcement. My general understanding is that the -- it's College Park Police Department was also on Old National Highway; is that correct?**

A. Yes.

**Q. During your stay at the Super 8, did you see law enforcement on premises?**

A. No.

**Q. There is -- there's mention of this sort of event occurring whenever law enforcement comes on premises that someone would shout 12 or notify everybody that the police were on scene. Did you ever witness this happening?**

A. Yes.

**Q. Okay. You know, it's also been said that on occasion, it was one of the hotel employees that would notify everyone.**

A. (Nods head affirmatively.)

**Q. Do you have personal knowledge of one of the hotel employees notifying everybody that police were on scene?**

A. Yes.

**Q. Okay. Do you recall a specific incident or instance when that happened?**

A. It was multiple scenarios. I can just give you one



example. If you was to be there -- if a fight could break out and the police is coming, somebody from the front and somebody who worked there will come to the back, "12 is coming, 12 on the way", banging on the doors, "Put your shit up, hide, be quiet." Everybody goes inside their room. They wait. They let you know that the police is coming before they even make it to the back of the hotel. So by the time they come back there, everybody's gone, everybody's put up. It's going to look regular so that nobody's going to get fucked up. That's the whole point of the 12 situation. They will literally go bang from wall to wall, knock on your door. It will be like a spiral effect, like a chain effect. It goes from the front to the back and everybody gets on point. So when the police come back there, everybody's -- everybody in they room, they curtains closed. Everybody already on point before they even get out they car. Before they even park, everybody already know that they're there. And the way that we know that they're not there, they'll come back and say, "Hey, 12 is gone." And that's it.

**Q. It's my understanding that in July of 2021, you had -- you ran to the police department?**

A. I did.

**Q. Okay. When you arrived at the police department, did you tell them everything that had happened to you?**

A. No, because I was still a runaway. I just asked

Page 21

could I use a phone and I called me a ride. And they allowed me to call me a ride and that was it. They didn't know who I was. They didn't know my name. My initial thought was to, you know, let me snitch on them, but at the time, I'm still young. I'm thinking these folks might come back and kill me, especially Star. I was just wondering if Shandreia -- We all -- Like, streets are close. Like, they can find you easily. Like, it's so easy for them to catch you. So, yeah, I was scared. I didn't tell anybody, say anything. I just called my ride and I left.

**Q. Since that time and until today, have you -- have you gone back and told the police --**

A. No.

**Q. -- about what happened?**

A. No.

**Q. No, okay. All right. Ms. J.R., I mean, again, a lot of the questions I was going to ask you they were very -- they were very step by step, but I got -- I already got a lot of the information. So if you can just give me -- give me five minutes here to -- or five minutes just to reorganize and I'll jump back on and I'll continue. All right. Thank you.**

**(Whereupon, a brief recess ensued.)**

**BY MR. TRIVEDI:** (Resuming)

**Q. Ms. J.R., I just have a few more questions for you.**

Page 22

**Regarding hotel rooms, to your knowledge, did the hotel ever loan a room to any of the traffickers?**

A. Not that I know of.

**Q. It's my understanding that there was an incident where you attempted to use a phone at the front desk. Do you recall that incident?**

A. Yes.

**Q. Can you tell me how that played out?**

A. Yes. I was in my room waiting on a play and we needed some more towels. And I was wearing my little ho clothes, my outfit because I was working at the time. And I went down to the office and I was speaking with the Asian man. And I asked him, I said, "Do you have any directions to a -- not a hotel, but a train station that's nearby?" And he said, "No. I don't know anything about the area." And I said, "Okay. Well, can I use your phone?" He said, "No. It's not for that use." And I was like, "Okay. Well, can I just get the towels?" And he gave me the towels and that was it.

**Q. That Asian man, did he have hair or was he bald?**

A. I don't remember.

**Q. Okay. It's my understanding that you know one of the other Plaintiffs. Her initials are T.H.**

**MR. TRIVEDI:** And Counsel, you're welcome to give her name if you need to.

Page 23

**BY MR. TRIVEDI:** (Resuming)

**Q. But do you know who I'm talking about, Ms. J.R.?**

A. T.H.?

**Q. (Nods head affirmatively.)**

A. No.

**MR. TRIVEDI:** Well, her name also has to be redacted, so I'll say her name, and then I'll ask the court reporter to redact it to the initials T.H.

**BY MR. TRIVEDI:** (Resuming)

**Q. But her name is T.H. She may have gone by T.**

A. No.

**Q. When did you first come to believe that the Super 8 may be responsible for what happened to you?**

A. When the housekeeper was comfortably coming in our room asking to have sex with us, watching us, coming in our rooms, emptying out the trash, seeing all those condoms, seeing all that drug paraphernalia. They knew what was going on. They didn't care. They was part of the shit. It's like -- Oh, I'm sorry, y'all. It's like it was just so normal to them. Like, they knew. They came in there in our rooms on a regular basis and would watch us be on drugs. They would watch us have sex. They would see the condoms pile up in the trash daily. They came and knocked on the door and would ask us if we needed our trash emptied. They would ask could they

Page 24

have sex with some of the girls and tell -- tell them that we looked good and how much for her or what y'all doing for tonight or what I got to do to get some time with her. They knew. They didn't care. The Asian man -- When I did my dates, I was walking out my room, walking to the front multiple times with my ho outfit on, picking up dates because they were confused on where to go. They didn't know where to go. So I would have to go out there and stand in front of the hotel and direct them, like, "Hey, I'm standing right here. Do you see me?" Even if -- I didn't have a phone. So I'm literally searching for them while they're searching for me, walking back and forth with my titties out, my ass out, my shoes is heels, walking looking for people. And he see that shit. He didn't care. He would be outside smoking his little cigarette or sitting at the front desk. That man saw me. He saw me multiple times. He saw me while I was with my dates.

And it's not like you ain't know that we was young, bro. Like, you could look at us and tell that we were kids. The girls that I was with you could tell, like you could tell they were children, too. We were all just vulnerable. We were scared. We were -- We were forced to be on drugs. And I don't think nobody would like -- who ain't been in that situation to understand it. As a man -- As a man -- No man will understand that. That's like your penis being on soft

and you're still being forced to have sexual acts daily, no matter how you feel. I have cotton mouth, my mouth is dry, but I'm still being forced to suck dick. I'm still being forced to let these folks put their penis in me and fuck me, whether I -- whether I'm lubricated or not, whether they wanted to help or not. And then the housekeeper will come and swap out the towels. Sometimes we'll be on our periods. We will be bleeding and we would still have to work. You would pick up condoms and it had blood on it. You would see it. So it's just like -- Oh, my God. I need a break.

MS. WEBSTER: We'll be back.

MR. TRIVEDI: Okay.

(Whereupon, a brief recess ensued.)

BY MR. TRIVEDI: (Resuming)

**Q. Ms. J.R., I just wanted to show you a photograph of an individual that we deposed yesterday and I took a screenshot. I guess I'll just -- I'll submit this to -- I'll submit this to the court reporter as Defense Exhibit 1, just so there's some frame of reference in the deposition.**

**(Whereupon, Defendant's Exhibit Number 1 was presented for identification.)**

BY MR. TRIVEDI: (Resuming)

**Q. I'm going to share my screen, though. Do you recognize this individual?**



A. (Witness reviews Defendant's Exhibit Number 1.) No.

**Q. Okay.**

A. He looks kind of familiar. I can't say that for sure, but he looks familiar --

**Q. Okay.**

A. -- like I've seen him before.

**Q. All right. Thank you.**

MR. TRIVEDI: I don't have any other questions for you, Ms. J.R. I know this was really, really hard for you. Thank you for being here and you don't -- you probably don't have to deal with me anymore. Thanks.

MS. WEBSTER: I actually have a couple of questions, if you don't mind.

MR. TRIVEDI: Certainly.

MS. WEBSTER: Okay. Give me just one second.

EXAMINATION

BY MS. WEBSTER:

**Q. Okay. So from January 2020 through July of 2021, you were in and out of the Super 8, right?**

A. Yes.

**Q. When was the first time you went to the hotel?**



A. In January of 2020.

**Q. And then how long did you stay?**

A. For about three months.

**Q. When was the second time that you went?**

A. Between April 2020 and the summer of 2020.

**Q. Okay. And by summer of 2020, do you think that was July or June?**

A. June and July altogether. I would say June.

**Q. So you think you left the hotel in June of 2021?**

A. Yes.

**Q. And then when was the next time that you were there?**

A. That was it. After I left from Star of June of 2021, my birthday came about. And that's when I went to the police station because I couldn't take it no more of what I was going through. And I just said fuck this because it's not what I signed up for when I turned 17. The last time that I was at that hotel it was my birthday coming up and he wanted me to work on my birthday, and I told him, "No, I'm not doing it." And it led to a whole argument. I left. I went to the police station.

**Q. Okay. I'm sorry. I think I've made a mistake here. The second time that you were at the hotel was April of 2020 through when?**

A. Summer of 2020.



**Q. Summer of 2020, okay. And you don't know whether that was June or July?**

A. No.

**Q. And then the third time that you were at the hotel, when was that?**

A. Between May and June of 2021 or July 2021, because the last day was my birthday.

**Q. All right. So you were at the hotel in May of 2021?**

A. Yes.

**Q. And then you were at the hotel in June and July of 2021?**

A. Yes.

**Q. Okay. Thank you. I want to go back to the Super 8 for a minute, if you can. Can you describe the hotel for me?**

A. Yes, I can. You first go up to the hotel, you see this lobby. You know, it looks normal, but when you go towards the back, all you smell is weed. That's the first thing that's going to hit you. You're going to smell weed, cigarettes. You're going to hear people talking. You hear music playing. It's people hanging around outside. It's junkies sitting on the curves (ph), smoking their blunts, smoking cigarettes. You see older women and young girls mixed together, halfway naked, walking around the parking lot, talking to dudes, trying to get their dates. You see

men hanging over the rails with their shirts off, smoking. You see people coming in and out their room with the doors propped open. It's like a hangout spot. Coming there you know it's -- ain't nobody fixing to be fucking with you. You're not going to get judged back there. You can do whatever drugs you want to do. You can smoke your weed. And so you see it's like a run-down ass hotel. It's ghetto. Like, it's -- it's bug infested. The rooms, when you come in, sometimes they don't be clean. They don't do a proper job of making back up the beds. They don't clean out your room all the way. It's just horrible.

Like, just -- Just like one thing that really sticks out to me is you see all those fucking people hanging out -- hanging out your room, hanging out in the parking lot like it's an apartment complex. Like, they're chilling out there. They smoking. They fucking in cars. You got girls walking back and forth to rooms with niggas all day. You have people -- And excuse my language. I'm just being real. Like, you have people getting out of cars, knocking on the door. The parking lot might be full for a minute, then it might slow down a little bit because people are coming in and out, in and out, in and out. It's nonstop traffic. It's nonstop traffic. You going back there, you think you're fixing to go back there and party.

**Q. And so was it -- was it your testimony that you**



**were there whenever Goose and Scar checked into the hotel?**

A. Yes.

**Q. Okay. And you said that there were, like, 15 of you.**

A. (Nods head affirmatively.)

**Q. So can you describe the group a little bit for me?**

A. Yes. When we checked into the hotel, when you seen us, you would see two older guys, a group that looked like -- almost like a classroom, but it's nothing but females. We're all young. We have blankets on us. We have hoodies with just boy shorts. You could tell, like, we were young because we didn't know how to dress for real and most of the stuff that we wore was just ho clothes. We wore our work clothes. You could look in our face and tell, like, these girls are young. Like, I don't care how much make-up you put on a child, you could tell that's a child. And we were all standing right there just looking confused, quiet. And you just got these two big grown-ass dudes paying for the room while we sit right there and wait and all, like, not saying nothing with our heads down. So when you see us, think of us like a classroom with two grown-ass men and a group of young girls in ho clothes.

**Q. So would you always stay in, like, a certain part of the hotel?**

A. Yes. We would be towards the back of the hotel,



facing the highway, somewhere where it's not so much visible of what was going on. So when you seen the back-and-forth activity, you don't really see who's coming in and out of rooms; you just see the people walking back and forth, walking back and forth. And once you get around to that area, you know which room it is because it's secluded, like you know.

**Q. Okay. So let me make sure I follow you there. The Super 8 hotel is two buildings, correct?**

A. Yes.

**Q. And so you stayed in the back building?**

A. Yes.

**Q. And on the side of the hotel closest to the freeway?**

A. Yes, facing the highway.

**Q. Were there any other areas of the hotel that you stayed?**

A. Just the backside and the one facing the highway. That's it.

**Q. Okay. Your group of 15 people, were they ever in a single room together?**

A. It would be about eight, nine of us in a room together and then they'll try to split the rest of us into another room.

**Q. And you said that you started seeing dates the**



**first night that you got there, not the night that you were drugged but that following night; is that correct?**

A. Yes.

**Q. Did you see dates every single night that you stayed at the Super 8?**

A. (Nods head affirmatively.) Yes.

**Q. Okay. And on average, about how many men were purchasing you for sex?**

A. A max night, 15.

**Q. What do you think the least number of dates that you ever saw was?**

A. Like, seven.

**Q. Okay.**

A. Six, seven.

**Q. And you said that there were eight or nine other girls in the room or in the two rooms that the traffickers rented, right?**

A. Yes.

**Q. How many dates were they seeing?**

A. The same amount.

**Q. And how were y'all finding dates?**

A. They would upload us on this website called MegaPersonal (sic) and then our trafficker would tell us, "Hey, you have a date on the way. This is what type of car they're driving. You're going to meet them such and such.

And this is how long you're going to be with them and this is how much money you need to get from them."

**Q. Okay. So a date arrives at the hotel. Can you walk me through what happens?**

A. Yeah. So he'll tell me that there's a date outside. I will put on, most likely, or I'll already have on my outfit, my little ho outfit. And I will walk down the long driveway, pass by the front desk, and stand right there. And I will wait until I see my date. And I will stand right there until I locate them. And sometimes they will park their car right there or they'll say, "Hey, I can meet you around." And I will walk to the back.

**Q. You've mentioned that your trafficker told you how much money that they were going to pay, right?**

A. Yes.

**Q. Did you ever get to keep any of that money?**

A. No.

**Q. What happened to that money?**

A. When the date comes, like, insides (ph) the room, they hand me the money and I go towards the bathroom and I slip it up under the door.

**Q. Do you know what an outcall is?**

A. Yes.

**Q. Can you tell me what an outcall is?**

A. A outcall is basically when they don't want to be



inside the room. They might want to sit in the parking lot and they feel more comfortable because they're in their car. And we would have to walk outside, go meet them in their car, and we'll have sex in the car.

**Q. Okay. In the parking lot of the Super 8?**

A. Yes. In the parking lot in the Super 8. And a majority of times they'll be, like, parked by our room or where our sex trafficker could see us, but they was always in the parking lot of the Super 8.

**Q. How many times a day did you have to see an outcall?**

A. It just really depended on the guy. I'd say about three or four times a day.

**Q. Were the other girls that you were trafficked with doing the same?**

A. Yeah. Sometimes we would walk out together because they would be -- sometimes they might come at the same time and we will have to go walk together to meet them.

**Q. Okay. And when you were describing the room, you mentioned that there were other girls around there, sort of doing the same thing that you all were doing; is that correct?**

A. Yes.

**Q. Did you ever see any other girls having sex in cars?**



A. Yes.

**Q. How many other girls do you think were having sex in cars at any given time?**

A. At, like, the same time?

**Q. Yeah.**

A. Like, three, four girls.

**Q. Okay. Were you scared of your traffickers?**

A. Yes.

**Q. Why?**

A. Because they were abusive to us and they made us do drugs.

**Q. Did they ever threaten you?**

A. Yes.

**Q. How so?**

A. They'll tell us they'll hit us with the gun. They had weapons. They'll tell us they'll choke us, they'll beat us. One time he even threatened, he told me, like, if I try to run out the room and -- he'll snatch me back and nobody will ever know where I'm at, he'll choke me to sleep and I'll be passed out.

**Q. Did that activity happen outside of the room?**

A. No.

**Q. It happened inside of the room?**

A. Yes.

**Q. Okay. Did you ever witness any violence outside of**



**the room?**

A. Yes.

**Q. Can you tell me about that?**

A. One time I saw a girl getting dragged inside her room by the back of her hair by her pimp. It was one time I was standing just by the door and I saw a girl arguing back and forth with this dude, I'm assuming is her pimp, and he slapped her and was like, "Bitch, go in the room. You going to make the spot hot. You doing all this shit. Bitch, go in there." And that would kind of be like the same thing all of them would do. Like, if we get out of pocket or give them attitude, you would witness women getting hit, slapped, cussed out, being called a bitch or a ho, telling them what we can and can't do, always being told if you try this, I'm going to kill you like this or I'm going to beat you like that. It was like a normal thing. Like, you always seen or heard something like that. And if somebody called the police, you would just go in the room, everybody would go in the room before they get on the scene.

**Q. I want to talk for a minute about the Asian man that you were talking about earlier. Did you ever interact with him directly?**

A. Yes.

**Q. Can you tell me about that?**

A. Yes. The time I went to the front desk and I asked

directions to the train station and when I asked to use the phone.
**Q. Okay. And then did you ever witness his interactions with your traffickers?**
A. Yes. Occasionally, when they come by rooms, they'll be like, "What's up, Goose?", or they'll do like the head nod when they're walking past. They always seen each other and acknowledge each other in some type of way.
**Q. The Asian employee would refer to your trafficker as Goose?**
A. Yes. He knew their names. They were regulars at the hotel. They knew them.
**MS. WEBSTER:** Let me see. I think that might be everything I have. Do you think we could maybe just break for, like, two minutes so I can look over my outline?
**MR. TRIVEDI:** Yeah.
**MS. WEBSTER:** Okay. Thank you.
(Whereupon, a brief recess ensued.)
**MS. WEBSTER:** I think that's everything that I have.
**THE COURT REPORTER:** Anything else for the record?
**MR. TRIVEDI:** I'm sorry. I missed



-- completely missed what you said.
**MS. WEBSTER:** Oh, sorry. I think -- I think I'm done. I think I covered everything I needed to.
**MR. TRIVEDI:** No, I don't have any more questions.
(Whereupon, the above-entitled matter was concluded at 2:23 p.m.)

o0o



CERTIFICATE OF COURT REPORTER

STATE OF GEORGIA )
COUNTY OF ROCKDALE )

I, Kristina Dean, Certified Court Reporter, 5798 6841 8795-1104, hereby certify that the foregoing transcript of deposition as stated in the caption consisting of page 4 through 38, was taken down by me and then transcribed under my supervision, and that the same is a true, correct, and complete transcript of the evidence given by the witness, who was first duly sworn by me.

I further certify that I am a disinterested party to this action and that I am neither of kin nor counsel to any of the parties hereto.

This certification is expressly withdrawn and denied upon the disassembly or photocopying of the foregoing transcript, unless said disassembly or photocopying is done by the undersigned certified court reporter and original signature and seal is attached thereto.

IN WITNESS WHEREOF, I hereby affix my hand on this the 13th day of April, 2026.

Kristina Dean
Certified Court Reporter
5798-6841-8795-1104



DISCLOSURE

STATE OF GEORGIA Deposition of J.R.
COUNTY OF ROCKDALE

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as an independent contractor.

I was contacted by the offices of the taking attorney to provide court reporting services for this deposition. I will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37(a) and (b) or Article 7.C.

I have no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. I will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

Kristina Dean
Certified Court Reporter
5798-6841-8795-1104

4/2/2026/J.R./KD

E R R A T A   S H E E T

I hereby certify that I have read the foregoing and within pages 4 through 38 and no changes are required:

______________________________
J.R.

Sworn to and subscribed before me this ___ day of ____________________________, 2026.

______________________________
NOTARY PUBLIC

My commission expires ____________________________.

************

I hereby certify that I have read the foregoing and within pages 4 through 38 and I wish to make the following changes:

Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________
Page: _______ Line: ____________________________________

______________________________
J.R.

Sworn to and subscribed before me this ____ day of ________________________, 2026.

______________________________
NOTARY PUBLIC

My commission expires ______________________________.