# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04629-JPB

**PLAINTIFF J.R.'S OBJECTIONS AND RESPONSES TO DEFENDANT LINCOLN BANCORP, LLC'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF J.R.**

Plaintiff J.R. responds to Lincoln Bancorp, LLC's Requests for Production of Documents to Plaintiff J.R. as follows:

1.

Please produce an unredacted copy of the Declaration of Santana Phillips, which shows the redacted image.

**PLAINTIFF'S RESPONSE: Plaintiff refers Defendant to Bates-labeled document Plaintiff J.R. 1372–1375, previously produced to Defendant on November 10, 2025.**

2.

Please produce a color copy of (your) state or federal issued picture identification (e.g., Georgia ID Card, Driver's License, Passport).

**PLAINTIFF'S RESPONSE: Plaintiff refers Defendant to Bates-labeled document Plaintiff J.R. 1546.**

3.

Please produce documents and things which are either direct or circumstantial proof of an admission of knowledge by Lincoln Bancorp, LLC as to sex trafficking at the Super 8.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control, including those in the possession, custody, and control of Defendant.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

4.

Please produce documents and things which are either direct or circumstantial proof of an admission of knowledge by Lincoln Bancorp, LLC as to your trafficking at the Super 8.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control, including those in the possession, custody, and control of Defendant.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

5.

Please produce documents and things which you contend will show that Defendant had actual knowledge of sex trafficking at the Super 8.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control, including those in the possession, custody, and control of Defendant. And Plaintiff objects to this Request as it is duplicative of Request No. 3, which seeks the same documents.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

6.

Please produce documents and things which you contend will show that Defendant had actual knowledge of your trafficking at the Super 8.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control, including those in the possession, custody, and control of Defendant. And Plaintiff objects to this Request as it is duplicative of Request No. 4, which seeks the same documents.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

7.

Please produce documents and things which you contend will show that Defendant had constructive knowledge of sex trafficking at the Super 8.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control, including those in the possession, custody, and control of Defendant.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

8.

Please produce documents and things which you contend will show that Defendant had constructive knowledge of your trafficking at the Super 8.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control, including those in the possession, custody, and control of Defendant.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

9.

Please produce documents and things related to any criminal investigation or prosecution of your trafficker(s).

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control.**

**Subject to these objections and by responding and not waiving them, Plaintiff has no documents in her possession, custody, or control that are responsive to this Request.**

10.

Please produce the history of your social media accounts identified in response to Interrogatories between January 01, 2020 and December 31, 2021, including posts, photographs, reposts/shares, and inbox/direct message history. Note, each social media company has their own process for obtaining this information. If you are unable to retrieve this information because your account has been deleted, please indicate the same.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this request as overbroad, not reasonably tailored in scope or time, and seeks information irrelevant to the issues of trafficking and damages. Additionally, it assumes Plaintiff as ongoing access to these accounts, which is not the case. Notwithstanding these objections, Plaintiff is not withholding documents on the basis of these objections.**

**Subject to these objections and by responding and not waiving them, Plaintiff has no documents in her possession, custody, or control that are responsive to this Request. Plaintiff further refers Defendant to her Interrogatory Response No. 14.**

11.

Please produce a copy of a deposition or trial transcript, written or recorded statement, or audio/video recording which relates to any of the allegations in Plaintiff's Complaint.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control, including those in the possession, custody, and control of Defendant.**

**Subject to and without waiving the foregoing objections, Plaintiff has no documents in her possession, custody, or control that are responsive to this Request.**

12.

Please produce a copy of the Missing Person bulletin/AMBER Alert/Social Media posting issued for you regarding your disappearance between "2020 and 2021."

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent the documents sought are not in Plaintiff' possession, custody, or control. And Plaintiff objects to this Request as not proportional to the needs of the case, as Defendant can obtain these records directly through a public records request or third party subpoena.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents Plaintiff J.R. 1543–1545.**

13.

Please produce all medical records and billing statements from any healthcare or mental healthcare services/procedures you received following your rescue, which treatment you would attribute to your time as a trafficking victim.

**PLAINTIFF'S RESPONSE: Plaintiff objects that this request seeks mental health records which may be privileged. Notwithstanding this objection, Plaintiff is not withholding any responsive information or documents based on the assertion of attorney-client privilege or the work product doctrine.**

**Subject to those objections and by responding not waiving them, Plaintiff has no documents in her possession, custody, or control that are responsive to this request.**

14.

Please produce those documents and things which you reasonably believe would be introduced at trial to prove or support any of the allegations in your Complaint, including materials to be used for impeachment.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents protected by the attorney-client privilege, subject to the work-product doctrine, or information obtained in anticipation of litigation. Notwithstanding this objection, Plaintiff is not withholding any responsive information or documents based on the assertion of attorney-client privilege or the work product doctrine.**

**Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

15.

Please produce copies of all documents and things received through subpoena or third-party requests.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request on the grounds that it is overbroad and not proportional to the needs of this case in that it seeks all documents obtained through subpoena or third party requests without any limitation as to subject matter, time period, or relevance to any claim or defense at issue here.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

16.

Please produce documents and things which directly or indirectly contradict or rebut Defendant's responses to Plaintiff's discovery requests.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents that are not in Plaintiff's possession, custody, or control,**

**including those in the possession, custody, and control of Defendant. And Plaintiff objects to this Request to the extent it seeks documents protected by the attorney-client privilege, subject to the work-product doctrine, or information obtained in anticipation of litigation. Notwithstanding this objection, Plaintiff is not withholding any responsive information or documents based on the assertion of attorney-client privilege or the work product doctrine.**

**Subject to these objections and by responding and not waiving them, Plaintiff refers Defendant to the Bates-labeled documents produced on November 10, 2025. Plaintiff further refers Defendant to the Bates-labeled documents produced herewith.**

17.

Please produce all documents related to any expert in this case, including the documents reviewed or relied upon by such expert and the expert's report of findings and conclusions.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Request to the extent it seeks documents protected by the attorney-client privilege, subject to the work-product doctrine, or information obtained in anticipation of litigation. Notwithstanding this objection, Plaintiff is not withholding any responsive information or documents based on the assertion of attorney-client privilege or the work product doctrine.**

**Subject to and without waiving the foregoing, at this time, Plaintiff has not determined whether she will call any specially retained experts at trial. Plaintiff will disclose such information at the appropriate time and to the extent required under the Federal Rules, this Court's local Rules, and any scheduling orders of this Court. Thus, Plaintiff has no documents in her possession, custody, or control that are responsive to this Request.**

Respectfully submitted on March 17, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile