UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-4629-JPB |

**PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

Plaintiff, by and through the undersigned counsel, moves this Court for an Order allowing counsel and staff for counsel to bring electronic equipment into the courtroom for the Pretrial Conference in the above-captioned matter, and states as follows:

a. The Pretrial Conference in this matter is scheduled to begin at 2:30 p.m. EDT on September 15, 2026;

b. Counsel intends to bring and use the electronic equipment identified below during the scheduled Pretrial Conference, along with the electronic capabilities available in the courtroom:

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Carol M. Capps<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Rory A. Weeks<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Brian Bean<br>Legal Bean LLC | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |

c. Counsel believes that the utilization of this technology will permit for more efficient and expedited proceedings and will aid in the presentation of the case.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting this Motion and permit the above-referenced persons to bring the electronic equipment set forth above into the courtroom and further request that said Order be provided to the U.S. Marshals so that counsel, staff of counsel, parties, and party representatives may enter the courthouse and courtroom with the above-listed equipment without delays.

Respectfully submitted on September 9, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*