UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION FILE NO.

1:25-CV-4629-JPB

**ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Plaintiff's counsel and staff for counsel be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of the Pretrial Conference that is expected to proceed at 2:30 p.m., EDT on September 15, 2026 before Judge J.P. Boulee:

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Carol M. Capps<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, charging devices, cellular phone/smart phone |
| Rory A. Weeks | Laptop, power cord, charging devices, |

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Andersen, Tate & Carr, P.C.<br>Attorney | cellular phone/smart phone |
| Brian Bean<br>Legal Bean LLC | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |

**SO ORDERED** this 9th day of September, 2026.

**J. P. BOULEE**
United States District Judge