Exhibit 2

In The Matter Of:

***JR vs. Lincoln Bancorp***

Deposition Of:

***30(b)(6) Tony Tran***

Taken On:

*4/1/2026*

Pope Reporting & Video, LLC
4355 Cobb Pkwy SE
Suite J207
404-856-0966

www.popereporting.com

POPE REPORTING & VIDEO
EXPERIENCED · PROFESSIONAL · DEPENDABLE

P R O C E E D I N G S

1:00 p.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. 9-11-28(d).)

MR. VIDEOGRAPHER: We are now on the record for April 1, 2026. The time is 1:07 p.m. Will the Court Reporter please swear in the witness.

THE REPORTER: Mr. Tran, if you would please raise your right hand.

(Whereupon, the Witness was sworn.)

MR. REPORTER: The deponent is with you.

MR. TONGE: Okay. Mr. Tran, again, my name is Jonathan Towns. I represent three of the plaintiffs in these cases. And this is Carson Wynn and she represents the fourth plaintiff in the case. This will be the deposition of Lincoln Bancorp LLC. And also the 30B6 deposition of Lincoln Property Management LLC. This is taken pursuant to notice and agreement of counsel in four cases. T.H. v. Lincoln Bancorp, #125CV04310. N.N. v. Lincoln Bancorp #1:25cv04313. J.R. v. Lincoln Bancorp, #125CV4629. And, D.B. v. Lincoln Bancorp and Lincoln Property Management, LLC. #125CV05391. It's taken for all purposes allowed under the Federal Rules of Civil Procedure, including use at

trial. Ankur, would you like to reserve the
objections again?

MR. TRIVEDI: Yes. Sure. I reserve.

Whereupon,

TONY TRAN

was called as a witness herein and, having been duly sworn, was examined and testified as follows:

CROSS EXAMINATION

BY MR. JONATHAN TONGE:

Q. Okay. I believe I know your name, but can you state your full name for the record?

**A. Tony, last name, Tran. T-R-A-N.**

Q. What was the middle name? Can you spell that for me?

**A. Middle name? I don't use middle name, just, only Tran.**

Q. Okay. You said last name, Tran.

**A. Yeah, last name Tran.**

Q. I'm sorry. Do you go by any other names?

**A. Used to be Chung Tran, C-H-U-N-G Tran.**

Q. Okay. And have you ever given a deposition before today?

**A. I don't remember. No, I don't think so.**

Q. Something like this where you testified before?

members. Based on the training that you looked at do you agree with that statement?

**A. Yes.**

Q. Okay. That's right there. Let's see. Sorry, I'm trying to see but I can skip to do this. So, go to page nine please. So, in the second paragraph this says under Georgia law children under sixteen cannot legally consent to sex. Which is the age of consent. And children under eighteen cannot be willing participants in commercial sex. And then it says in a nutshell regardless of how they act or appear Georgia law recognizes these youth as victims of human trafficking and victims of child abuse. So, do you agree...

**A. Yes, yes.**

Q. -- that regardless of how they act or appear that any minor involved in commercial sex is a victim of sex trafficking?

**A. Okay. Ask me the question again?**

Q. Yeah. Regardless of how the victims act or appear, do you agree that a minor involved in commercial sex is a victim of sex trafficking?

**A. Yes.**

Q. Okay. And then, flip to the next page on page ten. If you look at the very bottom paragraph, it says human traffickers are not just the persons who pimp the