UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-4629-JPB |

**UNOPPOSED MOTION TO AMEND THE PRETRIAL ORDER TO DROP ALL CLAIMS FOR RELIEF EXCEPT FOR THOSE UNDER THE TRAFFICKING VICTIMS PROTECTION REAUTHORIZATION ACT**

Since the Court's August 12 Order setting this case for trial on September 21, Plaintiff has been preparing diligently with two goals in mind. The first is how to streamline the evidence to be presented and thus ensure that this case is finished in less than one week. The second is how to narrow the issues before the jury. Trial is now only ten days away. The Court and parties are poised to pour copious resources into resolving Plaintiff's claims against Lincoln Bancorp, LLC. After preparation and reflection, Plaintiff has determined that the best way to achieve her twin goals is to drop all claims for relief other than her claims under the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. § 1595.

Moving forward with TVPRA-only claims has several immediate salutary effects. *First*, it moots several pending motions:

(1) Plaintiff's motion in limine on the inapplicability of Georgia's Apportionment Statute, Doc. 63, and Defendant's response in opposition, Doc. 74;

(2) Defendant's emergency motion to stay trial, Doc. 73, which Plaintiff has been ordered to respond to by Monday, September 14 at 12:00 p.m. (September 8, 2026 Docket Order); and

(3) Defendant's motion to amend the pretrial order to add statute of limitations defenses to Plaintiff's Georgia-law claims, Doc. 67, which Plaintiff has until September 15 to respond to.

Dropping these claims *now* will save both the Court and the parties time and effort, and it should help shorten the pretrial conference and trial itself.

*Second*, dropping all claims except those under the TVPRA should simplify the issues around jury charges and verdict form by, for example, eliminating claim-specific charges on overlapping issues.

For these reasons, Plaintiff moves to amend the consolidated pretrial order to make clear that she is dropping all claims except those under the TVPRA. After conferring with opposing counsel, Plaintiff states that her motion to amend is unopposed.

A proposed order granting Plaintiff's motion is attached as Exhibit 1. The proposed order also denies as moot the pending Georgia-law related motions and relieves Plaintiff of her obligation to respond as ordered. The proposed order also directs Plaintiff to notify the Georgia Attorney General within seven days that the

motion drawing the constitutionality of the Georgia apportionment statute into question has been denied as moot.

Respectfully submitted on September 11, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile
*Attorneys for Plaintiff*