UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-4629-JPB

**ORDER**

This matter is before the Court on Plaintiff's unopposed motion to amend the consolidated pretrial order to drop all claims for relief except those under the Trafficking Victims Protection Reauthorization Act (TVPRA). [Doc. 89]. Having reviewed the motion, the Court finds good cause to amend the Consolidated Pretrial Order [Doc. 43], and Plaintiff's motion is **GRANTED**. Only Plaintiff's claims for relief under the TVPRA will be tried. All of Plaintiff's other claims under federal or Georgia law will not be tried.

Given this amendment, the Court further **ORDERS** as follows:

Defendant's motion to amend the Consolidated Pretrial Order to add an affirmative defense to Plaintiff's Georgia-law claims [Doc. 67] is **DENIED AS MOOT**;

Plaintiff's motion in limine on the inapplicability of the Georgia apportionment statute [Doc. 63] is **DENIED AS MOOT**;

Defendant's emergency motion to stay trial pending resolution of Plaintiff's constitutional challenge to O.C.G.A. § 51-12-33 [Doc. 73] is **DENIED AS MOOT**, and Plaintiff is **RELIEVED** of her obligation to respond to that motion by Monday, September 14, 2026 at 12:00 p.m. [September 8, 2026 Docket Order]; and

Plaintiff is **DIRECTED** to notify the Georgia Attorney General that the motion drawing the constitutionality of the Georgia apportionment statute into question has been denied as moot and provide this Order within seven days.

**IT IS SO ORDERED**, this 11th day of September, 2026.

**J. P. BOULEE**
United States District Judge