**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04629-JPB |

**ORDER ON DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Defendant's counsel and staff for counsel be permitted to bring the following electronic devices into the Richard B. Russell Building for the purposes of the Pretrial Conference that is expected to proceed at 2:30 p.m. EDT on September 15, 2026 before Judge J.P. Boulee:

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Christopher T. Byrd<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Shubhra R. Mashelkar<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Patrick B. Moore<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Nicole L. Shoats<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Courtroom Visual | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular |

| | |
|---|---|
| | phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |

IT IS SO ORDERED, THIS _____ DAY OF _______________, 2026.

______________________________
J.P. BOULEE
UNITED STATES DISTRICT JUDGE