UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION FILE
NO. 1:25-cv-04629-JPB

**DEFENDANT'S MOTION FOR CLARIFICATION REGARDING PLAINTIFF'S USE OF A PSEUDONYM AT TRIAL**

Defendant Lincoln Bancorp, LLC respectfully moves for clarification concerning whether Plaintiff may proceed anonymously at trial.

Defendant does not dispute that Plaintiff's identity has been protected during discovery and in public filings pursuant to the Protective Order, and Defendant does not seek to disclose her identity contrary to that Order. The Protective Order, however, does not expressly adjudicate the distinct question whether Plaintiff may proceed anonymously during a public jury trial or establish procedures governing references to Plaintiff before the jury, trial testimony, exhibits, or transcripts. Likewise, the use of Plaintiff's initials in the Consolidated Pretrial Order continues the existing caption but does not expressly resolve trial anonymity.

Federal Rule of Civil Procedure 10(a) establishes the presumption that parties are publicly identified. A party seeking anonymity bears the burden of

showing that a substantial privacy interest outweighs the customary openness of judicial proceedings. *Doe v. Frank*, 951 F.2d 320, 322–24 (11th Cir. 1992). The Eleventh Circuit has specifically treated anonymity at trial as a question requiring a separate determination, even when a plaintiff was permitted to proceed pseudonymously during pretrial proceedings. *Plaintiff B v. Francis*, 631 F.3d 1310, 1315–19 (11th Cir. 2011).

Accordingly, Defendant respectfully requests that the Court clarify that Plaintiff must seek and establish entitlement to any trial-specific anonymity measures. Alternatively, Defendant requests that the Court clarify the scope of the Protective Order and establish the procedures governing the use of Plaintiff's identity at trial.

Respectfully submitted this 14th day of September, 2026.

**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**

*_/s/ Christopher T. Byrd_*
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
Patrick B. Moore
GA Bar No. 520390
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com

smashelkar@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), the undersigned hereby certifies that the foregoing brief has been prepared in Times New Roman 14-point font in compliance with the font requirements of Local Rule 5.1(C), and that this brief, exclusive of caption, signature block, and this certificate, does not exceed the word limitations set forth in Local Rule 7.1(D).

*/s/ Christopher T. Byrd*
Christopher T. Byrd
Georgia Bar No. 100854

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

Jonathan Tonge, Esq.
Patrick J. McDonough, Esq.
Jennifer Webster, Esq.
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Ste. 4000
Duluth, GA 30097
jwebster@atclawfirm.com
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854