# Exhibit 1

**In The Matter Of:**

*J.R. vs.*

*LINCOLN BANCORP, LLC*

---

*The deposition of J.R.*

*April 2, 2026*

---

*Ansley Court Reporting*

*1579 Monroe Drive, Suite F-342*

*Atlanta, Georgia 30324*

*(404) 210-6977*

*www.ansleycourtreporting.com*

Original File JR-(kd)-04-02-2026.prn

**Min-U-Script® with Word Index**

P R O C E E D I N G S

1:09 p.m.

(Whereupon, the court reporter complied with the requirements of O.C.G.A. §9-11-28(c).)

(Whereupon, it was stipulated by and between counsel that any mention of the Witness' legal name would be changed to J.R. for the purposes of this deposition.)

MR. TRIVEDI: Ms. Dean, if you could, please do any preliminary read-on you have and swear in the Witness.

THE COURT REPORTER: Before I swear in the witness, will Counsel please stipulate on the record that there are no objections to the court reporter swearing in the witness from a remote location since we are not in the physical presence of the deponent.

MR. TRIVEDI: No objections.

MS. WEBSTER: No objections.

(Witness sworn.)

MR. TRIVEDI: This will be the deposition of Plaintiff J.R., taken by