# ATTACHMENT F-1

**Attachment "F-1"**
**Plaintiff's Witness List**

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| J.R. | Andersen, Tate & Carr, P.C. | Will Call |
| N.N. | Andersen, Tate & Carr, P.C. | May Call |
| T.H. | Andersen, Tate & Carr, P.C. | May Call |
| D.B. | The Stoddard Law Firm | May Call |
| Winkeisha Vanterpool | 8424 Chicago Avenue, Apt. 808, Douglasville, Georgia 30124 | May Call |
| Santana Phillips | 4035 Flat Shoals Parkway, Building 5000, Apt 5307 Decatur, GA 30034 | May Call |
| Edricka Taylor | 1313 Mobile Avenue, Albany, Georgia 31705 | May Call |
| Detective J. King | South Fulton Police Department 100 Hartsfield Center Parkway, Atlanta, Georgia 30354 | May Call |
| Detective T. Reynolds | South Fulton Police Department 100 Hartsfield Center Parkway, Atlanta, Georgia 30354 | May Call |

| Witness | Address/Contact Information | May or Will Call |
|---|---|---|
| Detective A. Gray | College Park Police Department<br>3865 Main Street, College Park, Georgia 30337 | May Call |
| Anique S. Whitmore, MA, LPC | Psychological Associates of Buckhead<br><br>99 West Paces Ferry N.W., Suite 1220, Atlanta, Georgia 30305 | May Call |
| Lincoln Bancorp, LLC | c/o Groth, Makarenko, Kaiser & Eidex | Will Call (Deposition Designations and/or Live) |
| Tony Tran (in his individual capacity) | c/o Groth, Makarenko, Kaiser & Eidex | May Call |
| Louis Vu | 1517 North Fordson Drive, Oklahoma City, Oklahoma 73127 | Will Call (Deposition Designations) |

**Summary of Expert Witness Testimony**

The following is a summary of the expected testimony of each of Plaintiff's expert witnesses:

1. Anique S. Whitmore, MA, LPC: Ms. Whitmore will explain how Plaintiff's personal vulnerabilities contributed to her susceptibility to being sex trafficked. Additionally, Ms. Whitmore will provide an explanation of the ways in which Plaintiff's exploitation is consistent with the patterns and indicators of sex trafficking that Ms. Whitmore has observed in her professional experience assessing and treating sex trafficking victims, as well as other issues addressed in her expert report served in this case.