**Attachment "G-1"**
**Plaintiff's Exhibit List**

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 1 | LB-0862–0879 | | (15) Super 8 - Human Trafficking Awareness Pamphlet<br><br>*Tran 06* | Deft Policy and Procedure<br>Deft. Doc. Prod. | |
| 2 | | August 18, 2026 | Exhibit 2.pdf | Deposition Exhibit – Winkeisha Vanterpool | |
| 3 | | | Louis Vu Exhibit 1 | Deposition Exhibit – Louis Vu | Defendant has provided its objections to Plaintiff's deposition designations. |
| 4 | | | Tran 04<br><br>*(14) Super 8 – Employee Policy and Procedure Handbook (LB-0858−0861)* | Deposition Exhibit – Tony Tran Deposition/30(b)(6) Deposition | |
| 5 | | May 6, 2020 | Louis Vu Exhibit 2<br><br>*South Fulton Police Incident Report (Fulton DA File 000487−000523);*<br>*Tran 40* | Deposition Exhibit - Louis Vu | 401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 6 | | | TH Exhibit P-1 | Deposition Exhibit – T.H. | |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 7 | | | Tran 07<br><br>*(16) Trafficking Training Ack (LB-0880)* | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | |
| 8 | | March 30, 2021 | Tran 27<br><br>*Incident_2103024 (JR 880−83)*<br>*Incident_2103024 (JR 884−87)* | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | |
| 9 | Fulton DA File 000872-000875 | April–May 2020 | Daily room logs april- may 2020 (000872-000875).pdf | Super 8 - 4979 Old National Highway Daily Room Log [Daily room logs april- may 2020] | |
| 10 | 1564 | | IMG_0595<br><br>*N.N. Dep. Ex P-2* | Client Photograph/Video, N.N. | 401/402 - Relevance<br>Foundation<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 11 | 1570 | | IMG_0560<br><br>*N.N. Dep. Ex P-3* | Client Photograph/Video, N.N. | 401/402 - Relevance<br>Foundation<br>403 –Unfairly prejudicial; confusing; cumulative |
| 12 | 1579 | | IMG_0592<br><br>*N.N. Dep. Ex P-1* | Client Photograph/Video, N.N. | 401/402 - Relevance<br>Foundation<br>403 –Unfairly prejudicial; confusing; cumulative |
| 13 | 1583 | | IMG_0602<br><br>*N.N. Dep. Ex P-4* | Client Photograph/Video, N.N. | 401/402 - Relevance<br>Foundation<br>403 –Unfairly prejudicial; confusing; cumulative |
| 14 | 1372–1375 | February 27, 2026 | Santana Phillips Declaration.pdf<br><br>*Phillips Dep. Plaintiff's Exhibit 1* | Declaration – Santana Phillips | Speculation<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 15 | 1410 | | 923E14A1-1A14-45D8-A43E-AB8DCB4EF31B | Client Photograph/Video, J.R. | Defendant has not yet been able to locate this exhibit. All objections are hereby reserved. |
| 16 | 1548–1557 | March 10, 2026 | WINKEISHA VANTERPOOL DECLARATION_000001.pdf<br><br>*Vanterpool Dep. Ex. 1* | Declaration – Winkeisha Vanterpool | Speculation<br>403 –Unfairly prejudicial; confusing; cumulative |
| 17 | | May 11, 2022 | Exhibit D-1 | Deposition Exhibit – [redacted] | Authentication<br>Foundation |
| 18 | | March 26, 2026 | Tran 01 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | 401/402 - Relevance<br>403 –Unfairly prejudicial; confusing; cumulative |
| 19 | | | Tran 02 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | |
| 20 | | February 6, 2026 | Tran 03<br><br>*DEF RESP to Rogs, RPDs (T.H.) – 4928-0738-8813* | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | 401/402 - Relevance<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 21 | | | Tran 05<br><br>*(13) Human Trafficking Poster (LB-0857)* | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | |
| 22 | | August 31, 2021; September 17, 2021 | Tran 10 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 23 | | August 21, 2021 | Tran 11 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 24 | | August 10, 2021 | Tran 12 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 25 | | February 2, 2020 | Tran 16 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 26 | | September 26, 2020; July 16, 2020 | Tran 17 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 27 | | May 24, 2020 | Tran 18 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 28 | | June 29, 2020 | Tran 19 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 29 | | July 10, 2020 | Tran 20 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 30 | | July 26, 2020 | Tran 22 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 31 | | August 2, 2020 | Tran 23 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 32 | | August 18, 2021 | Tran 24 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | Foundation<br>401/402 – Relevance<br>404(b) – Improper character/propensity evidence<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 33 | | | Tran 38<br><br>*N.N. Dep. Ex. P-5; F9283D67-A99F-4B3B-8107-8100837A6403 (1415)* | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | 401/402 - Relevance<br>Foundation<br>403 –Unfairly prejudicial; confusing; cumulative |
| 34 | | | Tran 39<br><br>*SUPER8-OLD NATIONAL-Snapchat-1523419314 (1418)* | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | 401/402 - Relevance<br>Foundation<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 35 | | May 6, 2020 | Tran 40<br><br>*Vu Ex. 2;*<br>*South Fulton Police Incident Report (Fulton DA File 000487−000523)* | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | (Same exhibit as 5)<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 36 | | December 12, 2025 | Tran 42 | Deposition Exhibit - Tony Tran Deposition/30(b)(6) Deposition | 401/402 - Relevance<br>Includes references to insurance<br>403 –Unfairly prejudicial; confusing; cumulative<br>Regarding the attachments:<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 37 | | April 2, 2026 | J.R. Dep Transcript.pdf | Deposition Transcript J.R. | |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 38 | | April 1, 2026 | 30(b)(6) Tony Tran (JR)-Full.pdf | Deposition Transcript Lincoln Bancorp | Defendant has provided its objections to Plaintiff's deposition designations. |
| 39 | | April 1, 2026 | Vu, Louis - Vol. I.pdf | Deposition Transcript Louis Vu | Defendant has provided its objections to Plaintiff's deposition designations. |
| 40 | | April 30, 2026 | [redacted] Deposition Transcript.pdf | Deposition Transcript N.N. | 401/402 - Relevance<br>Plaintiff has not shown witness unavailability<br>403 –Unfairly prejudicial; confusing; cumulative |
| 41 | | August 18, 2026 | 2026-08-18 - PDF - FULL SIZE - SANTANA PHILLIPS.pdf | Deposition Transcript Santana Phillips | 401/402 - Relevance<br>Plaintiff has not shown witness unavailability<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 42 | | May 14, 2026 | TH-(kw)-5-14-2026_F.pdf | Deposition Transcript T.H. | 401/402 - Relevance<br>Plaintiff has not shown witness unavailability<br>403 –Unfairly prejudicial; confusing; cumulative |
| 43 | | April 1, 2026 | Tony Tran (JR)-Full.pdf | Deposition Transcript Tony Tran | Defendant has provided its objections to Plaintiff's deposition designations. |
| 44 | | August 18, 2026 | 2026-08-18 - PDF - FULL SIZE - WINKEISHA VANTERPOOL.pdf | Deposition Transcript Winkeisha Vanterpool | 401/402 - Relevance<br>Plaintiff has not shown witness unavailability<br>403 –Unfairly prejudicial; confusing; cumulative |
| 45 | | January 9, 2026 | JR 1st RFA to Defendant.pdf | Discovery Requests (J.R. v. Lincoln Bancorp)<br>Plaintiff to Defendant | 401/402 - Relevance<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 46 | | February 6, 2026 | DEF RESP to RFAs (J.R.) - 4903-2908-0206.pdf | Discovery Response (J.R. v. Lincoln Bancorp) Defendant | 401/402 - Relevance<br>403 –Unfairly prejudicial; confusing; cumulative |
| 47 | | February 6, 2026 | DEF RESP to Rogs, RPDs (J.R.) - 4908-8921-5885.pdf | Discovery Response (J.R. v. Lincoln Bancorp) Defendant | 403 –Unfairly prejudicial; confusing; cumulative<br>Improper impeachment |
| 48 | | February 6, 2026 | DEF RESP to Rogs, RPDs (N.N.) - 4908-0165-9789.pdf | Discovery Response (N.N. v. Lincoln Bancorp) Defendant | 401/402 - Relevance<br>Includes references to insurance<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 49 | Fulton DA File 1647 - 1649; 1657; 1671 - 1687; 1752 - 1763; 1795-1799; 001804 | May 6, 2020 | [redacted] Medical Records (001646-001815).pdf | Medical Records | Foundation<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 50 | Fulton DA File 000907–000916 | December 1, 2022 | 23SC1855555 Indictment (000907-000916).pdf | Indictment | Foundation<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 51 | 1543 | April 30, 2020 | 2020.4.30 JR missing post Facebook.png | Missing Poster, J.R. | |
| 52 | 1544 | May 18, 2021 | 2021-5-9 JR missing post Facebook.png | Missing Poster, J.R. | |
| 53 | 1545 | UNK | 2025-8-11 JR Missing post.jpg | Missing Poster, J.R. | |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 54 | 1603 | 2020 | J.R. Missing Poster | Missing Poster, J.R. | Defendant has not been able to locate this exhibit. All objections are reserved. |
| 55 | 1542 | 2020 | 2020- Missing Person- [redacted].pdf | Missing Poster, T.H. | Foundation<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 56 | 681−683 | August 3, 2020 | Incident_2008195.pdf<br><br>*Tran 31* | Police Records | Foundation<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 57 | 849–852 | February 3, 2021 | Incident_2101217.pdf<br><br>*Tran 35* | Police Records | Foundation<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |

| PX | Bates No. | Date | File Name / Deposition Exhibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 58 | 988–994 | July 15, 2021 | Incident_2105831.pdf<br><br>*Tran 36* | Police Records | Foundation<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 59 | 934–938 | May 24, 2021 | Incident_2104563.pdf | Police Records | Foundation<br>401/402 - Relevance<br>801/802 – Hearsay<br>403 –Unfairly prejudicial; confusing; cumulative |
| 60 | 1746 | August 24, 2026 | Charles Landrum_202608241328 | Police Records | |
| 61 | | | | | |
| 62 | | | | | |
| 63 | | | | | |
| 64 | | | | | |
| 65 | | | | | |
| 66 | | | | | |

| PX | Bates No. | Date | File Name / Deposition Ex-hibit | Description | Defendant's Objections |
|---|---|---|---|---|---|
| 67 | | | | | |
| 68 | | | | | |
| 69 | | | | | |
| 70 | | | | | |
| 71 | | | | | |
| 72 | | | | | |
| 73 | | | | | |
| 74 | | | | | |
| 75 | | | | | |
| 76 | | | | | |
| 77 | | | | | |