# ATTACHMENT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-4629-JPB |

**PLAINTIFF'S PROPOSED VERDICT FORM**

Plaintiff submits proposed verdict forms for phase one and phase two of the trial.

# VERDICT FORM—PHASE ONE

1. Is Super 8 liable to J.R. under the TVPRA?

   **Circle one:** Yes No

If you answered **Yes** to Question 1, please answer Question 2.

If you answered **No** to Questions 1, please sign the verdict form as you are done.

2. The amount of J.R.'s damages is $______________________.

This is our unanimous verdict, reached on the September __, 2026.

________________________________
Foreperson

________________________________
Print Name

## VERDICT FORM—PHASE TWO

1. Is Super 8 liable to J.R. for punitive damages?

**Circle one:** Yes No

If you answered **Yes** to Question 1, please answer Question 2.

If you answered **No** to Questions 1, please sign the verdict form as you are done.

2. The amount of punitive damages against Super 8 is $_________________.

This is our unanimous verdict, reached on the September __, 2026.

________________________________
Foreperson

________________________________
Print Name

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04629-JPB |

**DEFENDANT LINCOLN BANCORP, LLC'S**
**PROPOSED VERDICT FORM**

## PHASE ONE

### CAUSATION AND COMPENSATORY DAMAGES

Defendant Lincoln Bancorp, LLC has admitted liability to Plaintiff under 18 U.S.C. § 1595. You are therefore **not** to decide whether Lincoln violated § 1595.

Lincoln's admission of liability does not mean that Lincoln is responsible for all injuries, trauma, or damages Plaintiff has experienced. Plaintiff must prove the injuries and damages legally caused by Lincoln's violation.

**Question 1 — Causation**

Has Plaintiff proven by a preponderance of the evidence that Lincoln Bancorp, LLC's violation of 18 U.S.C. § 1595 legally caused injury or damages to Plaintiff?

_____ YES

_____ NO

**If you answered "NO," stop here, sign and date this Verdict Form, and notify the Court that you have reached a verdict.**

If you answered "YES," proceed to Question 2.

**Question 2 — Compensatory Damages Attributable to Lincoln**

What amount of compensatory damages has Plaintiff proven by a preponderance of the evidence are legally attributable to Lincoln Bancorp, LLC's violation of 18 U.S.C. § 1595?

$ ______________________________

Lincoln Bancorp, LLC is responsible only for damages legally attributable to its violation. You may not award damages against Lincoln for harm attributable to Plaintiff's traffickers, trafficking at other hotel or during other time periods, or other trauma unrelated to Lincoln's violation.

Proceed to Question 3.

**Question 3 — Plaintiff's Conduct**

Has Lincoln Bancorp, LLC proven by a preponderance of the evidence that Plaintiff's own conduct, including any assumption of risk or avoidance of consequences, contributed to causing the injuries or damages for which she seeks recovery from Lincoln?

_____ YES

_____ NO

If you answered "YES," what percentage of responsibility for those injuries or damages do you attribute to Plaintiff's own conduct?

__________ %

**Do not reduce the amount of damages you stated in Question 2 based upon the percentage, if any, you assign to Plaintiff's conduct. The Court will determine the legal effect, if any, of your finding.**

**SO SAY WE ALL.**

Date: __________________

FOREPERSON

## PHASE TWO

**PUNITIVE DAMAGES**

You previously determined the amount of compensatory damages, if any, legally attributable to Lincoln Bancorp, LLC.

Lincoln Bancorp, LLC's admission of liability under 18 U.S.C. § 1595 does **not** establish that punitive damages are warranted. Plaintiff must separately prove that Lincoln's conduct satisfies the standard for punitive damages explained in the Court's instructions.

**Question 1 — Entitlement to Punitive Damages**

Has Plaintiff proven, under the standard stated in the Court's instructions, that Lincoln Bancorp, LLC's conduct warrants an award of punitive damages?

_____ YES

_____ NO

**If you answered "NO," stop here, sign and date this Verdict Form, and notify the Court that you have reached a verdict.**

If you answered "YES," proceed to Question 2.

**Question 2 — Amount of Punitive Damages**

What amount of punitive damages, if any, do you award against Lincoln Bancorp, LLC?

**$ ________________________________**

In determining the amount of punitive damages, you must follow the Court's instructions. Punitive damages may be based only on the conduct of Lincoln Bancorp, LLC for which punitive damages are legally permitted.

**SO SAY WE ALL.**

Date: ___________________

FOREPERSON