# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-04629-JPB**
**J.R. v. Lincoln Bancorp, LLC**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 09/15/2026.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 2:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEYS PRESENT: | Rory Weeks, Jonathan Tonge, Patrick McDonough, Jennifer Webster and Carol Capps representing J. R.<br>Christopher Byrd, Shubhra Mashelkar and Patrick Moore representing Lincoln Bancorp, LLC |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | [39]Motion to Exclude DENIED<br>[61]Motion in Limine DENIED without prejudice to renew objection(s) at trial.<br>[62]Motion in Limine GRANTED IN PART & DENIED IN PART without prejudice to renew objection(s) at trial.<br>[64]Motion in Limine DENIED without prejudice to renew objection(s) at trial.<br>[65]Motion in Limine DENIED<br>[66]Motion in Limine DENIED without prejudice to renew objection(s) at trial.<br>[68]Motion in Limine DENIED without prejudice to renew objection(s) at trial.<br>[87]Motion to Bifurcate DENIED without prejudice to renewal.<br>[88]Motion in Limine DENIED without prejudice to renew objection(s) at trial.<br>[92]Motion for Clarification DENIED |
| MINUTE TEXT: | The Court discussed trial logistics and ruled on the motions in limine as stated on the record. The Court will allow three preemptory strikes per side, select eight jurors, limit opening arguments to thirty minutes each side and voir dire to forty-five minutes per side. The time limit for closings will be determined. Parties were reminded to advise the Court if they stipulate to the admissibility of any exhibits. The Court will allow Plaintiff to proceed anonymously. Defendant's response to Plaintiff's Trial Brief [Doc. 97] shall be filed by end of day on September 16. Defense will advise prior to trial as to whether Dr. Norman will file a rebuttal expert report. |

HEARING STATUS: Hearing Concluded