**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04629-JPB |

# DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Defendant, by and through the undersigned counsel, moves this Court for an Order allowing counsel and staff for counsel to bring electronic equipment into the courtroom for the trial in the above-captioned matter, and states as follows:

a. The trial in this matter is scheduled to begin at 9:00 a.m. EDT on September 21, 2026;

b. Counsel intends to bring and use the electronic equipment identified below during the scheduled trial, along with the electronic capabilities available in the courtroom:

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Christopher T. Byrd<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Shubhra R. Mashelkar<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |

| | |
|---|---|
| Patrick B. Moore<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Nicole L. Shoats<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Daniel S. Codman;<br>Chip Davis; Collier Browne<br>Courtroom Visual | Laptops (2), power cord/cables, HDMI cables and power cords, HDMI splitter, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, external HD; and hotspot(s) |
| Boxes/Binders of Exhibits | |
| Boxes of Office Supplies | |
| Boxes of Trial Binders | |
| Printer | |

c. Counsel believes that the utilization of this technology will permit for more efficient and expedited proceedings and will aid in the presentation of the case.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting this Motion and permit the above-referenced persons to bring the electronic equipment set forth above into the courtroom, and further requests that said Order be provided to the U.S. Marshals so that counsel, staff of counsel, parties, and part representatives may enter the courthouse and courtroom with the above-listed equipment without delays.

[SIGNATURE ON FOLLOWING PAGE]

This 16th day of September, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
Patrick B. Moore
GA Bar No. 520390
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com
pmoore@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*/s/ Christoher T. Byrd*
Christopher T. Byrd

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 16, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854