**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04629-JPB |

**ORDER ON DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Defendant's counsel and staff for counsel be permitted to bring the following electronic devices into the Richard B. Russell Building for the purposes of the trial that is expected to proceed at 9:00 a.m. EDT on September 21, 2026 before Judge J.P. Boulee:

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| Christopher T. Byrd<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Shubhra R. Mashelkar<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Patrick B. Moore<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |
| Nicole L. Shoats<br>Weinberg, Wheeler, Hudgins, Gunn & Dial | Laptop, power cord, charging devices, cellular phone/smart phone |

| | |
|---|---|
| Daniel S. Codman;<br>Chip Davis; Collier Browne<br>Courtroom Visual | Laptops (2), power cord/cables, HDMI cables and power cords, HDMI splitter, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, external HD; and hotspot(s) |
| Boxes/Binders of Exhibits | |
| Boxes of Office Supplies | |
| Boxes of Trial Binders | |
| Printer | |

IT IS SO ORDERED, THIS _____ DAY OF _______________, 2026.

______________________________
J.P. BOULEE
UNITED STATES DISTRICT JUDGE