UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-4629-JPB

**ORDER ON PLAINTIFF'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

IT IS HEREBY ORDERED that Plaintiff's counsel and staff for counsel be permitted to bring the following electronic devices into the Richard B. Russell Building, for the purposes of the trial that is scheduled to begin Monday, September 21, 2026, before Judge J.P. Boulee, and continuing through the conclusion of trial:

| **NAME** | **ELECTRONIC EQUIPMENT** |
|---|---|
| Patrick J. McDonough<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Jonathan S. Tonge<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Jennifer M. Webster<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, |

| NAME | ELECTRONIC EQUIPMENT |
|---|---|
| | handheld scanner, computer monitors, and hotspot(s) |
| Carol M. Capps<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Rory A. Weeks<br>Andersen, Tate & Carr, P.C.<br>Attorney | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Giovanna Menchaca<br>Andersen, Tate & Carr, P.C.<br>Legal Assistant | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Javaé Davis<br>Andersen, Tate & Carr, P.C.<br>Legal Assistant | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Natalea Hill<br>Andersen, Tate & Carr, P.C.<br>Pre-Law Clerk | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Brian Bean<br>Legal Bean LLC | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |
| Zack Collins<br>DataTrends<br>IT | Laptop, power cord, HDMI cables, USB cables, printer, extension cord, cellular phone/smartphone and charger, mouse, handheld scanner, computer monitors, and hotspot(s) |

| **NAME** | **ELECTRONIC EQUIPMENT** |
|---|---|
| Cathy Crawford<br>Andersen, Tate & Carr, P.C.<br>Private Investigator | Laptop, power cord, cellular phone/smartphone, charger |

IT IS SO ORDERED THIS _____ DAY OF ______, _______.

J.P. BOULEE
UNITED STATES DISTRICT JUDGE