UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-4629-JPB |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion for Leave to File Under Seal. Plaintiff requests leave to file a redacted version of Plaintiff's Reply in Support of Trial Brief Regarding Defendant's Proposed Rule 412 Evidence under seal.

For good cause shown, this Motion is GRANTED. Plaintiff is authorized to file under seal the document identified in Plaintiff's Motion.

SO ORDERED this _____ day of ________, ____________.

__________________________________
J.P. Boulee
United States District Judge