# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-04629-JPB**
**J.R. v. Lincoln Bancorp, LLC**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 09/18/2026.

TIME COURT COMMENCED: 2:45 P.M.
TIME COURT CONCLUDED: 3:15 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEYS PRESENT: | Christopher Byrd representing Lincoln Bancorp, LLC<br>Caroline Capps representing J. R.<br>Shubhra Mashelkar representing Lincoln Bancorp, LLC<br>Patrick McDonough representing J. R.<br>Jonathan Tonge representing J. R.<br>Rory Weeks representing J. R. |
| PROCEEDING CATEGORY: | Telephone Conference (Pretrial Conference); |
| MINUTE TEXT: | The Court conducted a teleconference and denied Defendant's request to bifurcate. To the extent parties seek to file Rule 412 motions, they are due by 3 pm on September 19 and responses are due by 3 pm on September 20. The Court advised it will handle the motion hearing after jury selection. |
| HEARING STATUS: | Hearing Concluded |