**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-04629-JPB |

**ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Now before this Court is Defendant's Motion for Leave to File Under Seal. Defendant requests that its Motion Per Fed. R. Evid. 412 (Doc. No. 114), filed on September 19, 2026, be filed under seal.

For good cause shown, this Motion is GRANTED and Doc. No. 114 will be sealed.

IT IS SO ORDERED, THIS _____ DAY OF _______________, 2026.

_______________________________
J.P. BOULEE
UNITED STATES DISTRICT JUDGE