# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-04629-JPB**
**J.R. v. Lincoln Bancorp, LLC**
**Honorable J. P. Boulee**

---

Minute Sheet for proceedings held In Open Court on 09/21/2026.

TIME COURT COMMENCED: 9:25 A.M.
TIME COURT CONCLUDED: 5:40 P.M.
TIME IN COURT: 7:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEYS PRESENT: | Christopher Byrd representing Lincoln Bancorp, LLC<br>Caroline Capps representing J. R.<br>Shubhra Mashelkar representing Lincoln Bancorp, LLC<br>Patrick McDonough representing J. R.<br>Patrick Moore representing Lincoln Bancorp, LLC<br>Jonathan Tonge representing J. R.<br>Jennifer Webster representing J. R.<br>Rory Weeks representing J. R. |
| PROCEEDING CATEGORY: | Jury Trial Began; Jury Selection; Voir Dire; |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Parties conducted voir dire and the Court ruled on parties' motions to strike for cause. Eight jurors were selected via silent strike. The jurors were sworn and given preliminary instructions. The Court addressed the arguments related to rule 412 and ruled on the categories of evidence raised in the defense motion. The Court read a joint statement regarding Defendant's liability and admissions. Parties gave opening statements. Plaintiff called witnesses Tony Tran, Winkeisha Vanterpool and N.N. to testify. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 8:40 AM on September 22, 2026. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |