# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-04629-JPB**
**J.R. v. Lincoln Bancorp, LLC**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 09/22/2026.

TIME COURT COMMENCED: 8:50 A.M.
TIME COURT CONCLUDED: 3:05 P.M.
TIME IN COURT: 6:50
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEYS PRESENT: | Christopher Byrd representing Lincoln Bancorp, LLC<br>Caroline Capps representing J. R.<br>Shubhra Mashelkar representing Lincoln Bancorp, LLC<br>Patrick McDonough representing J. R.<br>Patrick Moore representing Lincoln Bancorp, LLC<br>Jonathan Tonge representing J. R.<br>Jennifer Webster representing J. R.<br>Rory Weeks representing J. R. |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | N.N. concluded her testimony. Plaintiff called witnesses T.H., Joseph King, Santana Phillips, Louis Vu via video deposition, and J.R. Plaintiff rested. Defendant rested. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 10:30 AM on September 23, 2026. Jurors excused until 1:00 PM under the usual caution of the Court. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |