# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:25-cv-04629-JPB**
**J.R. v. Lincoln Bancorp, LLC**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 09/23/2026.

TIME COURT COMMENCED: 10:50 A.M.
TIME COURT CONCLUDED: 4:45 P.M.
TIME IN COURT: 2:44
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| ATTORNEYS PRESENT: | Christopher Byrd representing Lincoln Bancorp, LLC<br>Caroline Capps representing J. R.<br>Shubhra Mashelkar representing Lincoln Bancorp, LLC<br>Patrick McDonough representing J. R.<br>Patrick Moore representing Lincoln Bancorp, LLC<br>Jonathan Tonge representing J. R.<br>Jennifer Webster representing J. R.<br>Rory Weeks representing J. R. |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | The Court adopted Plaintiff's trial brief on the availability of affirmative defenses to TVPRA beneficiary liability [Doc. 117]. The Court reviewed parties' proposed verdict form and jury instructions and ruled on parties' objections. Counsel presented closing arguments. Jurors were charged and deliberated. Parties renewed their objections to the instructions as stated during the charge conference. Jurors requested a copy of the instructions. No objections from counsel. Jurors returned with a verdict for Plaintiff in the amount of $44,000,000 in compensatory damages and $120,000,000 in punitive damages. Trial adjourned. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |