FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 23 2026

KEVIN P. WEIMER, Clerk
By: JR Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

J.R.,

Plaintiff,

v.

LINCOLN BANCORP, LLC,

Defendant.

CIVIL ACTION NO.

NO. 1:25-CV-4629-JPB

# VERDICT FORM

1. Has Lincoln Bancorp caused injury or damages to J.R. such that it is liable to her under the TVPRA?

**Circle one:** (Yes) No

If you answered **Yes** to Question 1, please answer Question 2.

If you answered **No** to Question 1, please sign the verdict form as you are done.

2. The amount of J.R.'s compensatory damages caused by Lincoln Bancorp, LLC is $44,000,000.

3. Is Lincoln Bancorp liable to J.R. for punitive damages?

**Circle one:** (Yes) No

If you answered **Yes** to Question 3, please answer Question 4.

If you answered **No** to Question 3, please sign the verdict form as you are done.

4. The amount of punitive damages against Lincoln Bancorp, LLC is $ 120,000,000 .

This is our unanimous verdict, reached on September 23, 2026.

Foreperson

Stephen Randall
Print Name