UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.R.,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>1:25-CV-4629-JPB |

# JUDGMENT

This action having come before the Court for a jury trial, the Honorable J. P. Boulee presiding, the issues having been tried and the jury having rendered its verdict in favor of Plaintiff, it is

**Ordered and Adjudged** that J.R. recover from Lincoln Bancorp, LLC $44,000,000 in compensatory damages and $120,000,000 in punitive damages, for a total award of $164,000,000, and that the action be **DISMISSED**.

Dated this 25th day of September, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Jennifer Lee
Courtroom Deputy Clerk